# EXHIBIT 3(a)

**GARY N. SIPERSTEIN**
University of Massachusetts Boston
100 Morrissey Boulevard
Boston, MA 02125
(617) 287-7250
gary.siperstein@umb.edu

## EMPLOYMENT

| | |
|---|---|
| 1978 - | Director, Center for Social Development and Education, University of Massachusetts Boston |
| 2014- | Professor Emeritus, John W. McCormack Graduate School of Policy and Global Studies, University of Massachusetts Boston |
| 2008 - 2013 | Professor of Policy Studies, John W. McCormack Graduate School of Policy and Global Studies, University of Massachusetts Boston |
| 1976 - 2007 | Professor of Psychology, College of Public and Community Service, University of Massachusetts Boston |
| 1986 - 1990 | Psychologist, Developmental Evaluation Clinic, Children's Hospital, Harvard University |
| 1973 - 1976 | Senior Research Associate:  Research Institute for Educational Problems, Cambridge, Massachusetts |

## MEMBERSHIPS

| | |
|---|---|
| 2010 – 2017 | Board of Directors, National Inclusion Project |
| 1998 – 2007 | State Advisory Council, Department of Mental Retardation, Commonwealth of Massachusetts |
| 2001 – 2007 | Governor's Commission on Mental Retardation, Commonwealth of Massachusetts |
| 1998 – 2009 | Research and Policy Committee, Board of Directors, Special Olympics International |
| 2003 - 2005 | President, Division of Research, Council for Exceptional Children |
| 2000 – 2002 | National Academy of Science, Committee on Disability Determination for Mental Retardation |
| 1999 - 2004 | Standing Review Panel, US Department of Education, Office of Special Education Programs |
| 1984 – 1990 | Ad hoc reviewer, National Institute of Child Health and Human Development |

EDITORSHIPS

Editorial Board Member:     *Journal of Special Education* (2007 – 2010)
Editor:     *AAMR's Research Monograph Series* (1993-1998)
Associate Editor:     *American Journal on Intellectual & Developmental Disabilities* (1988-1992)
Consulting Editor:     *American Journal on Intellectual & Developmental Disabilities* (1980 – 2008)
*Exceptional Children* (1980 – 2000)
*Intellectual and Developmental Disabilities* (1980 – 2010)

EDUCATION

1985     Post-doctoral Fellow, Children's Hospital, Harvard University, Boston, MA 1972
Ph.D. in Developmental Psychology/Special Education, Ferkauf Graduate School of Psychology, Yeshiva University, New York, NY
1967     M.A. in Experimental Psychology, Hofstra University, Hempstead, NY
1965     B.A. in Psychology, Penn State University, University Park, PA


AWARDS

2017     HPOD Award for the Betterment of Humanity, Harvard Law School
2008     Chancellors Award for Distinguished Scholarship, University of Massachusetts Boston
2007     President's Public Service Award, University of Massachusetts
1984     MERIT Award, NICHD
1968     NICHD Research Fellowship

LICENSE

Registered Psychologist, Commonwealth of Massachusetts (License # PY 1105)

PUBLICATIONS

Siperstein, G. N., May, N. G., Ballard, S., & Shriver, T.P. (In review). A place for everybody: Students' perspectives on inclusive behavior in schools. *Educational Researcher.*

Dattilo, J, Siperstein, G. N., McDowell, E. M., Schleien, S. J., Whitaker, E. B., Block, M. E., Spolidoro, M., Bari, J. & Hall, A. (2019) Perceptions of Programming Needs for Inclusive Leisure Services. *Journal of Park and Recreation Administration*, 37(4), 70–91.

Siperstein, G. N., McDowell, E. M., Jacobs, H. J., Stokes, J. E. & Cahn, A. L. (2019) Unified Extracurricular Activities as a Pathway to Social Inclusion in High Schools. *American Journal on Intellectual and Developmental Disabilities.* 24(6), 568-582.

Siperstein, G. N., McDowell, E. D., Schleien, S. J., Dattilo, J., Block, M. E., Spolidoro, M., Bari, J. & Hall, A. (2019). Best practices in inclusive camping: A roundtable discussion on programming. *Camping Magazine*, 92(2), 52.

Shriver, T. & Siperstein, G. N. (2018). Commentary: Inclusion of students with disabilities. *Journal of Educational Leadership and Policy Studies*, 77-78.

Siperstein, G. N., Albert, A. B., Jacobs, H. E., Osborne, K. O., & Stokes, J. E. (2018). A schoolwide approach to promoting student bystander behavior in response to the use of the word "retard." *Research in Developmental Disabilities, 80*, 142-152.

Siperstein, G. N., Spolidoro, M., & Gildea, B. (2018). Camp-based recreational programs for children with intellectual and developmental disabilities. In E. Braaten (Ed.), *Encyclopedia of Intellectual and Developmental Disorders.* Thousand Oaks, CA: Sage Press.

Siperstein, G. N., Summerill, L. A., Jacobs, H. E., & Stokes, J. E. (2017). Promoting Social Inclusion in High Schools Using a Schoolwide Approach. *Inclusion, 5*(3), 173-188.

Albert, A. B., Jacobs, H. E., & Siperstein, G. N. (2016). Sticks, stones, and stigma: Student bystander behavior in response to hearing the word "retard." *Intellectual and Developmental Disabilities, 54*(6), 391-401.

Heyman, M., Stokes, J. E., & Siperstein, G. N. (2016). Not all jobs are the same: Predictors of job quality for adults with intellectual disabilities. *Journal of Vocational Rehabilitation, 44*(3), 299-306.

Favazza, P. C., & Siperstein, G. N. (2016). Motor skill acquisition for young children with disabilities. In B. Reichow et al. (Eds.), Handbook of Early Childhood Special Education (pp. 225-245). Switzerland: Springer.

Favazza, P.C., Siperstein, G.N., Ghio, K.G., Wairimu, J., & Masila, S. (2016). The Young Athletes Curriculum: Impact on Children with Disabilities in Kenya. *Journal of Research in Childhood Education*. Association of Early Childhood International. 30:1. p 113-127. DOI: 10.1080/02568543.2015.1107157.

Wiley, A. L., & Siperstein, G. N. (2015). Social and emotional learning for students with high-incidence disabilities. In J. A. Durlak et al. (Eds.), *Handbook of Social and Emotional Learning* (2nd ed.). New York, NY: Guilford.

Siperstein, G. N., & Collins, M. (2015). Mild Intellectual Disabilities. In E. A. Polloway (Ed.), *The Death Penalty and Intellectual Disability*. AAIDD: Washington, DC.

Siperstein, G. N., Heyman, M., & Stokes, J. E. (2014). Pathways to employment: A national survey of adults with intellectual disabilities. *Journal of Vocational Rehabilitation, 41*, 165-178.

Siperstein, G. N., Parker, R. C., & Drascher, M. L. (2014). National Snapshot of Adults with Intellectual Disabilities in the Labor Force. *Journal of Vocational Rehabilitation*, 39(3) 157-165, IOS Press.

Wiley, A. L & Siperstein, G. N. (2014). Social and Emotional Learning for Students with High-Incidence disabilities. In *Handbook of Social and Emotional Learning* (2nd ed.).

Siperstein, G.N. and Collins, M. (2014). Mild Intellectual Disabilities. In Ed Polloway (Ed.) *Determining Intellectual Disability in the Courts: Focus on Capital Cases*. AAIDD.

Favazza, P.C. & Siperstein, G.N. (2013). Young Athletes: A Special Olympics Motor Skill Development Program. Journal for National Association of State Boards of Education.

Kersh, J., Corona, L. L.., & Siperstein, G. N. (2013). Social well-being and friendship of people with intellectual disabilities. In M. L. Wehmeyer (Ed.) *Oxford Handbook of Positive Psychology and Disability*.

Siperstein, G. N., Parker, R. C., & Drascher, M. L. (2013). National Snapshot of Adults with Intellectual Disabilities in the Labor Force. *Journal of Vocational Rehabilitation*.

Siperstein, G. N., Romano, N., Iskenderoglu, G., Roman A., Iskenderolgu G., Roman A., Folwer, F. J., and Drascher, M. (2013). *The American Public's Perception of Illegal Steroid Use: A National Survey*. Report to the National Baseball Hall of Fame and Museum.

Favazza, P.C., Siperstein, G.N., Zeisel, S., Odom, S.L. Sideris, J.H., Moskowitz, A.L. (2013). Young Athletes Program: Impact on Motor Development . *Adapted Physical Activity Quarterly*. 30, 235 – 253.

Shriver, T., Corbin, S., and Siperstein, G.N. (2011). Special Olympics International. *Encyclopedia of Autism and Related Disorders*. New York, NY: Facts on File, Inc.

Wiley, A.L. & Siperstein, G.N. (2011). Seeing Red, Feeling Blue: The Impact of State Political Leaning on State Identification Rates for Emotional Disturbance. *Behavioral Disorders*, 36 (3), 195-207.

Harada, C.M., Siperstein, G.N., Parker, R. & Lenox, D. (2011). Promoting Social Inclusion for People with Intellectual Disabilities Through Sport: Special Olympics International, Global Sport Initiatives, and Strategies. In *Disability in the Global Sport Arena: A Sporting Chance*. Routledge/Taylor & Francis.

Siperstein, G.N., Wiley, A.L., Forness, S.R. (2011).  School Context and the Academic and Behavioral Progress of Students with Emotional Disturbance.  *Behavioral Disorders*, *36* (3), 172-184.
.

Siperstein, G.N., Parker, R.C., Norins, J., & Widaman, K.F. (2011). A National Study of Chinese Youth Attitudes toward Students with Intellectual Disabilities. *Journal of Intellectual Disability Research,* 55 (4), 370-384.

Wiley, A.L., Siperstein, G.N., Forness, S.R., & Brigham, F.J. (2010) School context and the problem behavior and social skills of students with emotional disturbance. *Journal of Child and Family Studies.* 19(4), 451-461.

Siperstein, G.N., Pociask, S., & Collins, M., (2010). Sticks, Stones, and Stigma: A Study of Students' Use of the Derogatory Term 'Retard'. *Intellectual and Developmental Disabilities.* 48(2), 126-134.

Leffert, J.S., Siperstein, G.N., & Widaman, K.F. (2010). Social perception in children with intellectual disabilities: The interpretation of benign and hostile intentions. *Journal of Intellectual Disability Research.* 54(2), 168-180.

Leffert, J.S., Brady, M.E., & Siperstein, G.N. (2009). A "tools for teachers" approach for infusing social skills instruction into daily teaching activities. *Teaching Exceptional Children Plus.* 6(2), 1-23.

Siperstein, G. N., Pociask, S., & Barnes, K., (2009). Let's ALL Play: Helping to make inclusion in summer camps a success. *Camping Magazine.* 82(6), 46-51.

Widaman, K. F., & Siperstein, G. N. (2009). Assessing adaptive behavior of criminal defendants in capital cases: A reconsideration. *American Journal of Forensic Psychology.* 27(2), 5-32.

Wiley, A.L., Siperstein, G.N., Bountress, K.E., Forness, S.R., & Brigham, F.J. (2009). Academic achievement characteristics of children identified as emotionally disturbed in different school contexts. *Behavioral disorders.* 33(4), 198-210.

Siperstein, G. N., & Glick, G. C., & Parker, R. (2009). The social inclusion of children with intellectual disabilities in an out of school recreational setting. *Intellectual and Developmental Disabilities.* 47(2), 97-107.

Harada, C.M., & Siperstein, G.N. (2009). The sport experience of athletes with intellectual disabilities: A national survey of Special Olympics athletes and their families. *Adapted Physical Actively Quarterly.* 26 (1).

Siperstein, G.N., & Parker, R.C. (2008). Toward an understanding of social integration: A special issue. *Exceptionality*, 16, 119-124.

Benson, P.R., Karlof, K.L., & Siperstein, G.N. (2008). Maternal involvement in the education of young children with autism spectrum disorder. *Autism* 12: 47-63

Siperstein, G,N., Parker, R.C., Bardon, J.N., & Wildaman, K.F. (2007). A national study of youth attitudes toward the inclusion of students with intellectual disabilities. *Exceptional Children*. 73(4), 435-455.

Siperstein, G.N., Glick, G.C, Harada, C.M., Bardon, J.N, & Parker, R.C. (2007). Camp Shriver: A model for inclusive day camps. *Camping Magazine*. 80 (4), 20-27.

Siperstein, G.N., & Favazza, P.C. (2007) Placing young children "At Promise": Future directions for promoting social competence. In W. Brown, S. Odom, and S. McConnell (eds.) *Social Competence of Young Children.* Baltimore, Brookes.

Siperstein, G.N., Romano, N., Mohler, A., & Parker, R. (2006) A national survey of consumer attitudes toward companies that hire people with disabilities. *Journal of Vocational Rehabilitation. 24,* 3-9.

Siperstein, G.N. Adjective Checklist (ACL) (2006). *Encyclopedia of Measurement & Statistics*. Thousand Oaks, CA: Sage Publications.

MacMillan, D.L., Siperstein, G.N., & Leffert, J.S. (2006). Children with Mild Mental Retardation: A Challenge for Classification Practices - Revised. In H.N. Switzky & S. Greenspan (eds.) *What is Mental Retardation? Revised - Ideas for an Evolving Disability in the 21st Century.* Washington, D.C.: American Association on Mental Retardation.

Siperstein, G.N., Norins, J. & Mohler, A. (2005). Social Acceptance and Attitude Change: Fifty Years of Research. In J. W. Jacobson & J. A. Mulick (Eds.), *Handbook of Intellectual and Developmental Disabilities*. New York: Kluwer/Plenum.

Leffert, J.S. & Siperstein, G.N. (2003). Social Skills Instruction for Students with Learning Disabilities (Current Practice Alerts Series). Council for Exceptional Children. Reston, VA

Siperstein, G.N. & Rickards, E.P. (2003). *Promoting Social Success*. Baltimore, MD: Paul Brookes Publishing Co.

MacMillan, D. L., Siperstein, G. N. (2002). Learning Disabilities as Operationally Defined by Schools. In R. Bradley, L.Danielson & D. Hallahan (eds.) (2002). *Identification of Learning Disabilities: Research to Practice.* Mahwah, NJ: Lawrence Erlbaum Assoc.

Leffert, J.S. & Siperstein, G.N. (2002). Social cognition: A key to understanding adaptive behavior in individuals with mental retardation. In L.M. Glidden (Vol Ed.), *International Review of Research in Mental Retardation:* Vol. 25, pp. 135-181. San Diego. CA: Academic Press.

Brennan, R. T., Kim, J., Wenz-Gross, M., & Siperstein, G. N. (2001). The relative equitability of high-stakes testing versus teacher-assigned grades: And analysis of the Massachusetts Comprehensive Assessment System, (MCAS). *Harvard Educational Review, 71* (2). 173-216.

Manetti, M., Schneider, B. H., & Siperstein, G. N. (2001). Social acceptance of developmentally challenged children: Testing the contact hypothesis with an Italian sample. *International Journal of Behavioral Development, 25*, 279 -286.

Leffert, J. S., Siperstein, G. N., & Milliken, E. (2000). Understanding social adaptation in children with mental retardation: A social-cognitive perspective. *Exceptional Children, 66*(4), 530-545.

Siperstein, G. N. & Leffert, J. S. (1999). Managing limited resources: Do children with learning problems share? *Exceptional Children, 65* (2), 187-199.

Wenz-Gross, M., & Siperstein, G. N. (1998). Students with learning problems at risk in middle school: Stress, social support and adjustment. *Exceptional Children, 65*, 91-100.

MacMillan, D. L., Siperstein, G. N., Gresham, F. M., & Bocian, K. (1997). Mild mental retardation: A concept that may have lived out its usefulness. Psychology in Mental Retardation and Developmental Disabilities, 23 (1), 5-12.

MacMillan, D. L., Gresham, F. M., Bocian, K. M., & Siperstein, G. N. (1997). The role of assessment in qualifying students as special education eligible: What is and what's supposed to be. *Focus on Exceptional Children, 30* (2), 1-18.

Marchant, C., & Siperstein, G. N. (1997). Meeting the social needs of students with ADHD by addressing the professional development needs of their teachers. *Teacher Education and Special Education, 20* (2), 92-102.

Siperstein, G. N., Leffert, J. S., & Wenz-Gross, M. (1997). The quality of friendships between children with and without mental retardation. *American Journal on Mental Retardation, 102*(2), 55-70.

Siperstein, G. N., & Leffert, J. S. (1997). Comparison of socially accepted and rejected children with mental retardation. *American Journal on Mental Retardation, 101* (4), 339-351.

Wenz-Gross, M., Siperstein, G. N., Untch, A. S., & Widaman, K.F. (1997). Stress, social support and adjustment of adolescents in middle school. *Journal of Early Adolescents, 17* (2), 129-151.

Wenz-Gross, M., & Siperstein, G. N. (1997). Importance of social support in the adjustment of children with learning problems. Exceptional Children, 63 (2), 183-193.

Leffert, J. S., & Siperstein, G. N. (1996). Assessment of social cognitive processes in children with mental retardation. *American Journal on Mental Retardation, 100,* 441-455.

MacMillan, D. L., Siperstein, G. N., & Gresham, F. M. (1996). A challenge to the viability of mild mental retardation as a diagnostic category. *Exceptional Children, 62,* 356-371.

MacMillan, D. L., Gresham, F. M., Siperstein, G. N., & Bocian, K. (1996). The Labyrinth of IDEA: School decisions on referred students with subaverage general intelligence. *American Journal on Mental Retardation, 100*, 161-174.

Siperstein, G. N., Leffert, J. S., & Widaman, K. (1996). Social behavior and the social acceptance and rejection of children with mental retardation. Education and Training in Mental Retardation and Developmental Disabilities, 31 (4), 271-281.

Wenz-Gross, M., & Siperstein G. N. (1996). The social world of preadolescents with mental retardation: Social support, family environment and adjustment. *Education and Training in Mental Retardation and Developmental Disabilities, 31* (3), 177-187.

Gresham, F. M., MacMillan, D. L., & Siperstein, G. N. (1995). Critical analysis of the 1992 AAMR definition: Implications for school psychology. *School Psychology Quarterly, 10* (1), 1-19.

MacMillan, D. L., Gresham, F. M., & Siperstein, G. N. (1995). Heightened concerns over the AAMR definition: Presence of advocacy and absence of precision. *American Journal on Mental Retardation, 100* (1), 87-95.

Campbell, P., & Siperstein, G. N. (1994). I̲mproving social competence: A resource for elementary school teachers. Boston, MA: Allyn & Bacon.

Siperstein, G. N., Wolraich, M. L., & Reed, D. (1994). Professionals' prognoses for individuals with mental retardation: A search for consensus within interdisciplinary settings. American Journal on Mental Retardation, 98, 519-526.

Campbell, P., & Siperstein, G. N. (1993). Improving the social competence of students with learning disabilities: An opportunity for teachers in today's classroom. *Their World Publication of the National Center for Learning Disabilities*, 20-22.

MacMillan, D. L., Gresham, F. M., & Siperstein, G. N. (1993). Conceptual and psychometric problems with the 1992 AAMR definition. *American Journal on Mental Retardation, 98*, 325-335.

Siperstein, G. N. (1992). Social competence: An important construct in mental retardation. *American Journal on Mental Retardation, 96*, iii-vi.

Siperstein, G. N. (1992). [Review of *Quality of Life: Perspectives and Issues*]. *Education and Training in Mental Retardation, 27*, 388 -390.

Wolraich, M. L., Siperstein, G. N., & Reed, D. (1992). The prognostications of physicians about mentally retarded individuals. In M. L. Wolraich & D. Routh (Eds.), *Advances in developmental & behavioral pediatrics* (Vol. 10). Greenwich, CT: JAI Press.

Siperstein, G. N., Wolraich, M. L., & Reed, D. (1991). Physicians prognoses about the quality of life for infants with intraventricular hemorrhage. *Journal of Developmental and Behavioral Pediatrics, 12*, 148-153.

Siperstein, G. N., & Wenz-Gross, M. (1991). Stress in mentally retarded children and adolescents. In M. E. Colten & S. Gore (Eds.), *Adolescence and stress: Causes and consequences*. Hawthorne, NY: Aldine de Gruyter.

Wolraich, M. L., Siperstein, G. N., & Reed, D. (1991). Physicians' decisions and prognostications for infants with Down syndrome. *Developmental Medicine and Child Neurology, 33*, 336-342.

Hemphill, L. E., & Siperstein, G. N. (1990). Conversational competence and peer response to mildly retarded children. *Journal of Educational Psychology, 82*, 128-134.

Siperstein, G. N., Reed, D., Wolraich, M. L., & O'Keefe, P. (1990). Capabilities essential for adults who are mentally retarded to function in different residential settings. *Education and Training of the Mentally Retarded, 25*, 45-51.

Siperstein, G. N., & Bak, J. J. (1989). Social relationships of moderately mentally retarded adolescents. *Mental Retardation, 27*, 5-10.

Siperstein, G. N., Wolraich, M. L., Reed, D., & O'Keefe, P. (1988). Medical decisions and prognostications of pediatricians for infants with meningomyelocele. *The Journal of Pediatrics, 113*, 835-840.

Siperstein, G. N., Bak, J. J., & O'Keefe, P. (1988). Relationship between children's attitudes toward and their social acceptance of mentally retarded peers. *American Journal on Mental Retardation, 93*, 24-27.

Siperstein, G. N., & Bak, J. J. (1988). Improving social skills in schools: The role of parents. *Exceptional Parent, 18*, 18-22.

Siperstein, G. N. (1988). Students with learning disabilities in college: The need for a programmatic approach to critical transitions. *Journal of Learning Disabilities, 21*, 431-436.

Bak, J. J., & Siperstein, G. N. (1987). Similarity as a factor effecting change in children's attitudes toward mentally retarded peers. *American Journal of Mental Deficiency, 91*, 524-531.

Bak, J. J., & Siperstein, G. N. (1987). Effects of mentally retarded children's behavioral competence on nonretarded peers' behaviors and attitudes: Toward establishing ecological validity in attitude research. *American Journal of Mental Deficiency, 92*, 31-39.

Bak, J. J., Cooper, E. M., Dobroth, K. M., & Siperstein, G. N. (1987). Special class placements as labels: Effects of different placements on children's attitudes toward learning handicapped peers. *Exceptional Children, 54*, 151-155.

Wolraich, M. L., Siperstein, G. N., & O'Keefe, P. (1987). Pediatricians' perceptions of mentally retarded individuals. *Pediatrics, 80*, 643-649.

Bak, J. J., & Siperstein, G. N. (1986). Protective effects of the label "mentally retarded" on children's attitudes toward their mentally retarded peers. *American Journal of Mental Deficiency, 91*, 95-97.

Wolraich, M. L., & Siperstein, G. N. (1986). Physicians' and other professionals' expectations and prognoses for mentally retarded individuals. A*merican Journal of Mental Deficiency, 91,* 244-249.

Lutwin, D. R., & Siperstein, G. N. (1985). The househusband father. In S. H. Hanson & F. W. Bozett (Eds.), *Dimensions of fatherhood* (pp. 269-287). Beverly Hills, CA: Sage Publications.

Siperstein, G. N., & Goding, M. J. (1985). Teachers' behavior toward LD and non-LD children: A strategy for change. *Journal of Learning Disabilities, 18*, 139-144.

Siperstein, G. N., & Bak, J. J. (1985). Understanding factors that affect children's attitudes toward mentally retarded peers. In C. J. Meisel (Ed.), *Mainstreaming handicapped children: Outcomes, controversies, and new discoveries* (pp. 55-75). Hillsdale, NJ: Lawrence Erlbaum Associates.

Siperstein, G. N., & Bak, J. J. (1985). Effects of social behavior on children's attitudes toward their mildly and moderately mentally retarded peers. *American Journal of Mental Deficiency, 90*, 319-327.

Wolraich, M. L., & Siperstein, G. N. (1983). Assessing professionals' prognostic impressions of mental retardation. *Mental Retardation, 21*, 8-12.

Siperstein, G. N., & Goding, M. J. (1983). Social integration of learning disabled children in regular classrooms. In K. Gadow and I. Bialer (Eds.), *Advances in learning and behavioral disabilities,* (Vol. 2, pp. 227-263). Greenwich, CT: JAI Press.

Budoff, M., & Siperstein, G. N. (1982). Judgements of EMR students toward their peers: Effects of label and academic competence. *American Journal of Mental Deficiency, 86*, 367-371.

Siperstein, G. N., & Davis, F. (1982). *Children's perceptions of their peers: Evidence of implicit personality theory*. Unpublished manuscript, University of Massachusetts, Center for the Study of Social Acceptance, Boston.

Siperstein, G. N., & Chatillon, A. C. (1982). Importance of perceived similarity in improving children's attitudes toward mentally retarded peers. *American Journal of Mental Deficiency, 86*, 453-458.

Siperstein, G. N., & Goding, M. (1981). [Review of *Exceptional Children and Special Education for the 80's*]. *American Journal of Mental Deficiency, 86*, 108-109.

Siperstein, G. N., Budoff, M., & Bak, J. J. (1980). Effects of the labels "mentally retarded" and "retard" on the social acceptability of mentally retarded children. *American Journal of Mental Deficiency, 84*, 596-601.

Siperstein, G. N., & Bak, J. J. (1980). Students' and teachers' perceptions of the mentally retarded child. In J. Gottlieb (Ed.), *Educating mentally retarded persons in the mainstream* (pp. 207-230). Baltimore, MD: University Park.

Siperstein, G. N., & Bak, J. J. (1980). Improving children's attitudes toward blind peers. *Journal of Visual Impairment and Blindness*, 74, 132-135.

Siperstein, G. N. (1980). Adjective Checklist (ACL) and Friendship Activity Scale (FAS): *Instruments for measuring children's attitudes*. University of Massachusetts, Center for the Study of Social Acceptance, Boston.

Budoff, M., Siperstein, G. N., & Conant, S. (1979). Children's knowledge of mental retardation. *Education and Training of the Mentally Retarded, 14*, 277-281.

Budoff, M., & Siperstein, G. N. (1978). Low income children's attitudes toward mentally retarded children: Effects of labeling and academic behavior. *American Journal of Mental Deficiency, 82*, 474-479.

Siperstein, G. N., & Gottlieb, J. (1978). Parents' and teachers' attitudes toward mildly and severely retarded children. *Mental Retardation, 16*, 321-322.

Siperstein, G. N., Bopp, M., & Bak, J. J. (1978). Social status of learning disabled children. *Journal of Learning Disabilities, 11*, 98-102.

Siperstein, G. N. (1978). *A scale for measuring (parents'/teachers') attitudes toward mildly and severely retarded persons*. University of Massachusetts, Center for the Study of Social Acceptance, Boston.

Budoff, M., & Siperstein, G. N. (1977). Learning among mentally retarded. In B. B. Wolman (Ed.), *International encyclopedia of psychiatry, psychology, psychoanalysis and neurology,* (Vol.1, pp. 381-387).

Siperstein, G. N., & Gottlieb, J. (1977). Physical stigma and academic performance as factors affecting children's first impressions of handicapped peers. *American Journal of Mental Deficiency, 81*, 455-462.

Siperstein, G. N., Bak, J. J., & Gottlieb, J. (1977). Effects of group discussion on children's attitudes toward handicapped peers. *Journal of Educational Research, 70*, 131-134.

Gottlieb, J., & Siperstein, G. N. (1976). Attitudes toward mentally retarded persons: Effects of attitude referent specificity. *American Journal of Mental Deficiency, 80,* 376-381.

Butterfield, E. C., & Siperstein, G. N. (1972). Influences of contingent auditory stimulation upon non-nutritive sucking. In *Oral sensation and perception: The mouth of an infant*. Springfield, IL: C. C. Thomas.

Blackman, L. S., & Siperstein, G. N. (1968). Job analysis and the vocational evaluation of the mentally retarded. *Rehabilitation Literature, 29*, 103-105.

## FEDERAL AND PRIVATE FOUNDATION GRANTS

2019 – Present     Special Olympics Texas Unified Champion Schools Evaluation. Special Olympics Texas.

2018 – Present     Promoting Social and Emotional Learning Through Special Olympics Unified Champion schools. Special Olympics Inc.

2018 – 2019        Evaluation of Camp PALS. PALS Programs

| | |
|---|---|
| 2017 – 2019 | Special Olympics Panama: Evaluation of Unified Schools Model. Special Olympics Inc. and Special Olympics Latin America. |
| 2016 – 2019 | Standards and Accreditation for Inclusive Recreation. National Inclusion Project. |
| 2008 – Present | National Evaluation of Unified Champion Schools. Special Olympics Inc. |
| 2016 – 2017 | Comprehensive Description of SOTX Athletes and Families. Special Olympics Texas. |
| 2015 – 2016 | CHildren in Action: Motor Program for PreschoolerS (CHAMPPS). U.S. Department of Education. Institute of Education Sciences. |
| 2012 – 2013 | Public Perceptions and Understanding of Steroids. National Baseball Hall of Fame and Museum, Taylor Hooton Foundation, and Professional Baseball Athletic Trainers Society. |
| 2010 – 2013 | Unified Sports Plus. U.S. Department of Education, OSERS, Rehabilitation Services Administration. |
| 2001 – 2010 | Parent Involvement in Public School Programs for Young Children with Autism. U.S. Department of Education, OSERS, Division of Research to Practice. |
| 2005 – 2008 | What ED Means in Different School Contexts: Implications for Served and Unserved populations. U.S. Department of Education, OSERS, Division of Research to Practice. |
| 2001 – 2005 | Tools for Teachers: Development of Assessment and Instructional Tools for Improving the Social Functioning of Children with Mental Retardation in General Education Classrooms. U.S. Department of Education, OSERS, Division of Research to Practice. |
| 2001 - 2005 | Translating Social-Cognitive Research into Practice: The Development and Validation of a Social Cognitive Assessment and Instructional Planning Resource for Children with Mental Retardation. U.S. Department of Education, OSERS, Division of Research to Practice. |
| 2001 – 2003 | Multinational Study of Attitudes toward Individuals with Intellectual Disabilities. Special Olympics Inc. |
| 2000 – 2001 | National Evaluation of the Unified Sports Program. Special Olympics Inc. 1998 |
| - 2001 | Promoting Social Success: An Intervention to Improve the Social Adjustment of Students with Mental Retardation. Joseph P. Kennedy Jr. Foundation. |
| 1998 - 2001 | Maximizing School Adjustment for Students with Learning Problems Making the Transition into Middle School. U.S. Department of Education, OSERS, Division of Research to Practice. |

| | |
|---|---|
| 1998 - 2001 | Improving the Social Adjustment of Students with Mental Retardation: An Intervention Based on a Social Information Processing Model. U.S. Department of Education, OSERS, Division of Research to Practice. |
| 1995 - 1998 | The Influence of Teacher Characteristics on the Academic Performance and Behavioral Adjustment of Students with Attention Deficit Hyperactivity Disorder. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1994 - 1998 | Stress, Social Support and Adjustment to Middle School Transition in Children with Learning Disabilities.  U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1994- 1996 | The Role of Social Information Processing in Social Competence of Children with Mental Retardation. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1992 - 1995 | Inservice Training Curriculum to Provide Teachers with the Knowledge and Skills to Improve the Social Functioning of Children with Attention Deficit Hyperactivity Disorder. U.S. Department of Education, OSERS, Division of Personnel Preparation. |
| 1982 - 1995 | The Social Acceptability of Mentally Retarded Children. National Institute for Child Health and Human Development (NICHD). |
| 1993 - 1994 | Students with Learning Disabilities' Adjustment in Middle School:  The Impact of Stress and Social Support. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1989 - 1994 | A Longitudinal Investigation of Mentally Retarded Children's Social Networks and Social Support During Transition to Middle School (Mentor). U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1990 - 1992 | Development of an Inservice Training Curriculum to Provide Teachers with the Knowledge and Skills to Reduce Stress in Children with Disabilities. U.S. Department of Education, OSERS, Division of Personnel Preparation. |
| 1987 - 1990 | The Development of Conversational Skills and their Relationship to Linguistic and Social Cognitive Abilities in Mentally Retarded Children. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1987 - 1990 | Development of an Inservice Training Curriculum for Special Educators to Improve the Social Functioning of Handicapped Children, U.S. Department of Education, OSERS, Division of Personnel Preparation. |
| 1987 - 1989 | Assessing the Outcomes of Mentally Retarded Adults in the Three Areas Where Professionals Prognosticate. U.S. Department of Education, National Institute of Disability and Rehabilitation Research. |

| | |
|---|---|
| 1985 - 1989 | Special Education Preservice Training Program at the Masters Level: The Social Development, Assessment and Training of Children with Special Needs. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1984 - 1989 | An Investigation of the Relationship between Professional and Parental Performance Expectations and Prognostications and Actual Outcomes in Handicapped Children. U.S. Department of Education, OSERS, Division of Innovation and Development. |
| 1987 - 1988 | An Investigation of the Relationship between Physicians' Performance Expectations and Prognostications and their Medical Decision-Making for Disabled Infants. U.S. Department of Education, National Institute of Disability and Rehabilitation Research. |
| 1985 - 1988 | Social Skills Inservice Training Curriculum: Preparing Facilitators on the National Level. Foundation for Children with Learning Disabilities. |
| 1983 - 1986 | Development of an Inservice Training Curriculum for Improving the Social Functioning of Learning Disabled Children. U.S. Department of Education, OSERS, Division of Personnel Preparation. |
| 1983 - 1984 | Improving the Social Adjustment of Children with Learning Disabilities: A Teaching Module. Foundation for Children with Learning Disabilities. |
| 1981 - 1983 | Empowering the Disabled Student in Postsecondary Education. U.S. Office of Education, OSERS, Division of Regional Education Programs. |
| 1980 - 1983 | An Investigation of Classroom Intervention Strategies on Children's Acceptance of Handicapped Peers. U.S. Office of Education, OSERS, Division of Innovation and Development. |
| 1978 - 1980 | An Investigation of Teachers' Stereotypes, Feelings, and Behaviors Concerning Handicapped Children. U.S. Office of Education, Bureau of Education for the Handicapped. |
| 1977 - 1979 | An Investigation of Factors Mediating Children's First Impressions of Handicapped Peers. U.S. Office of Education, Bureau of Education for the Handicapped. |

## NATIONAL AND INTERNATIONAL PRESENTATIONS

| | |
|---|---|
| Apr 2020 | "People just judge you": Middle school students negotiate the social barriers to acting inclusively. Roundtable presentation at the American Educational Research Association Conference, San Francisco, CA. With May, N.G., Jacobs, H.E., Van Gaasbeek, E.K. & Ballard, S.C. |
| Mar 2020 | The role of social responsibility in adolescent prosocial reasoning: Doing the "wrong thing" for the "right reason," presentation at the |

| | |
|---|---|
| | Society for Research on Adolescence Biennial Meeting. With Jacobs, H.E. Ballard, S.C. , Van Gaasbeek, E.K. & May, N.G. |
| Oct 2019 | Fulfilling the promise: Moving from best practices to standards for inclusive camp programs, presentation at the First International Symposium on Inclusive Leisure Experiences. With McDowell, E., Spolidoro, M., Dattilo, J., Schleien, S. J., & Block, M. E. |
| Oct 2019 | Promoting social and emotional learning through inclusive extracurricular activities, presentation at the Social and Emotional Learning Exchange. With Jacobs, H. E., Smith, L. B., Van Gaasbeek, E., & Cahn, A. L. |
| Aug 2019 | Camp PALS: Changing Perspectives about People with Down Syndrome, Poster Presentation at the 2019 IASSIDD World Congress. With Jacobs, H., Landis, K., Newbury Ross, J., Meltzer, W. A.. |
| Aug 2019 | Inclusive Extracurricular Activities Facilitate Higher Quality Friendships between Students with and without Intellectual Disability, Poster Presentation at the 2019 IASSIDD World Congress. With Jacobs, H., Smith, L., & Osborne, K. |
| Apr 2019 | Inclusive Extracurricular Activities as a Pathway to Social Inclusion in High Schools, Presentation at the 2019 AERA Conference. With McDowell, E. D., Jacobs, H. E., Stokes, J. E. & Cahn, A. L. |
| Feb 2019 | Moving from Best Practices to Standards for Inclusion. Jewish Community Centers Annual Meeting, Orlando, FL. With Spolidoro, M. |
| Nov 2018 | A schoolwide approach to social inclusion in high schools,  Presentation at the2018 CASE Conference.. With |
| Apr 2018 | The Attitudes toward Classroom Inclusion Scale: Factor structure, correlates, and use as an outcome measure, 2018 American Educational Research Association (AERA) Conference, New York, NY.. With Jacobs, H. E. & Widaman, K. |
| Apr 2018 | Sticks, stones, and stigma: Student bystander behavior in response to hearing the word "retard," 2018 Society for Research on Adolescence Biennial Meeting, Minneapolis, MN.. With Albert, A., Jacobs, H. E., McDowell, E. D., Osborne, K. O. & Jang, Y. |
| Jun 2017 | The Social World of High School: Are Students with Intellectual Disability Included? Presented at the American Association on Intellectual and Developmental Disabilities (AAIDD) 141st Annual Meeting, Hartford, CT. With Jacobs, H. E. |

| | |
|---|---|
| Jul 2012 | Special Olympics participation enhances family well-being: Findings from a national survey.  In J. Kersh (Chair), Quality of Life Enhancement through Special Olympics.  Paper symposium presented at the International Association for the Scientific Study of Intellectual Disabilities World Congress 2012, Halifax, Nova Scotia.. With Kersh, J., & Moskowitz, A. |
| Oct 2012 | Young Athletes: Effects of a Structured Motor Program on the Motor Skills of Young Children with Disabilities. DEC's 28th Annual International Conference on oung Children with Special Needs and Their Families, Minneapolis, MN. With Favazza, P.C., Zeisel, S., & Odom, S.L. |
| Oct 2011 | Seeing Red, Feeling Blue: State Political Leaning and Under-Identification of ED. The 35th Annual TECBD Conference, Tempe, AZ. With Wiley, A. L. |
| Oct 2011 | Academic and Behavioral Progress of Students with ED served in Low Income versus High Income Schools. The 35th Annual TECBD Conference, Tempe, AZ. With Wiley, A. L. & Forness, S. R. |
| Apr 2011 | Fulfilling the Promise of Inclusion: Recreational Settings.  National Inclusion Project Annual Conference.  Raleigh, NC. |
| Apr 2011 | Young Athletes: Promoting Motor Skill Development In Preschool Aged Children With Disabilities.  Council for Exceptional Children 2011 Annual Convention.  National Harbor, MD. With Favazza, P. |
| Mar 2011 | Revisiting Inclusive Recreation: Predictors of Social Acceptance in a Camp Setting.  Gatlinburg Conference on Research & Theory in Intellectual & Developmental Disabilities. San Antonio, Texas.. With Collins, M., & Kersh, J. |
| Jan 2011 | Promoting Social Inclusion through Unified Sports.  Special Olympics Unified Sports Leadership Summit. Middletown, Connecticut. With Kersh, J., and Norins, J. |
| Apr 2009 | Gender differences in the relationship between academic difficulties and school stress: Are adolescent girls at risk?  Society for Research in Child Development Biennial Meeting. Denver, CO. With Glick, G.C., & Wenz-Gross, M. |
| Mar 2009 | The Positive Contributions of Special Olympics to Individuals and Families. Gatlinburg Conference on Research & Theory in Intellectual & Developmental Disabilities. New Orleans, LA. With Kersh, J. |
| Aug 2008 | Universal Trends in Youths' Attitudes toward Students with Intellectual Disabilities.  International Association of the Scientific Study of Intellectual Disability 13th World Congress. Cape Town, South Africa. With Norins Bardon, J., Corbin, S.B., & Widaman, K.F. |
| Apr 2008 | Documenting the attitudes of multinational youth toward inclusion of students with intellectual disabilities.  Council for Exceptional Children 2008 |

|  | Annual Convention. Boston, MA. With Norins Bardon, J., Corbin, S.B., & Widaman, K.F. |
|---|---|
| Apr 2008 | Young Athletes: A New Avenue for Promoting Development in Young Children.  Council for Exceptional Children 2008 Annual Convention. Boston, MA. With Favazza, P.C. |
| Apr 2008 | Summer Camp can promote the social inclusion of children with intellectual disabilities.  Council for Exceptional Children 2008 Annual Convention. Boston, MA. with Glick, G.C. |
| Nov 2006 | Understanding the benefits of sports and physical activity for athletes with intellectual disabilities. International Olympic Committee Sport For All Conference, Havana, Cuba.  With Corbin, S.B., Harada, C.M. |
| Nov 2006 | Attitudes as a Barrier to the Full Inclusion of People with Intellectual Disabilities. American Public Health Association 134th Annual Meeting and Exposition.  With Norins Bardon, J. & Corbin, S.B. |
| Nov 2006 | Community partnerships in addressing youth violence.  In roundtable presentation *Applications of and Outcomes from Community-Based Public Health Research and Education.* American Public Health Association 134th Annual Meeting and Exposition.  With Pearrow, M., Irwin, B., Desai, S., & Siperstein, G. |
| May 2006 | Global Attitudes Toward People with Intellectual Disabilities: A formidable barrier to social inclusion. International Summit Alliance on Social Inclusion AAMR Conference. Montréal, Canada. With Norins Bardon, J. & Corbin, S.B. |
| May 2006 | Comprehensive National Survey of Youth Attitudes Toward the Inclusion of Students with Intellectual Disabilities. International Summit Alliance on Social Inclusion AAMR Conference. Montréal, Canada.  With Norins Bardon, J., Corbin, S.B. & Widaman, K.F. |
| Oct 2005 | Motivation for sport participation and withdrawal in athletes with intellectual disabilities. Annual meeting of the Association for the Advancement of Applied Sport Psychology (AAASP), Vancouver, British Columbia.With Harada, C.M., McGuire J. & Hardman, M. |
| Oct 2005 | A cross-national, intergenerational perspective on attitudes toward individuals with intellectual disabilities. Southeastern Ontario Community-University Research Alliance in Intellectual Disabilities Conference. Kingston, Ontario. With Norins Bardon, J., Corbin, S.B. & Widaman, K.F. |
| Jul 2004 | Public attitudes about the health care of individuals with intellectual disabilities. Presented at the Annual Conference of the National Center on Birth Defects and Developmental Disabilities, Washington, D.C. |

| | |
|---|---|
| Jul 2004 | Parent engagement, problem behaviors, and adaptive functioning in children with ASD. Presented at the OSEP Research Project Directors' Conference, Washington, D.C. With Paul Benson. |
| Jul 2004 | Changing attitudes in America: The need for an effective public awareness campaign. Presented at the National Down Syndrome Society, Washington, D.C. |
| Jun 2004 | Measurement of social perception skills in children with mild intellectual disability. Presented at the 10th World Congress of the International Association for the Scientific Study of Intellectual Disability, Montpelier, France. With Jim Leffert. |
| Apr 2004 | Improving the social skills in diverse learners: A cognitive-based approach. Presented at the Annual Conference of the Council for Exceptional Children, New Orleans, LA. With Mary Brady. |
| Apr 2004 | A cognitive model for understanding the social behavior of children with mental retardation: A springboard to social skills training. Presented at the Leonard and Frances Blackman Lecture Series, Teachers College, Columbia University, NY. |
| Nov 2003 | Multinational Study of Attitudes Toward Individuals with Intellectual Disabilities. Presentation to the American Public Health Association. San Francisco, CA. With Jennifer Norins. |
| Jun 2003 | Multinational Study of Attitudes Toward Individuals with Intellectual Disabilities. Special Olympics Summer World Games, Scientific Symposium, Belfast, Northern Ireland. With Jennifer Norins. |
| Sept 2003 | Preparing for a Public Awareness Campaign: Findings of Multinational Attitude Study and Review of Attitude Change Research. Presentation to the President's Committee for People with Intellectual Disabilities. Washington D.C. |
| Apr 2003 | World Views on Educational Inclusion. Annual Conference of the Council for Exceptional Children. Seattle, Washington. With Jennifer Norins. |
| Nov 2002 | Special Olympics Unified Sports Program: The value and impact of inclusive sports for athletes with and without mental retardation. American Public Health Association, 130th Annual Meeting. |
| Apr 2002 | Social cognition: A key to understanding adaptive behavior in individuals with mental retardation. Conference on Human Development in Charlotte, North Carolina.. |
| Nov 1999 | The Impact of Academic Stress on Social Emotional Adjustment. Harvard Graduate School of Education: 15th Annual Learning Disorders Conference. |

| | |
|---|---|
| Jun 1999 | Psychological Aspects of the Special Athlete.  American Academy of Orthopaedic Surgeons.  30th Special Olympic International Games. |
| Jun 1999 | Professional Attitudes Towards People with Mental Retardation:  How it Impacts Health Care.  Healthy Athlete Programs Symposium – 30th Special Olympic International Games. |
| Apr 1999 | The Concept of Mental Retardation:  Changes in the 21st Century.  National Institute for People with Disabilities – YAI's 20th Annual International Conference on Mental Retardation and Developmental Disabilities. |
| Apr 1999 | Social Perception and Strategy Generation:  Two Key Social-Cognitive Processes in Children with Mental Retardation.  Biennial meeting of the Society for Research and Child Development. With James Leffert and Emily Millikan. |
| Apr 1997 | Stress, Social Support, and Adjustment During the Transition to Middle School. Biennial meeting of the Society for Research in Child Development. With Melodie Wenz-Gross and Robin Parker. |
| Mar 1997 | Mental Retardation: Utility of a Concept for the 21st Century. Johns Hopkins Medical Institutions, |
| Apr 1996 | Student Stress and Its Implications for Learning in the Classroom Conference for Regular Classroom and Special Educators on Creating Supportive Learning Environments across the Ability/Needs Spectrum, Project ERR, |
| Mar 1996 | The Effect of a Home Visit on the Third Year Medical Students' Knowledge, Beliefs and Attitudes about Families and their Children with Mental Retardation: A Randomized Prospective Study. Council on Medical Student Pediatric Education Annual Meeting, With Ben Siegel, et al. |
| Apr 1995 | Improving the Social Functioning of Students with ADHD. The Council for Exceptional Children (CEC) Convention, With Ross Greene and Catherine Marchant |
| May 1995 | Improving the Social Functioning of Students with ADHD:  Conceptual Issues and Research Findings. National Association of School Psychologist 27th Annual National Convention, With Ross W. Greene, Catherine Marchant, et al. |
| Oct 1994 | Improving Social Competence for Students. National Association for Pupil Services Administration (NAPSA), With Janice A. Magno. |
| Mar 1994 | Helping parents reduce stress in the home. Massachusetts Chapter One Statewide Dissemination Project, Annual Conference. |
| May 1993 | Transition Issues. Sharing the Responsibility Educating Children With Attention Deficit Disorder (ADD). Children With Attention Deficit Disorders (CH.A.D.D.) Conference, |

| | |
|---|---|
| Apr 1993 | Social support and adjustment in children with disabilities. Poster presented at the Biennial Meeting of the Society for Research in Child Development, New Orleans, Louisiana. With Melodie Wenz-Gross. |
| Mar 1993 | The relationship of intelligence to quality of life. Developmental Evaluation Center (UAP) 25th Anniversary Conference. |
| 1992 | Exploring social competence in children with mental retardation: a social cognitive approach. Distinguished lecture on Human Development and Mental Retardation: Kennedy Center, Vanderbilt University. |
| 1992 | Helping children with learning disabilities manage stress. Northeast Conference on Learning Disabilities and Mental Health. |
| 1992 | Substantiating physicians prognoses for children born with mental retardation: The actual outcomes of adults with mental retardation. Gattlinberg Research Conference, 1992. With Mark L. Wolraich. |
| Apr 1991 | Behavioral antecedents of emerging social status among mentally retarded and nonretarded children in academic and play situations. Biennial meeting of the Society for Research in Child Development, With Melodie Wenz-Gross and Kate Sullivan. |
| Nov 1991 | Social competence: Improving the social skills of the at-risk child. Keeping the At-Risk Student in the Mainstream. Conference sponsored by the Center for the Study of Social Acceptance |
| Apr 1991 | Relationship between social status and peer assessment of social behavior among mentally retarded children and nonretarded children. Biennial meeting of the Society for Research in Child Development. With Paul O'Keefe and Susan Saxon. |
| 1990 | Social Competence and Stress in the classroom: A developmental perspective. Northeast conference on Learning Disabilities and Mental Health. |
| Oct 1989 | Pediatricians' and neonatologists' prognostications and decisions about treatment for infants with varying degrees of intraventricular hemorrhage. American Academy for Cerebral Palsy and Developmental Medicine 43rd Annual Meeting. With Mark L. Wolraich. |
| Oct 1989 | Techniques for Fostering Social Competence. Association of Teachers of Exceptional Children, Halifax, Nova Scotia. |
| Oct 1989 | Social Relationships Among Exceptional Children. Association of Teachers of Exceptional Children, Halifax, Nova Scotia. |
| Apr 1983 | Improving peer relationships of rejected children. Paper presented at the Biennial Meeting of the Society for Research in Child Development. |

| | |
|---|---|
| Oct 1983 | Teaching Psychology to the Adult Student in the Urban Community. Paper presented at the New England Psychological Association, |
| Apr 1984 | Peer acceptance of handicapped children. Paper presented at the University of Delaware Symposium on Mainstreaming Handicapped Children, |
| May 1984 | Mentally retarded children's friendships in special school settings. Paper presented at the annual meeting of the American Association on Mental Deficiency. With S. Jay Kuder. |
| May 1984 | Social behavior: How it affects children's acceptance of mildly and moderately retarded peers. Paper presented at the annual meeting of the American Association on Mental Deficiency. With John J. Bak. |
| May 1985 | Professional expectations and prognostications about mental retardation. Paper presented at the annual meeting of the American Association for Mental Deficiency. With Mark L. Wolraich. |
| May 1986 | Establishing the ecological validity of children's attitudes toward mentally retarded peers: Two related studies. Paper presented at the annual meeting of the American Association for Mental Deficiency, With John J. Bak. |
| Jun 1986 | Attitudes: A barrier between children. Paper presented at Hofstra University Conference on Attitudes toward Persons with Disabilities. |
| Oct 1986 | The expectations and prognostications of pediatricians about mentally retarded children. American Academy of Cerebral Palsy and Developmental Medicine With Mark L. Wolraich. |
| Nov 1986 | Mainstreaming in Public Education: 766 Eleven Years Later. The Governor's 1986 Conference on Disability Issues, |
| Nov 1987 | Pediatricians' expectations and prognostications about mental retardation (Child Development Section). American Academy of Pediatrics, With Mark L. Wolraich. |
| Oct 1988 | Prognostications for AAUAP members. American Association of University Affiliated Programs. With Mark L. Wolraich. |
| Apr 1989 | Improving social skills in schools. Keynote address to the Massachusetts Down Syndrome Congress. |
| Apr 1989 | The relationship of social competence to social acceptance and rejection among mainstreamed mentally retarded children. Paper presented at the Biennial meeting of the Society for Research in Child Development. With Lowry E. Hemphill. |
| Apr 1989 | Social interchanges between mentally retarded and nonretarded friends and acquaintances. Biennial meeting of the Society for Research in Child Development,. With Mary V. Brownley & Cynthia K. Scott. |

| | |
|---|---|
| Oct 1989 | Primary care physicians' and pediatric surgeons' prognostications and decisions about surgery for infants with Down Syndrome. American Academy for Cerebral Palsy and Developmental Medicine 43rd Annual Meeting,. With Mark L. Wolraich and David Reed. |
| Apr 1981 | Development of attitudes and problems in changing attitudes: Public attitudes, professional attitudes, community attitudes, neighborhood and employer attitudes. Paper presented at the Young Adult Institute and United Nations Conference in support of the International Year of Disabled Persons. |
| Apr 1981 | Teachers' behavior toward children who differ academically and socially: The importance of teacher awareness as an intervention strategy. Paper presented at the 1981 Biennial Meeting of the Society for Research in Child Development. |
| Sept 1980 | A strategy to change children's attitudes toward mentally retarded peers. Paper presented at the 88th Annual Meeting of the American Psychological Association. |
| Apr 1980 | Students' perceptions of their non-handicapped and handicapped peers: Evidence of implicit personality theory. Paper presented at the 51st Annual Meeting of the Eastern Psychological Association. |
| Sept 1979" | Mentally retarded" vs. "retard": Children's reactions to a label. Paper presented at the 87th Annual Meeting of the American Psychological Association. |
| Mar 1977 | Development of clustering as a free recall strategy among middle and lower class black and white students. Paper presented at the Biennial meeting of the Society for Research in Child Development. |
| May 1976 | Socialization of the special needs child. Paper presented at the Annual Meeting of the New England Educational Research Organization. |
| Apr 1975 | Noun-paired learning at different ages under self-paced and experimenter-paced conditions. Paper presented at the Biennial Meeting of the Society for Research in Child Development. |
| Mar 1973 | Differential modifications of neonatal behavior. Paper presented at the Biennial Meeting of the Society for Research in Child Development. |
| May 1969 | The vocational performance of mentally retarded trainees and physically disabled workers: A comparative and predictive analysis. Paper presented at the 93rd Annual Meeting of the American Association on Mental Deficiency. |
| Mar 1969 | Aspects of temporal perception in the mentally retarded. Paper presented at the Annual Meeting of the Council for Exceptional Children. |