# EXHIBIT 11

## **DECLARATION**

I, KENNETH BARISH, Ph.D., hereby affirm the following:

1.    My professional address is 280 North Central Avenue, Hartsdale, New York, 10530.

2.    By way of background, I have been a psychologist licensed to practice in the State of New York since 1981. I have held faculty positions in psychology at Weill Medical College of Cornell University, the Westchester Center for the Study of Psychoanalysis and Psychotherapy, and the William Alanson White Institute's Child and Adolescent Psychotherapy Training Program. I also have maintained a private practice in child and adolescent psychology that includes the evaluation of learning and emotional disorders in children and adolescents. During the course of my thirty-two years of practice, I have conducted hundreds of psychological and educational evaluations of children and adolescents.

3.    During the early 1980s, I was a staff psychologist at Pleasantville Cottage School, a residential treatment facility located in Pleasantville, New York. From approximately 1982 to 1985, Corey Johnson was in residence at Pleasantville.

4.    During Corey's stay at Pleasantville, I conducted two evaluations of him: the first in 1983 and the second in 1985. Each evaluation lasted between two and four hours. For reasons explained below, although decades have passed since my last interaction with Corey, I continue to have a strong independent recollection of Corey – and my meetings with him – to this day.

5.    I make the statements in this declaration based upon my independent recollection of Corey and review of my own written evaluations – as well as, to the limited

2

extent indicated below, my review of materials recently brought to my attention by Mr. Johnson's current legal counsel.

6. A true and correct copy of the report of my March 1983 psychological and educational evaluation of Corey is attached as Exhibit 1 to this declaration.

7. A true and correct copy of the report of my March 1985 psychological evaluation of Corey is attached as Exhibit 2 to this declaration.

8. Nearly 30 years after I met and evaluated him, Corey still stands out in my mind due to his profound impairment in learning.

9. Corey's deficit in phonological processing remains the most profound impairment of this kind I have encountered in three decades of clinical practice.

10. For example, when I saw him in 1983, when he was 14 years old, Corey laboriously attempted to spell the word "arm." Instead, Corey spelled this word: "hme."

11. So profound was Corey's deficit that I have used it over the past 30 years as a teaching example in my classes. Corey had effectively no ability to discriminate between vowel sounds.

12. Overall, the severity of Corey's impairment in reading, spelling and math skills remains striking to me even today.

13. As set forth more fully in the attached reports, at the times I evaluated Corey, I identified widespread and highly significant cognitive deficits, indications of diffuse neurological dysfunction, and severe learning disabilities in reading, spelling and arithmetic.

14. For example, in 1983, Corey's scores for reading and spelling were at the 1st percentile, that is, at the lowest 1% of the population for his age. His score for arithmetic achievement was at the 2nd percentile (at the lowest 2% of the population for his age). Also

present in Corey in 1983 were highly significant impairments of attention and concentration, visual-spatial analysis, and visual-motor coordination.

15.    As part of my evaluation of Corey in 1985, I administered the WISC-R test. Corey was 16 years old at the time this test was administered. I reported a Full Scale IQ score of 69 for Corey. I also reported an "alternate" score of 74. It is important to note that, consistent with my assessment practice at that time and as set forth in the evaluation report, I reported "alternate" scores that reflected improvements in a child's performance when the child was given more time and/or assistance from the examiner, beyond that allowed by the rules of test administration. I presented such "alternate" scores only for consideration by other clinicians as to the child's possible response to interventions. Such "alternate" scores did not represent the true IQ score for Corey or any child for whom I reported an "alternate" score.

16.    The true Full Scale IQ score for Corey Johnson, that is, the score Corey obtained under standard administration conditions, was 69. A score of 69 falls in the Mentally Deficient range of intellectual functioning.

17.    At the time I conducted the 1985 evaluation, because of previous cognitive test results which are noted in the evaluation, I did not consider a diagnosis of mental retardation for Corey.

18.    However, I was not aware at the time (in 1985) that approximately four to five months before Dr. Cary Gallaudet administered the WISC-R to Corey, Corey had been administered the WISC-R in October 1981 by Ernest Adams, and had scored 10 points lower than when Dr. Gallaudet administered it to Corey.

4

19.     If I had been aware in 1985 of this earlier WISC-R test administered to Corey by Mr. Adams, I would not have given weight to Dr. Gallaudet's testing and likely would have considered a diagnosis of mental retardation.

20.     In my opinion, my diagnosis as of 1985 can reasonably be re-considered by experts in the field of mental retardation and learning disability.  Although I have extensive experience in the evaluation of attention and learning disorders and have training and experience in the specific psychological and educational evaluations that I administered to Corey, I am not a specialist or expert in the diagnosis of mental retardation, particularly the differentiation of mental retardation from profound learning disabilities.

I declare the above is true and correct.

Dated:  July 22, 2014

_Kenneth Barish, Ph.D_
KENNETH BARISH, Ph.D.

City of Hartsdale
State of New York

5

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:  COREY JOHNSON          Date of Testing: 3/83
Date of Birth:  ████████              By:   Ken Barish, Ph.D.
Date of (PCS) Adm: ████               Social Worker: Gayle Turnquest

## PSYCHOLOGICAL AND EDUCATIONAL EVALUATION

### Referral:

Corey was evaluated at Pleasantville Diagnostic Center in February
1982.  At that time Corey achieved a Full Scale I.Q. of 88, with a
Verbal I.Q. of 85 and a Performance I.Q. of 93.  Indications of
diffuse neurological dysfunction were evident as well as very strong
depressive tendencies and an emphasis on denial as a defense.  Corey
remained ambitious, however, with a strong conscience and capacity
for empathy.

In conference it was reported by Corey's teacher that his academic
skills are very poor.  This evaluation was requested to provide addi-
tional clarification of the nature and extent of Corey's learning
difficulties and to make recommendations for remedial strategies.

### Tests Administered:

Wide Range Achievement Test
Neuropsychological Screening Tasks
Bender-Gestalt
Benton Visual Retention Test
Spreen-Benton Aphasia Tests
Raven's Progressive Matrices
Purdue Pegboard
Gilmore Oral Reading Test
Human Figure Drawings

### Observations:

Corey was cooperative throughout the evaluation and demonstrated gener-
ally good frustration tolerance despite the very real difficulty he en-
countered on many of the tasks presented to him.  Corey's willingness
to continue to put forth effort on academic tasks without impulsivity
or withdrawal is an impressive strength, particularly considering the
severity of his learning disabilities.

### Test Findings:

The present test findings confirm the presence of severe learning dis-
abilities in reading, spelling and arithmetic.  There is an abundance
of findings which strongly suggest diffuse neurological dysfunction
with associated impairment in many aspects of cognitive functioning.
Difficulties in attention and concentration are a prominent factor
in Corey's learning difficulties.  In addition, Corey demonstrates
specific language deficits (i.e. speech sound discrimination, phonic
associates, sound blending) and also deficits in visual-spatial
analysis, visual-motor and fine motor coordination and perhaps also
visual memory.  These findings will be discussed below.

Corey Johnson                                                     -2-

On the Wide Range Achievement Test Corey obtained a Reading Score
at the 1st percentile (SS 62), a Spelling Score at the 1st percentile
(SS 64) and an Arithmetic Score at the 2nd percentile (SS 68).  Corey
understands basic arithmetic operations including borrowing and carry-
ing but has difficulty with division and more complex operations.
Some of Corey's errors seem to result from inability to sustain at-
tention on problems, and also from some confusion in the spatial
analysis on arithmetic problems.  With regard to reading, Corey has
a small sight vocabulary but has great difficulty in analyzing words
phonetically.  Reversals were occasionally noted in Corey's naming
of letters and sound sequencing errors were common in his reading.
Attentional errors also appeared to impair Corey's reading.  Corey
can spell only a few simple words.  His ability to read or spell
using a phonetic approach is severely limited, and Corey's attempt
to spell even some simple words (e.g. "arm") are unrecognizable.
Also apparent is some difficulty in the formation of letters and
numbers, perhaps also some difficulty in discriminating letters of
similar shape.

Corey's reproductions of the Bender designs reveals a significant
deficit in visual-motor coordination.  His performance on the Benton
Visual Retention Test strongly suggests a deficit in visual memory
or visual-motor functioning.  A significant problem in visual-spatial
analysis was evident on the Raven's Progressive Matrices.  Attentional
difficulties also contribute to Corey's poor performance on this task.
Corey's performance on the Purdue Pegboard reveals significant prob-
lems also in fine motor coordination.  Corey is right dominant in
hand, foot and eye preference.  Left-right awareness is well establish-
ed on self, but not for mirror rotation; Corey consistently misplaced
right and left on an examiner facing him.  Finger recognition is un-
impaired.  Corey showed no difficulty with tongue and mouth movements.

Several tests of language functions were also administered.  Language
comprehension (Token Test) is unimpaired, except for occasional in-
attention.  Naming of colors, body parts, and common objects was also
unimpaired.  Corey's immediate memory for digits, although improved
over previous testing remains poor.  Mild articulation errors were
noted.

A specific deficit in speech sound discrimination was apparent.  Corey
knows the names of all the letters of the alphabet and the consonant
sounds.  Discrimination of vowel sounds, however, is very poor.  When
asked to say the sounds of different vowels, Corey produced essential-
ly the same sound for each vowel.  When asked to blend sounds into
nonsense words, Corey would blend adequately but often misprounced
the vowel sounds.

Conclusions and Recommendations:

This evaluation confirms the presence of severe learning disabilities
in reading, spelling and arithmetic.  Corey's learning difficulties
result from wide spread cognitive deficits, including problems in

<u>Corey Johnson</u>                                                       -3-

attention and concentration, visual processing, and speech sound dis-
crimination and phonics. It is probably because of this that Corey
has been unable to find compensations that would enable him to achieve
a higher level of academic skill. With regard to remediation, it
would appear that a whole word sight vocabulary approach, bypassing
phonics and sound blending would be more productive in improving
Corey's reading and spelling. Corey and his family should be counsel-
led regarding the nature of his learning difficulties and a school
program with less focus on academic skills should be considered.

       Ken Barish, Ph.D.:ww D-4/11/83     T-4/29/83

                                  Ken Barish, Ph.D.
                                  Psychologist

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:   COREY JOHNSON        Date Tested: 3/15/85

Date of Birth:   ▇▇▇▇▇▇              By:   Kenneth Barish, Ph.D.

Date of (PCS) Adm:   _____       Social Worker: Christine Aaron

## PSYCHOLOGICAL EVALUATION

### Referral:

Corey was referred for re-evaluation to assess his current cognitive and emotional functioning. Corey was last tested in March 1983, by this examiner, and in February 1982 at Pleasantville Diagnostic Center. These evaluations reveal severe learning disabilities in Reading, Spelling and Arithmetic, associated with impairment of attention and concentration, visual-spatial skills and specific language deficits; significant depressive tendencies were also noted.

### Tests Administered:

WISC-R
Rorschach
TAT

### Test Findings:

On the WISC-R Corey achieved a Verbal I.Q. of 68-70 (Mentally Deficient-Borderline range), a Performance I.Q. of 78-81 (Borderline-Low Average range), and a Full Scale I.Q. of 69-74 (Deficient-Borderline range). Subtest scaled scores are presented below:

| | | | |
|---|---|---|---|
| Information | 4 | Picture Completion | 8(9) |
| Similarities | 5(6) | Picture Arrangement | 9 |
| Arithmetic | 6(7) | Block Design | 1(5) |
| Vocabulary | 5 | Object Assembly | 5(6) |
| Comprehension | 4 | Coding | 6 |
| (Digit Span | 6) | | |

(Alternate scores reflect improvement in performance with additional time and/or assistance from the examiner.)

These scores reflect a significant decline in both Verbal and Performance I.Q. since Corey was tested in 1982. At that time a Verbal I.Q. of 85, a Performance I.Q. of 93 and a Full Scale I.Q. of 88 were reported. There is also some difference in a pattern of subtest scores. Corey achieved significantly lower scores on the current testing on both the Comprehension and Object Assembly subtests. This decline in I.Q. scores is difficult to account for. However, several factors may be involved. The current scores may reflect in part, the increasing demands that the tasks presented as well as Corey's failure to learn at an expected pace.

Corey Johnson                                                          -2-

They also undoubtedly reflect the effects of Corey's severe dis-
couragement and depression with respect to cognitive tasks. For
example, with minimal assistance, Corey was able to improve his
performance considerably in many instances. This was evident on
the Similarities, Arithmetic, Block Design and Object Assembly sub-
tests. Corey's very deficient score on the Block Design subtest
is the result of several rotations of designs that he easily cor-
rected when his error was pointed out to him. These scores, should,
therefore, not be taken as an indication of Corey's intellectual
potential. Corey's intellectual difficulties remain clearly evident,
however, and my recommendation now, even more strongly than two years
ago, is that Corey needs a highly vocationally oriented school pro-
gram. Some efforts should be made to help Corey achieve a level
of literacy that will enable him to function in the working world,
however, Corey is unlikely to improve significantly in this area.

Personality Functioning:

Personality assessment reveals a thoughtful, highly reflective, but
affectively constricted adolescent. Corey expends considerable
energy in his efforts to suppress anger. He appears vulnerable to
periods of depression and frustration. There is also evidence of
feelings of aloneness and a desire for help, that is not being
heard. Several responses suggest that Corey feels that he is not
being listened to.

Corey's test responses also reveal an effort toward maturity that
is particularly impressive, considering his severe learning dis-
abilities. Corey's TAT stories reveal, for example, an awareness
that life has trials and tribulations that must be coped with and
an acceptance of the reality that life is sometimes painful, for
example, that there are painful separations. Corey's stories empha-
size his concerns regarding the future and his constructive and
mature goals. For example, he tells a story about a young man
"wondering if he's going to have a job and a nice life, maybe some
kids and a wife to support and help him move on in life." This
effort towards maturity is at the cost of a constriction of Corey's
emotional life, particularly a suppression of anger and rebellious-
ness and an overly compliant attitude towards authority. Corey
also tends towards extremes of either/or, good/bad in his thinking
about himself and his life. Corey could benefit from greater ac-
knowledgement and acceptance of his anger, integrating anger into
his identity along with a less narrow definition of maturity.

Recommendations:

As indicated earlier, Corey needs a vocational school program with
some remediation in literacy skill. He could also benefit from
counselling and supportive psychotherapy both in regard to prob-
lems of self-esteem related to his learning disabilities and also
supporting and broadening his efforts to become a mature adult.
    Kenneth Barish, Ph.D.:ww  D-4/15/85      T-4/15/85

                              Kenneth Barish, Ph.D.
                              Psychologist