# EXHIBIT 19

## DECLARATION

I, ANN HARDING, hereby affirm the following:

1.    I live at 2120 Carrell Road, Apt 210, Fort Myers, FL 33901.

2.    For 22 years, I was a staff member at Pleasantville Cottage School ("Pleasantville" or "the school"), a residential treatment center for emotionally troubled youth run by the Jewish Child Care Association.

3.    I knew Corey Johnson from 1982-1985 while Corey was living at Pleasantville. We both lived in the older boys' cottage. When I was placed there he was already there. I had a supervisory role at the school and saw him on a daily basis.

4.    Corey was a sweet boy and a good kid. He was always very quiet and respectful, and did whatever I asked him to do. Corey obeyed all of the school's rules, as far as I knew. I cannot think of any instance where Corey violated the school's rules or behaved disobediently. Some kids were quiet, some were loud, it depended on the child.

5.    I had a good relationship with Corey. I frequently used to work the night shift, and Corey would come downstairs to my post when he could not sleep. Sometimes he said he was having nightmares because of a scary movie he had seen that day. He would ask if he could sit with me, and we would watch television together and talk until he was ready to go back to bed again. I was the only female staff member at Pleasantville at that time, and I believe Corey thought of me as a maternal figure.

6.    Corey was very slow intellectually. I knew this by the way he would talk to me. I do not remember anyone else at Pleasantville who was similarly slow intellectually.

7.    Corey never discussed his "slowness" with me.

8.    I did not work with Corey on identifying and achieving his goals, as I did with other children at the school. Our conversations were basic and did not involve school or other residents at Pleasantville.

9.    Corey participated in social activities and got along well with his peers. Corey was generally friendly, nice, slow to anger, easygoing and respectful.

10.    I do not think Corey possessed leadership qualities. To the contrary, he was more of a follower than a leader in his interactions.

11.    I believe that Corey was probably taken advantage of by the other students occasionally.

12.    Corey understood and complied with basic requirements of the daily routine at Pleasantville. Very little changed at the school during the time that Corey was there, and I cannot remember any situation in which Corey had to adapt to new circumstances.

I declare the above is true and correct.

Dated: November 21, 2011

_____
ANN HARDING

City of Fort Myers
State of Florida

2