# EXHIBIT 23

## DECLARATION

I, ESTHER JOHNSON, hereby affirm the following:

1. I live at 10 West 138th Street, Apartment 4K, New York, New York 10037.

2. I am Corey Johnson's maternal grandmother. The youngest of my three children, Emma Lee Johnson (who is no longer alive), was Corey's mother.

3. I was born on ▮▮▮▮▮▮▮ in Sumpter, South Carolina. My parents were Julius and Emma Brunson.

4. My parents worked hard and were very strict with me. I tried to avoid getting in trouble because when I did, I would receive a "whooping" from my parents.

5. While in South Carolina, when I was about 17 years old, I had my eldest daughter, Minnie Hodges. About two years later, my son Amos Brunson was born. His father was a man named Jimmy Lee Brown.

6. A few years later, I met and later married Love Johnson, with whom I had my third child, Emma, Corey Johnson's mother.

7. Love Johnson and I lived with my three children in South Carolina for a short period before relocating to New York. We moved to New York without bringing my children with us, leaving them with my parents. The children joined us some time later.

8. Love and I were married for many years. He drank a lot and ran around with many other women, which is why we eventually divorced. He would also occasionally hurt me when he was drunk. While I drank alcohol in excess when I was younger, after I stopped, I found it very difficult to be around Love when he was drinking because he behaved badly.

9. I lived in Brooklyn, New York in 1968, when Corey was born.

1

10. Corey's father, James Sykes, was a nice man who treated me and Emma with respect when he was dating Emma. At the beginning of their relationship, he spent a lot of time at our house. Emma got along well with him. I remember that there was a discussion about Emma and James getting married. I wanted them to get married.

11. Corey was born at Brooklyn Jewish Hospital. I was with Corey's mother, Emma, at the hospital during his delivery.

12. After it became clear that Emma and James would marry, Emma wanted to see other people after Corey was born. Emma began spending time with the type of people that I did not like, because they were pushing her around and did not treat her properly. I think these people also hit Emma and used drugs but this never happened in front of me.

13. While Corey was growing up, Emma dated a number of different men. She first dated Robert Butler, with whom she had her younger son, Robert Johnson. She later dated a man she called "Mitch," with whom she lived in Jersey City. He was a very nice man, who treated Corey well and wanted to adopt him. However, Mitch was killed in a dispute following card game. Corey and Robert were with me when they learned that Mitch had been killed.

14. Emma later became involved with a man named Bobby Koger, who treated Emma, Corey and Robert very badly. He never hurt her in front of me, but I could tell that he was bad for her and told her that I did not think that he was right for her. Bobby also used to drink a lot. He was not a good person.

15. Emma also had some friendships with women of whom I did not approve. In particular, I did not like her friend Carol because I thought she was a bad influence on Emma. Carol talked about people behind their backs. She used to take Emma's clothes and talk rudely

2

to people. She wanted me to be like a mother to her, but I told her that she would need to change her ways for me to do that. She never did that.

16.    During Corey's and Robert's childhoods, Emma and the children lived with me at various times.   Even when they were not living in my house with me, Emma often left Corey and Robert with me on nights and weekends. Corey and Robert even had a bedroom at my house. Emma was working and could not take care of them as much as I could. I fed them, clothed them and watched over them when they went outside. I did not let them go too far from the house and I gave them a curfew when they went outside. I always talked to them about right about wrong, and they attended church with me on most Sundays. I treated them as if they were my own children.

17.    Corey was a good boy, while Robert could be mischievous at times.   I treated them strictly, the way that I was raised.

18.    In general, they did not give me a hard time.  They showed me respect. They usually obeyed when I told them to do something (although sometimes Corey needed things repeated to him before he would understand what I was saying).

19.    Corey was a quiet child, while Robert liked to talk a lot.   Even though he was two years younger than Corey, Robert was better at standing up for himself, and Corey was more likely to be taken advantage of.

20.    Corey was the kind of child that always took the back seat and let other people take the front seat. If he had money, children would not need to steal it from him because he would give it away.

21.    Corey did not engage much with other children and did not make friends easily. I do not think that Corey got into fights at school, but my understanding was that he was

3

teased a lot by the other children. Robert often told me that the children picked on Corey at school, although I am not sure what the children teased him about.

22. On more than one occasion, Corey came home from school without the sweater that he had worn to school that day. When his mother, Emma, questioned him after this had happened, he told her that boys from school had taken his sweater from him. Emma not only became very angry with Corey but physically beat him for allowing the boys to take his sweater.

23. While I do not recall what prompted Emma to do so, I recall another incident in which Emma beat Corey with a shoe on the head. I asked her not to do it again.

24. I specifically remember talking to Emma about the physical beatings she gave Corey and Robert and encouraging her to talk to them instead of hitting them.

25. Throughout his childhood and teenage years, Corey seemed to be slower than Robert, even though he was two years older.

26. For example, Corey had problems dealing with money and I did not feel comfortable trusting Corey with money. If I wanted Corey to buy something for me from the store across the street where the owner knew both me and Corey, I would send Corey's younger brother Robert to accompany Corey, to make sure that the purchase was done right and that Corey received the proper change. I did not want to send Robert alone, however, because he would spend the entire amount. Therefore sending them together was the best solution.

27. I recall that Corey had problems in school, although I do not know the full extent of his problems. I heard to he had difficulties studying and succeeding in school. Also, I believe that he had problems with reading. Even now, when he writes me letters from prison as

4

an adult, I have trouble reading his letters. His spelling is not very good and the letters contain a lot of grammatical errors.

28.    I was sick quite often with diabetes and in and out of hospital a lot when Corey approached his teenage years and in his early teen years. I think that the family kept a lot of problems from me back then because they were concerned about my health and did not want to worry me. For instance, I remember hearing that Corey had been sent away to school north of New York City, but Emma did not tell me much about it. I do not know much about what happened with him while he was there.

29.    I was not aware that Emma was using drugs until my daughter, Minnie Hodges, told me so shortly after Corey was born. However, I think that I may have been in denial, because I didn't want to believe that Emma was using drugs.

30.    After I learned about her drug use, I frequently told her that she needed to stop. Because of this, she never used drugs in front of me, and she put on an act as if she was not using drugs when she was around me.

31.    Shortly before Emma died, I knew that she had boils underneath her arms and was too weak and sick to the go the doctor. However, I do not know the details of her death.

32.    The last time I saw Corey was on Mother's Day many years ago, while his mother was still alive. He brought me some decorative flowers.

I declare the above is true and correct.

Dated:  April 30, 2011.

ESTHER JOHNSON

New York, New York