# EXHIBIT 25

## AFFIDAVIT

State of New York      )
                    ) ss:

County of New York   )

ANTOINETTE DANIELS JOSEPH, being duly sworn, deposes and says:

1.     I reside at 819 FDR Drive, Apt. 10H, New York, NY 10009.

2.     I was born on ▮▮▮▮▮▮▮▮

3.     I am Corey Johnson's godmother, and have known him since his birth. I knew Corey's mother, Emma Lee Johnson, for more than 30 years, from the time we met when we were both about 12 years old until Emma's death in 1995. For most of that time, we were very close friends.

4.     Corey and my daughter Courtney are about the same age. During his childhood and adolescence, Corey would often spend time at my house, which was a "hang out" for neighborhood children and teenagers. When Corey was a child, Emma frequently asked me to care for Corey at my house when she wanted to go out and party and use drugs or when she could not handle taking care of Corey, often leaving him overnight or entire weekends.

5.     I visited Corey and his mother at their home on many different occasions.

6.     Corey also lived with me and my children during several summers in his youth.

1

## Early Relationship with Emma Johnson

7. I first met Corey's mother Emma when I was in the fifth or sixth grade at PS 64, located on 9th Street and Avenue B in Manhattan. Emma attended an elementary school located nearby on Avenue A. Soon after we met Emma and I became very close friends. We both attended the same junior high school, JHS 71, located on 6th Street and Avenue B, and the same high school, Brandeis High School, located on 84th Street between Amsterdam and Columbus, both in Manhattan.

8. Emma and I were very close throughout our school years. Emma's sister Minnie was much older than she. Emma and I acted more like sisters than friends. We would frequently dress alike and wear the same hairstyle. We had the same friends. In fact, people thought we were sisters. Even though we grew apart at times in our lives as we grew older, we always knew we could count on each other.

9. Throughout school, Emma was a low average student who received grades in the 60s, while I received higher grades, generally in the 80s. I helped Emma with her schoolwork throughout school. Emma did not read very well, even as a high school student. Neither Emma's parents nor her sister Minnie seemed to be well-educated people.

10. Emma was a follower and was easily influenced by others. When I would occasionally play hooky from school, Emma would too. As another example, I became pregnant when I was 17 years old. Shortly after I told Emma that I was pregnant, Emma became pregnant. Emma told me that she had tried to become pregnant because I was pregnant. I was surprised Emma had become pregnant, because she was from a very strict family.

2

11. In June 1968, I gave birth to my daughter Courtney.

12. About four months later, in November 1968, Emma gave birth to Corey.

13. I completed high school after the birth of my daughter but, to my knowledge, Emma dropped out of high school after giving birth to Corey and never graduated.

## Emma Johnson's Alcohol and Drug Use, and Impact on Her Parenting

14. In our teenage years, Emma, I, and our friends all partied and experimented with alcohol and drugs. However, Emma did not seem to recognize the same limits that I did.

15. Whereas we all would go to dance clubs, Emma would frequently stay out to go to "after hour spots" – bars that remained open for her and some other patrons after they were closed to the general public for the night.

16. We all experimented with alcohol and some drugs. However, while I was sometimes called "chicken" because I did not try as many drugs as the others, Emma began to get heavily involved with alcohol and drugs.

17. My pregnancy indicated to me that I needed to get my life together. Emma's pregnancy with Corey did not seem to give her the same indication.

18. Indeed, Emma became very wild around the time she met Robert Butler, shortly after Corey was born. She was continuing to party and use drugs even after the birth of her second child, Robert.

19. After she and Robert Butler separated, Emma appeared to be using drugs heavily. In addition, at that time, I would frequently see Emma with large

3

quantities of drugs on her person, leading me to believe that she was a drug dealer. She was keeping company with drug dealers, hustlers, and pimps during this time. In my view, Corey and Robert could not have been unaware of Emma's involvement with drugs during this time.

20.     Emma's partying, drinking and drug use left her with little time to care for her children. As a mother, she provided the basics for her children but not much more. She would provide clothes and food for them but did not have time to talk to them or provide emotional support.

### Emma's Involvement in Volatile and Abusive Relationships

21.     Emma did not provide a stable home life for Corey or her younger son, Robert.

22.     During Corey's childhood, Emma was involved in relationships with several different men, many (if not all) of whom were verbally or physically abusive to her.

23.     Emma also moved around from place to place frequently when Corey and Robert were young children.

24.     Emma's relationship with Corey's father, James Sykes, was short and, for a long time after that, James seemed not to be around Corey very much.

25.     Shortly after Corey was born, Emma became involved with Robert Butler, with whom she later had her son Robert. Emma was still in a relationship with Robert Butler as of 1973 (the year I got married) and I believe their relationship continued for several more years.

4

26. During the course of their relationship, Emma and Robert Butler had arguments to which Corey and Robert were exposed. While Robert Butler treated both Corey and Robert well, he was verbally abusive to Emma.

27. Later, near the end of the 1970s, Emma became involved for several years with a man named Bobby Koger, who was physically abusive towards her.

28. Some time after Emma started dating Bobby, Emma came to stay with me for about a month in order to escape from Bobby Koger. Bobby was very abusive—both physically and verbally. I even saw bruises on her when she came to stay with me.

29. As a teenager, Corey told me that he did not like the men with whom his mother was keeping company. Robert was tougher, had thicker skin, and was better able than Corey to cope with Emma's men and the life she lived. Corey appeared to have more difficulty dealing with the situation.

30. The last time I saw Emma, shortly before her death at about 45 years old, she had visible bruises on her body.

### Corey Has Always Been "Slow" and his Abilities Limited

31. My impression of Corey during the entire time I knew him was that he was very slow.

32. His slowness cut across different parts of his life. He had a general inability to learn, reading problems, and difficulty socializing at times and, as a result of all of these problems, was teased by other children at school. I also remember Corey stuttering. He never seemed to get the help he needed to deal with any of these problems.

5

33.    When he was as old as 8 or 9, Corey had a problem with bedwetting.   Corey's mother Emma would complain to me that Robert (who was two years younger than Corey) was not wetting the bed, while Corey was.   I would try to reassure her that Corey would grow out of it eventually.

34.    Corey had a lisp when he was younger and children would tease him about it.

35.    Corey's  was very slow in learning when he attended school.  Even though his brother Robert was younger than Corey,  Robert always seemed more advanced than Corey while they were growing up.  Emma also would frequently remark that Robert was smarter than Corey, even though he was younger.

36.    While Emma would criticize Corey's intelligence and abilities in school, I never witnessed her try to help Corey with his school work.  As I mentioned above, Emma was not a very good student in school either and perhaps she did not really know how to help him.

37.    My daughter Courtney would frequently help Corey with his homework.   In high school, Courtney would help him in Math, English and the rest of his subjects.  I particularly recall that Corey would become frustrated when he was not able to understand Math problems.

38.    During all the time I spent with Corey, I never saw him read anything.  My understanding was that his reading ability was very poor.

39.    Whenever Corey went to the store in my neighborhood (as a child and even later as a teenager), he always went with Courtney.  I am not at all confident that he could have handled even relatively simple transactions on his own.   Indeed,

6

people took advantage of him because he would readily give his money away. If someone asked Corey for money, he would not hesitate to give away the money he had on him or do whatever he could to help.

40. Emma's Physical Abuse and Other Mistreatment of Corey

41. Emma was physically abusive with Corey and Robert. There were several occasions when Emma would lose her temper and hit Corey.

42. For example, as I mentioned above, Corey would sometimes wet the bed at his home, even as an older child of 8 or 9. Emma would usually not even change the sheet and simply let Corey sleep in the soiled sheets.

43. To avoid Emma getting angry, Corey would sometimes try to hide the wet sheets. Emma would become angry when she discovered his soiled sheets in the closet and would then yell and beat Corey.

44. Emma struck Corey several other times as well.

45. When Corey was 9 or 10, Emma once became so angry with Corey that she hit him on his head with a high heel shoe. Emma called me on the phone after she hit Corey; she still seemed very angry with Corey and said she was going to "kill" him.

46. After that incident, Corey came to live with me for six or seven months because Emma realized that she was out of control. But Corey would always insist on going back to his mother, because he wanted to be with her.

47. Emma also said hurtful things to and about Corey.

7

48. On more than one occasion, Emma told me that she was going to kill both Corey and Robert because they were getting on her nerves. I was concerned enough about her seriousness that I asked Emma to bring the children to my house.

49. Emma would also frequently tell me she wanted to get rid of both Corey and Robert because she was tired of them. I believe that Corey overheard these conversations.

50. There were times when Emma would also yell at Corey and tell him that Robert was doing better than him.

51. Throughout his childhood and teenage years, Corey was generally very meek, mild, and calm. By contrast, his brother Robert appeared to me to be tough and mean.

52. Corey seemed very unhappy as a child. I could see the unhappiness in Corey when I went to visit him at Emma's house.

53. Part of Corey's unhappiness seemed came from his mother's treatment of him, as well as her general instability, drug use and involvement with abusive men.

54. Corey was very upset when Emma went to jail and blamed her boyfriend at the time for getting her arrested. Around this time he told me that he wished I was his mother.

55. I believe that Corey's unhappiness also stemmed from his father not being much of a presence in his life. Corey's brother Robert spent time with his father, Robert Butler. Indeed, Robert's father seemed to be around more, while Corey's father

8

James seemed to be constantly in and out of prison and absent for long periods of time. I believe that Corey may have been jealous of Robert's relationship with his father.

### Corey's Difficulties in Social Situations

56. Both as a child and as a teenager, Corey was withdrawn socially.

57. He would have friends but did not appear to be close with any of them.

58. As a teenager, Corey spent a lot of time with Courtney and her friends. But sometimes, when Courtney's friends would visit the house while Corey was there, Corey would retreat to my room, as opposed to hanging out with the others – even though they were his own age.

### Corey's Being Turned Over to the Administration for Children's Services

59. When Corey was 13, Emma turned him over to the Administration of Children Services. I believe this was due to her drug use and inability to care for her children.

60. During the period that followed Corey's placement, I lost contact with both Emma and Corey for awhile, although I eventually regained contact with both of them.

### Corey's Late High School Years and Subsequent Involvement in Hustling

61. When Corey was attending high school in Queens, I was living in Queens and reconnected with him.

62. During this time, I could see that Corey lacked confidence, especially around girls he did not know well. He would mainly spend time with my daughter Courtney and her friends.

9

63.     Corey began hustling in the streets at the time he started attending high school in Queens. After he left high school, he began spending more time on the streets. Corey would sometimes stay with Emma, but Emma was moving around a lot and living with different people, so Corey was effectively on his own after he turned 18.

64.     I believe Corey turned to a life of hustling on the streets because his options were limited and he needed money to feed and clothe himself, not because he liked it.

65.     I think that Corey did not know any other path – his mother, the men with whom she kept company, and his brother Robert had all been involved with hustling drugs. I tried to tell Corey that hustling was not right for him. While I could imagine Robert doing it, I thought Corey was too soft.

66.     When both were in their late teens, Robert was, in my impression, smarter, tougher and more of a bully than Corey. Corey was more gentle and therefore less well able to function on the street.

67.     On the streets, people readily took advantage of Corey because of his easygoing nature and the fact that he had difficulty dealing with money.

68.     Corey was easily influenced by his brother, even as an adult. Robert would get Corey to do things or go to certain places even if he did not want to. For example, I had the feeling that Robert would have Corey act as his backup when they were buying drugs.

69.     The last time I had contact with Corey was when he was about 19 and living in New Jersey.

10

70. I am not aware of Corey ever having a job. I believe that he would have had difficulty in filling out a job application or passing a job test.

## Corey's Demeanor in My Presence

71. I remember Corey as always being respectful and calm despite his difficult and unstable home life, including the family's moving from place to place, his constantly changing schools, his mother's drug use, his mother's physical and emotional abuse by boyfriends, and his own physical abuse at his mother's hands, as well as his later being sent away by his mother.

72. Corey always showed love and affection towards me with hugs and kisses. He was never angry or violent in my presence. He was very pleasant and gentle. I have never had a problem with Corey.

STATE OF NEW YORK
COUNTY OF NEW YORK
SWORN TO BEFORE ME THIS
MAY 21 2011

Sworn to before me on this
_____ day of May, 2011

_____
Notary Public

IRA MARK LIPPELL
Notary Public, State of New York
No. 60-4652304
Qualified in Westchester County
Certificate filed in New York County
Commission Expires March 30, 2015

_____
ANTOINETTE DANIELS JOSEPH

11