# EXHIBIT 26

## DECLARATION

I, LEONA KLERER, hereby affirm the following:

1.     I reside at 71 Strawberry Hill Avenue, Apartment 907, Stamford, Connecticut 06902.

2.     I was born on ▮▮▮▮▮▮▮ in New York City.

3.     I was a reading teacher at Mount Pleasant Cottage School for nineteen years, from 1973 until I retired in 1992.

4.     I conducted an assessment of Corey Johnson on February 1, 1982 (a true and correct copy of my report of which is attached hereto as Exhibit A). Although I have no current recollection of meeting Corey Johnson, based on my review of my report, I am able to testify to the following information and conclusions.

5.     Corey was in the school's care for a month before I conducted my assessment of him.

6.     Corey Johnson had very poor reading skills and poor understanding of what he was reading. At the time of my assessment of him, Corey was 13 years and 3 months old. He was barely able to write his name or recognize the sounds of many of the letters on the page. Corey had not advanced past the second grade level in reading, which indicates a significant deficit in his abilities. I have worked with children with terrible learning disabilities, and those children – unlike Corey Johnson -- all learned to read at a higher reading level than a second grade level.

7.     Corey was unable to identify words on the chart I gave him and did not know the multiple sounds of some letters in the alphabet.

8. In my assessment of Corey, I was struck that he could not read even read short single syllable vowel words in isolation with vowel combinations.

9. In my report, I noted that Corey exhibited "much angulation and distortion of symbols," which means that when he wrote letters, he distorted them. I found it notable that he would read the word "surprise" to be the word "shock." This indicated to me that while some part of his brain may have understood the meaning of the word "surprise," he was unable to read it aloud and would substitute it for another, somewhat similar word, like "shock."

10. I believed he was dyslexic, since he kept his fingers on each word when trying to read, and could not track the words in a sentence well.

11. I did not administer the very long Woodcock test because I knew his reading level, and I didn't think Corey could concentrate and sit through the entire duration of the long test.

12. My assessment of Corey stated that Corey could be mentally retarded. The reading tests indicated that, at the age of 13 years and 3 months old, Corey did not know how to use phonics in reading. The facts that Corey was in special education classes, was over 13 years old, and still was reading at a second grade level were quite unusual and significant.

13. Corey could tell time only on the hour. I recommended that Corey try to learn how to tell time, because I believed it would increase his low self-esteem. I thought he felt badly about his low reading ability and I believed that teaching him how to tell time would give him much needed confidence and self-assurance that he could at least do something right.

2

14.     Teaching at Mount Pleasant was a difficult experience. Many of the children there had been terribly abused and had serious psychological problems.

15.     Some of the teachers there were excellent, fought for their children and really tried to meet their needs, while others were not as good. Whether an individual student's needs were met depended on the teacher. The social workers at Mount Pleasant Cottage School were generally good.

16.     In my experience, because of the limited resources of the school and the sheer numbers of students with emotional and learning difficulties, children who exhibited serious disabilities at a relatively older age (such as 13) were perceived by some faculty as beyond help or hopeless. Sometimes, such students did not receive proper education or treatment.

17.     Given Corey's age at the time he arrived at the diagnostic center and his limited abilities, it is possible that Corey could have been perceived by some faculty as one of these "hopeless" students.

I declare the above is true and correct.

Dated: June 3, 2011

_____
LEONA KLERER

Stamford, Connecticut

**EXHIBIT A**

**MOUNT PLEASANT COTTAGE SCHOOL**
**SCREENING UPON ADMISSION**

A. Name: Corey Johnson        Date Of Testing: 2/22/82
Birthdate: ▇▇▇▇▇        Tested By: Leona Klerer
Chrono. Age: 13-3        Grade: 7
Date Of Admission:        Teacher: Lily Jones
Admitted From: Man. S.S.C. 2/1/82        Social Worker: A.Offer
Current Placement: Diagnostic Ctr.

B. Information From Student's Record:

C. Behavior During Testing:

    Cooperative and tried to do his best.

D. Handwriting:

    Right handed with fairly legible manuscript. He can write his
first name only clearly in cursive

E. Test Results:

| Tests | Areas Examined | Grade Level |
|---|---|---|
| Wide Range Achievement Test Level 1 | Word Recognition | |
| | Spelling | 2 |
| | Arithmetic | 3 |
| Gray Oral Reading Test Form B | Oral Reading | |
| Comprehension 100 % at the 2nd Grade Level | | |
| Roswell-Chall Diag. Rdg. Test of Word Analysis Skills | Decoding Skills No score obtained Test given for analysis only | |
| Nelson Reading Skills Test Form ___ | Vocabulary Reading Comprehension Total Reading | |

| Woodcock Reading Mastery Tests Form ___ | Independ. Lev. | Instruct. L |
|---|---|---|
| Letter Identification | | |
| Word Identification | | |
| Word Attack | | |
| Word Comprehension | | |
| Passage Comprehension | | |
| Total Reading | | |

Page 2                                                    Corey Johnson

<u>Visual - Snellen eye chart</u>    Right eye    20-30
                                     Left eye     20-30

F.    Comments on Test Results:

The Gray oral test indicates Corey is reading with compre-
hension on a second grade level.  He has evidences of some
learning disabilities.  He exhibited much angulation and
distortion of symbols (WRAT) which indicates some visual
motor difficulty.  He is a better context reader and sub-
stitutes similar words for unread words, e.g. "shock for
surprise".  He was unable to read single syllable short
vowel words in isolation.  He could not name the sounds of
the short vowels.  When reading, Corey had to keep his
finger on the words to keep from skipping.  In reading
the Snellen Eye Chart, he was not able to read the letters
consecutively but omitted several.

The third grade level (Gray) was too difficult to read.  He
is a word by word reader but seems to comprehend material
on a concrete level.

His phonic knowledge is lacking:  he did not know the sounds
of g and c.  He was not sure of the consonant sound of m and
y.  He was able to blend consonants with difficulty but he
did not know the consonant digraph sh.  He did not know the
rule of silent e.  He could not read any words in isolation
with vowel combinations.  He was able to determine the
number of syllables in a word presented with 50% accuracy.

Spelling subtest (WRAT) yielded a beginning second grade
score.

Arithmetic (WRAT subtest) yielded a mid-third grade score.
This score is somewhat inflated as Corey could not multiply
by 3, divide a single digit by 2, or read numbers of more
than 4 digits.  He could multiply a single digit by 2 and
add with renaming but not subtract with borrowing.

G.    Summation:

Corey, 13-3, is currently placed in the Diagnostic Center.
This examiner has determined that he is reading on a
second grade level.  Although he achieved 100% compre-
hension, some unknown words were guessed on this level.

The three tests given indicate a lack of phonic skills
which might enable him to sound out words.  He also has a
minimal sight vocabulary.  He has difficulty blending.

Page 3                                                              Corey Johnson

G.    Summation:(cont.)

These factors combined make reading very difficult for Corey.

His serial memory is not as expected.  He could recite the months of the year in sequence only up to Aug. although he knew there were 12 months in the year.

Corey would tell time on the hour only but seemed to feel that he could learn in a short time.

A trial lesson in reading digits indicated a potential for learning concrete material.

H.    Recommendations:

1.    Teach how to tell time for utilization reasons and for effect on self esteem.

2.    Use Glass Analysis Technique for key into reading and phonics.

3.    Math - basic math laws of subtracting, division and multiplication.

LK:jj                                                L. Klerer

cc:D.Schwarz,A.Richmond,A.Offer,L.Jones,B.Kramer