# EXHIBIT 32

BUREAU OF PUPIL PERSONNEL SERVICES
JERSEY CITY PUBLIC SCHOOLS
JERSEY CITY, NEW JERSEY

*LEARNING CONSULTANT EVALUATION*
*TO*
*CHILD STUDY TEAM*

<u>CONFIDENTIAL INFORMATION — NOT TO BE RELEASED</u>

| | | | |
|---|---|---|---|
| Name of Student: | COREY JOHNSON | Sex: | M (2) |
| Address: | 280 Henderon Street | School: | P.S.NO. 16. |
| Date of Birth: | ████████ | Grade: | 2 |
| Age: | 8-4 | Date of Test: | 3/18/77 |

**Reason for Referral:** Couldn't perform third grade work. Being retained in second. Cannot follow directions. No concept of number facts, low comprehens No reading skills. Unable to retain sight vocabulary. Hyperactive with a short attention span.

**Tests Administered:**
Peabody Picture Vocabulary Test
Illinois Test of Psycholinguistic Abilities
Slosson Oral Reading Test (Attempted)
Jan Test of Visual Discrimination
Beery-Developmental Test of Visual Motor Integration
California Test of Fine Motor Abilities
Informal Examiner Made Tests

**Test Results and Observations:** Corey is a friendly, nice looking 8 year old boy of average height and weight. He came willingly for testing and enjoyed the individual attention it seemed. His responses were expressive, he was relaxed but gradually became more fidgety as testing continued He is impulsive and had difficulty following more than one direction at a time. When asked his address he said, "Oh you mean my phone Number?". Correct response was obtained after explaining the question

He is a very likable boy who knows he is failing. Corey was pleased with this successful testing situation and appears anxious to learn. He was so pleased with approval that he said "I didn't know I could do all this!"

The following tests were used in the assessment of Corey's academic and perceptual abilities:

-2-

COREY JOHNSON
D.O.B. ▮▮▮▮
D.O.T. 3/18/77

## Significant Medical Information
Auditory Acuity: adequate for testing but needs evaluation.
Visual Acuity: R 20/20 L 20/25.

## Cerebral Dominance
Right-sided consistent

Speech- At times quality is unclear, expressive ability is fair.
Quantity is fair. Says v for b sometimes. Needs further investigation.

## Directionality and Motor Development
directionality- knows right from left, in front/in back, on under,
up down.
gross motor ability- good, runs, hops, jumps, skips, throws and
catches a ball.
balance- fair although he says he rides a bike. He could stand on 1 foot
but wasn't too steady.
fine motor ability- poor, cutting skills fair.

## CALIFORNIA TEST OF FINE MOTOR ABILITY
Possible Score-20
Raw Score-6 (turned paper sideways)
Rating-poor

Handwriting- Copying skills poor. Omissions, spacial quality poor.
Legibility-fair, immature letter formation. Confuses m/n reversed B.

## PEABODY PICTURE VOCABULARY TEST (receptive language) form A
Raw Score-62
I.Q. -93
M.A. 7-3
Corey often had to be reminded to look at all 4 pictures (one page
presented)before responding. He would point impulsively.

## SLOSSON ORAL READING TEST (word recognition)
attempted. Recognized up and is from a primer list of 20 words.

## ILLINOIS TEST OF PSYCHOLINGUISTIC ABILITIES

| Subtest | Raw Score | Age Score | Scaled Score | Deviation Mean SS. |
|---|---|---|---|---|
| Auditory Reception | 18 | 4-10 | 19 | -5 |
| Visual Reception | 11 | 4-7 | 13 | -9 |
| Visual Memory | 8 | 3-10 | 15 | -7 |
| Auditory Association | 25 | 7-0 | 29 | +7 |
| Auditory Memory | 19 | 5-3 | 28 | +6 |
| Visual Association | 17 | 5-3 | 23 | +1 |
| Visual Closure | 18 | 5-10 | 25 | +3 |
| Verbal Expression | 22 | 6-2 | 28 | +6 |
| Grammatic Closure | 7 | 4-2 | 4 | -18 |
| Manual Expression | 28 | 8-8 | 37 | +15 |

Composite PLA 5-6        (C.A. 8-4)  Binet Estimate 5-8
Mean SS-22

page 5 of 10

-3-

COREY JOHNSON
D.O.B. ███████
D.O.T. 3/18/77

## Interpretation

Test scatter indicates some form of neurological dysfunction. Visual reception-the ability to gain meaning from visually presented symbols is deficient.  Visual memory (which requires a motor sequential respon is also a deficit. Corey has not learned many of the redundancies on t automatic level of language (grammatic closure). He would try to say sentences with me then fill in theanswer.

In summary, he does not have, at present, the abilities necessary to read. Auditory Association (+7) would indicate that he has the ability to relate concepts presented orally but his short attention span would limit his ability.

## JAN TEST OF VISUAL DISCRIMINATION

Possible Score-14
Raw Score-9
Rating-Poor

Had difficulty performing independently.

## BEERY-TEST OF VISUAL MOTOR INTEGRATION

Raw Score-9
VMI Age Equivalent 5-3

Informal Examiner Made Tests and Observations-Corey knew his shapes and colors. He could count orally by 1's to 50 but had difficulty counting concrete and pictured objects corresponding one to one. He had difficulty saying the alphabet but recognized letters.  He was unable to give his birth date but knew his age. He said the days of the week; had no idea what month it is but knew the day. He talked about the weather and was able to tell appropriate clothing to wear.

Corey drew  a "girl and her sister" when asked to draw a person. Although his body image is good his drawings are immature. Throughout testing his impulsiveness was apparent. He listened to a short story (5 sentences) when I asked him simple questions relating to the story at first he said anything then he thought more and responded correctly.

## RECOMMENDATIONS:

I.   A neuro- psychiatric examination.
II.  Refer for a speech evaluation.
III. Development of the motor skills and visual motor integration abili
    a. cutting
    b. working with clay·
    c. stringing bead design i.fingerpaint
    d. follow-the-dow exercises i. painting
    e. card sewing
    f. tracing
    g. use of templates
    h. coloring inside lines.
    i. finger paint
    j. painting

*page 6 of 10*

-4-

COREY JOHNSON
D.O.B. ████████
D.O.T. 3/18/77

IV. Gross motor development in an adaptive physical education program emphasizing
    a. rhythmic exercises
    b. following game rules
    c. basket-ball or bean bag toss
    d. jump rope
    e. hopping-skipping-running relay races
    f. directional skills-"Simon Says", "Giant Step".
    g. positions in space-imitative

V. Language Development through a meaningful auditory-visual-tactile (when possible) approach.
    a. Develop responsiveness by having him imitate actions, sit down, touch nose, clap hands.
    b. Show animal pictures and make sounds.
    c. Collect common objects and request names. Write names- eventually match.
    d. Label things around room. Have child"read" names. Remove . Have him replace.
    e. Have pupil cut out pictures for vocabulary picture card file. Use index cards to paste picture, write name. Extend to abstract words (love, help, made) with picture assocations and discussions of meaning.
    f. Encourage self-expressive.
    g. Review alphabet.
    h. Follow directions.

VI. To improve numberical concepts:
    a. Reinforce concepts of more/less, big/little, many/few.
    b. Use M & M's arrange in groups ask how many? more/less....
    c. Use pegboard and marble board or any concrete objects to count and arrange in groups.
    d. Include number words.
    e. Give seatwork and matching problems, with pictures and correct number.
    f. Drill rote counting by 1's.
    g. Review and reinforce numbers 1 to 5.

_Cheryl M. Spillane_
_____
CHERYL SPILLANE,
Learning Consultant

js
8/1/77.

page 7 of 10