# EXHIBIT 35

COMMITTEE ON THE HANDICAPPED
District 5
P.S. 36 - 123 Morningside Drive
New York, N. Y.  10027
Tel: 222-6051
Virginia Pepe
Chairperson

DR. CHARLES I. SCHONHAUT
Executive Director (Acting)

GRACE R. CAVANAGH
Chief Administrator
Pupil Certification Process

JOEL S. ROSENSHEIN, PH.D.
Director
Sidney Marks, Ph.D.
Borough Supervisor

DATE: 2/26/79

## REFERRAL TO THE COMMITTEE ON THE HANDICAPPED

1.  Student's Name ___COREY JOHNSON___    Date of Birth ▮▮▮

2.  Address __335 Edgecomb Ave '2B__ zip ____ Apt. __2B__ Tel. __None__

3.  Current School __PS 200__ Grade __3__ Address __2589 7th Ave NYC__ Zip __10039__

4.  Parents' Name or Guardian's Name __JOHNSON    EMMA__
    _____(Last)_____(First)____

5.  Address __335 Edgecomb Ave__ Zip ____ Apt. __2B__  Tel.(Home) __None__
                                                        (Business) __None__

    With whom is pupil residing currently? __MOTHER__

6.  Please indicate any physical or health problems: __None__
    (Attach any documentation) _____

7.  Primary Language of the Home:

    English [X]     Other [ ]   Specify _____

8.  SPECIFIC REASONS FOR REFERRAL - Please indicate the specific reasons
    which make you feel an evaluation is needed.
    __Ongoing school failure with severe reading disability. Hyperactive,__
    __disruptive, fighting behavior. Inattention. Temper outbursts.__

    ATTEMPTS TO RESOLVE - Please indicate all attempts to resolve the
    above reasons within the current educational program. Please be
    specific.
    __Ongoing remediation. Parent conferences.__

..., hospitals, and/or community
agencies, etc.?  Describe these services and attach available
materials.

| Agency | Contact Person | Address and/or Telephone |
|---|---|---|
| Bureau of Child Guidance | E. Slanty, Social Worker | 660 W 183 ST NYC |
| | | 781-8500 |
| | | |
| | | |

11.. Schools Attended:

| Dates | Boro School-Grade | Dates | School-Grade |
|---|---|---|---|
| 10/4/74-2/6/75 | M - P.S. 63   Yst | 5/19/78-6/29/78 | K-P.S. 76 - 2nd |
| 3/10/75 - 6/28/76 | K - P.S. 309 - 2nd | 9/79 - Present | M- P.S. 200 - 3rd |
| 2/13/78 - 5/17/78 | Q - P.S. 134 - 2nd | | |

Indicate absence patterns, or please submit copy of child's
cummulative record card.
Record show low absence rate.

2. Achievement Scores (most recent testing)

| | Date of Test | Name of Test | Grade Level Score | Level on whi Pupil Functi |
|---|---|---|---|---|
| Reading | no Scores | | | / |
| Arithmetic | Excused from testing 4/78 | | | 2 |

## TEACHER REPORT

Following are questions designed to give us information about the
student who is being referred for evaluation.  Please circle the
appropriate word or words that describe the student and add any
additional comments in the space provided.  The more specific and
pertinent your replies, the more we will know about the student and
his/her needs.  In answering these questions, please compare the
student to the rest of your class, rather than comparing to an ideal.

HEALTH  (You may circle one or more appropriate words in each item)

Is the student's health adequate for regular school attendance and
full participation in school activities?  (Yes)     No
If no, please explain:

Are there any recurrent health problems that worry you?  Yes   (No)
If yes, please explain:

Does the student come to school looking well cared for (clean, rested,
well fed)?  (Yes)   No
If no, describe:

device?    Yes    No    glasses, hearing aid, and/or other prosthetic

CURRENT SCHOOL PROGRESS    (Please circle the appropriate words)

1. How does the student perform in gym and playground activities?
-clumsy-graceful-skillful-stays by him/herself-daredevil-a leader-
avoids physical activities-very competitive-frightened-

2. Does the student have adequate manual dexterity to manipulate
classroom materials (Crayons, pencils, pens, scissors, ruler)
easily?  Yes  No
-neat-messy-precise-awkward-slow-rushes through-careless

3. Does the student reproduce what he/she sees accurately when writing
or drawing?  Yes  No  Somewhat
If no, please describe:

4. Does the student comprehend information which is presented visually
(as in pictures, charts, maps, or filmstrips)?  Yes  No
Some

5. Does the student recognize similarities and differences in sounds when
he/she hears them (especially speech sounds like final consonants,
vowel blends)?  Yes  Not  very well
If no, please specify problem areas:
e for a — ai for ea —

6. How well does the student understand spoken language, such as stories,
oral instruction, explanations, classroom discussions?
-poorly-just about average-very well

7. How does the student express him/herself in oral language?
-clearly-haltingly-just about average-minimally-likes to talk-
uses correct grammar-an effective speaker-hard to understand-shy

8. Does the student appear to have an adequate fund of information
for his/her age?  -below average-just about average-above average

9. Does the student generally remember what you have taught?
immediately: below average-average-above average
over the long term: below average-average-above average

10. Does the student seem to understand abstract concepts when they
are presented? below average-average-above average

11. Does the student draw logical conclusions from information?  (How
well does he/she solve problems, answer why? questions?) below average-
average-above average

12. Is the student's performance reasonably consistent from day to day?
Yes  No    From one part of the day to another?  Yes  No
From one activity to another?  Yes  No  If no, please describe:

It appears that when the pupil stops
playing around sits quietly and tries, the
harder he tries the better his work.

Please give teacher estimates of instructional levels.

|  | General Level | Book(s) Used |
|---|---|---|
| Reading - word attack skills | 1 |  |
| comprehension | 1 |  |
| Spelling - | 2nd |  |
| Mathematics - computation | 2nd |  |
| problem solving | 1.5th |  |
| functional math (money, time, measurement) | 2nd |  |
| Writing - handwriting | 1st |  |
| composition | None |  |

14. How does the student figure out unfamiliar words when he/she reads or spells? trial and error-don't know-phonetic analysis-by using contex clues-inconsistently

15. Does the student have any special interests or talents? Please describe:
*I am not aware of them.*

**BEHAVIOR**

1. Is the student able to attend to tasks in the classroom? Yes · No
If no, what seems to keep him/her from attending? *Some* noise-looking around-fooling around ·

2. When the student is not paying attention, what does he/she do? Please be specific: *Playing jokes, or fighting other pupils, sharpening pencils, talking to neighbors*

3. How does the student react to frustration or failure? *May frown a bit but seems to soon forget it.*

4. How does the student get along with classmates? What role does he/she play? leader-isolate-clown-troublemaker *Depending on whom he affects.*

5. How does the student get along with adults, such as teacher, principal other school workers, authority figures? *Depends upon who the adult is. Shows phony respect for som* *Rebellous and play with others*

6. Does the student accept responsibility and conform to limits imposed i the classroom? Yes No
If no, what does he/she do? *Does not come on class line up in morning. Fights in lunchroom. Eats candy. Shouts ou*

7. Does the student work independently on assignments on his/her own iniative? Yes No Please describe:

8. Does the student appear to feel good about school? Yes No *When he is playing pranks*

9. Please check the words that describe behaviors that this student exhibits to a greater extent than most children of this age:
distractible ✓ daydreaming ____ short attention span ✓
hyperactive ✓ unusual speech patterns ____ temper outbursts ____
unusual behaviors (Please specify) _____

Name of person completing teacher report *Gwendolyn Gilyard Fee*
Please include copies of all clinical                (Signature and position)
material and other pertinent information.
COPY OF CUMULATIVE AND SCHOOL MEDICAL RECORD MUST BE INCLUDED.

Other _____

DR-3.