# EXHIBIT 36

*NEW # 5416*

BOARD OF EDUCATION OF THE CITY OF NEW YORK
DIVISION OF SPECIAL EDUCATION AND PUPIL PERSONNEL SERVICES
COMMITTEE ON THE HANDICAPPED
DISTRICT 5
P. S. 36-123 Morningside Dr.
NEW YORK, N. Y. 10027
Virginia Pepe, Chairperson
Phone: 222-6051

Date: __May 21, 1979__

TO: __Miss. Ellen Dines__            Name: Corey Johnson  District __6__
      COH Chairperson   Dist. 6      Present School __PS-200__   Grade __3rd.__
                                     Parents
                                     Name: __Mr.__
                                        __Ms.__  __Emma Johnson__
                                     Address: __640 Riverside Drive__
                                          __8-E__        __10031__  C/O Coger
                                          Apt.           Zip
                                     Telephone: _____283-7183_____
                                                   Home      Business

The Committee on the Handicapped has completed the evaluation of the
above named child.  As a result of the evaluation the following
program has been recommended __HC-30 Ancillary Counseling Services__ to be
     explored with parent.

_____ The name of this child has been called in to the
         Administrative Unit.  Once we have received a special
         class site placement from the Administrative Unit we will
         send the parent a Choice Letter.

__X__   We have forwarded the records to the above indicated
         special education supervisor who is responsible for
         arranging placement for this child.  This supervisor must
         fill in the Request for Site Placement form below and
         return it to us.  Once we receive the special class site
         location we will send the parent a "Choice Letter".

---

### REQUEST FOR SITE PLACEMENT

To:  Committee on the Handicapped       Name: Corey Johnson  Dob: ██████
     District 5
     P. S. 36-123 Morningside Dr.       Address __640 Riverside Drive__
     New York, N. Y. 10027              C/O Coger
                                        Apt. 8-E, N.Y.C.,   Dist. __6__
                                        10031

This is to acknowlege that I have received materials on the above
named child, and the following placement is available:

Check and complete appropriately:

(   ) CHILD IS ASSIGNED TO:            (    )CHILD CANNOT BE PLACED AT
                                             THIS TIME
     Program __HC-30__                 (    ) Waiting list(please indicate
                                       how long until a placement will
     Type class_____              be available)_____
     School_____
     Dist._____                   (    )Class is not available
     Date assigned_____           (specify reason)_____

_____

                    Title_____        Date:_____

BOARD OF EDUCATION OF THE CITY OF NEW YORK
DIVISION OF SPECIAL EDUCATION AND PUPIL PERSONNEL SERVICES
COMMITTEE ON THE HANDICAPPED
DISTRICT 5
P. S. 36-123 Morningside Dr.
New York, N Y. 10027
Virginia Pepe, Chairperson
Phone: 222-6051

COMMITTEE ON THE HANDICAPPED
CONFERENCE SUMMARY

Date: May 21,1979

NAME·        Corey Johnson
DOB:         ▮▮▮▮▮▮▮

ADDRESS·     640 Riverside Drive - C/O Coger
             Apt. 8-E, N.Y.C., NY 10031

TELEPHONE: 283-7183

PARENT'S NAME:   Mrs. Emma Johnson

PRESENTING PROBLEM:
    Corey is a 10 1/2 year old boy who was referred for an evaluation
due to learning difficulties as well as poor school adjustment.  He
currently attends the 3rd. grade at P. S. 200.

SOCIAL HISTORY:   ( J. Williams )
    Corey lives with his mother and younger brother Robert.
Developmental history indicates a somewhat stressful birth as well
as an early episode with infections bronchitis.  He is subject to
occasional nightmares and is a nail biter.

PSYCHOLOGICAL EVALUATION:   ( N. SMith )
    Corey was spontaneous, lively and interested.  Intellectual
functioning was average.  Learning appears impeded by organic factors
and by emotional conflicts and preoccupations.

INDIVIDUAL EDUCATION EVALUATION:    ( K. Price )
    Attentional difficulties impair ability to process and interpret
language meaningfully.  Expressive language is generally adequate but
mild word transpositions and/or retrieval problems are noted at times.
Reading is at a 1st. grade level with visual discrimination and reversals
noted.  Listening comprehension is at a 3rd. grade level.  Reversals
noted with writing tasks.  An age of 5-7 achieved of the Beery Test
of Visual Motor Integration.

COMMITTEE ON THE HANDICAPPED
CONFERENCE SUMMARY
PAGE 2
NAME·      Corey Johnson
DATE:      May 21, 1979

(ADDITIONAL TEST ADMINISTERED)

## CLASSIFICATION:

Symptoms similar to those youngsters with known minimal brain
dysfunction.

## PROGRAM PLACEMENT:  HC-30
## (BRIEF DESCRIPTION OF PROGRAM)

Primarily for children with symptoms of minimal brain dysfunction,
such as hyperactivity, visual perceptual problems, auditory language
problems, and poor academic functioning with borderline or higher
intelligence.

## RELATED SERVICES REQUIRED:

Individual and family counseling services to be explored
with parent.

**THE DISTRICT 5 C. O. H. BELIEVES THAT THIS RECOMMENDATION IS
APPROPRIATE FOR THE FOLLOWING REASONS:**

Corey demonstrates at least average intellectual functioning;
however, academic skills remain significantly limited. Perceptual
confusions, perceptual-motor difficulties as well as considerable
attentional deficiencies appear to be the primary factors hampering
this youngster's ability to perform.
It is felt that Corey would benefit from small class placement
where he may receive more individualized attention as well as remedial
instruction. Corey further appears to evidence some emotional conflict
which would appear to respond to ancillary counselling services.

COH-8

L.O.

Social History
Jane William

Johnson, Corey – b. ████ (10 yrs.)
335 Edgecomb Ave – Apt 2B – NYC 10039
663 – 6600 (School phone – 9:30–4 pm)
P.S. 200 – Diale # 2

Source & Reason For Referral
Corey was referred to C.O.H.
for evaluation along with his brother
Robert by NYC B.C.W. because of ongoing
school failure with severe reading
disability; hyperactive, disruptive and
fighting behavior. Corey is further described
as inattentive and too having temper
outbursts.

Developmental History
Ms Johnson describes her pregnancy, and
labor and Corey's developmental milestones as
normal except that the delivery was by
forceps.
Ms Johnson reports that Corey was not
held during first ten days after his
birth because of infectious bronchitis.
There were no other early illness, injuries
or accidents.

2

Corey is [illegible] awakes once in a while, talks in his sleep loudly, grits his teeth and complains of night mares once awhile. Corey is a nail biter according to his mother.

Mrs. Johnson reports that her frequent changes of address recently has been due to [illegible] a series of inadequate housing accommodations and changes necessary to improve her housing.

Evaluation Unit
West Manhattan Center

Name: Corey Johnson

DOB: ███████  Age: 10:5

Date: 5/3/79

Psychologist: Nathalie Smith

PSYCHOLOGICAL REPORT

Tests Administered:

| | | |
|---|---|---|
| ✓ | Interview |
| ✓ | Wechsler Intelligence Scale for Children |
| ✓ | Bender Gestalt |
| ✓ | Figure Drawings |
| ✓ | Rorschach |
| ✓ | ~~T.A.T.~~ Levy Animal Drawing / Story Test. |

Corey was a good-looking, lively boy of 10½ who was a pleasure to work with. He was spontaneous and interested and worked hard. He was somewhat restless, but this did not negatively affect his performance or relating.

On the WISC he received a Verbal IQ of 91, a Performance IQ of 93, and a Full Scale IQ of 91, indicating average intellual ability.

WISC

2

| | Scaled Score |
|---|---|
| ...sis | 7 |
| ...ion | 10 |
| ... | 7 |
| Similarities | 11 |
| Vocabulary | 8 |

| PERFORMANCE TESTS | |
|---|---|
| Picture Completion | 9 |
| Picture Arrangement | 12 |
| Block Design | 6 |
| Object Assembly | - |
| Coding | 9 |

| | IQ |
|---|---|
| Verbal Scale | * 91 |
| Performance Scale | * 93 |
| Full Scale | 91 |
| *Prorated if necessary | |

Bender Gestalt replications were drawn rapidly and carelessly. When asked to try harder he did so and still had difficulty. There is marked difficulty in th angulation and results are indicative of organicity.

Figure Drawings were suggestive both of organicity and of anxious pre-occupations connected with early puberty.

His Oral Story and Rorschach responses indicate ambivalence between being an adult and a child and between being fierce and brave and being "nice" + good.

Corey would like to be a police-man when he grows up. His range of interests appeared very limited in view of his intelligence, as if his mind were being "tethered" by inhibitions and preoccupations. Corey does not feel altogether in control of himself and admits that he cannot control his temper and does things he is later sorry about.

An HC-30 class is recommended. Counseling would appear helpful to help him accept his feelings and be more in touch with the sources of his angers & frustrations. He would appear a good candidate for therapy, as he spontaneous and verbal.

Speech, Language & Education

Corey Johnson

DOB: ██████████

DATE: 5/79

CA: 14-2

EXAMINER: Karen Price

## Background Information

Corey Johnson, an 10 year 2 month old male, was referred by BCO for school failure. He currently attends PS 220 3rd grade, where a his teacher reports that he is distractible and evidences reading and writing disability. He had resided in Jersey City and had been seen by the Child Study Team (3/18/77) at which time unclear speech and fair expressive language were noted. At this time Corey was noted to be a handsome boy, who had significant difficulty with attending and constantly fidgeted in his chair. He is polite and cooperative.

## Speech and Language

Oro-motor functioning appeared to be within normal limits. Excessive saliva did, at times, collect in the mouth.

He passed an audiometric screening bilaterally at 500, 1000, 2000, 4000 Hz and 25 dB HL. Hearing is

②

adequate for the development of speech and language.
Auditory discrimination was generally adequate
when attending skills were maximized.

General impression is that attentional difficulties
significantly interfer with Corey's abilities to process
and interpret language in a meaningful manner.
He speaks in sentences displaying appropriate gram-
matical structure. At times language becomes
poorly related to the stimulus, and appears to reflect
possibly disjointed ability to follow and interpret
events. His speech becomes blurred at times
with subtle word transpositions and possible
word-retrieval difficulties. All formal testing
done reflects Corey's attending difficulties within the
constraints of formal evaluation. It is possible
that has these tasks been administered in
several short session, formal levels might have
been closer to his actual age.

On the PPVT, a test of receptive vocabulary,
he achieved a Mental Age of 7-7. Impulsivity
was significant. Selected subtests of the ITPA
were administered and the following results were
obtained.

Auditory Reception - age equivalent - 7-9;
Visual Reception                          9-3;
Auditory Association                      7-8;
Auditory Sequential Memory                8-8; and
Visual Association                        9-10.

③

The subtest for Oral Directions from the Detroit Test of Learning Aptitudes was administered and an age equivalent of 5-9 was achieved. This test uses oral directions with a grapho-motor output. This test substantiates the Examiners view that difficulty in storing and retrieving information for tasks such as found in the regular classroom setting present learning difficulties for Corey.

Expressive language is functional for general communication purposes. However there are occasional word transpositions and possible retrieval problems that give language an unusual quality. For instance when Shown a picture of a tree growing with several kinds of fruit on it he said as follows:

"It got apple, grapes and pear.
I never saw a tree go funny thing like that
Altogether with one tree."

Articulation is adequate for specific phoneme production, although inconsistent misarticulations are heard in connected speech. These errors appear to reflect the mild expressive difficulty with symbol formation for language.

④

## General Information

Corey was able to provide the name of his street and the city. He knew his birthdate. He could recall the days sequentially and recalled the months but omitted Nov. and Dec. He counts by 1's, 2's, 5's, and 10's. He does not recite the alphabet appropriately. He could name the mayor and the President.

## Educational Assessment

On the PIAT Reading Recognition subtest he achieved a grade level of 1.3. He read the 2nd grade passage of the Durrell Oral Reading subtest with 7 errors and good comprehension. Visual discrimination and reversals are noted throughout assessment. While on a letter recognition letter he can usually discrimination between d-b, confusion with words is noted. A tendency toward reversals is also noted as the words saw is read as was, saw is read as are. Many other examples of this were noted. The Durrell Listening Comprehension was completely correct at the 3rd grade level with 5 out of 7 answers correct at the 4th grade level.

Writing skills evidence perceptual motor difficulties. He wrote the alphabet without a model upon request. He had to begin the task

③

a 2nd time when he constructed a combined "b" figure for the "d". He reversed the letter "L" and varied between cases. Numbers one through 10 were written with similar difficulties. Copying sample was correct, although letters floated off the lines and punctuation was omitted. On the Beery Test of Visual Motor Integration he received an age equivalent of 5-7 with integration and part-whole difficulties noted. He is right dominant.

On the WRAT (Level I) Arithmetic subtest he received a grade equivalent of 3-9. He adds with carrying, subtracts but needs review of borrowing, and is beginning multiplication.

Summary

Attentional difficulties impair his ability to process and interpret language meaningfully. Expressive language which is generally adequate becomes slurred at times with mild word transposition and retrieval difficulties noted. Reading is at a 1st grade level with visual discrimination and visual reversal frequently noted. Reversals are noted with writing task. He received an age of 5-7 on the Beery Test of Visual Motor Integration. Math is at a 3.9 grade level.

6

Recommendations

① Information is class should be given in small chunks and repeated when necessary so that he can maximize processing for language in a positive way.

② Special training for visual discrimination and perceptual-motor tasks.

BOARD OF EDUCATION OF THE CITY OF NEW YORK
DIVISION OF SPECIAL EDUCATION AND PUPIL PERSONNEL SERVICES

COMMITTEE ON THE HANDICAPPED
District 5
P.S. 36 - 123 Morningside Drive
New York, N. Y.   10027
Tel: 222-6051
Virginia Pepe
Chairperson

DR. CHARLES I. SCHONHAUT
EXECUTIVE DIRECTOR (ACTING)

GRACE R. CAVANAGH
CHIEF ADMINISTRATOR
PUPIL CERTIFICATION PROCESS

JOEL S. ROSENSHEIN, PH.D.
DIRECTOR
Sidney  Marks, Ph.D.
Borough Supervisor

### PARENTAL CONSENT AND WAIVER OF CONFIDENTIALITY

I give permission to have my child _Cory Johson_
evaluated for possible special education services.

I understand the evaluation process may include a social history and
any or all of the following examinations:  psychological, psychiatric,
educational, neurological, and speech/language.  I have also had the
purpose of each of these examinations explained to me.

As part of the evaluation process,  I authorize the Committee on the
Handicapped to obtain and to review the reports and materials available
concerning my child.

In the event that special education placement is recommended, I
also authorize the appropriate special education program or bureau to
review the relevant information in order to facilitate the delivery of
educational services to my child.  If there is no Board of Education
program appropriate to the needs of my child, I further authorize the
Committee on the Handicapped to release clinical information regarding
my son/daughter to appropriate non-public schools or facilities.

I have been advised of the rights of due process, guaranteed by law,
to my child and me.  I understand that I will have an opportunity to meet
with the Committee on the Handicapped to discuss its recommendations.

Name (please print) _Emma L. Johnson_      _Emma L. Johnson_
                                           (Parent's or Guardian's
                                           Signature)

Address _835 Edge Combe Ave_
        _N.Y    10039_              _4-6-79_
                                   (Date)

Telephone _____

COH-6

BOARD OF EDUCATION OF THE CITY OF NEW YORK
110 Livingston Street, Brooklyn, N.Y. 11201
DIVISION OF SPECIAL EDUCATION AND
PUPIL PERSONNEL SERVICES

## INDIVIDUALIZED EDUCATION PROGRAM

Check one:   Initial I. E.P. ☐   Revised I.E.P. ☐

I.D. # _____   Date 5/8/79

I.   Pupil's Name Corey, Johnson   Sex M   D.O.B. ▮▮▮▮
     (LAST)        (FIRST)

Pupil's Address ~~335 Edgecomb Pl.~~ 640 Riverside Dr. NY NY ~~31~~ 10031
                        (STREET)              (CITY)  (STATE)   (ZIP CODE)

Telephone ~~▮▮▮▮~~ 283-7183   Home District 6   Current Placement PS 200

II.  PARTICIPANTS IN COH PLANNING CONFERENCE

Name _____ Relationship/Service _____ Signature _____
1. Karen Price, Educational Evaluator
2. Nathalie Smith, Psychologist
3. Jane Williams, Soc. Wker
4. Ethel Elman, Asst to Supervisor
5.

III. PLANNING DATA:
A.  Special alerts Attentional deficits significantly affect processing and interpretation of language

B.  Learning Mode _____

C.  Skill Areas

| | | Present Level Age/Gr. | Reg. Cl: | Comments |
|---|---|---|---|---|
| 1. Academics | | | | |
| a. Language: | Receptive | M.A. 7-7 | | PPVT; Expressive language adequate |
| | Expressive | | | although mildly impaired |
| b. Reading | | grade 1.3 | | PIAT |
| | | 1.51 | | Oral Reading |
| | | beginning 4th | | Listening Comprehension |
| c. Math | | grade 3.9 | | WRAT |
| d. Subject areas (Special Curr.) | | | | |
| 2. Psychomotor Skills Gross | | | | |
| Fine | | age 5-7 | | Beery Test of Visual Motor Integration |
| 3. Social/Emotional Devel. | | | | |
| 4. Activities of Daily Living | | | | |
| 5. Career/Vocational Skills | | | | |
| 6. Speech Skills | | | | |
| 7. Health Education | | | | |
| 8. Physical Education | | | | |

D.  LONG-TERM (annual) GOALS

① Special reading program to teach visual discrimination of letters and words. Improve reading level.

② Perceptual motor training to improve writing skills.

③ Maximize auditory processing by giving small chunks of information which Corey can act upon in a meaningful way.

AFTER COMPLETING THIS SIDE REMOVE CARBON BEFORE WRITING ON OTHER SIDE

PARENT COPY

*(left margin, vertical)* C.O.H. · TO BE COMPLETED BY EVALUATION UNIT

Board of Education of the City of New York
DIVISION OF SPECIAL EDUCATION AND PUPIL PERSONNEL SERVICES
DATA BANK CONTROL GROUP    RM 314    596-9822    **BUREAU OR PROGRAM**
110 Livingston Street, Brooklyn, N.Y. 11201

E.U. COORD./
SUPERVISOR _____    DISTRICT _____
EVAL. UNIT _____ TEL. _____

## CREATE/EVALUATION FORM

ADDRESS _____

(1) DATA BANK STUDENT ID NUMBER

(9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION

(10) **2 1**

(14) DATE LOGGED IN    MONTH  DAY  YEAR
(CREATE DATE)

(20) NAME OF STUDENT    LAST

(34) FIRST

(45) M.I.

(46) SEX
M-MALE
F-FEMALE

(47) DATE OF BIRTH
MONTH  DAY  YEAR

(53) ADDRESS (NEW OR CHANGED)
NUMBER

(59) STREET

(71) APT. NUMBER

(75) BOROUGH
M-MANHATTAN
X-BRONX
K-BROOKLYN
Q-QUEENS
R-RICHMOND

(76) ZIP CODE

(81) HOME DISTRICT

(83) PHONE

(90) PLACEMENT PRIOR TO ADMISSION TO SPECIAL EDUCATION
1-REGULAR GRADES    4-PRIVATE SCHOOL
2-HOME    5-PAROCHIAL SCHOOL
3-INSTITUTION    8-OTHER
0-DON'T KNOW

(91) NAME OF SCHOOL (PUBLIC, PRIVATE OR PAROCHIAL) OR INSTITUTION STUDENT IS COMING FROM

(1) DATA BANK STUDENT ID NUMBER

(9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION

(10) **2 2**

(12) NAME OF FATHER    LAST

(26) FIRST

(37) M.I.

(38) NAME OF MOTHER    LAST

(52) FIRST

(63) M.I.

(64) NAME OF AGENCY OR PERSON CHILD IS LIVING WITH IF OTHER THAN PARENT

(78)

(89)

(90) STUDENT LIVING WITH (ENTER A MAXIMUM OF THREE CODE NUMBERS IN THE BOXES PROVIDED)
(91)  (92)
1-MOTHER    4-LEGAL GUARDIAN    7-CHILDREN'S SHELTER
2-FATHER    5-OTHER RELATIVES    8-OTHER
3-GRANDPARENT    6-FOSTER PARENTS    0-DON'T KNOW

(93) STUDENT'S LEGAL GUARDIAN
1-PARENT    4-STATE
2-GRANDPARENT    5-FOSTER AGENCY
3-OTHER RELATIVES    8-OTHER
0-DON'T KNOW

(94) LANGUAGE SPOKEN IN HOUSEHOLD

(96) LANGUAGE IN WHICH CHILD IS FLUENT

01-ENGLISH    06-GREEK    11-VIETNAMESE    16-GERMAN    97-DOES NOT SPEAK
02-SPANISH    07-YIDDISH    12-SIGNING    17-INDIAN (AMER.)    98-OTHER
03-ITALIAN    08-HEBREW    13-FRENCH CREOLE    18-JAPANESE    00-DON'T KNOW
04-FRENCH    09-RUSSIAN    14-ALBANIAN    19-POLISH
05-CHINESE    10-KOREAN    15-ARABIC    20-SWEDISH

(98) RECOMMENDED FOR LAU/ASPIRA CLASS
Y = YES
N = NO

## EXAMINATION RESULTS

(1) DATA BANK STUDENT ID NUMBER

(9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION

(10) **2 3**

(13) C.O.H./E.U. FILE NO.

(22) EXAM ADMINISTERED BY
FOR CODES SEE REVERSE SIDE

(24) TYPE OF EXAMINATION    (26) DATE MONTH  YEAR
FOR CODES SEE REVERSE SIDE

(30) TYPE OF EXAMINATION    (32) DATE MONTH  YEAR

(36) TYPE OF EXAMINATION    (38) DATE MONTH  YEAR

(42) TYPE OF EXAMINATION    (44) DATE MONTH  YEAR

(48) TYPE OF EXAMINATION    (50) DATE MONTH  YEAR

(54) TYPE OF EXAMINATION    (56) DATE MONTH  YEAR

## INTELLIGENCE TEST DATA

(60) TEST ADMINISTERED BY    (52) NAME OF IQ TEST
FOR CODES SEE REVERSE SIDE

## INTELLIGENCE TEST SCORES

(63) VERBAL    (66) PERFORMANCE    (69) TOTAL OR FULL SCALE

(72) NEXT RECOMMENDED RETEST DATE IF EARLIER THAN 3 YEARS
MONTH  YEAR

IF SPECIFIC IQ IS NOT USED REFER TO SCALE ON REVERSE SIDE FOR IQ RANGES AND SCORES

## HANDICAP OR DISABLING CONDITION

(76) DIAGNOSIS PRIMARY

(78) DIAGNOSIS - SECONDARY    (80)    (82)

(84) RECEIVING MEDICATION
1-YES
2-NO
0-DON'T KNOW

(85) ESTIMATED WEEKS OF TREATMENT

(87) NEXT MEDICAL REVIEW DATE
MONTH  YEAR

FOR CODES SEE REVERSE SIDE

(91) AMBULATION
1-NO DIFFICULTY IN WALKING
2-SOME DIFFICULTY IN WALKING
3-CANNOT CLIMB STEPS
4-USES WHEELCHAIR
8-OTHER
0-DON'T KNOW

(92) APPLIANCES
1-HEARING AID    4-CRUTCHES
2-ORTHOPEDIC BRACES    5-MILWAUKEE (BODY) BRACE
3-WHEEL CHAIR    6-EYE GLASSES
0-OTHER

## RECOMMENDED PROGRAM

(93)
SEE REVERSE SIDE FOR CODES

## RECOMMENDED ITINERANT OR RESOURCE-ROOM SERVICE
COMPLETE THIS PART ONLY IF CHILD IS IN SPECIAL EDUCATION FULL-TIME

(95)
SEE REVERSE SIDE FOR CODES

15M 6/78

Board of Education of the City of New York
DIVISION OF SPECIAL EDUCATION AND PUPIL PERSONNEL SERVICES
DATA BANK CONTROL GROUP    RM 314    596-9822
110 Livingston Street, Brooklyn, N.Y. 11201    **ADMITTING SCHOOL**

E.U. COORD./
SUPERVISOR _____    DISTRICT _____
EVAL. UNIT _____ TEL. _____
ADDRESS _____    CREATE/EVALUATION FORM

(1) DATA BANK STUDENT ID NUMBER    (9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION    (10) 2 1    (14) DATE LOGGED IN  MONTH DAY YEAR
(CREATE DATE)

(20) NAME OF STUDENT    LAST    (34) FIRST    (45) M.I.

(46) SEX  M-MALE  F-FEMALE    (47) DATE OF BIRTH  MONTH DAY YEAR

(53) ADDRESS (NEW OR CHANGED)  NUMBER    (59) STREET    (71) APT. NUMBER    (75) BOROUGH
M-MANHATTAN
X-BRONX
K-BROOKLYN
Q-QUEENS
R-RICHMOND

(76) ZIP CODE    (81) HOME DISTRICT    (83)    PHONE

(90) PLACEMENT PRIOR TO ADMISSION TO SPECIAL EDUCATION
1-REGULAR GRADES    4-PRIVATE SCHOOL
2-HOME    5-PAROCHIAL SCHOOL
3-INSTITUTION    8-OTHER
0-DON'T KNOW    (91) NAME OF SCHOOL (PUBLIC, PRIVATE OR PAROCHIAL) OR INSTITUTION STUDENT IS COMING FROM

(1) DATA BANK STUDENT ID NUMBER    (9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION    (10) 2 2

(12) NAME OF FATHER    LAST    (26) FIRST    (37) M.I.

(38) NAME OF MOTHER    LAST    (52) FIRST    (63) M.I.

(64) NAME OF AGENCY OR PERSON CHILD IS LIVING WITH IF OTHER THAN PARENT    (78)    (89)

(90) STUDENT LIVING WITH (ENTER A MAXIMUM OF THREE CODE NUMBERS IN THE BOXES PROVIDED)
(91)    (92)    1-MOTHER    4-LEGAL GUARDIAN    7-CHILDREN'S SHELTER
2-FATHER    5-OTHER RELATIVES    8-OTHER
3-GRANDPARENT    6-FOSTER PARENTS    0-DON'T KNOW    (93) STUDENT'S LEGAL GUARDIAN
1-PARENT    4-STATE
2-GRANDPARENT    5-FOSTER AGENCY
3-OTHER RELATIVES    8-OTHER
0-DON'T KNOW

(94) LANGUAGE SPOKEN IN HOUSEHOLD    (96) LANGUAGE IN WHICH CHILD IS FLUENT    RECOMMENDED FOR LAU/ASPIRA CLASS    (98)  Y = YES  N = NO

01-ENGLISH    06-GREEK    11-VIETNAMESE    16-GERMAN    97-DOES NOT SPEAK
02-SPANISH    07-YIDDISH    12-SIGNING    17-INDIAN (AMER.)    98-OTHER
03-ITALIAN    08-HEBREW    13-FRENCH CREOLE    18-JAPANESE    00-DON'T KNOW
04-FRENCH    09-RUSSIAN    14-ALBANIAN    19-POLISH
05-CHINESE    10-KOREAN    15-ARABIC    20-SWEDISH

## EXAMINATION RESULTS

(1) DATA BANK STUDENT ID NUMBER    (9) MAINTENANCE CODE
A-NEW ADMISSION
R-REVISION    (10) 2 3    (13) C.O.H./E.U. FILE NO.    (22) EXAM ADMINISTERED BY
FOR CODES SEE REVERSE SIDE

(24) TYPE OF EXAMINATION    (26) DATE MONTH YEAR
FOR CODES SEE REVERSE SIDE    (30) TYPE OF EXAMINATION    (32) DATE MONTH YEAR    (36) TYPE OF EXAMINATION    (38) DATE MONTH YEAR

(42) TYPE OF EXAMINATION    (44) DATE MONTH YEAR    (48) TYPE OF EXAMINATION    (50) DATE MONTH YEAR    (54) TYPE OF EXAMINATION    (56) DATE MONTH YEAR

### INTELLIGENCE TEST DATA

(60) TEST ADMINISTERED BY    (62) NAME OF IQ TEST
FOR CODES SEE REVERSE SIDE

### INTELLIGENCE TEST SCORES

(63) VERBAL    (66) PERFORMANCE    (69) TOTAL OR FULL SCALE    (72) NEXT RECOMMENDED RETEST DATE IF EARLIER THAN 3 YEARS  MONTH YEAR
IF SPECIFIC IQ IS NOT USED REFER TO SCALE ON REVERSE SIDE FOR IQ RANGES AND SCORES

### HANDICAP OR DISABLING CONDITION

(76) DIAGNOSIS PRIMARY    (78) DIAGNOSIS - SECONDARY (80) (82)    (84) RECEIVING MEDICATION  1-YES  2-NO  0-DON'T KNOW    (85) ESTIMATED WEEKS OF TREATMENT    (87) NEXT MEDICAL REVIEW DATE  MONTH YEAR
FOR CODES SEE REVERSE SIDE

(91) AMBULATION
1-NO DIFFICULTY IN WALKING
2-SOME DIFFICULTY IN WALKING
3-CANNOT CLIMB STEPS
4-USES WHEELCHAIR
8-OTHER
0-DON'T KNOW    (92) APPLIANCES
1-HEARING AID    4-CRUTCHES
2-ORTHOPEDIC BRACES    5-MILWAUKEE (BODY) BRACE
3-WHEEL CHAIR    6-EYE GLASSES
0-OTHER

### RECOMMENDED PROGRAM

(93)
SEE REVERSE SIDE FOR CODES

### RECOMMENDED ITINERANT OR RESOURCE-ROOM SERVICE
COMPLETE THIS PART ONLY IF CHILD IS IN SPECIAL EDUCATION FULL-TIME

(95)
SEE REVERSE SIDE FOR CODES    15M 6/76

110 LIVINGSTON STREET, BROOKLYN, N. Y. 11201
DIVISION of SPECIAL EDUCATION and PUPIL PERSONNEL SERVICES

DR. CHARLES I. SCHONHAUT    COMMITTEE ON THE HANDICAPPED
EXECUTIVE DIRECTOR (ACTING)
                            District 6
                            I.S. 233 – 601 West 183rd Street
GRACE R. CAVANAGH          New York, New York  10033          JOEL S. ROSENSHEIN,
CHIEF ADMINISTRATOR         Telephone: 923 – 0111                  DIRECTOR
PUPIL CERTIFICATION PROCESS  Ellen T. Dines              Sidney Marks, Ph.D.
                            Chairperson                 Borough Supervisor

PARENTAL CONSENT FORM

                                        Re: Corey Johnson
                                            (child's name)

                                        Date of Birth: ████████

Dear  Ms. Dines                :

     I accept the recommendation of the Committee on the

Handicapped.

                                        _Emma L. Johnson_
                                        (Parent's signature)

                        6/18           _8-18-79_
                                        (date)

Classification _____

Program/Placement  HC 30
School and Address  P.S 92 222 W 134 St NYC 10030
Related Services _____

Please sign and return

DIVISION of SPECIAL EDUCATION and PUPIL PERSONNEL SERVICES

CHARLES I. SCHONHAUT    COMMITTEE ON THE HANDICAPPED
DIRECTOR (ACTING)                District 6
                          I.S. 233 - 601 West 183rd Street
GRACE R. CAVANAGH         New York, New York  10033         JOEL S. ROSENSHEIN
CHIEF ADMINISTRATOR          Telephone: 923 - 0111              DIRECTOR
PUPIL CERTIFICATION PROCESS  Ellen T. Dines              Sidney Marks, Ph.D.
                              Chairperson                Borough Supervisor

NOTICE OF RECOMMENDATION OF THE
COMMITTEE ON THE HANDICAPPED

Child's Name ___Corey Johnson___

Date of Birth ___█████████___

Case # _____

Social Worker _____

Date ___8/17/19___

Dear Mrs. Emma Johnson

   The District __6__, Committee on the Handicapped has reviewed the
results of your child's evaluation.

   A summary of this evaluation is enclosed.  It is the opinion of the
Committee that your child has special education needs.  In order to provide
these services the Committee is recommending the following:

        Classification _____
        Program Placement ___HC30 PS92 222 W1345 NVC10030___
        Related Services _____
        School and Address _____

   Before this recommendation is finalized you may, if you wish, meet with
the Committee to discuss it.  If after meeting with the Committee on the
Handicapped you still do not agree with its recommendations, you may request
an Impartial Hearing.  Do not hesitate to call the social worker, or Committee
Chairperson, to answer any questions you may have.

   Please sign either for Choice A or B and return this notice in the self-
addressed, stamped, envelope by ___August 31___, 19_79_.

                                        Sincerely,

                                        Ellen Dines (Ch.B.)
                                        Chairperson

*********    *********    *********    *********

A.  I am the parent/guardian of ___Corey Johnson___
I have read this letter and agree with the recommendation of the Committee.
I wish to have these services made available to my child.

                                        Emma L. Johnson
                                        (Parent or Guardian's signature)

                                        8-18-99
                                        (Date)

B.  I am the parent/guardian of _____
I have read this letter and wish to meet with the Committee to discuss its
recommendation.

                                        _____
                                        (Parent or Guardian's signature)

                                        _____
                                        (Date)

COH-7

COH

**Board of Education of the City of New York**
DIVISION OF SPECIAL EDUCATION
DATA BANK CONTROL GROUP     RM 314
**110 Livingston Street, Brooklyn, N.Y. 11201**

DATE_____

## ADMIT/READMIT/TRANSFER/INTERCLASS/DISCHARGE/ADDRESS AUTHORIZATION

STUDENT NAME: _____    DATE OF BIRTH ▮▮▮▮
                LAST              FIRST              M.I.

PREVIOUS BOROUGH, DISTRICT, SCHOOL, CLASS

OLD ADDRESS: _____
             NUMBER        STREET         BOROUGH      ZIP CODE   OLD HOME DISTRICT

PARENTS' OR GUARDIANS' NAME: _____

| Student ID Number | Maintenance Code | | Transfer Code | Month | Day | Year |
|---|---|---|---|---|---|---|
| (1) A 1 1 2 4 6 1 9 | (9) A | (10) 3 1 | (13) 5 | (14) | Effective Date | |

A—Initial Admit/Readmit
R—For Revision
C—For Correction

0—Discharge
5—Placement in class (Admit, Transfer)
9—Change of address only

NOTES: _____

FOR NEW PLACEMENT OR TRANSFER TO CLASS

SENDING SITE SUPERVISOR: _____ PROGRAM _____ DISTRICT _____

RECEIVING SITE SUPERVISOR: _____ PROGRAM _____ DISTRICT _____

CLASS ROOM TEACHER: _____ ROOM NO. _____

| Borough | School District | School | Class | Program | Level |
|---|---|---|---|---|---|
| (20) M | (21) | (23) | (27) | (30) | (32) |

M-Manhattan
X-Bronx
K-Brooklyn
Q-Queens
R-Richmond

P-Public School
I-Intermediate School
J-Junior High School
H-High School

For class, program and level see list
of codes on the reverse side of this page.

FOR DISCHARGE

**Reason for Discharge**

FOR DISCHARGE

(40)

01—Graduation
02—Return to Grades
04—Home Instruction
05—Moved out of City
06—Private Day School
07—Legal Discharge Age
      (Over 22)

08—Employment
09—Not in a Data Bank Program
10—Exemption
11—Cyesis
12—Conclusion of Service (Proficiency)
13—Deceased
14—Parent Withdrawal

15—Not Found
16—Armed Forces
17—OVR
18—Not Attending
98—Other_____
00—Unknown

ADDRESS (NEW OR CHANGED)

| (44) | (50) | (62) | (66) | (67) |
|---|---|---|---|---|
| Number | Street/Road/Ave./Etc. | Apt. Number | Borough | Zip Code |

| (72) | (74) | (81) | (85) |
|---|---|---|---|
| Home District | Home Phone | Affiliated School (For Home Instruction) | |

**Transportation To School**
1—Walks          5—Hydraulic School Bus—W.C.
2—Private Trans  6—Hydraulic School Bus—N.W.C.
3—Public Trans
4—School Bus

## ➡ REFER TO INSTRUCTIONS ON BACK OF FORM

DIVISION of SPECIAL EDUCATION and PUPIL PERSONNEL SERVICES

R. CHARLES I. SCHONHAUT     COMMITTEE ON THE HANDICAPPED
EXECUTIVE DIRECTOR (ACTING)           District 6

RACE R. CAVANAGH          I.S. 233 — 601 West 183rd Street
CHIEF ADMINISTRATOR       New York, New York  10033          JOEL S. ROSENSHEIN
PUPIL CERTIFICATION PROCESS   Telephone: 923 — 0111                DIRECTOR
                          Ellen T. Dines              Sidney Marks, Ph.D.
                          Chairperson                 Borough Supervisor


PARENTAL CONSENT FORM


                                        Re: Corey Johnson
                                            (child's name)

                                        Date of Birth: ███████████


Dear  Ms Dines                              :

        I accept the recommendation of the Committee on the

Handicapped.


                                _____
                                    (Parent's signature)


                                _____
                                            (date)


Classification  _____

Program/Placement  HC30
School and Address  PS 92 222 W 134 St NYC 10030
Related Services  _____


Please sign and return

CHARLES I. SCHONHAUT    COMMITTEE ON THE HANDICAPPED
(ACTING)                    District 6
                        I.S. 233 - 601 West 153rd Street
R. CAVANAGH             New York, New York  10033          JOEL S. ROSENHEIM
THE ADMINISTRATOR         Telephone: 923 - 0111              DIRECTOR
CERTIFICATION PROCESS    Ellen T. Place                    Sidner Marks, Ph.D.
                        Chairperson                        Borough Supervisor

NOTICE OF RECOMMENDATION OF THE
COMMITTEE ON THE HANDICAPPED

Child's Name    Corey Johnson

Date of Birth    ███████

Case #

Social Worker

Date    8/17/79

Dear Mrs Emma Johnson

    The District 6 Committee on the Handicapped has reviewed the results of your child's evaluation.

    A summary of this evaluation is enclosed.  It is the opinion of the Committee that your child has special education needs.  In order to provide these services the Committee is recommending the following:

        Classification
        Program Placement    VC32 TS D: 222 WI 3-451 MVC-100 30
        Related Services
        School and Address

    Before this recommendation is finalized you may, if you wish, meet with the Committee to discuss it.  If after meeting with the Committee on the Handicapped you still do not agree with its recommendation, you may request an Impartial Hearing.  Do not hesitate to call the social worker, or Committee Chairperson, to answer any questions you may have.

    Please sign either for choice A or B and return this notice in the enclosed, stamped, envelope by    August 31    , 19 79.

                                Sincerely,
                                Ellen Dines (L.B.)
                                Chairperson

_____

A.   I am the parent/guardian of _____
I have read this letter and agree to the recommendation of this Committee.
I wish to have special education services available for my child.


                                _____
                                Parent or Guardian Signature

                                _____
                                (Date)

_____

B.   I am the parent/guardian of _____
I have read this letter and I do not agree with the Committee's recommendation.


                                _____
                                (Date)

U-14



STATE OF NEW YORK
DEPARTMENT OF SOCIAL SERVICES
**BUREAU OF DISABILITY DETERMINATIONS**
TWO WORLD TRADE CENTER
NEW YORK, N. Y. 10047

BARBARA B. BLUM
COMMISSIONER

Telephone - Area Code 212 - 488 - 2525      **OCT** 1 1979

*Comm. on Handicapped*
*District 6*
*I.S. 233*
*601 W. 183 St*
*NY NY 10033*
*Atten: Ellen Dines*
*Chairperson*

Claimant: *Corey Johnson*
Address: *640 Riverside*
SS No.: ██████████
Date of Birth: ██████████
Patient No.: ██████████

The above-named claimant has filed an application for disability benefits under the Social Security Act and it is the responsibility of this Bureau to make the determination of disability. Enclosed is a copy of the claimant's written consent for us to request information from your records.

We would appreciate your furnishing a copy from your records of the reports checked below:

☐ Physical Examination          ☐ Sputum Culture

☑ Psychiatric Evaluation        ☐ Eye Examination

☑ Psychological Testing         ☐ Audiometric Testing

☑ Other *any material related to disability*

Your cooperation will enable us to make a prompt decision on this claim.

Sincerely yours,

*Harry R. Pace, M.D.*

Harry R. Pace, M.D.
Chief Medical Consultant

Enclosure

*mailed 10/12/79*  | PLEASE RETURN ONE COPY OF THIS LETTER WITH YOUR
REPLY IN THE ENCLOSED PRESTAMPED ENVELOPE

DF-253.3 (5/79)

Corey Johnson

NONE
PATIENT/CLAIMANT

## GENERAL AUTHORIZATION FOR MEDICAL INFORMATION

INFORMATION FOR THE MEDICAL SOURCE

NAME AND ADDRESS OF SOURCE

IDENTIFYING PATIENT INFORMATION

| NAME AND ADDRESS AT TIME OF ADMISSION OR TREATMENT | | | BIRTH DATE | ☐ IN-PATIENT |
|---|---|---|---|---|
| | | | | ☐ OUT-PATIENT |
| ADMISSION DATE(S) | DISCHARGE DATE(S) | CLINIC/PATIENT NO. | OTHER PERTINENT INFORMATION (BLDG., CLINIC, ETC.) | |

### CLAIMANT'S AUTHORIZATION

☐ If this block is checked, see authorization on reverse

I hereby authorize the above-named medical source to disclose medical records or other information regarding my treatment, hospitalization and/or outpatient care for my condition (including psychological or psychiatric impairments) during the period(s) identified above to the Social Security Administration or State Agency that may review my application. I also hereby authorize that a photocopy of this authorization be accepted with the same authority as this original. The information disclosed will be used in connection with my claim for disability benefits under the Social Security Act.

I understand that this authorization, except for action already taken, is subject to revocation by me at any time. In the absence of my prior revocation, this authorization will automatically expire when my application for disability benefits is finally decided.

| Signature of Claimant | Relationship to Claimant | Date |
|---|---|---|
| Emma L. Johnson | MOTHER | 9/13/79 |

| STREET ADDRESS | PHONE |
|---|---|
| 640 Riv. Dr. #8E | 283-7183 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| NY | NY | 10031 |

I.D.
Corey James Johnson
MMN  Emma Johnson
FN  James Sykes
DOB
POB  Brooklyn, NY

FORM SSA-827b (12-77) (DESTROY PRIOR EDITIONS)                                      (over)