# EXHIBIT 39

PLEASANTVILLE COTTAGE SCHOOL

Name of Child: COREY JOHNSON          Dates Evaluated: 2/5, 2/8/82
Date of Birth: ███████               By: Cary Gallaudet, Psy. D.
CA:            13.3                   Worker: Amira Offer
Date of (PCS) Adm: 2/1/82

## PSYCHOLOGICAL EVALUATION

Corey was referred to the Pleasantville Diagnostic Center (2/1/82)
on a PINS Petition. Background history revealed long standing school
problems culminating in Corey's truancy since September of 1981.

### Behavioral Observations:

Corey was a tall, slender and friendly 13.3-year old boy who spoke
with markedly slurred speech. Although his face was a bit scarred
Corey impressed as a good looking boy. He entered the testing easily
yet his affect initially seemed depressed and flat. He was a co-
operative boy who complied readily with all the examiner's requests.
As the evaluation proceeded, and rapport developed Corey became
more spontaneous and talkative. He seemed ambivalent about the
testing; enjoying the individual attention he was receiving, but
unsure about the actual assessment. At times Corey impressed as
in immature boy whose playful and friendly nature often interfered
with his performance. Frequently Corey would interrupt his own
work with irrelevant questions about toys, games and other activit-
ies, and at those times, the examiner would have to help him refocus
on the task at hand. Corey was always agreeable and pleasant, and
while expressing concern over "the tests" he never seemed resistant
to anything that was asked of him.

### Tests Administered:

> Bender-Gestalt
> Figure Drawings
> WISC-R
> Sentence Completion
> TAT
> Rorschach

### Intellectual Evaluation:

On the WISC-R Corey achieved a Verbal I.Q. of 85 (Low Average),
a Performance I.Q. of 93 (Average) and a Full Scale I.Q. of 88
placing him within the Low Average range of intellectual function-
ing. Average potential is suggested by his Performance I.Q., which
was slightly higher than his Verbal I.Q. There was no variability
within the verbal area, however, performance tests were character-
ized by signficant variability. Subtest scores were as follows:

Corey Johnson                                                           -2-

| Verbal Tests | | Performance Tests | |
|---|---|---|---|
| Information | 7 | Picture Completion | 11 |
| Similarities | 7 | Picture Arrangement | 9 |
| Arithmetic | 7 | Block Design | 6 |
| Vocabulary | 7 | Object Assembly | 13 |
| Comprehension | 10 | Coding | 7 |
| Digit Span | 2 | | |

In the verbal area Corey achieved his highest score on Comprehension. His average score here suggests that Corey has a maturing conscience and moral sense. His thinking is appropriate and his ability to use practical judgment in every day social situations is a strength. On the other hand, a significant weakness was evidenced in his short term auditory memory. Corey's score on Digit Span fell in the Mentally Deficient range, indicating a severe deficit in his auditory attention for nonmeaningful material. Emphasis is made on nonmeaningful because, when using the same skill (short term auditory memory) with arithmetic problems, Corey was able to function within the Low Average range. Significant too is the fact that Corey demonstrated considerable more difficulty with Digits reversed than forward. A performance such as this, characterizes concrete rigid thinking, with a corresponding inability to shift the frame of reference from digits forward to digits reversed.

In the performance area Corey achieved his highest score on Object Assembly. His High Average score here reflects a strength with the following: the ability to anticipate part/whole relations, synthesize concrete visual forms, and assemble materials drawn from life into a meaningful whole. Significantly lower and falling within the Low Average range was Corey's score on Block Design. His score here reflects deficits in non-verbal abstract reasoning, perceptual organization, visual perception and perceptual motor functioning. Corey demonstrated real difficulty here, nearly rotating designs early on, and finally failing later designs for the same reason (rotation). These weaknesses were also evident in his Bender-Gestalt performance which was characterized by a number of rotations and distortions. He made three scorable errors, producing a Bender performance which was comparable to a child five years below his chronological age, and of those errors made two suggested the presence of an underlying neurological deficit. Visual recall was adequate but 6 out of the 9 designs reproduced were marked by severe rotations - again suggesting that a perceptual motor deficit interferes with Corey's functioning.

Personality Dynamics:

Corey is a depressed, dependent and frightened 13.3-year old who is struggling with independent strivings at this time in his life and feels immobilized as a result. This struggle presents a real conflict for Corey because on the one hand he is an ambitious boy who is searching for independence, but on the other he feels deficient, dependent and frightened. Essentially he feels unable to make it on his own and while he knows he needs help it conflicts

Corey Johnson                                                          -3-

with his reach for independence.  While depressive tendencies are
pervasive (many references to dying and killing one's self) Corey
offsets these tendencies with fantasies whereby he feels if he tries
hard enough he will fulfill his ambition.  He is an ambitious boy
who feels caught in the middle - being pushed and pulled - and while
his independence is critical to him there is also a longing for
nurturance and affection.  These needs stir up considerable anxiety
which he initially tries to deal with through denial.  Denial is
ineffective, however, and as Corey becomes more anxious he eventual-
ly regresses to an earlier stage where he is an immature boy with
strong dependency needs.  Hostile impulses also emerge at this time
and serve to overwhelm the boy even more.  Object relations are
developing and Corey is an empathic and sensitive boy who can re-
late in a mature manner.  A sensitive boy, with genuine emotional
responsiveness, Corey often feels at the mercy of others' wishes,
and his strong conscience causes him to respond accordingly.  These
conflicts are exacerbated by an organic component which clearly in-
terferes with Corey's ability to function successfully in school.
While abstracting abilities are being more and more emphasized at
this time Corey falls further and further behind.  It is an area of
weakness for him and when challenges are not concrete and meaningful
Corey is unable to integrate the experience and becomes easily over-
whelmed.

Summary and Recommendations:

In summary, Corey is a sensitive and dependent boy who is struggling
with issues revolving around independence.  An underlying organic
component serves to exacerbate the anxiety, dependence, affection-
al needs and hostile impulses and as a result Corey has an extremely
hard time trying to integrate emotional challenges.  Although evidence
of a learning disability exists he continues to be an ambitious boy
who is motivated to improve his situation and would benefit highly
from both remediation in academic areas as well as psychotherapy.
Corey needs to gain greater insight into his struggle over his ambi-
tions, his reading deficits and his willingness to accept help.
From an academic standpoint it is important that if Corey is to
learn more effectively that the material be presented in the most
concrete and meaningful way.

        Cary Gallaudet:ww  D-2/1/82      T-232/82

                                Cary Gallaudet, Psy. D.

Supervised by:
George A. Sakheim, Ph.D.
Chief of Psychological Services