# EXHIBIT 43

PLEASANTVILLE COTTAGE SCHOOL

Name of Child: COREY JOHNSON        Date of Conference: 6/9/82
                                    Worker: Gloria Caro
Adm. to PDC:    2/1/82
Adm. to PCS:    4/26/82

INITIAL CONFERENCE, CURRENT ASSESSMENT AND TRANSFER SUMMARY

CONFERENCE PARTICIPANTS:

Walter Coords, A. Collegian, both cottage parents, teacher Ms. Judy
Moss, Psychiatrist Dr. Elizabeth Clemmens, Psychologist Dr. Ken
Barish, Assistant Director Ms. Bernice Falk, Unit Administrator
J. Lefkowitz and Social Worker Gloria Caro.

Mrs. Johnson was invited to the conference but did not attend.
Please see Social History and Assessment done at PDC for background.

In brief, Corey Johnson, age 13½, came to PCS about three months ago
from PDC on a direct referral from SSC. He had been truant from
public school from September, 1981. He was suspended from Catholic
school in January of 1980 because of fighting and being disruptive
in class. At home, according to his mother, he stole things such as
money and broke her other son's toys.

Corey's developmental history included stuttering until age five
and encopesis from age eight to twelve. He had been left back in
school in the third and fourth grade. In 1980 he was placed in a
committee of a handicapped class. He had never progressed beyond
second grade reading level. His mother states that he has had
school problems and behavioral problems since first grade. Corey
has a low average I.Q. of 88 and with wide test scatter. Psychi-
atrically he was seen as a depressed youngster with soft neurological
signs, who was reacting to the family's chaotic situation and to his
mother's unavailability. He was felt by PDC to have had a capacity
to relate.

FAMILY BACKGROUND:

Corey is the older of two children of Mrs. Johnson. Corey's brother
Robert is 2½ years younger and is now placed at Childrens Village.
Mrs. Johnson states that she herself comes from a troubled family. Sh
became pregnant when she was 17. Her mother cared for Corey until
he was 2½ when she began living with Mr. Butler, the father
of her younger child. Corey lived, up to the age of 6, with Mrs.
Johnson and Mr. Butler until their separation at that time. Early
last year, after believing that Mr. Butler was his father, Corey
met his father for the first time. He had just come out of jail.
For the past four years Mrs. Johnson and her two children have lived
with Mr. Crager, a drug addicted man. She states that she has been

Corey Johnson                        -2-

trying to extricate herself from this union. She has described the home and the relationship as being exceedingly difficult. The boys are highly combative and were unmanageable. She felt that they did not get along. Corey's brother Robert was engaging in dangerous behavior and had to be hospitalized at PI and was subsequently placed at Childrens Village. At PDC Corey was seen as an immature, but easy child to manage. He was amiable and looking for nurturance and guidance from the staff. He was frequently isolated from the other children.

Mrs. Johnson was seen by the PDC social worker as a depressed woman who was trying to put her own life together. She was regular in her visits at PDC and only once disappointed Corey. It was the feeling that she wished to have Corey placed after having placed Robert and was active in facilitating this plan.

ADJUSTMENT TO PLACEMENT:

### Cottage Report:

Corey is seen as a likeable, well mannered boy, open to staff direction. He frequently asks for a lot of physical contact. His self care is good. He is neat and clean. There has been no evidence of bed wetting. He does not appear ready to engage with other childre but participates in group activities.

### School Report - Mrs. Moss - 7th Grade:

Corey's school adjustment has been problematic. He often wandered from class, could not sit or pay attention. He seemed to Mrs. Moss to be like a frightened animal who wandered because he was scared and anxious. Mrs. Moss used many techniques to make him feel more comfortable. She does not believe that he can function in a public school. She felt that he required protection from the other youngster in the class who frequently scapegoated him. He requires constantly focusing in class. When he perceives failure, which is very quick when he tries something, his tendency is to want to flee. His readin level is not quite up to second grade. He has some sight words and those words he frequently uses. In his speech he uses words out of context. He does not seem to get the idea of phonics. At 13, he is a severely educationally impaired youngster.

PSYCHOLOGICAL EVALUATION:

Dr. Barish confirmed that Corey has a significant organic component, the wide tests scatter and his ability to relate would make you feel hopeful about his prognosis. He impressed the test examiner as ambitious and he felt that he would respond best to a one-to-one teachi situation. It was felt important to start remediation for him.

Corey Johnson                                                     -3-


TREATMENT:

  Child:

Corey resisted individual appointments and needs to be found each time
When he enters my office he exhibits high anxiety and does not make
contact and frequently asks to leave.  His speech is slow and slurred.
He appears preoccupied and depressed, communicating a hopelessness abo·
himself.  His grooming is very good and that appears to be hopeful sig:
He responds to recognition of this and seems proud that he can look ni·

Corey has cancelled a number of home visits, telling me he does not
want to go "ever".  He had difficulty telling me just why he did not
   visit.  Of his mother he says "she doesn't care about me".  This
is said quite blandly and without coaxing a bit.  He will tell of
his mother's frenetic schedule and that he has to go to a lot of place
where he doesn't want to be.  The person he cares about most is not
his mother but his grandfather with whom he lived for a period of time
He says he likes being next to his grandfather.  He likes being with
Robert's father.  He said that Robert gets first choice because it
it his father, but Corey wants to be liked by Mr. Butler as well
and feels that his grandfather is too busy right now but that Mr.
Butler may be able to pay more attention to him.

He describes the relationship between himself and his brother as
problematic.  He says it's "the worst".  He tries to control him
and he fights with him and he says that his brother always gets
his way more than he does.

Every once in a while Corey's statements are disjointed, not
psychotic in flavor, but nevertheless peculiar.  On questioning,
he tries to correct for it.  It is just as though it didn't come
out straight.

Corey impresses as an organically impaired, highly anxious, almost
schizoid youngster who still wants to relate.  He is frightened
and expects to be rebuffed.  He will need a good deal of experience
and contact before he will be ready to engage.  He does not cut off
from the possibility of a relationship and this appears to be very

hopeful.

  Family:

I have met with Mrs. Johnson four times and made a home visit on
6/14/82. She resisted each contact but has tuned into my saying
we will not be able to adequately treat Corey if she is not
available.  In fact without contact would move to determine
whether she can be a responsible caring mother on his behalf.

Corey Johnson                                                -4-

Her contacts since have been far more regular.

Mrs. Johnson is an attractive, sylishly dressed woman who
works for the Ann Klein clothing manufacturing as a reception-
ist.  She is an articulate woman who reacted to my statement
with anger, indicating she is trying to put her "life together".
She says right now she does not have too much energy or time
for her kids.  She believes they will have to understand it.
She is in debt - she now works three jobs - as receptionist,
night telephone operator and on weekends in a flea market.

Although she shares the details of her life, she allows for
little emotional impact or expression.  The message is if her
kids can live her life right now, okay - if not, she can't see
them.  She says she loves her kids but putting her life together
comes first.

A joint interview with Corey elicited almost no comment from
Corey who stared at the ceiling while his mother pretty much
lectured him on how insensitive he was to "where I am now and
have to be".

It is difficult to see how Mrs.Johnson can be engaged unless her
needs are seen as primary.  She refuses referral for treatment
for herself.  Further contact will reveal how fixed she is in
this narcisstic, self-focused stand.  This is different than
she was seen by the worker in PDC, where she was seen as a
depressed, overwhelmed woman who was responsive and caring
on behalf of her children.

CONTACT WITH CHILDREN'S VILLAGE WORKER:

I contacted Mrs. Oxley, Robert's social worker at Children's
Village.  She revealed that she has met with Mrs. Johnson
twice since Robert's placement.  Mrs. Johnson will talk with
her only on the telephone in arranging visits to Robert's
father.  They have had more contact with Robert's father with
whom Robert visits every other weekend.  Recently the father's
telephone has been disconnected.  Robert has been visiting his
mother.  Mrs. Oxley speculates that Robert's regular visits
were too much for Mr. Butler.  Mrs. Johnson said she expected
that regular visits would lead to Robert living with his father.

Robert is described by Mrs. Oxley much like Corey.  He separated
easily from his mother and appears to be thriving in placement.
Mrs. Oxley shares our concern that Mrs. Johnson seems to have
little interest in accomodating her children at this point.
It will be important to determine whether she can be more actively
involved on her children's behalf.

PSYCHODYNAMIC EVALUATION:

Corey is a 13½ year old organically impaired boy who has had a
chaotic life with many shifts in caretakers.  His dependency
needs were poorly met by a mother who has been periodically

Corey Johnson                                                    -5-

unavailable and was striving to put her own life in order.
Corey's compliance and acting out appears to be in response
to having little attention and being inadequately cared for.
Corey's organic deficits along with his emotional problems
have interferred with optimum learning and he is severely
impaired in this area. His frustration and expectation of
failure cause him to wander and withdraw from the stress of
anxiety. He is a poorly defended, highly anxious youngster
who at this time could not utilize a community school and
requires the structure and facilities of a residential
treatment center. Corey's mother's ability to provide for
Corey will have to be monitored closely after a consistant
effort has been made to involve her in planning and treatment
on Corey's behalf.

TRANSFER:

Corey will be transferred to a new worker by the end of
August due to reorganization in the unit. Corey will require
consistant outreach since he already experienced a shift
from diagnostic to a new worker. Mrs. Johnson's contact
with Corey will also require considerable imput to put her
more realistically in touch with her responsibilities and
commitment in planning and providing for Corey.

                                        Gloria Caro
                                        Caseworker