# EXHIBIT 44

PLEASANTVILLE COTTAGE SCHOOL

CURRENT ASSESSMENT

Name of Child:  COREY JOHNSON          Date of Admission: 4/26/82
Date of Birth:  ███████  Age:          Date of Assessment: 1/31/83
School Grade:   8th                    Date of Conference: 1/12/83

CHILD:

Child care workers note that Corey's behavior deteriorates when he
has no contact with his mother.  He can also become quite depressed
when he has not heard from or seen her for a period of time.  It is
the opinion of his child care workers that Pleasantville is good for
him and that he is functioning fairly well here.  Corey realizes
his learning disabilities, however, he struggles to do his homework.
He is truly motivated to do well and to succeed and has not yet
given up on himself.  Corey presents with no real behavior problems.
Within the last two weeks there has been some decline.  Corey fan-
tasizes that his mother will come up in a car and take him to Pizza
Hut.  Child care worker reports that Corey's mood basically is not
that of a depressed child.

Mr. Greenstone reports that Corey's progress in his class has been
very, very, very slow almost to the point where one might feel that
he is not learning.  He received remedial reading two to three times
per week, however, Corey's reading and spelling is on a 2nd grade
level, math is on a 3rd grade level.  Mr. Greenstone states that
Corey can understand on an 8th grade level but he cannot read it.
B.O.C.E.S. is being considered as a possibility for this child.

Response to Treatment:

Corey resists individual appointments.  There is no eye contact.  He
appears depressed and hopeless about his situation.  He longs for
his mother and acts out his realization that in fact his mother is
emotionally unavailable to him.  However, he denies his feelings
when confronted directly.  He also struggles to involve his father
who also does not come through for him.  Sundays can be very diffi-
cult for Corey because he usually does not have visitors.  This
worker will consider seeing Corey in a group.

Ms. Johnson keeps regular appointments in the New York City Office
with this worker.  She is seen jointly with Corey.  Focus has been
around Corey's need to see her and Corey's need to have her involved.
She gives clear messages in joint sessions that she is in the process
of getting her life together and that she really is not emotionally
available.  She is preoccupied with her own situation, her own financia
struggle, is trying to get an additional job which will make her even
more unavailable to Corey.  She expresses concern about his welfare
and wishes him well but is not willing to become more active on his
part at this time.

Corey is not on any medication at this time.

Corey Johnson                                                          -2-

### Psychological:

Psychologist reports that Corey has a poor memory, that he also has visual problems and language problem and has conflicting dependency needs.  In attempting to get a better understanding of Corey's learning difficulties, recommendations have been made that 1) psychologist will exam Corey's reading and writing, 2) clarify his deficits, 3) offer recommendations for teaching, 4) meet with Mr. Kosha.

### Speech Therapy:

This worker has made a referral to the speech therapist for Corey. He was seen once for an evaluation.  Followup reveals that Corey is on the waiting list but she is not able to see him at the present time.

### Mother's Concerns:

Ms. Johnson presents that she wonders where Corey will go from here if he does not reach his grade level.  She expresses a great deal of concern around his difficulty learning and wonders about the possibility of vocational training for him.  She sees changes in Corey. She feels that he is more verbal and truly a pleasure to be around. He presents with no problems at home, however, earlier on Corey lied, stole and stayed out late.

Corey states that after he leaves Pleasantville he would like to go to a group home.  He would like to stay at Pleasantville Cottage School for another year and would like to get his head straight for his mother Corey feels that he and his brother get along better now.

### PSYCHODYNAMIC EVALUATION:

Corey is a well related depressed, anxious, severely learning disabled boy who has experienced his mother's rejection and emotional unavailability.  Ms. Johnson is an upwardly mobile intelligent and articulate woman who was self-involved and who struggles to get her life in order. She has not provided him with the care he needed in early years and is not able to provide him with the attention he so badly craves for.

Gayle Turnquest:ww  D-1/31/83    T-2/9/83

Gayle Turnquest
Caseworker