# EXHIBIT 52

| DSS-3405 (3/81) NYC | CASE NAME Johnson | | CHILD'S AME Corey Johnson | Date of Birth ▉ |
| --- | --- | --- | --- | --- |
| **DISCHARGE/TRANSFER PLAN** | COMPLETED BY G. Maier | DATE 5/28/85 | SSC NUMBER ▉ | |
| ☐ DISCHARGE<br>☒ TRANSFER | AGENCY/DISTRICT JCCA/PCS | | LOCAL DISTRICT/AGENCY USE | |

- Complete a Discharge Plan for child in foster care 6 months prior to discharge or at the time the decision to discharge is made.

- Complete a Transfer Plan for child in foster care prior to transfer between Child Caring Agencies or Districts.

**PLAN**

We are transferring Corey to a JCCA group residence in NYC following his completion of school. Corey has demonstrated the necessary controls, judgement, ability to relate and motivation to move to a less restrictive setting. This has been evidenced in his behavior in an off-campus school program as well as his activities at PCS. Mrs. Johnson is not willing to have him return to her care. She has expressed agreement with this transfer.

Details have yet to be worked out. At this point there is no opening so we are uncertain as to which home he will be in. He will have a summer job through the Neighborhood Youth Corps.

He is being referred for a special education placement as well as some non-academic vocational programs.

**JUSTIFICATION OF DISCHARGE GRANT** to parent, relative or child when essential to effectuate discharge.

**ANTICIPATED LENGTH OF TRIAL DISCHARGE:**

_Gerard Maier, MSW_          _Lynn Pasekin_
                             _Casework Supervisor_

DSS-3402 (3/81) NYC

## VISITATION PLAN

| CASE NAME | | CHILD NAME | Date of Birth |
|---|---|---|---|
| Johnson | | Cory Johnson | ████ |
| COMPLETED BY | DATE | SSC NUMBER: | |
| G. Maier | 5/28/85 | ████ | |
| AGENCY/DISTRICT | | LOCAL DISTRICT/AGENCY USE | |
| JCCA/PCS | | | |

- Complete a Visitation Plan for each child placed or to be placed in foster care.
- Complete according to the time requirements for the Initial Service Plan and revise at each Service Plan Review.

| PERMANENCY GOAL | ANT. COMP. DATE |
|---|---|
| Discharge to self | 6/87 |

**1. VISITATION SINCE LAST PLAN (If child has been in placement).**

| DATE | LOCATION | PARTICIPANTS | DATE | LOCATION | PARTICIPANTS |
|---|---|---|---|---|---|
| | | | | | |
| | PLEASE SEE CALENDAR OF CONTACTS | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2. DESCRIBE QUALITY OF VISITS, highlighting positive and negative factors. If family is not meeting visitation goals, explain reasons and efforts to encourage visiting.**

Visits have been erratic. At Mrs. Johnson's request Corey returned to two visits per month. He missed some of these. The decrease in contact and the lack of involvement when he is at home speaks to the isolation and emotional unavailability between Mrs. J. and Corey.

Please note that Corey's brother Robert was placed at Pleasantville Diagnostic Center. However, Mrs. Johnson has subsequently sent him to live with his father in North Carolina.

**3. PLAN FOR VISITATION IN NEXT PERIOD. Include name of participants, frequency and location. Explain any changes in visitation plan.**

Corey will visit twice a month.

*(Use reverse if additional space is required)*

| DSS-3403-F (3/81) NYC **GOAL AND OBJECTIVE REVIEW FAMILY** | CASE NAME Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | COMPLETED BY G. Maier | DATE 5/28/85 | |
| ☐ *90* Days  ☒ 6 Months ☐ Change in Program Status | AGENCY/DISTRICT JCCA/PCS | | |

Complete a Family Goal and Objective Review for the family of each child receiving foster care, preventive services for children, adoption or Child Protective Services at the time of the Service Plan Review. Service Plan Reviews occur as follows:

- 1st Service Plan Review 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review 6 months from application for service for non-placement Child Protective Service case, 6 month from an indicated case determination.
- Subsequent Service Plan Reviews every 6 months thereafter.
- Change in Service Status - Prior to the status change.

LIST DATE, PLACE AND PARTICIPANTS FOR ALL FACE-TO-FACE CONTACTS WITH NATURAL FAMILY DURING REVIEW PERIOD. State Client's response to contacts with case planner, If unsatisfactory, state efforts to further involve family.

Mrs. Johnson missed several planned meetings. She is erratic in her response to casework sessions which seem to be a reflection of her ambivalence re Corey. She will verbalize a desire to be consistent and stay involved in planning for him, then withdraw.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 1 | | GOAL: Mrs. Johnson will remain consistent in her contacts with Corey despite their decision to live apart. |

In working with Mrs. Johnson, focus has been on helping her to recognize how important it is for Corey to feel that he is a part of the family. Mrs. Johnson has been able to follow through on this, including Corey in all family celebrations and occasions.

However, recently she has requested decreased visits. She will be encouraged to maintain a consistent approach with him.

Goal continues.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 2 | | GOAL: Mrs. Johnson will learn to support Corey's strengths and accept his |

*WEAKNESSE* ⋀

One ongoing aim of treatment with Mrs. Johnson has been to help her to see that Corey has enormous need for her approval which means that she must find areas of his functioning to praise and support. His academic deficiencies must be down-played. There seems to be some movement by Mrs. Johnson to do so. However, it remains important to help her see Corey's <u>continued</u> need for her acceptance-as it seems that Mrs. Johnson withdraws attention from Corey when she perceives he is "alright."-and turns attention to Robert who is having difficulties. This goal should be continued in order to help prevent the possibility of Corey acting out in order to gain Mrs. Johnson's attention.

This came into special focus around Corey's school plans for next year. The Team met with Mrs. Johnson to give her a clear understanding of the serious deficits he has, but also the strengths that he can make use of. She appeared to be able to accept the assessment.

Page 2

| DSS-3403-F(3/81) NYC GOAL AND OBJECTIVE REVIEW FAMILY | CASE NAME. Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| | COMPLETED BY G. Maier | DATE 5/28/85 | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 3 | | Goal:  Mrs. Johnson will encourage Corey's attempts to learn independent living skills, such as cooking, shopping.<br><br>Mrs. Johnson is both able and willing to encourage Corey's learning to function in a more independent way.  Future sessions with Mrs. Johnson can focus on specific skills that can be encouraged on home visits and how Mrs. Johnson can help Corey to learn such skills. |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 4 | | GOAL:  Mrs. Johnson will accept Corey's transfer to a group home.<br>To this point she has mentioned some tentative plans to have Corey move to North Carolina to be with his half-brother Robert and his father.  This seems unrealistic and certainly causes Corey confusion.  She has also expressed agreement with the plan of moving him to the residence.<br>I will work at helping her understand the advantages of his moving into the community. |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |



| DSS-3403-C (3/81) NYC **GOAL AND OBJECTIVE REVIEW CHILD** | CASE NAME Johnson | | CHILD'S NAME Corey Johnson | Date of Birth █████ |
|---|---|---|---|---|
| ☐ 90 Days   ☒ 6 Months ☐ Change in Program Status | COMPLETED BY G. Maier | DATE 5/28/85 | SSC NUMBER: ██████ | |
| | AGENCY/DISTRICT JCCA/PCS | | LOCAL DISTRICT/AGENCY USE | |

Complete a Child Goal and Objective Review for each child receiving foster care, preventive services for children, adoption or Child Protective Service at the time of the Service Plan Review. Service Plan Reviews occur as follows:

- 1st Service Plan Review - 60 days from establishment of the Initial Service Plan.
- 2nd Service Plan Review - 6 months from application for services or from an indicated case determination for non-placement Child Protective Service cases.
- Subsequent Service Plan Reviews - every 6 months thereafter.
- Change in Service Status - prior to the status change.

**PERMANENCY GOAL PROGRESS REPORT**   Describe the effect progress in the achievement of the family's and child's goals and objectives has had on the accomplishment of this child's permanency goal.

| PERMANENCY GOAL CHANGED | YES | NO |
|---|---|---|
| | | X |

Goal had been changed to discharge to independent living, based on Mrs. Johnson's inability to provide Corey with the emotional support and attention he needs to overcome his severely devalued self-concept. Corey is a depressed youngster and his mother's self-focus exacerbates his bad feelings and encourages his acting-out behavior to avoid these feelings. There is no extended family who can be resources for Corey.

The Team is planning on transferring him to a group residence in the city after the completion of his school program. We believe that he would benefit from this move to a less restrictive setting. He has demonstrated the necessary controls, judgement and motivation to succeed and grow in such a setting.

For child in foster boarding home or agency operated boarding home, list date, place and participants for all face-to-face contacts between child and caseworker during review period.

| Goal No. | Objective No. | Include services given and client's response to services, client progress towards meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 1 | | Goal: Corey will continue to participate in the school's intensive remediation program. Corey tends to avoid the remediation program. It is a confirmation of his severe handicap and a serious blow to his self-image. Work continues, encouraging him to continue, helping him recognize his strengths as well as his limitations. |

Page 2

| DSS-3403-C (3/81) NYC | CASE NAME. | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| **GOAL AND OBJECTIVE REVIEW CHILD** | Johnson | | |
| | COMPLETED BY G. Maier | DATE 5/28/85 | |

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 2 | | |

Goal:  Corey will use opportunities offered him to learn independent living skills.

Staff have been working with Corey to help him make use of opportunities to learn to fuction more independently.  He was encouraged to seek a part-time job in the community, and did work for a few weeks in a grocery store.  He was not able to maintain this, an indication of how much work needs to be done in this area.

Goal continued.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 3 | | |

Goal:  Corey will use treatment to resolve his fears that he will lose his mother through continued placement.

Corey is beginning to talk more freely within the treatment relationship and has come to some awareness of his conflict, re: wanting independence and wanting to remain his mother's little boy.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| 4 | | |

Goal:  Corey will use opportunities to prepare for discharge from PCS to a group living situation in the community.

Corey is involved in this process, using casework to explore what leaving means to him.  He has been interviewed by the group residence staff and is currently awaiting an opening.

| Goal No. | Objective No. | Include services given and client's response to services, client progress toward meeting goal and reason for major changes or deletions in goal or service. |
|---|---|---|
| | | |

| DSS-3404-F (3/81) NYC | CASE NAME Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| **COMPREHENSIVE SERVICE PLAN FAMILY** | COMPLETED BY G. Maier | DATE 5/28/85 | |
| ☐ 90 Days ☒ 6 Months ☐ Change in Program Status | AGENCY/DISTRICT | | |

| Goal No. 1 | **GOAL** Mrs. Johnson will remain consistent in her contacts with Corey despite their decision to live apart. |
|---|---|

| | **OBJECTIVE/CLIENT TASK** | **METHOD/SERVICE TASK** |
|---|---|---|
| Obj. No. A | Mrs. Johnson will encourage Corey's regular visits. | Social worker will continue regular meeting with Mrs. Johnson around the issue of her continued involvement with Corey and the importance to him of feeling included as a family member. |
| Obj. No. B | Mrs. Johnson will include Corey in all family celebrations and occasions. | 'Same as above' |
| Obj. No. C | Mrs. Johnson will not withdraw from Corey in response to her perceived belief that he is withdrawing from her. | 'Same as above' |

| Goal No. 2 | **GOAL** Mrs. Johnson will learn to support Corey's strengths and accept his weaknesses. |
|---|---|

| | **OBJECTIVE/CLIENT TASK** | **METHOD/SERVICE TASK** |
|---|---|---|
| Obj. No. A | Mrs. Johnson will demonstrate approval of Corey's athletic abilities. | Social worker will work with Mrs. Johnson around giving Corey approval for what he does well and making less important the areas in which he has poor success. |
| Obj. No. B | Mrs. Johnson will de-emphasize Corey's academic ability. | 'Same as above' |
| Obj. No. C | Mrs. Johnson will support the the plan of vocational training for Corey. | 'Same as above' |

Page 2

| DSS-3404-F (3/81) NYC | CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| **COMPREHENSIVE SERVICE PLAN FAMILY** | Johnson | | |
| | COMPLETED BY | DATE | |
| | G. Maier | 5/28/85 | |

**GOAL**

Mrs. Johnson will encourage Corey's efforts to learn skills such cooking, shopping.

| OBJECTIVE/CLIENT TASK | METHOD/SERVICE TASK |
|---|---|
| Mrs. Johnson will provide opportunity on visiting weekends for Corey to practice new skills. | Social worker will discuss with Mrs. Johnson the importance to Corey of knowing how to manage daily living skills. |
| Goal: Mrs. Johnson will accept Corey transfer to group home. | Ant. Comp. Date --9/85 |
| a.) Mrs. Johnson will talk about plans to move Corey to a residence. | In casework sessions. |
| b.) She will understand the benefits of this transfer. | In casework sessions. |
| She will explore the true possibilities of Corey's living with Robert's father in Carolina. | In casework sessions. |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN**

Meeting held 5/1/85. Participants included Unit Administrator, acting as Independent Reviewer, Social Worker, Child Care Worker, Psychologist, Mrs. Johnson and Corey.

**AGENCY CONTACT PLAN WITH NATURAL PARENTS.** Include frequency and location of planned interviews.

At least quarterly.

**CLIENT CONCURRENCE (Optional)**

   I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me. is confidential.

   I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

   My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

   I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X *Margarita Parish* | 7/10/85 |
| CASE PLANNER'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE | DATE |
| X *Gerard Maier* | 5/29/85 | X *Rima Bernstein* | 5/29/85 |

**DSS-3404-C** (3/81) NYC

**COMPREHENSIVE SERVICE PLAN CHILD**

- [ ] 90 Days
- [X] 6 Months
- [ ] Change in Program Status

| CASE NAME | Johnson | | CHILD'S NAME | Corey Johnson | ██████ |
|---|---|---|---|---|---|
| COMPLETED BY | G. Maier | DATE 5/28/85 | SSC NUMBER: | ██████ | |
| AGENCY/DISTRICT | JCCA/PCS | | LOCAL DISTRICT/AGENCY USE | | |

| CCRS CODE | | PERMANENCY GOAL | ANT. COMP. DATE 6/87 |
|---|---|---|---|
| ▓▓▓ | | Discharge to self | |

| CCRS CODE | GOAL NO. | GOAL | ANT. COMP. DATE 6/8... |
|---|---|---|---|
| ▓▓▓ | 1 | Corey will continue to participate in the intensive remediation program. | |

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| ▓▓▓ | A | Corey will continue to attend remedial classes despite his upset over poor progress. | ▓▓▓ | Teacher will encourage Corey to keep working and help him to understand that his difficulties do not reflect upon his intelligence. |
| ▓▓▓ | B | Corey will discuss his learning disability in treatment. | ▓▓▓ | Social worker will work with Corey towards understanding the implications of his learning disability. |
| ▓▓▓ | | | ▓▓▓ | |

| CCRS CODE | GOAL NO. | | ANT. COMP. DATE 11/85 |
|---|---|---|---|
| ▓▓▓ | 2 | Corey will use opportunities offered him to learn independent living skills. | |

| CCRS CODE | OBJ. NO. | OBJECTIVE/CLIENT TASK | CCRS CODE | METHOD/SERVICE TASK |
|---|---|---|---|---|
| ▓▓▓ | A | Corey will explore the possibilities of an off campus job. | ▓▓▓ | A cottage parent will help Corey read ads and apply for a job. |
| ▓▓▓ | B | Corey will learn how to handle money so that he can shop for himself. | ▓▓▓ | Teacher will help Corey learn enough simple arithmetic that he will be able to figure out correct change. |
| ▓▓▓ | | | ▓▓▓ | |

Page 2

| DSS-3404-C (3/81) NYC | CASE NAME | | CHILD'S NAME | Date of Birth |
|---|---|---|---|---|
| **COMPREHENSIVE SERVICE PLAN CHILD** | Johnson | | Corey Johnson | |
| | COMPLETED BY | DATE | SSC NUMBER: | |
| | G. Maier | 5/28/85 | | |

**GOAL**

Corey will use opportunities to prepare for discharge from PCS to a group living situation in the community.

| OBJECTIVE/CLIENT TASK | METHOD/SERVICE TASK |
|---|---|
| Corey will discuss discharge plans for a group home in treatment. | Social worker will work with Corey towards understanding his feelings about discharge. |
| Corey will visit several group homes. | Social worker will arrange for Corey to see several group living situation |
| | |

**DESCRIBE THE FAMILY'S AND CHILD(REN)'S PARTICIPATION IN FORMULATING THE SERVICE PLAN AND, IF APPLICABLE, THE VISITATION PLAN.**

Meeting held on 5/1/85 included Unit Administrator (independent reviewer), Social Worker, Psychologist, Child Care Worker, Mrs. Johnson and Corey.

**BRIEFLY DESCRIBE ANY COURT INVOLVEMENT** in this case and indicate services which are being provided pursuant to a remand or court order.

None - voluntary placement.

**For Child in Foster Boarding Home or Agency Operated Boarding Home, DESCRIBE THE AGENCY PLAN OF CONTACT BETWEEN THE CASE-WORKER AND CHILD IN NEXT PERIOD. INCLUDE FREQUENCY AND LOCATION.**

**CLIENT CONCURRENCE (Optional)**

I understand that all information pertaining to my case, including this Plan for Service developed by my worker and me, is confidential.

I have been informed of the procedures by which I may express and seek remedy for any dissatisfaction, including the opportunity for an Administrative Review and Fair Hearing.

My worker and I will review this Plan for Services on a regular basis to evaluate my progress toward my goal.

I have jointly developed this Plan for Service with my caseworker and understand its content and purpose.

| SIGNATURE OF CLIENT, Parent or Guardian | DATE | LOCAL DSS/SSC SIGNATURE | DATE |
|---|---|---|---|
| X | | X *Margarita Pairdi* | 7/10/85 |
| CASE PLANNER'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE | DATE |
| X *Gerard Maier* | 5/29/85 | X *Lynn Polstein* | 5/29/85 |

DSS-3407-S(3/81)NYC

**REASSESSMENT SUMMARY**

| CASE NAME | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|
| Johnson | | |

| COMPLETED BY | DATE |
|---|---|
| G. Maier | 5/28/85 |

| AGENCY/DISTRICT |
|---|
| JCCA/PCS |

__4__/__26__/__82__    DATE FAMILY BEGAN TO RECEIVE SERVICES FROM YOUR AGENCY

| Yes | No |
|---|---|
| X | |

A. This Reassessment Summary is being completed as part of a Service Plan Review.

UPDATE changes, that have occurred since the last assessment summary, by answering each checklist item. The items on the checklist correspond to sections 1 through 8 of this form.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | Has there been a change in the level of risk to the child if he/she returns home or remains at home? (If yes complete question 1.) |
| ☐ | ☒ | Has there been a change in the family's ability to benefit from the provision of preventive services? (If yes complete question 2.) |
| ☐ | ☒ | Has there been a change in service needs? ( If yes complete question 3.) |
| ☒ | ☐ | Has there been a change in program choice? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☒ | Has there been a change in the factors justifying placement and or preventive services? (If yes complete question 5. |
| ☐ | ☒ | Has there been a change in the child's location? (If yes complete question 6. |
| ☐ | ☒ | Has this child been transfered to a more restrictive placement? (If yes complete Sect. B & questions 1 - 8.) |
| ☐ | ☒ | Has this child been in placement for 18 months or more and his/her permanency goal is return to home? (If yes complete question 8.) |

| Yes | No |
|---|---|
| X | |

B. This Reassessment Summary is being completed as the result of a PROGRAM STATUS change and requires the completion of the checklist below. For any change indicated in Section B, complete sections 1 through 8 of this form.

☐ Case Closing                    ☐ Change in Permanency Goal

☒ Change in Level of Foster Care

☐ Change in Program choice

- Preventive Non-mandated
- Preventive Mandated
- Placement/Preventive Mandated
- Placement/Preventive Non-mandated
- Placement
- Child Protective Non-placement
☐ Movement Between Agencies or District

1. CONSIDERING IDENTIFIED PROBLEMS AND ASSETS, EVALUATE THE RISK TO THE CHILD IF SHE/HE RETURNS HOME, OR REMAINS AT HOME. Evaluate the areas of parental functioning or child's behavior which limit the family's ability to provide a safe and supportive environment for the child. Corey is an emotionally deprived, learning disabled boy with severely impaired self-concept. Without the support and structure he received, he resorts to anti-social activity to avoid feelings of depression and lack of self-worth. He continues to need a supportive; structured setting but one that is less restrictive. He has demonstrated enough controls and motivation to warrant a transfer to a group home. Mrs. Johnson is not interested in having him returned to her care.

2. ASSESS THE FAMILY'S ABILITY TO BENEFIT FROM THE PROVISION OF FAMILY SUPPORT SERVICES AND TO MAINTAIN THE CHILD IN THE HOME.
   Support services would not enable Mrs. Johnson to provide the emotional support and acceptance Corey needs.

**DSS-3407-S**(3/81) NYC

## REASSESSMENT SUMMARY

Page 2

| CASE NAME | | |
|---|---|---|
| Johnson | | LOCAL DISTRICT/AGENCY USE |
| COMPLETED BY | DATE | |
| G. Maier | 5/28/84 | |

**3. Complete the following service needs information:**

| A. NAME OF PERSON(S) NEEDING SERVICE | B. SERVICE NEEDS | C. AVAILABLE/ ACCEPTED* | D. PRIMARY/SECONDARY SERVICE NEED |
|---|---|---|---|
| Corey Johnson | 12 Special Ed. | C    Provided | |
| | 9 Remedial Ed. | C    " | |
| | 14 Recreation | C    " | |
| | 24 Medical/Dental | C    " | |
| | 30 Casework Counseling | C    " | |
| | 29 Psychol/Psych. | C    " | |
| | 16 Family Planning | C    " | |
| Mrs. Johnson | 30 Casework Counseling | C    " | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* A. **NOT AVAILABLE** - The required service is currently not being delivered to other clients in your service community.
B. **REFUSED** - the client has not agreed to participate in the needed service.
C. **PLANNED** - provision of the needed service is being planned; specific arrangements are being made or services are currently being provided.
D. **PLANNED, AWAITING OPENING** - the needed service is available, but currently there are no openings for this client.

| 4. Based on the assessment of Problems, Assets and Service Needs, indicate which of the following Program Choices is most appropriate for the child-(ren) in this case. | NAME OF CHILD IN NEED OF SERVICE |
|---|---|
| | Corey Johnson |
| A. **PREVENTIVE SERVICES** (non-mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement would **NOT be necessary** within the next 60 days. Placement may be necessary for the child in the future. | |
| B. **PREVENTIVE SERVICES** (mandated): Preventive Services are needed by this child and family. In their absence out-of-home placement <u>would be necessary</u> for the child within the next 60 days. | |
| C. **PLACEMENT/PREVENTIVE** (mandated): This child is currently in placement. The provision of preventive services <u>will enable him or her to return home</u> within the next 90 days. | |
| D. **PLACEMENT/PREVENTIVE** (non-mandated): This child is currently in placement. Preventive Services are also needed. However, these services <u>will NOT enable the client to return home</u> within the next 90 days. | |
| E. **PLACEMENT SERVICES:** Out-of-home placement is needed for this child within the next 60 days. Also include children surrendered for adoption. | |
| F. **CHILD PROTECTIVE SERVICES** (non-placement): Community based services are needed which are <u>not preventive</u> in nature. | |

DSS-3407-S(3/81) NYC

**REASSESSMENT SUMMARY**

Page 3

| CASE NAME | Johnson | | LOCAL DISTRICT/AGENCY USE |
|---|---|---|---|
| COMPLETED BY | G. Maier | DATE 5/28/85 | |

5. For each child whose program choice is Preventive Services (mandated), Placement/Preventive (non-mandated or mandated) or Placement Services (see question 4, B,C,D and E) check the factors which describe the reason(s) why placement services and/or preventive services are needed.

| | | | | CHILD'S NAME | FACTORS |
|---|---|---|---|---|---|
| 1. | | | | Corey Johnson | |
| | 2. | | | | |
| | | 3. | | | |
| (✔) | (✔) | (✔) | 4. (✔) | | Check all that apply. |
| | | | | A. Caretaker expresses unwillingness to maintain the child in the home. | |
| | | | | B. Parent(s) have voluntarily surrendered the child for adoption. | |
| | | | | C. Child has been adjudged neglected in a Family Court proceeding. | |
| | | | | D. Child has been adjudged abused in a Family Court proceeding. | |
| | | | | E. Alleged abuse or neglect by parent or caretaker, in the caseworker's judgement, places the child in imminent danger of serious physical or emotional harm. | |
| | | | | F. Child has been placed in the custody of the Commissioner of Social Services under Article 7 or 10 of the Family Court Act and foster care placement has been recommended or ordered by the court. | |
| | | | | G. Parents or caretakers are unavailable due to arrest, detainment, imprisonment, or other situations involving the law. | |
| | | | | H. Parents or caretakers are temporarily unable to maintain the child at home due to a housing or financial emergency, acute physical illness, or other emergency situation. | |
| | | | | I. Parents or caretakers are incapable of providing proper care due to chronic or permanent conditions such as diagnosed mental illness, diagnosed developmental disability, alcohol or drug abuse, physical disability or illness or other comparable condition. | |
| X | | | | J. Continuous, serious conflict between parent and child. | |
| | | | | K. Parents are dead or missing. | |
| | | | | L. Child's behavior presents a serious danger to other people or to the child's own well being. | |
| | | | | M. Child's behavior results in damage to property or a criminal act related to property. | |
| X | | | | N. Child's behavior, although not dangerous, results in severe management problems and constant disruption of group activities in at least two of the following three settings: home, school, and community. | |
| | | | | O. Child's behavior caused by a serious emotional, physical or development disability is characterized by severe deficits in adaptive behavior. | |
| | | | | P. Other, describe: | |

*(use additional sheets as needed)*