USCA4 Appeal: 21-2    Doc: 5-13    Filed: 01/08/2021    Pg: 1 of 8

# EXHIBIT 53

Page No. _____

**BOARD OF EDUCATION OF THE CITY OF NEW YORK**
110 LIVINGSTON STREET, BROOKLYN, N.Y. 11201
DIVISION OF SPECIAL EDUCATION

OSIS # _____

DATA BANK # _____

DATE OF PHASE I CONFERENCE _7/1/85_

### INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

Student's Name (last) _Johnson_ (first) _Corey_ ⬛ Sex _M_

Address _640 Riverside Drive_ * Apt _____

_New York, N.Y._ Zip Code _10031_ Home District _____

Name of Parent/Guardian _Mrs. Emma Johnson_

Language of notices and conferences _English_

Home Phone _(212) 281-0884_ Business Phone _____

Language(s) student speaks _English_

Special Alerts _Corey needs a Speech & Language Evaluation to determine if he can receive Speech therapy_

---

**RECOMMENDATIONS**

Classification _Learning Disabled_

Program(s) (e.g., special class, related services, etc.) _MIS I (Vocational)_

Service Category (Specify language if service is bilingual e.g., bilingual counseling - Spanish) _Counseling_

---

Resource Room:     Days per week _____     Periods per day _____

Class Size and Staffing _____ Projected Date of Initiation of Service _____

---

**RELATED SERVICES RECOMMENDED BY SBST/COH** (If none, so indicate)

| Services(s) Recommended | Sessions Per Week | Minutes Per Session | Maximum Group Size |
|---|---|---|---|
| on site counseling | 1 | 30 | 3:1 |

**TRANSPORTATION REQUIRED** (Check if required)

☐ Special transportation—Specify:

*_child is residing at Pleasantville Cottage School Pleasantville, N.Y. 10570_

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

Page No. 2

OSIS # _____

Student's Name *Corey Johnson*

Date of Phase I Conference _____ 7/1/85

**REGULAR CLASS SCHEDULING** (If none, so indicate. If High School indicate Fall or Spring semester.)

Area/Subject                                                                  Periods Per Day/Days Per Week

*physical education,*
~~mathematics~~
*lunch, assembly,*

Physical Education, Lunch, Assembly (delete if not applicable)

---

**TESTING CATEGORY** (Category <u>must</u> be indicated)

| Category (circle one) | Testing Modifications (if category B) |
|---|---|
| A. Participates in all city and state testing<br>(B) Participates in all city and state testing with modifications<br>C. Excluded from citywide testing program*<br><br>*(H.S. students will not earn a diploma if in this category) | — *small group setting (for testing at his level)*<br>— *time extended* |

**SPECIALIZED EQUIPMENT/ADAPTIVE DEVICES** (If none, so indicate)

*none*

---

| OTHER PROGRAMS/SERVICE CATEGORIES CONSIDERED<br>List other programs/ service categories considered in selecting least restrictive environment<br><br>SIE II or<br>O.T.C. | Indicate the reasons these options were rejected.<br><br>*Corey's intellectual functioning was too high for O.T.C. & he needs more vocational training than SIE II can offer.* |
|---|---|

**Participants in Phase I Conference** EPC/COH Review
7/1/85

Relationship/Title                                                              Signatures

*R. Kamu - School Psychologist*
*B. Penna Ed. Eval.*
*S. m̃lean Bl. Social Worker*

Was a translator present?    Yes ☐  No ☒

Projected Date of Annual Review ____ **3/86** ____    Projected Date of Triennial Re-evaluation ____ **3/88** ____

9/83

**COPY 1-COMMITTEE ON THE HANDICAPPED**

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_

Date of Phase I Conference _7/1/85_

**ACADEMIC/EDUCATION ACHIEVEMENT AND LEARNING RATE** (e.g., intellectual/cognitive functioning, reading, mathematics, expressive language, receptive language, written language, speech, self help, occupational education, vocational education) (Attach as many pages as necessary.)

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| 6/11/85 | Reading Brigance-Comp. Gray Oral Reading Comprehension | 40% at 3rd grade level 75% at 2nd + 3rd grade | Corey is reading below grade level expectancy. | ① | To learn to read to at the very least acquire more functional literacy. |
| | Sight Vocabulary WRAT | GE = 3.7 | | ①A | To improve sight vocabulary. |
| | Arithmetic WRAT | GE = 3.4 | Math skills are below grade level expectancy. | ② | To improve arithmetic skills in basic areas of addition, subtraction, multiplication, division, time, money + measurement + word problems. |
| | Vocational woodworking | Most Satisfactory | progress reported in area of woodworking on all school reports | ③ | To continue to learn a vocational skill, such as woodworking + further develop the work ethic. |

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

# INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_
EPC/COH Review
Date of Phase I Conference _7-1-85_

## ACADEMIC/EDUCATION ACHIEVEMENT AND LEARNING RATE (e.g., intellectual/cognitive functioning, reading, mathematics, expressive language, receptive language, written language, speech, self help, occupational education, vocational education) (Attach as many pages as necessary.)

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| 3/15/85 | WISC-R | Verbal IQ = Borderline | Corey has a very low fund of general information | ④ | Corey will learn to incorporate facts from the world around him into academics |
| | | | Corey's verbal comprehension and reasoning are poor | ⑤ | Corey will improve his verbal comprehension and reasoning |
| | | | Corey's specific word knowledge is far below average | | |
| | | | Corey's arithmetic reasoning skills are better than verbal skills but still below age level. | ⑥ | Corey will be able to perform mathematic skills necessary to daily living |
| | | Performance IQ = low average | Corey has good sequential reasoning with non-verbal materials | ⑦ | Corey will improve his ability to pay attention to visual cues and details |
| | | Full Scale IQ = Borderline | Corey's serious visual motor deficits interfere with perceptual organization | ⑧ | Corey will learn problem solving strategies i.e. trial and error - recognizing an error and correcting it |

9/83

COPY 1-COMMITTEE ON THE HANDICAPPED

Page No. 4

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_

Date of Phase I Conference _EPC/COHREVIEW 7-1-75_

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| SOCIAL DEVELOPMENT (e.g., peer relationships, adult relationships, response to learning situations, self help, self concept) (Attach as many pages as necessary) | | | | | |
| 3/15/85 | Projective Testing. | Peer relationships | Corey has developed positive and appropriate interpersonal relationships. | 9 | Corey will continue to take a positive leadership role. |
| | | Response to Learning. | Corey responded very well to carpentry. He is too frustrated by academics | 10 | Corey will be allowed to develop vocational skills |
| | | Self-concept | Corey expends a great deal of energy to suppress anger. Prone to depression | 11 | Corey will learn to appropriately express his anger and not turn it inward. |
| PHYSICAL DEVELOPMENT (e.g., vision, hearing, health/vitality, mobility, manual dexterity, manipulative skills, Adaptive Physical Education) (Attach as many pages as necessary) | | | | | |
| 3/15/85 | Block Design | Serious organ. deficits | Corey rotated several designs. | 12 | Corey will learn to recognize his errors and then correct them |
| | | | | | |
| | | | | | |

**MANAGEMENT NEEDS** Human and material resources necessary to assist the student in attaining program goals as stated in Academic, Social, and Physical Development.

~~Systematic~~ Small structured class to learn academic and vocational training/employment experiences.

COPY 1-COMMITTEE ON THE HANDICAPPED

9/83

Page No. 4

## INDIVIDUALIZED EDUCATION PROGRAM — PHASE I

OSIS # _____

Name of Student _Corey Johnson_

Date of Phase I Conference _7/1/85_

| Date Admin. | Area and Type of Instrument Used | Test Scores/ Results | Functional Description of Performance (include strengths and weaknesses) | Annual Goal Number | Annual Goals (Include all areas for which special education is indicated.) |
|---|---|---|---|---|---|
| **SOCIAL DEVELOPMENT** (e.g., peer relationships, adult relationships, response to learning situations, self help, self concept) (Attach as many pages as necessary) | | | | | |
| 3/19/85 | Parent gnt. Done by C. Aaron. Renewed by G. Millán | | Corey is a 16,8 year old boy currently residing at Pleasantville Cottage School because of truancy and acting out behavior in school & home. The Johnson family consist of Mrs Emma Johnson (mother) Corey and a 14 year old half brother. Corey visits home twice a month. Corey is severly learning disable and as a result he has a low self esteem. He requires much support and reassurance. One of Corey's strengths is his ability to interact with others. | | |
| **PHYSICAL DEVELOPMENT** (e.g., vision, hearing, health/vitality, mobility, manual dexterity, manipulative skills, Adaptive Physical Education) (Attach as many pages as necessary) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANAGEMENT NEEDS** Human and material resources necessary to assist the student in attaining program goals as stated in Academic, Social, and Physical Development.

_____

_____

_____

**COPY 1-COMMITTEE ON THE HANDICAPPED**

9/83

#        NAME Johnson, Corey        DOB: ▇▇▇

CLASSIFICATION Learning Disabled    REC.PROG. MIS I-Vocational   STAFF.RATIO 12:1

MAINSTREAMING: YES ✓   NO ___   SUBJECT AREAS Phys.Ed., Lunch, Assembly

READING: TESTING 3.5             MATH: TESTING 3.4

     FUNCTIONAL ____ (Teach. Est.)       FUNCTIONAL ____ (Teach. Est.)

| LANGUAGE: | Below | Average | Above |
|---|---|---|---|
| RECEPTIVE | ✓ | | |
| EXPRESSIVE | ✓ | | |
| ORAL | ✓ | | |
| WRITTEN | ✓ | | |
| FINE MOTOR SKILLS | ✓ | | |
| GROSS MOTOR SKILLS | | ✓ | |
| PERCEPTUAL MOTOR | ✓ | | |

| | Yes | No |
|---|---|---|
| BEHAVIOR NEEDS | | ✓ |
| WITHDRAWN | | ✓ |
| AGGRESSIVE | | ✓ |
| DISTRACTIBLE | | |

COMMENTS: Corey assumes leadership role appropriately. Controls anger

TEACHING STRATEGIES: (e.g. multi-modality, multi-sensory approaches)
Multi-modality - Vocational skills

MEDICAL ALERTS: None

SPECIAL NEEDS: (health aide, toileting, adaptive devices, etc.) None

TRANSPORTATION: REQUIRES OPT BUSING ___   TRAVEL TRAINER ✓   TRAVELS INDEPENDENTLY ___
      LIFT BUS
COMMENTS: Corey needs travel training until he is familiar with route and new neighborhood.

STUDENT PROFILE