# EXHIBIT 54

DSS-3627-1(12/84)

## UCR REASSESSMENT AND SERVICE PLAN REVIEW
### 6 Month

| CASE NAME | CASE NUMBER | COMPLETED BY | UNIT/WORKER NUMBER |
|---|---|---|---|
| Johnson | S 4766716 | Odette Noble | 9085 |

| AGENCY/DISTRICT | PLAN DATE |
|---|---|
| | 11/21/85 |

GENERAL INSTRUCTIONS:

This form is to be completed 6 months from Day 1 (CID) and every 6 months thereafter (refer to Section VII of the UCR Desk Aid).

**Bold type following questions indicate Utilization Review Regulatory Reminders.**

1. REASSESSMENT

Write a narrative reassessment which describes changes in family situation and summarizes family's current functioning. *If a Foster Care Placement* describe adjustment to foster care of any child in placement. *For Protective Services Cases* reassess the family's ability to protect and potential to harm the child. Conclude with a statement which provides the most significant service priorities and (re)evaluate the family's ability to benefit from these services. **Continuing Necessity for Placement or Mandated Preventive Services; Risk of Foster Care; Ability to Benefit from Services.**

Mrs. Johnson remains elusive and almost impossible to engage. So far she has missed all appointments. She is also sporadic in keeping in touch with Corey. However, he talks about her as if she is a goddess and most reliable in relation to him. I have been unable to discern her life style, the kind of friends she has and what she does to support herself. Corey reports having many god sisters in the community. Recently the mother telephoned and wanted Corey to attend the funeral of her godfather. Corey was allowed to do so which meant missing a day of school. Corey subsequently informed us this was a god father.

Corey appears to be quite comfortable in the residence and expresses no wish to return home to live. This would seem to be in Corey's best interest since mother lives such a chaotic lifestyle and does appear to be able to give Corey sufficient nurturance, support and guidance.

(Reassessme

DSS-3627-2(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

### 2. CASEWORK CONTACTS

Summarize the nature of the interaction between the participants during the casework contacts. Indicate any barriers to such contacts and steps planned or taken to overcome those barriers. Include in the summary the frequency and location of the contacts. (If the Casework Contact Grid is completed, it is not necessary to include the frequency and location of contacts in the summary.) **Required Casework Contacts with Child, Child's Caretaker, Parents and In-Home Contacts.**

Caseworker is seen in weekly casework sessions and participates in bi-weekly group sessions with caseworker, houseparents and other boys.

Mother was seen around intake, but has not kept an appointment since.

### 3. COURT INVOLVEMENT

a) Has there been any court related or legal activity since the last Plan?

☐ Yes    ☒ No

If Yes, complete the following:*

| Date Of Event | Court | Event (Petition filed, hearing held, referral) | Type (ex. Neglect, Abuse JD, PINS, criminal court, etc.) | Child(ren) Involved | Outcome (Adjudication, Disposition, Court Orders, other) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*For cases tracked in CCRS encode appropriate legal activities on Services Activity Log.

(Reassessm

DSS-3627-3(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

3. b) What effect did the legal activity have on the plan and the child's Permanency Planning Goal?



4. PROGRAM CHOICE AND PERMANENCY PLANNING GOAL

  a) List the names of each child for whom services are authorized and identify the program choice(s), permanency planning goal (PPG) a the anticipated completion date(ACD) for the PPG.

| CHILD'S NAME | PROGRAM CHOICE* (Choose all that apply) | PPG*ACD* Goal | Mo. | Yr. | CHILD'S NAME | PROGRAM CHOICE* (Choose all that apply) | PPG*ACD* Goal | Mo. | Y |
|---|---|---|---|---|---|---|---|---|---|
| Carey | C | 03 | 11 | 89 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

PROGRAM CHOICE CODES

A Preventive Non-Mandated
B Preventive Mandated
C Placement
D Protective

PERMANENCY PLANNING GOALS

01 Discharge to Parents
02 Discharge to Primary Resource Person(s)/Relative(s)
03 Discharge to Independent Living
04 Discharge to Adoption
05 Discharge to Adult Residential Care

06 Prevent Placement
07 Prevent Return to Placement
10 Independent Living -Unaccompanied Refugee Only
11 Protect Child (No PPG for CCRS)

b) If there has been a change in PPG since the previous plan, explain the reason.

*For cases tracked in CCRS encode the Program Choice, Reasons, PPG and Anticipated Completion Date on Assessment Plan Grid (turnarou

(Reassessm

**DSS-3627-4**(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S  4766716 |

5. PERMANENCY PROGRESS (for Placement Cases only)

Check (✓) each question "YES" or "NO." If "YES" is checked then give the requested information in the space provided. List the children involved in the righthand column.

| YES | NO | | WHICH CHILD |
|---|---|---|---|
| | X | A. Is any child with a permanency goal of return to parents or relatives expected to remain in placement another 6 months or more? If so, specify barriers preventing discharge, and what alternatives are being considered or have been tried.* | |
| | X | B. Has any child who is not legally free had a permanency goal of adoption 6 months or more? If so, specify the actions taken to free the child and any barriers to freeing. | |
| | X | C. Is any legally free child with a permanency goal of adoption not in adoptive placement? If so, specify the actions taken to place the child into an adoptive home and barriers to placement.** | |
| | X | D. Has any child been in an adoptive placement 6 months or more? If so, specify the barriers preventing legal adoption in this home and actions taken to overcome these. | |
| | X | E. Is any child expected to be discharged to Independent Living or Adult Residential Care within 24 months? If so, describe the services needed to permit discharge, and to support the child after discharge. Specify barriers to their provision. | |

USE SPACE BELOW to provide information requested for any "YES" answer given in Question 5. Be sure to indicate child(ren) involved.

*If such a child will be in care with a permanency goal of return home for 24 months, a UR exception is required.
**If a legally free child with a PPG of adoption will be free 12 months and not in adoptive placement, a UR exception is required.

FOLLOW LOCAL PROCEDURES FOR UR EXCEPTION CASES.

(Reassessment)

DSS-3627-5(12/84)

| CASE NAME | CASE NUMBER | SCR NUMBER |
|---|---|---|
| Johnson | S  4766716 | |

6. PLAN REVIEW: GOAL REVIEW AND SETTING

Review all goals from previous plan (including any Plan Amendment). Restate each goal and explain the extent of goal achievement. If a previous goal is to be retained, complete the block by entering the date the goal is expected to be achieved, the tasks and the family member(s) and/or service providers(s) expected to carry out the tasks. If a goal is to be discontinued, complete all parts except target date and tasks. After reviewing previous goals, list any new goals set, omitting the question about goal achievement. **Services Consistent with Needs***

The Goal below is: New _____     Retained ___X___     Target Date ___11/87___          Discontinued _____

(Re)State Goal: ___Mrs. Johnson will remain consistent in her contacts with Corey___
___despite their decision to live apart.___

Explain level of goal achievement: ___Mrs. Johnson remains inconsistent and hard to engage.___
___She is secretive about her lifestyle and we have little idea as to how she___
___lives and supports herself.___

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Mrs. Johnson will encourage Corey's regular visits. | Social worker will continue regular meetings with Mrs. Johnson around the issue of her continued involvement wi Corey and the importance to him of feeling included as a family. |
| Mrs. Johnson will include Corey in all family celebrations and occasions. | same as above |
| Mrs. Johnson will not withdraw from Corey in response to her perceived belief that he is withdrawing from her. | sa,e as above |

The Goal below is: New _____     Retained ___X___     Target Date _____          Discontinued _____

(Re)State Goal: ___Mrs. Johnson will learn to support Corey's strengths and accept his___
___weaknesses.___

Explain level of goal achievement: ___As long as others are raising Corey, Mrs. Johnson appears___
___to be more accepting of Corey.  However, this remains an area of concern.___

**TASKS**

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Mrs. Johnson will demonstrate approval of Corey's athletic abilities. | Social worker will work with Mrs. Johnso around giving Corey approval for what he does well and making less important the areas in which he has poor success. |
| Mrs. Johnson will de-emphasize Corey's academic ability. | Same as above. |
| Mrs. Johnson will support the plan of vocational training for Corey. | Same as above. |

*For cases tracked in CCRS encode Child and Family Service Needs and Service Status on Assessment Plan Grid (turnaround).

(Reassessmen

DSS-3627-6(12/84)

| CASE NAME | CASE NUMBER | SCR NUMBER |
|-----------|-------------|------------|
| Johnson | S 4766716 | |

The Goal below is: New __X__    Retained _____    Target Date ___6/88___    Discontinued _____

(Re)State Goal: __Corey will attend Newtown High School Special Education program__
__daily and on time.__

Explain level of goal achievement: __Carey was extremely pleased with his first report card__
__and appears to be working hard to achieve and do well.__

## TASKS

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---------------------------|--------------------------------|
| Corey will continue to attend specialized classes. | Teacher will encourage Corey to keep working and help him to understand that his difficulties do not reflect upon his intelligence. |
| Corey will discuss his learning disability in treatment. | Social worker will work with Corey towards understanding the implications of his learning disability. |

The Goal below is: New _____    Retained __X__    Target Date __11/87__    Discontinued _____

(Re)State Goal: __Corey will use opportunities offered him to learn independent living__
__skills.__

Explain level of goal achievement: __Corey wants very much to be able to care for himself__
__in the community.  The biggest obstacle will be for him to find a way to support__
__himself.  We will continue to work with him toward this end.__

## TASKS

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---------------------------|--------------------------------|
| Corey will explore the possibilities of a part time job. | Houseparents will help Corey read ads and apply for a job. |
| Corey will learn how to handle money so that he can shop for himself. | Caseworker, houseparents and teachers will help Corey learn enough simple arithmetic that he will be able to figure out correct change. |

(Reassessmer

**DSS-3627-7**(12/84)

| CASE NAME | | CASE NUMBER | SCR NUMBER |
|---|---|---|---|
| | Johnson | **S** 4766716 | |

The Goal below is: New __X__    Retained _____    Target Date __11/86__    Discontinued _____

(Re)State Goal: <u>Corey will find a place for himself in the residence, make positive</u>
<u>attachment to boys, houseparents and caseworker and learn to trust staff.</u>

Explain level of goal achievement: _____
<u>Corey seems to be gradually moving in, feeling comfortable and learning to trust</u>
<u>staff.</u>

## TASKS

**CHILD/FAMILY (list names)**

Corey will keep weekly
casework appointments.

**SERVICE PROVIDERS (list names)**

Caseworker will see Corey weekly
and establish a trusting, warm
relationship with her.

---

The Goal below is: New _____    Retained _____    Target Date _____    Discontinued _____

(Re)State Goal: _____

Explain level of goal achievement: _____

## TASKS

**CHILD/FAMILY (list names)**

**SERVICE PROVIDERS (list names)**

(Reassessmen

DSS-3627-8(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

° FAMILY/CHILD VISITING PLAN (for Placement Cases only)

  a) For each child in foster care, summarize the nature of the interaction between the child and parent(s) and/or relative(s) during the visits, highlighting positive and negative factors. Include in this summary the frequency and location of the visits. (If the Family/Child Visiting Grid is completed, it is not necessary to include the frequency and location of visits in the summary.)

          As indicated, Corey talks about his mother as if she were responsible and related to his needs. However, he isn't anxious to visit home and one suspects that deep down he is not unaware of her inadequacy but defends against admitting them to himself and others.

  b) For each child in foster care, describe the visiting plan for the next period. Include who will visit, how often, and where. Indicate any changes from the previous visiting plan and the reason for the changes. **Facilitate Bi-Weekly Visiting.**

          Corey is allowed a weekend visit a month and a day visit a month, but he seldom chooses to visit and Mother doesn't follow through re arranging visits.

(Reassessmen

DSS-3627-9(12/84)

| CASE NAME | CASE NUMBER | SCR NUMBER |
|---|---|---|
| Johnson | S 4766716 | |

8. PLAN DEVELOPMENT

a) Discuss the level of involvement of parent(s) and children in the development of the service plan. **Parent/Child Participation.**

Corey came to the treatment team meeting on September 20th.
He is also seen in weekly casework appointments.

b) List all participants in the planning conference with their title or role and state date of conference. **Service Plan Review. Third Party Reviewer/Foster Care.**

Murray Gordon, M.D. Consulting Psychiatrist-Third Party Reviewer
Diane Yarborough - Child Care Coordinator
Shari Siegal - Nurse
John Rios - Residence Supervisor
Marvin Hunt, Connie Carrasquillo, Joe Rivera - Houseparents.

| | SIGNATURES | DATE SIGNED |
|---|---|---|
| Case Planner | *[signature]* | 11/21/85 |
| Case Planner's Supervisor | *[signature]* | 11/21/85 |
| Case Manager | | |
| CPS Monitor | | |
| | | |

I have read and I understand the Service Plan.

| | | |
|---|---|---|
| Parent | | |
| Parent | | |
| Child | | |
| Child | | |

(Parent/Child signatures are optional)

(Reassessment)

**DSS-3627-10**(12/84)

| CASE NAME | | CASE NUMBER |
|---|---|---|
| Johnson | | S  4766716 |

## Casework Contact Grid (Local District Option)

### CONTACTS SINCE LAST PLAN

| DATE | LOCATION | PARTICIPANTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| CASE NAME | | CASE NUMBER |
|---|---|---|
| Johnson | | S  4766716 |

(Reassessment

**DSS-3627-11**(12/84)

| CASE NAME | | CASE NUMBER |
|---|---|---|
| Johnson | | S   4766716 |

## Family/Child Visiting Grid (Local District Option)

### VISITING SINCE LAST PLAN (If child has been in placement).

| DATE | LOCATION | PARTICIPANTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| CASE NAME | | CASE NUMBER |
|---|---|---|
| Johnson | | S   4766716 |

Family/Child Visiting Grid (Local District Option)

(Reassessme