# EXHIBIT 57

NEWTOWN HIGH SCHOOL IS A MEMBER OF THE PUBLIC SCHOOL SYSTEM OF THE CITY OF NEW YORK

## SCHOLASTIC TRANSFER RECORD

MR. / MISS: **Johnson** (LAST NAME)   **Corey** (FIRST NAME)   (MIDDLE NAME)

ADDRESS ON RECORD: 94-30 58 Ave

NAME OF PARENT OR GUARDIAN: Elmhurst NY 11373

| | |
|---|---|
| DATE OF BIRTH | ■ |
| AVERAGE | |
| ADMITTED | 8-9-1985 |
| RANK IN CLASS | |
| DISCHARGED | 12-7-1987 |
| QUARTILE | |
| GRADUATED | NO |
| NO. IN CLASS | |
| COURSE | |

| SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|
| 1ST YR. | | | | | | |
| 2ND YR. | | | | | | |
| 3RD YR. (S/c) | 9/85 | 6/86 | 75 | 65 | | |
| 4TH YR. (7/g) | 9/86 | 6/87 | 55 | 55 | | |
| Reading | 9/85 | 6/86 | 80 | 70 | | |
| WORLD STUD. | | | | | | |
| MODERN WORLD HIS. | | | | | | |
| AMER. STUD. | 9/86 | 6/87 | 50 | 55 | | |
| ECONOMICS | | | | | | |
| CIVICS | 9/86 | 6/86 | X | 65 | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| 4 YR. | | | | | | |
| 1 YR. | | | | | | |
| 2 YR. | | | | | | |
| 3 YR. | | | | | | |
| ELEM. ALG. | | | | | | |
| 10TH YR. | | | | | | |
| 11TH YR. | | | | | | |
| INT. ALG. | | | | | | |
| TRIGONOM. | | | | | | |
| ANAL. - CALC. | | | | | | |
| ADV. ALG. | | | | | | |
| FUND. OF MATH | 9/85 | 6/86 | 65 | 70 | | |
| | 9/86 | 6/87 | 65 | 55 | | |
| GENERAL SCIENCE | | | | | | |
| BIOLOGY | 9/86 | 6/87 | 75 | 63 | | |
| BOTANY | | | | | | |
| CHEMISTRY | | | | | | |
| PHYSICS | | | | | | |
| EARTH SCI. | | | | | | |

| AREA | SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|---|
| COMMERCIAL | BUS. MATH | | | | | | |
| | ACCT'G. 1 | 9/85 | 1/86 | 80 | X | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | LAW | | | | | | |
| | BUS. MACH. | | | | | | |
| | DIST. ED. 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| SECRETARIAL | STENO. 1 | | | | | | |
| | 2 | | | | | | |
| | SEC. PRAC. | | | | | | |
| | TYPE. 1 RB1/2 | 9/85 | 6/86 | 70 | 65 | | |
| | TYPE. 2 | | | | | | |
| | CLERICAL PRACTICE 1 | | | | | | |
| | 2 | | | | | | |
| | RECORD KEEPING | | | | | | |
| ART | ART APP'N | | | | | | |
| | BASIC ART | | | | | | |
| | REPRES. 1 | | | | | | |
| | 2 | | | | | | |
| | COM. DES. 1 | | | | | | |
| | 2 | | | | | | |
| | FASHION 1 | | | | | | |
| | 2 | | | | | | |
| SHOPS | ELECTRIC SHOP | | | | | | |
| | AUTO MECH. | 9/86 | 1/87 | 70 | X | | |
| | WOOD | | | | | | |
| | MACHINE SHOP | | | | | | |
| | PATTERN MAKING | | | | | | |
| | GRAPH. ARTS | 9/87 | 6/87 | X | 40 | | |
| | SHEET METAL | | | | | | |

| AREA | SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % |
|---|---|---|---|---|---|---|
| DRAFTING | MECH. DR. 1 | | | | | |
| | MACHINE DESIGN 2 | | | | | |
| | ARCH. DRAW. 3 | | | | | |
| HOME EC. | CLOTHING 1 | | | | | |
| | FOODS 1 | | | | | |
| | 2 | | | | | |
| | HOME NURSING | | | | | |
| OTHER | | | | | | |
| MUSIC | REQUIRED MUSIC 1 | 9/86 | 6/87 | 55 | 55 | |
| | THEORY | | | | | |
| | HARMONY 1 | | | | | |
| | 2 | | | | | |
| | HISTORY & APPREC. | | | | | |
| | VOCAL TRAIN. 1 | | | | | |
| | 2 | | | | | |
| | INSTRUM. TRAIN. | | | | | |
| | BAND | | | | | |
| | ORCH. | | | | | |
| | CHORUS | | | | | |
| | PHYSICAL ED. 1 | | | | | |
| | 2 | | | | | |
| | PE / field | 9/85 | 6/86 | 80 | 65 | |
| | PE | 9/87 | 6/87 | X | 55 | |
| | HEALTH | 9/86 | 1/87 | 65 | X | |
| FAILURES | Math RCT | 6/86 | 1/87 | 32 | 28 | |
| | Reading RCT | 6/86 | 1/87 | 20 | 12 | |
| | Writ. RCT | | 1/87 | | 55 | |

NO. OF DAYS ABSENT BY TERMS

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

45 MINUTE PERIODS   5 PERIODS PER WEEK   20 WEEKS PER TERM UNLESS OTHERWISE NOTED

PASSING MARK 65   COLLEGE CERT. MK. 75   "N" = MODIFIED COURSE   HONORS MARK 85

ASTERISK INDICATES WORK IN PROGRESS   CHECK INDICATES CREDIT FROM OTHER SCHOOLS

TRANSCRIBED BY: Mana T. Fuente   DATE: 8-14-2008

AUTHORIZED SIGNATURE: Mana T. Fuente

Board of Education — City of New York
NEWTOWN HIGH SCHOOL
48-01 90th Street
Elmhurst, N. Y. 11373

NEWTOWN HIGH SCHOOL IS A MEMBER OF THE PUBLIC SCHOOL SYSTEM OF THE CITY OF NEW YORK

## SCHOLASTIC TRANSFER RECORD

MR. / MISS: Johnson Corey

LAST NAME / FIRST NAME / MIDDLE NAME

ADDRESS ON RECORD: 94-30 58 Ave

NAME OF PARENT OR GUARDIAN: Elmhurst NY 11373

| | |
|---|---|
| DATE OF BIRTH | [redacted] |
| ADMITTED | 8-9-1985 |
| DISCHARGED | 12-7-1987 |
| GRADUATED | NO |
| COURSE | |
| AVERAGE | |
| RANK IN CLASS | |
| QUARTILE | |
| NO. IN CLASS | |

| AREA | SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|---|
| | 1ST YR. | | | | | | |
| | 2ND YR. | | | | | | |
| | 5/C 3RD YR. | 1/85 | 6/86 | 75 | 65 | | |
| | 7/8 4TH YR. | 9/86 | 6/87 | 55 | 55 | | |
| | Reading | 9/85 | 6/86 | 80 | 70 | | |
| | WORLD STUD. | | | | | | |
| | MODERN WORLD HIS. | | | | | | |
| | AMER. STUD. | 9/86 | 6/87 | 50 | 55 | | |
| | ECONOMICS | | | | | | |
| | CIVICS | 2/86 | 6/86 | X | 65 | | |
| | 1 YR. | | | | | | |
| | 2 YR. | | | | | | |
| | 3 YR. | | | | | | |
| | 4 YR. | | | | | | |
| | 1 YR. | | | | | | |
| | 2 YR. | | | | | | |
| | 3 YR. | | | | | | |
| | ELEM. ALG. | | | | | | |
| | 10TH YR. | | | | | | |
| | 11TH YR. | | | | | | |
| | INT. ALG. | | | | | | |
| | TRIGONOM. | | | | | | |
| | ANAL. - CALC. | | | | | | |
| | ADV. ALG. | | | | | | |
| | FUND. OF MATH | 9/85 | 6/86 | 65 | 70 | | |
| | FUND. OF MATH | 9/86 | 6/87 | 65 | 55 | | |
| | GENERAL SCIENCE | | | | | | |
| | BIOLOGY | 9/86 | 6/87 | 75 | 65 | | |
| | BOTANY | | | | | | |
| | CHEMISTRY | | | | | | |
| | PHYSICS | | | | | | |
| | EARTH SCI. | | | | | | |

| AREA | SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 | REGENTS % | REGENTS DATE |
|---|---|---|---|---|---|---|---|
| COMMERCIAL | BUS. MATH | | | | | | |
| | ACCTG. 1 | 9/85 | 1/86 | 80 | X | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | LAW | | | | | | |
| | BUS. MACH. | | | | | | |
| | DIST. ED. 1. | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| SECRETARIAL | STENO. 1 | | | | | | |
| | 2 | | | | | | |
| | SEC. PRAC. | | | | | | |
| | TYPE 1 RB½ | 9/85 | 6/86 | 70 | 65 | | |
| | TYPE 2 | | | | | | |
| | CLERICAL PRACTICE 1 | | | | | | |
| | 2 | | | | | | |
| | RECORD KEEPING | | | | | | |
| ART | ART APP'N | | | | | | |
| | BASIC ART | | | | | | |
| | REPRES. 1 | | | | | | |
| | 2 | | | | | | |
| | COM. DES. 1 | | | | | | |
| | 2 | | | | | | |
| | FASHION 1 | | | | | | |
| | 2 | | | | | | |
| SHOPS | ELECTRIC SHOP | | | | | | |
| | AUTO MECH. | 9/86 | 1/87 | 70 | X | | |
| | WOOD | | | | | | |
| | MACHINE SHOP | | | | | | |
| | PATTERN MAKING | | | | | | |
| | GRAPH. ARTS | 2/87 | 6/87 | X | 40 | | |
| | SHEET METAL | | | | | | |

| AREA | SUBJECT & GRADE | YEAR FR. | YEAR TO | TERM 1 | TERM 2 |
|---|---|---|---|---|---|
| DRAFTING | MECH. DR. 1 | | | | |
| | MACHINE DESIGN 2 | | | | |
| | ARCH. DRAW. 3 | | | | |
| HOME EC. | CLOTHING 1 | | | | |
| | FOODS 1 | | | | |
| | 2 | | | | |
| | HOME NURSING | | | | |
| OTHER | | | | | |
| | | | | | |
| MUSIC | REQUIRED MUSIC 1 | 9/86 | 6/87 | 55 | 55 |
| | THEORY | | | | |
| | HARMONY 1 | | | | |
| | 2 | | | | |
| | HISTORY & APPREC. | | | | |
| | VOCAL TRAIN. 1 | | | | |
| | 2 | | | | |
| | INSTRUM. TRAIN. | | | | |
| | BAND | | | | |
| | ORCH. | | | | |
| | CHORUS | | | | |
| | PHYSICAL ED. 1 | | | | |
| | 2 | | | | |
| | PE / field | 9/85 | 6/86 | 80 | 65 |
| | PE | 9/87 | 6/87 | X | 55 |
| | HEALTH | 9/86 | 1/87 | 65 | X |
| FAILURES | Math RCT | 4/86 | 1/87 | 32 | 28 |
| | Reading RC | 4/86 | 1/87 | 20 | 12 |
| | Writ. RCT | | 1/87 | | 55 |

45 MINUTE PERIODS
5 PERIODS PER WEEK
20 WEEKS PER TERM
UNLESS OTHERWISE NOTED

PASSING MARK 65
COLLEGE CERT. MK. 75
"N" = MODIFIED COURSE
HONORS MARK 85

ASTERISK INDICATES WORK IN PROGRESS
CHECK INDICATES CREDIT FROM OTHER SCHOOLS

| NO. OF DAYS ABSENT BY TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | | | | | | | |

TRANSCRIBED BY: _Maria T. Fuentes_ DATE 8-14-2008

AUTHORIZED SIGNATURE _Maria T. Fuentes_

Board of Education — City of New York
NEWTOWN HIGH SCHOOL
48-01 90th Street
Elmhurst, N. Y. 11373

2008 / 08 / 19