# EXHIBIT 58

*Corey Johnson*
*By Janet Valentine*

PLEASANTVILLE DIAGNOSTIC CENTER

OUTLINE FOR COTTAGE REPORT

Visitors

Who came?   How often?   General tone of visits.

Eating   *Eats well, not hard to please.*
Quantity   *Consumes a good amount of food.*

Is he generally a good eater, a fussy eater, an over-eater?

Frustration Behavior

What upsets him?   *He doesn't like to be teased by peers.*
*or haveing jokes played on him.*
How does he behave when upset?   *(Becomes verbal (loud))*

How can he be helped through upsets?   *Usually can be calmed quickly*

What has been tried and worked?   Did not work?   ~~Seems~~ *Mostly anything well work. His anger is short lasting. Usually turns into an ~~job~~ unappreciated joke.*

Relationships with Adults

Does he seek attention?   *Yes, by acting silly and ~~childish~~ infantile. He can be*
   by clinging, silly, damaging behavior? *clinging and babish with me.*
   by conversation or games?
   by misbehavior?   what?

Does he withdraw from adults?   *The male staff seem to frighten him. He doesn't like physical*
What has been tried to involve him?   *contact. He feels most people*
What seems to work?   *are trying to hurt him.*
*He doesn't trust most adults.*

-2-

## Relationships with Adults (continued)

Does he challenge the authority of adults? *Most of the time he's very cooperative. But will challenge adults in a playful way.*

In what way?

Is it gradual?

Is it an impulsive blow-up?

What follows the challenge - *At times staff is to busy to play with Corey. Then he is sullen for short periods of time. Nothing lasts long with this child.*

    sullenness?
    grudge?
    hurt or crying?

What helps to resolve the situation? *Constantly telling Corey thats its important to be appropriate and act his age there's a time for playing.*

## Relationships with Peers

Does he have friends? *Not really.*

Does he relate as an equal, as a bully, as a competitor, as an underdog, as a cooperator *Most of the time he stays by himself. He scarced of the other kids.*

How does he handle differences -

    verbal?
    physical?
    Turn to adults, others? *Usually he comes to staff with complaints. Again he doesn't want physical contact with peers.*

## Sleeping Pattern

Attitude at bedtime - *It takes awhile for him to settle*

Is he tense, restless, unable to get to sleep? If so, what helps him to relax? *Usually he's tense and game for acting silly*

Sleep throughout the night? *Yes.*

Awaken early? *Yes.*

Awaken with difficulty?

Is he enuretic? *No*

Sleeping Pattern (Continued)

Have nightmares or other sleep disturbance? *Doesn't complain*

What helps him to manage? *But, I sometimes feel, he's afraid of the dark.*

Self-care Habits

Hygiene *Relatively clean, doesn't like to take care of his hair.*

Routines of dressing

Management of belongings *He doesn't seem to care about his belongings.*

Cottage Duties *Low self esteem.*

Attitude toward work *Is capable and will do his chores.*

Ability to carry out job

Areas of Skills

What is he good at? *He is a limited child and he realizes*

What does he enjoy? *that many things are hard for him. He trys to cover up his limitations by acting silly. He is considered the cottage clown*

*J. Valentine*
Child Care Worker