# EXHIBIT 63

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:92CR68-02 |
| ) | |
| CORY JOHNSON ) | |
| a.k.a. "O," a.k.a. "CO" ) | |



**VERDICT**

WE, THE JURY, FIND as follows:

Count 1:      Conspiracy to Distribute Controlled Substance

_____Guilty_____
(Guilty or Not Guilty)

Count 2:      Continuing Criminal Enterprise

Question:  Do you find that the government has proven, beyond
a reasonable doubt, that a Continuing Criminal Enterprise
existed as charged in the indictment?

Yes: ___Yes___            No: _____

If you indicated above that a Continuing Criminal Enterprise
did not exist, you must find the defendant, CORY JOHNSON, Not
Guilty as to Count 2.

If you indicated that a Continuing Criminal Enterprise
did exist, you must now determine whether defendant CORY
JOHNSON is Guilty or Not Guilty of the crime of engaging
in that continuing criminal enterprise as charged in
Count 2, and enter your finding below:

_____Guilty_____
(Guilty or Not Guilty)

20a

Defendant CORY JOHNSON is not charged in Counts 3-7 of the indictment.

Count 8:              Killing of Peyton Maurice Johnson while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

Count 9:              Use of Firearm in Relation to Killing of Peyton Maurice Johnson

_____Guilty_____
(Guilty or Not Guilty)

Count 10:             Killing of Peyton Maurice Johnson to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

Count 11:             Killing of Louis J. Johnson, Jr., while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

Count 12:    Use of Firearm in Relation to Killing of Louis J. Johnson, Jr.

_____ Guilty _____
(Guilty or Not Guilty)

Count 13:    Killing of Louis J. Johnson, Jr., to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

Count 14:    Killing of Torrick Brown, Jr., to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

Count 15:    Use of Firearm in Relation to Killing of Torrick Brown, Jr., and Maiming of Martha McCoy

_____ Guilty _____
(Guilty or Not Guilty)

Count 16:    Maiming of Martha McCoy to Maintain or Increase Position in Racketeering Enterprise

_____ Guilty _____
(Guilty or Not Guilty)

Count 17:    Killing of Bobby Long while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____ Guilty _____
(Guilty or Not Guilty)

22a

Count 18:            Killing of Anthony Carter while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

                        _____Guilty_____
                        (Guilty or Not Guilty)

Count 19:            Killing of Dorothy Mae Armstrong while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did <u>not</u> exist, you must find the defendant Not Guilty as to this Count).

                        _____Guilty_____
                        (Guilty or Not Guilty)

Count 20:            Use of Firearm in Relation to Killing of Bobby Long, Anthony Carter and Dorothy Mae Armstrong

                        _____Guilty_____
                        (Guilty or Not Guilty)

Count 21:            Killing of Bobby Long to Maintain or Increase Position in Racketeering Enterprise

                        _____Guilty_____
                        (Guilty or Not Guilty)

Count 22:            Killing of Anthony Carter to Maintain or Increase Position in Racketeering Enterprise

                        _____Guilty_____
                        (Guilty or Not Guilty)

23a

Count 23:    Killing of Dorothy Mae Armstrong to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

Count 24:    Killing of Curtis Thorne while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

Count 25:    Killing of Linwood Chiles while Engaged In or Working in Furtherance of a Continuing Criminal Enterprise

(If you indicated, in response to the Question set forth under Count 2 above, that a Continuing Criminal Enterprise did not exist, you must find the defendant Not Guilty as to this Count).

_____Guilty_____
(Guilty or Not Guilty)

Count 26:    Use of Firearm in Relation to Killing of Curtis Thorne and Linwood Chiles and Maiming of Priscilla Green and Gwendolyn Green

_____Guilty_____
(Guilty or Not Guilty)

Count 27:    Killing of Curtis Thorne to Maintain or Increase Position in Racketeering Enterprise

_____Guilty_____
(Guilty or Not Guilty)

24a

Count 28:        Killing of Linwood Chiles to Maintain or Increase
                 Position in Racketeering Enterprise

                        Guilty
                 (Guilty or Not Guilty)

Count 29:        Maiming of Priscilla Green to Maintain or Increase
                 Position in Racketeering Enterprise

                        Guilty
                 (Guilty or Not Guilty)

Count 30:        Maiming of Gwendolyn Green to Maintain or Increase
                 Position in Racketeering Enterprise

                        Guilty
                 (Guilty or Not Guilty)

Count 31:        Distribution of Controlled Substance

                        Guilty
                 (Guilty or Not Guilty)

Count 32:        Possession of Controlled Substance with Intent to
                 Distribute  (on or about 2/2/92)

                        Guilty
                 (Guilty or Not Guilty)

Defendant CORY JOHNSON is not charged in Count 33 of the
indictment.

SO SAY WE ALL.

_____        2/3/93
     FOREPERSON'S SIGNATURE              DATE

25a