USCA4 Appeal: 21-2　　Doc: 5-29　　　　Filed: 01/08/2021　　Pg: 1 of 8

# EXHIBIT 69

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:   COREY JOHNSON      Dates Evaluated: 2/5, 2/8/82
Date of Birth:   ███████           By:  Cary Gallaudet, Psy. D.
CA:              13.3              Worker:  Amira Offer
Date of (PCS) Adm:  2/1/82

## PSYCHOLOGICAL EVALUATION

Corey was referred to the Pleasantville Diagnostic Center (2/1/82)
on a PINS Petition.  Background history revealed long standing school
problems culminating in Corey's truancy since September of 1981.

### Behavioral Observations:

Corey was a tall, slender and friendly 13.3-year old boy who spoke
with markedly slurred speech.  Although his face was a bit scarred
Corey impressed as a good looking boy.  He entered the testing easily
yet his affect initially seemed depressed and flat.  He was a co-
operative boy who complied readily with all the examiner's requests.
As the evaluation proceeded, and rapport developed Corey became
more spontaneous and talkative.  He seemed ambivalent about the
testing; enjoying the individual attention he was receiving, but
unsure about the actual assessment.  At times Corey impressed as
in immature boy whose playful and friendly nature often interfered
with his performance.  Frequently Corey would interrupt his own
work with irrelevant questions about toys, games and other activit-
ies, and at those times, the examiner would have to help him refocus
on the task at hand.  Corey was always agreeable and pleasant, and
while expressing concern over "the tests" he never seemed resistant
to anything that was asked of him.

### Tests Administered:

> Bender-Gestalt
> Figure Drawings
> WISC-R
> Sentence Completion
> TAT
> Rorschach

### Intellectual Evaluation:

On the WISC-R Corey achieved a Verbal I.Q. of 85 (Low Average),
a Performance I.Q. of 93 (Average) and a Full Scale I.Q. of 88
placing him within the Low Average range of intellectual function-
ing.  Average potential is suggested by his Performance I.Q., which
was slightly higher than his Verbal I.Q.  There was no variability
within the verbal area, however, performance tests were character-
ized by signficant variability.  Subtest scores were as follows:



Corey Johnson                                                    -2-

| Verbal Tests | | Performance Tests | |
|---|---|---|---|
| Information | 7 | Picture Completion | 11 |
| Similarities | 7 | Picture Arrangement | 9 |
| Arithmetic | 7 | Block Design | 6 |
| Vocabulary | 7 | Object Assembly | 13 |
| Comprehension | 10 | Coding | 7 |
| Digit Span | 2 | | |

In the verbal area Corey achieved his highest score on Comprehension. His average score here suggests that Corey has a maturing conscience and moral sense. His thinking is appropriate and his ability to use practical judgment in every day social situations is a strength. On the other hand, a significant weakness was evidenced in his short term auditory memory. Corey's score on Digit Span fell in the Mentally Deficient range, indicating a severe deficit in his auditory attention for nonmeaningful material. Emphasis is made on nonmeaningful because, when using the same skill (short term auditory memory) with arithmetic problems, Corey was able to function within the Low Average range. Significant too is the fact that Corey demonstrated considerable more difficulty with Digits reversed than forward. A performance such as this, characterizes concrete rigid thinking, with a corresponding inability to shift the frame of reference from digits forward to digits reversed.

In the performance area Corey achieved his highest score on Object Assembly. His High Average score here reflects a strength with the following: the ability to anticipate part/whole relations, synthesize concrete visual forms, and assemble materials drawn from life into a meaningful whole. Significantly lower and falling within the Low Average range was Corey's score on Block Design. His score here reflects deficits in non-verbal abstract reasoning, perceptual organization, visual perception and perceptual motor functioning. Corey demonstrated real difficulty here, nearly rotating designs early on, and finally failing later designs for the same reason (rotation). These weaknesses were also evident in his Bender-Gestalt performance which was characterized by a number of rotations and distortions. He made three scorable errors, producing a Bender performance which was comparable to a child five years below his chronological age, and of those errors made two suggested the presence of an underlying neurological deficit. Visual recall was adequate but 6 out of the 9 designs reproduced were marked by severe rotations – again suggesting that a perceptual motor deficit interferes with Corey's functioning.

Personality Dynamics:

Corey is a depressed, dependent and frightened 13.3-year old who is struggling with independent strivings at this time in his life and feels immobilized as a result. This struggle presents a real conflict for Corey because on the one hand he is an ambitious boy who is searching for independence, but on the other he feels deficient, dependent and frightened. Essentially he feels unable to make it on his own and while he knows he needs help it conflicts

Corey Johnson                                                    -3-

with his reach for independence.  While depressive tendencies are pervasive (many references to dying and killing one's self) Corey offsets these tendencies with fantasies whereby he feels if he tries hard enough he will fulfill his ambition.  He is an ambitious boy who feels caught in the middle - being pushed and pulled - and while his independence is critical to him there is also a longing for nurturance and affection.  These needs stir up considerable anxiety which he initially tries to deal with through denial.  Denial is ineffective, however, and as Corey becomes more anxious he eventually regresses to an earlier stage where he is an immature boy with strong dependency needs.  Hostile impulses also emerge at this time and serve to overwhelm the boy even more.  Object relations are developing and Corey is an empathic and sensitive boy who can relate in a mature manner.  A sensitive boy, with genuine emotional responsiveness, Corey often feels at the mercy of others' wishes, and his strong conscience causes him to respond accordingly.  These conflicts are exacerbated by an organic component which clearly interferes with Corey's ability to function successfully in school. While abstracting abilities are being more and more emphasized at this time Corey falls further and further behind.  It is an area of weakness for him and when challenges are not concrete and meaningful Corey is unable to integrate the experience and becomes easily overwhelmed.

Summary and Recommendations:

In summary, Corey is a sensitive and dependent boy who is struggling with issues revolving around independence.  An underlying organic component serves to exacerbate the anxiety, dependence, affectional needs and hostile impulses and as a result Corey has an extremely hard time trying to integrate emotional challenges.  Although evidence of a learning disability exists he continues to be an ambitious boy who is motivated to improve his situation and would benefit highly from both remediation in academic areas as well as psychotherapy. Corey needs to gain greater insight into his struggle over his ambitions, his reading deficits and his willingness to accept help. From an academic standpoint it is important that if Corey is to learn more effectively that the material be presented in the most concrete and meaningful way.

Cary Gallaudet:ww  D-2/1/82      T-232/82

Cary Gallaudet, Psy. D.


Supervised by:
George A. Sakheim, Ph.D.
Chief of Psychological Services

PLEASANTVILLE COTTAGE SCHOOL

Name of Child:  COREY JOHNSON
Date of Birth:  ███████████
Date of (PCS) Adm: _____

Date Tested: 3/15/85
By:  Kenneth Barish, Ph.D.
Social Worker: Christine Aar(

### PSYCHOLOGICAL EVALUATION

Referral:

Corey was referred for re-evaluation to assess his current cognitive
and emotional functioning.  Corey was last tested in March 1983, by
this examiner, and in February 1982 at Pleasantville Diagnostic
Center.  These evaluations reveal severe learning disabilities in
Reading, Spelling and Arithmetic, associated with impairment of
attention and concentration, visual-spatial skills and specific
language deficits; significant depressive tendencies were also
noted.

Tests Administered:

WISC-R
Rorschach
TAT

Test Findings:

On the WISC-R Corey achieved a Verbal I.Q. of 68-70 (Mentally De-
ficient-Borderline range), a Performance I.Q. of 78-81 (Borderline-
Low Average range), and a Full Scale I.Q. of 69-74 (Deficient-Border-
line range).  Subtest scaled scores are presented below:

| | | | |
|---|---|---|---|
| Information | 4 | Picture Completion | 8(9) |
| Similarities | 5(6) | Picture Arrangement | 9 |
| Arithmetic | 6(7) | Block Design | 1(5) |
| Vocabulary | 5 | Object Assembly | 5(6) |
| Comprehension | 4 | Coding | 6 |
| (Digit Span | 6) | | |

(Alternate scores reflect improvement in performance with addition-
al time and/or assistance from the examiner.)

These scores reflect a significant decline in both Verbal and Per-
formance I.Q. since Corey was tested in 1982.  At that time a Ver-
bal I.Q. of 85, a Performance I.Q. of 93 and a Full Scale I.Q. of
88 were reported.  There is also some difference in a pattern of
subtest scores.  Corey achieved significantly lower scores on the
current testing on both the Comprehension and Object Assembly sub-
tests.  This decline in I.Q. scores is difficult to account for.
However, several factors may be involved.  The current scores
may reflect in part, the increasing demands that the tasks pre-
sented as well as Corey's failure to learn at an expected pace.

Corey Johnson                                                        -2-

They also undoubtedly reflect the effects of Corey's severe discouragement and depression with respect to cognitive tasks. For example, with minimal assistance, Corey was able to improve his performance considerably in many instances. This was evident on the Similarities, Arithmetic, Block Design and Object Assembly subtests. Corey's very deficient score on the Block Design subtest is the result of several rotations of designs that he easily corrected when his error was pointed out to him. These scores, should, therefore, not be taken as an indication of Corey's intellectual potential. Corey's intellectual difficulties remain clearly evident, however, and my recommendation now, even more strongly than two years ago, is that Corey needs a highly vocationally oriented school program. Some efforts should be made to help Corey achieve a level of literacy that will enable him to function in the working world, however, Corey is unlikely to improve significantly in this area.

Personality Functioning:

Personality assessment reveals a thoughtful, highly reflective, but affectively constricted adolescent. Corey expends considerable energy in his efforts to suppress anger. He appears vulnerable to periods of depression and frustration. There is also evidence of feelings of aloneness and a desire for help, that is not being heard. Several responses suggest that Corey feels that he is not being listened to.

Corey's test responses also reveal an effort toward maturity that is particularly impressive, considering his severe learning disabilities. Corey's TAT stories reveal, for example, an awareness that life has trials and tribulations that must be coped with and an acceptance of the reality that life is sometimes painful, for example, that there are painful separations. Corey's stories emphasize his concerns regarding the future and his constructive and mature goals. For example, he tells a story about a young man "wondering if he's going to have a job and a nice life, maybe some kids and a wife to support and help him move on in life." This effort towards maturity is at the cost of a constriction of Corey's emotional life, particularly a suppression of anger and rebelliousness and an overly compliant attitude towards authority. Corey also tends towards extremes of either/or, good/bad in his thinking about himself and his life. Corey could benefit from greater acknowledgement and acceptance of his anger, integrating anger into his identity along with a less narrow definition of maturity.

Recommendations:

As indicated earlier, Corey needs a vocational school program with some remediation in literacy skill. He could also benefit from counselling and supportive psychotherapy both in regard to problems of self-esteem related to his learning disabilities and also supporting and broadening his efforts to become a mature adult.

Kenneth Barish, Ph.D.:ww  D-4/15/85      T-4/15/85


Kenneth Barish, Ph.D.
Psychologist

# WAIS-R RECORD FORM

WECHSLER ADULT
TELLIGENCE SCALE—
.EVISED

NAME _Corey Johnson_

ADDRESS _____

SEX _M_ AGE _23_ RACE _B_ MARITAL STATUS _S_

OCCUPATION _Unemp_    EDUCATION _11·12_

PLACE OF TESTING _Richmond Jail_    TESTED BY _Dr Cornell_

## TABLE OF SCALED SCORE EQUIVALENTS*

| Scaled Score | Information | Digit Span | Vocabulary | Arithmetic | Comprehension | Similarities | Picture Completion | Picture Arrangement | Block Design | Object Assembly | Digit Symbol | Scaled Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | — | 28 | 70 | — | 32 | — | — | — | 51 | — | 93 | 19 |
| 18 | 29 | 27 | 69 | — | 31 | 28 | — | — | — | 41 | 91-92 | 18 |
| 17 | — | 26 | 68 | 19 | — | — | 20 | 20 | 50 | — | 89-90 | 17 |
| 16 | 28 | 25 | 66-67 | — | 30 | 27 | — | — | 49 | 40 | 84-88 | 16 |
| 15 | 27 | 24 | 65 | 18 | 29 | 26 | — | 19 | 47-48 | 39 | 79-83 | 15 |
| 14 | 26 | 22-23 | 63-64 | 17 | 27-28 | 25 | 19 | — | 44-46 | 38 | 75-78 | 14 |
| 13 | 25 | 20-21 | 60-62 | 16 | 26 | 24 | — | 18 | 42-43 | 37 | 70-74 | 13 |
| 12 | 23-24 | 18-19 | 55-59 | 15 | 25 | 23 | 18 | 17 | 38-41 | 35-36 | 66-69 | 12 |
| 11 | 22 | 17 | 52-54 | 13-14 | 23-24 | 22 | 17 | 15-16 | 35-37 | 34 | 62-65 | 11 |
| 10 | 19-21 | 15-16 | 47-51 | 12 | 21-22 | 20-21 | 16 | 14 | 31-34 | 32-33 | 57-61 | 10 |
| 9 | 17-18 | 14 | 43-46 | 11 | 19-20 | 18-19 | 15 | 13 | 27-30 | 30-31 | 53-56 | 9 |
| 8 | 15-16 | 12-13 | 37-42 | 10 | 17-18 | 16-17 | 14 | 11-12 | 23-26 | 28-29 | 48-52 | 8 |
| 7 | 13-14 | 11 | 29-36 | 8-9 | 14-16 | 14-15 | 13 | 8-10 | 20-22 | 24-27 | 44-47 | 7 |
| 6 | 9-12 | 9-10 | 20-28 | 6-7 | 11-13 | 11-13 | 11-12 | 5-7 | 14-19 | 21-23 | 37-43 | 6 |
| 5 | 6-8 | 8 | 14-19 | 5 | 8-10 | 7-10 | 8-10 | 3-4 | 8-13 | 16-20 | 30-36 | 5 |
| 4 | 5 | 7 | 11-13 | 4 | 6-7 | 5-6 | 5-7 | 2 | 3-7 | 13-15 | 23-29 | 4 |
| 3 | 4 | 6 | 9-10 | 3 | 4-5 | 2-4 | 3-4 | — | 2 | 9-12 | 16-22 | 3 |
| 2 | 3 | 3-5 | 6-8 | 1-2 | 2-3 | 1 | 2 | 1 | 1 | 6-8 | 8-15 | 2 |
| 1 | 0-2 | 0-2 | 0-5 | 0 | 0-1 | 0 | 0-1 | 0 | 0 | 0-5 | 0-7 | 1 |

*Clinicians who wish to draw a profile may do so by locating the subject's raw scores on the table above and drawing a line to connect them. See Chapter 4 in the Manual for a discussion of the significance of differences between scores on the tests.

|  | Year | Month | Day |
|---|---|---|---|
| Date Tested | 92 | 10 | 9 |
| Date of Birth | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Age | 23 | 11 | 4 |

### SUMMARY

| VERBAL TESTS | Raw Score | Scaled Score |
|---|---|---|
| Information | 8 | 5 |
| Digit Span | 9 | 6 |
| Vocabulary | 18 | 5 |
| Arithmetic | 7 | 6 |
| Comprehension | 8 | 5 |
| Similarities | 11 | 6 |
| Verbal Score | | 33 |

| PERFORMANCE TESTS | Raw Score | Scaled Score |
|---|---|---|
| Picture Completion | 13 | 7 |
| Picture Arrangement | 11 | 8 |
| Block Design | 18 | 6 |
| Object Assembly | 32 | 10 |
| Digit Symbol | 48 | 8 |
| Performance Score | | 39 |

|  | Sum of Scaled Scores | IQ |
|---|---|---|
| VERBAL | 33 | 75 |
| PERFORMANCE | 39 | 82 |
| FULL SCALE | 72 | 77 |

_Cooperative, worked hard_

_IQ 77 = 6th percentile -- Borderline Range_

Ⓤ THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, PUBLISHERS

Copyright © 1981, 1955, 1947 by The Psychological Corporation. Standardization Edition Copyright © 1976 by The Psychological Corporation. No part of this form may be copied by any process without permission. All rights reserved.
Printed in U.S.A.

9-991829

# Intelligence Test Scores
## Wechsler Adult Intelligence Scale (R)



Corey Johnson tested by Cornell 10-9-92