# EXHIBIT 70

DSS-3627-7(12/84)

| CASE NAME | | CASE NUMBER | SCR NUMBER |
|---|---|---|---|
| Johnson | | S 4766716 | |

The Goal below is: New __X__    Retained _____    Target Date __6/88__                    Discontinued _____

(Re)State Goal: __Corey will attend Newtown High School Special Education program__
__daily and on time.__

Explain level of goal achievement: __Corey continues to be pleased with his report cards and__
__is quite committed to school.__

TASKS

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Corey will continue to attend specialized classes. | Teacher will encourage Corey to kee working and help him to understand that his difficulties do not reflec upon his intelligence. |
| Corey will discuss his learning disability in treatment. | Social worker will work with Corey towards understanding the implicati of his learning disability. |
| Corey will use nightly study hour constructively. | Houseparents will organize a nightl study hour. |

---

The Goal below is: New _____    Retained _X_    Target Date __11/87__                    Discontinued _____

(Re)State Goal: __Corey will use opportunities offered him to learn independent living__
__skills.__

Explain level of goal achievement: __Corey wants very much to be able to care for himself in the__
__community. The biggest obstacle will be for him to find a way to support himself.__
__We will continue to work with him toward this end. He will again work for Neighborhood__
__Youth Corp this summer.__

TASKS

| CHILD/FAMILY (list names) | SERVICE PROVIDERS (list names) |
|---|---|
| Corey will explore the possibilities of a part time job. | Houseparents will help Corey read a and apply for a job. |
| Corey will learn how to handle money so that he can shop for himself. | Caseworker, houseparents and teache will help Corey learn enough simple arithmetic that he will be able to figure out correct change. |

EXHIBIT 15

(Reassessmen

DSS-3627-8(12/84)

| CASE NAME | CASE NUMBER |
|---|---|
| Johnson | S 4766716 |

7. FAMILY/CHILD VISITING PLAN (for Placement Cases only)

a) For each child in foster care, summarize the nature of the interaction between the child and parent(s) and/or relative(s) during the visits, highlighting positive and negative factors. Include in this summary the frequency and location of the visits. (If the Family/Child Visiting Grid is completed, it is not necessary to include the frequency and location of visits in the summary.)

Corey went home with his grandfather at xmas.  However, he returned late  missing two days of school.  He was not very communicative re. visit.  Corey is allowed to visit his mother when she calls to arrange it, but she doesn't do so very often. While he states these visits go well, one wonders what really happens.

b) For each child in foster care, describe the visiting plan for the next period. Include who will visit, how often, and where. Indicate any changes from the previous visiting plan and the reason for the changes. **Facilitate Bi-Weekly Visiting.**

Corey is allowed a weekend visit a month and a day visit a month.



DSS-3627-9(12/84)

| CASE NAME | | CASE NUM | SCR NUMBER |
|---|---|---|---|
| Johnson | | S 4766716 | |

**8. PLAN DEVELOPMENT**

a) Discuss the level of involvement of parent(s) and children in the development of the service plan. **Parent/Child Participation.**

Corey was involved in developing service plan in regular discussions with houseparents and weekly caseworker meetings.

b) List all participants in the planning conference with their title or role and state date of conference. **Service Plan Review. Third Party Reviewer/Foster Care.**

Gilbert Gordon - Director GHD
Murray Gordon - Clinical Director - Third Party Reviewer
Diane Yarborough - Child Care Coordinator
Shari Siegel - Nurse
Odette Noble - Caseworker
John Rios - Residence Supervisor
Marvin Hunt - Houseparent
Carmen Carrasquillo - Houseparent
Joe Rivera - Houseparent

| | SIGNATURES | DATE SIGNED |
|---|---|---|
| Case Planner | *Odette Noble* | 5/8/86 |
| Case Planner's Supervisor | | 5/8/86 |
| Case Manager | | |
| CPS Monitor | | |
| | | |
| | | |

I have read and I understand the Service Plan.

| | | |
|---|---|---|
| Parent | | |
| Parent | | |
| Child | | |
| Child | | |

'Parent/Child signatures are optional)

(Reassessment)