# EXHIBIT 75

USCA4 Appeal: 21-2    Doc: 5-35    Filed: 01/08/2021    Pg: 2 of 27

# INTELLECTUAL DISABILITY

Definition, Classification, and Systems of Supports

THE 11TH EDITION OF THE AAIDD DEFINITION MANUAL



USCA4 Appeal: 21-2    Doc: 5-35    Filed: 01/08/2021    Pg: 3 of 27

# Intellectual Disability

## Definition, Classification, and Systems of Supports

*The AAIDD Ad Hoc Committee on*
*Terminology and Classification*

## 11th Edition



American Association
on Intellectual and
Developmental Disabilities

Copyright © 2010 by the American Association on Intellectual and Developmental Disabilities

Published by
American Association on Intellectual and Developmental Disabilities
501 3rd Street, NW, Suite 200
Washington, DC 20001-2760

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Intellectual disability : definition, classification, and systems of supports / The AAIDD
Ad Hoc Committee on Terminology and Classification.—11th ed.
    p. cm.
  Includes bibliographical references and index.
  ISBN 978-1-935304-04-3 (alk. paper)
  1.  Mental retardation—Classification.  I. American Association on Intellectual and
Developmental Disabilities.
  RC570.C515 2010
  616.85'88—dc22                                                2009040030

# CONTENTS

List of Tables ........................................................................................ ix

List of Figures ...................................................................................... xi

Preface ................................................................................................. xiii

**Definition of Intellectual Disability** ................................................. 1

**Part I: Understanding Intellectual Disability and Its Assessment** ............ 3

Chapter 1    Definition of Intellectual Disability ....................................... 5

Chapter 2    Multidimensional Framework for Understanding
             Intellectual Disability ......................................................... 13

Chapter 3    Role of Assessment in Diagnosis, Classification, and
             Systems of Supports ........................................................... 21

**Part II: Diagnosis and Classification of Intellectual Disability** .............. 27

Chapter 4    Intellectual Functioning and Its Assessment ....................... 31

Chapter 5    Adaptive Behavior and Its Assessment ............................... 43

Chapter 6    Role of Etiology in the Diagnosis of
             Intellectual Disability ......................................................... 57

Chapter 7    Multidimensional Approach to Classification .................... 73

Chapter 8    Role of Clinical Judgment in Diagnosis,
             Classification, and Development of
             Systems of Supports ........................................................... 85

**Part III: Systems of Supports** ......................................................... 105

Chapter 9    Support Needs of Persons With Intellectual Disability .... 109

Chapter 10   Prevention as a Form of Support .................................... 123

Chapter 11   Mental and Physical Health-Related Supports ............. 135

Chapter 12   Support Needs of Persons With Intellectual
             Disability Who Have Higher IQ Scores .................... 151

CONTENTS

**Part IV: Implications** ...................................... 167

    Chapter 13   Implications for Public Policy ......................... 171

    Chapter 14   Implications for Education ........................... 185

    Chapter 15   Implications for Support Provider Organizations .......... 201

**Glossary** ......................................................... 217

**References** ...................................................... 227

**Index** ........................................................... 255

# DEFINITION OF INTELLECTUAL DISABILITY

Intellectual disability is characterized by significant limitations both in intellectual functioning and in adaptive behavior as expressed in conceptual, social, and practical adaptive skills. This disability originates before age 18. The following five assumptions are essential to the application of this definition:

1. Limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture.
2. Valid assessment considers cultural and linguistic diversity as well as differences in communication, sensory, motor, and behavioral factors.
3. Within an individual, limitations often coexist with strengths.
4. An important purpose of describing limitations is to develop a profile of needed supports.
5. With appropriate personalized supports over a sustained period, the life functioning of the person with intellectual disability generally will improve.

© American Association on Intellectual and Developmental Disabilities

(Schalock, Luckasson, & Shogren, 2007). The concept of adaptive skills implies an array of competencies and provides the foundation to three key points: (a) the assessment of adaptive behavior is based on an individual's typical performance during daily routines and changing circumstances, not to maximum performance; (b) adaptive skill limitations often coexist with strengths in other adaptive skill areas; and (c) a person's strengths and limitations in adaptive skills should be documented within the context of ordinary community environments typical of the person's age peers and tied to the person's individualized needs for support. Readers are referred to chapter 5 for a detailed discussion of adaptive behavior and its assessment.

## DIMENSION III: HEALTH

The World Health Organization (1999) defined *health* as a state of complete physical, mental, and social well-being. Health is a component of an integrated understanding of individual functioning because the health condition of an individual can affect his or her functioning directly or indirectly in each or all of the other four dimensions of human functioning. Health problems are disorders, diseases, or injuries and are classified in the *International Statistical Classification of Diseases and Related Health Problems—ICD-10* (World Health Organization, 1999).

For people with ID, the effects of health and mental health on functioning range from greatly facilitating to greatly inhibiting. Some individuals enjoy robust health with no significant activity limitations, which allows them to participate fully in social roles such as work, recreation, or leisure activities. On the other hand, some people have a variety of significant health limitations, such as epilepsy or cerebral palsy, that greatly impair body functioning in areas such as mobility and nutrition and that severely restrict personal activities and social participation. Similarly, some individuals may have activity and other limitations related to mental illness. Most individuals with ID are somewhere in between these extremes. Readers are referred to chapter 11 for a detailed discussion of mental and physical health-related supports.

## DIMENSION IV: PARTICIPATION

*Participation*, which is the performance of people in actual activities in social life domains, is related to the functioning of the individual in society. Participation in everyday activities is important for an individual's learning and is a central feature of development-in-context perspectives of human growth and development (Bronfenbrenner, 1999; Dunst, Bruder, Trivette, & Hamby, 2006).

Participation refers to roles and interactions in the areas of home living, work, education, leisure, spiritual, and cultural activities. It also includes social roles that are valid activities considered normative for a specific age group. Participation is best reflected in the direct observation of engagement and the degree of involvement in everyday activities.

# CHAPTER 3

## ROLE OF ASSESSMENT IN DIAGNOSIS, CLASSIFICATION, AND SYSTEMS OF SUPPORTS

> **Assessment in the field of intellectual disability is conducted in order to diagnose a disability, classify by disability characteristics, and plan for individualized needed supports. In order to achieve specific assessment purposes, three criteria need to be met: (a) the assessment tools and process should match the purpose for assessment, (b) the assessment findings should be as valid as possible, and (c) the results should be both useful and purposefully applied.**

### OVERVIEW

Assessment in the field of *intellectual disability* (ID) involves systematically collecting information for decision making and communication related to three assessment functions: diagnosis, classification, and planning individualized supports. Within each of these functions, professionals conduct assessments for a variety of specific purposes. For example, a diagnosis might determine an individual's eligibility for services or legal protection, or it might establish whether a person could be included in a research sample. Some assessment measures, such as intelligence tests or adaptive behavior measures, are useful for more than one purpose but generally not for all three assessment functions.

This chapter has two purposes: first, to describe a framework for assessing individuals with ID; and second, to review several criteria for high quality assessment. If assessment information is to benefit people with an ID, it is necessary that these criteria be met.

### ASSESSMENT FRAMEWORK

In 2002, AAIDD proposed an assessment framework that was organized around the three functions of diagnosis, classification, and planning supports (Luckasson et al., 2002). An updated version of this framework is shown in Table 3.1. The intent of the framework is to illustrate that assessment tools and results may be useful for some purposes but not other purposes. For example, an earlier AAIDD *Manual* (Luckasson et al., 1992) was

critical of the often used classification categories of mild, moderate, severe, and profound "levels of mental retardation" because these categories, based only on an intelligence test score, were too often used as profiles to make decisions about support needs. This stated concern was misinterpreted by some to mean that AAIDD was opposed to IQ classification for *any* purpose. Although classification by IQ subgroups might be appropriate for a research study in which measured intelligence is a relevant variable, it is not useful for decisions about residential or educational placement. Instead, such classification decisions should be based on more meaningful assessment information and planning procedures related to the purpose of developing support systems.

As shown in Table 3.1, assessment in the field of ID is conducted in order to diagnose a disability, classify by relevant characteristics, and plan for an individual's needed supports. As shown in the second column, each broad assessment function can be purposefully directed to take certain actions. The third column illustrates examples of assessment measures, tools, and methods that are needed to conduct assessments associated with different purposes. For diagnosis, certain assessment tools are required, while other assessment purposes typically necessitate different measures, tools, and assessment methods.

## Assessing to Diagnose Intellectual Disability

Intellectual disability is diagnosed using assessment information obtained from standardized and individually administered instruments that assess intellectual functioning and adaptive behavior (along with the criterion that age of onset is documented). If criteria for a diagnosis of ID are met, the diagnosis may be applied to achieve several focused purposes, including, but not limited to, establishing the presence of the disability in an individual and confirming an individual's eligibility for services, benefits, and legal protections. Chapters 4 and 5 provide specific guidelines and recommendations for the assessment of intelligence and adaptive behavior, respectively.

## Assessing to Classify

Information about individuals with ID (or the individuals themselves) can be grouped or classified for several purposes, such as conducting research, providing service reimbursement/funding, developing services and supports, and communicating about selected characteristics. As discussed in chapter 7, clinicians and other users of this *Manual* should select classification systems that are consistent with a specific purpose and must be careful not to use classification information for inappropriate purposes. For example, a clinician may classify adults with ID by their adaptive behavior levels if this information contributes to an agency's systematic way of determining caregiving reimbursement rates; but adaptive behavior levels should not guide programming content and work choice options. Multiple classification systems are available based on the assessment of adaptive behavior, intellectual functioning, educational requirements, and individual support needs. To prevent inappropriate grouping of individuals with ID, classification systems

TABLE 3.1

**Framework for Assessment**

| Assessment function | Specific purpose | Examples of measures, tools, and assessment methods[a] |
|---|---|---|
| Diagnosis | Establish presence or absence of intellectual disability<br>Establish eligibility for services<br>Establish eligibility for benefits<br>Establish eligibility for legal protections | • Intelligence tests<br>• Adaptive behavior scales<br>• Documented age of onset<br>• Developmental measures<br>• Social history and educational records |
| Classification | Classify for intensity of needed support(s)<br>Classify for research purposes<br>Classify by selected characteristics<br>Classify for special education supports<br>Classify for reimbursement/funding | • Support needs intensity scales<br>• Levels of adaptive behavior<br>• IQ ranges or levels<br>• Environmental assessment<br>• Etiology-risk factor systems<br>• Mental health measures<br>• Benefit categories |
| Planning and developing a systems of supports | Support to enhance human functioning<br>Support to improve outcomes<br>Support to help implement person's choices<br>Support to assure human rights | • Person-centered planning<br>• Self-appraisal<br>• Ecological inventory<br>• Developmental tests<br>• Speech/language, motor, sensory assessment<br>• Achievement tests<br>• Support needs intensity scales<br>• Functional behavioral assessment<br>• Behavior support plan<br>• Family centered support plan<br>• IFSP, IEP, ITP[b]<br>• Self-directed plan |

[a] Column 2 purposes are not parallel to Column 3 examples.
[b] IFSP = Individualized Family Support Plan, IEP = Individualized Education Program, ITP = Individualized Transition Plan.

© American Association on Intellectual and Developmental Disabilities

# PART II

## DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

### OVERVIEW

A diagnosis of *intellectual disability* (ID) involves meeting three criteria: (a) significant limitations in intellectual functioning, (b) significant limitations in adaptive behavior, and (c) age of onset before age 18. As discussed more fully in Schalock, Luckasson, and Shogren (2007), there has been considerable consistency in these three criteria—and their operational definitions—for the last 50 years. As discussed more fully in chapters 4 and 5, the operational definitions of the first and second criteria are as follows:

- *Intellectual functioning*: an IQ score that is approximately two standard deviations below the mean, considering the standard error of measurement for the specific assessment instruments used and the instruments' strengths and limitations
- *Adaptive behavior*: performance on a standardized measure of adaptive behavior that is normed on the general population including people with and without ID that is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, and practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills

The third criterion, *age of onset*, refers to the age at which the disability began. The purpose of the age of onset criterion is to distinguish ID from other forms of disability that may occur later in life. Intellectual disability typically originates close to the time of birth—either during fetal development, the birth process, or soon after birth. Sometimes, however, especially when the etiology of the disability indicates progressive damage (such as malnutrition) or damage related to an acquired disease or injury (such as infection or traumatic brain injury), the condition may originate later. Thus, disability does not necessarily have to have been formally identified, but it must have originated during the developmental period. The early onset criterion is apparent in the earliest formulation of

# The Flynn Effect

Flynn's research (1984, 1987, 2006, 2007) as well as that of others (e.g., Kanaya, Scullin, & Ceci, 2003; Scullin, 2006) found that IQ scores have been increasing from one generation to the next in the United States as well as in all other developed countries for which IQ data are available. This increase in IQ scores over time was called the *Flynn Effect* by Hernstein and Murray (1994). The Flynn Effect refers to the observation (Flynn, 1984) that every restandardization sample for a major intelligence test (e.g., SBIS-4 and Wechsler) from 1932 through 1978 resulted in a mean IQ that tended to increase over time. Flynn (1987) reported that this effect was also observed in samples from other countries. Although the cause of this effect is unknown, Neisser et al. (1996) suggested that potential factors might well be improved nutrition, cultural changes, testing experience, changes in schooling, and changes in child-rearing practices.

The Flynn Effect raises potential challenges for the diagnosis of ID (Kanaya et al., 2003). Because Flynn (1984) reported that mean IQ increases about 0.33 points per year, some investigators (e.g., Flynn, 2006) have suggested that any obtained IQ score should be adjusted 0.33 points for each year the test was administered after the standardization was completed. For example, if the Wechsler Adult Intelligence Scale (WAIS-III; 1997) was used to assess an individual's IQ in July 2005, the population mean on the WAIS-III was set at 100 when it was originally normed in 1995 (published in 1997). However, based on Flynn's data, the population mean on the Full-Scale IQ raises roughly 0.33 points per year; thus the population mean on the WAIS-III Full-Scale IQ corrected for the Flynn Effect would be 103 in 2005 (9 years × 0.33 = 2.9). Hence, using the significant limitations of approximately two standard deviations below the mean, the Full-Scale IQ cutoff would be approximately 73 (plus or minus the standard error of measurement).

There are also data suggesting that the Flynn Effect may not be a purely linear function of time and that the impact of the effect may asymptote or even reverse. Teasdale and Owens (2005), for example, reported on a large sample of Danish males in which the Flynn Effect peaked and subsequently reversed. In a Norwegian sample, Sundet, Barlaug, and Torjussen (2004) reported a slowing and eventual cessation of the Flynn Effect over time. These data would seem to suggest that while the Flynn Effect is evident, how one corrects for it is still a challenging issue.

As discussed in the *User's Guide* (Schalock et al., 2007) that accompanies the 10th edition of this *Manual*, best practices require recognition of a potential Flynn Effect when older editions of an intelligence test (with corresponding older norms) are used in the assessment or interpretation of an IQ score. As suggested in the *User's Guide* (Schalock et al., 2007, pp. 20, 21):

> The main recommendation resulting from this work [regarding the Flynn Effect] is that all intellectual assessment must use a reliable and appropriate individually administered intelligence test. In cases of tests with multiple versions, the most recent version with the most current norms should be used at all times. In cases where a test with aging norms is used, a correction for the age of the norms is warranted.

USCA4 Appeal: 21-2    Doc: 5-35    Filed: 01/08/2021    Pg: 13 of 27

## Comparability of Scores From Different Tests

Not all scores obtained on intelligence tests given to the same person will be identical. Specifically, IQ scores are not expected to be the same across tests, editions of the same test, or time periods (Evans, 1991). A number of studies have revealed significantly different results from appropriately selected tests. For example, Quereshi and Seitz (1994) reported that the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI), Wechsler Intelligence Scale for Children-Revised (WISC-R), and the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) did not yield the same results when used on young children. Highest IQ scores were obtained on the WPPSI and lowest on the WPPSI-R. The SBIS-4 yielded significantly higher scores (by over 14 points) than did the WISC-R for students with lower IQ scores but yielded significantly lower scores for students with higher IQ scores. The two tests yielded similar scores for students with IQ scores between 70 and 90 (Prewett & Matavich, 1992). Scores on the WISC-III were significantly correlated with scores on the SBIS-4 with a population of students with mild mental retardation, but the average IQ on the WISC-III was 8 points lower (Lukens & Hurrell, 1996). Nelson and Dacey (1999) reported that in a sample of adults who had mild to moderate mental retardation an SBIS will yield a significantly lower score than a Wechsler test. Their results were consistent with earlier work published in the Stanford Binet Technical Manual (Thorndike, Hagen, & Sattler, 1986b).

Users of this *Manual* need to be aware of—and sensitive to—potential differences in scores obtained from two different tests. Sources of variation can result from (a) group versus individually administered tests; (b) the purposes for which the test was administered (e.g., administered initially to measure academic achievement but later used to derive an IQ score); (c) the properties of the test (e.g., using two tests with very disparate standard errors of measurement); (d) nonstandardized administration of the assessment instrument(s); (e) test content across different scales and between different age levels on the same scale; (f) scores obtained on verbal versus nonverbal tests; (g) differences in the standardization samples; (h) changes between different editions of the same scale/test; (i) use of an alternative scale as an individual's chronological age increases; and/or (j) variations in the person's abilities or performance.

## Practice Effect

The *practice effect* refers to gains in IQ scores on tests of intelligence that result from a person being retested on the same instrument. Kaufman (1994) noted that practice effect can occur when the same individual is retested on a similar instrument. For example, the WAIS-III *Manual* presents data showing the artificial increase in IQ scores when the same instrument is readministered within a short time interval. The WAIS-III *Manual* also reports the average increase between administrations with intervals of 2 to 12 weeks (Wechsler, 1997). For this reason, established clinical practice is to avoid administering the same intelligence test within the same year to the same individual because it will often lead to an overestimate of the examinee's true intelligence.

# CHAPTER 5

## ADAPTIVE BEHAVIOR AND ITS ASSESSMENT

> **Adaptive behavior is the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives.**
>
> **For the diagnosis of intellectual disability, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior are operationally defined as performance that is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, or practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills. The assessment instrument's standard error of measurement must be considered when interpreting the individual's obtained scores.**

### OVERVIEW

The inclusion of the concept of adaptive behavior in the diagnosis of persons with *intellectual disability* (ID) has a long history. Nihira (1999), for example, cited early leaders, such as Itard, Seguin, Voison, and Howe, who referred to signs of ID that included the absence of social competency, a need for skill training, an inability to meet social norms, and difficulty with fending for one's self. Although adaptive behavior did not play a formal role in the diagnosis of ID during the first half of the 20th century, the construct's importance to understanding ID was not completely abandoned. Doll, for example, introduced the Vineland Social Maturity Scale in 1936, an instrument that included 117 items focused on practical skills used in everyday situations.

When the intelligence test, resulting in an IQ score, was introduced in the early 1900s, it was embraced as an efficient and objective means to distinguish individuals with ID from the general population (Scheerenberger, 1983). The intelligence test not only produced a highly reliable score, but because it was normed on the general population, it yielded an unambiguous indicator of how much a person deviated from others. However, dissatisfaction with the IQ score as the sole indicator of ID emerged over time. Among the greatest concerns about intelligence testing was that IQ scores only provided a narrow measure of intellectual functioning related to academic tasks (i.e., linguistic, conceptual,

and mathematical abilities and skills), thus ignoring important aspects of intellectual functioning that included social and practical skills. Also, the perception that IQ scores contributed to misdiagnosing children from poor and minority backgrounds shook people's confidence in using the IQ as the sole diagnostic measure (Reschly, Myers, & Hartel, 2002; Scheerenberger, 1983).

As a result of this dissatisfaction, adaptive behavior reemerged in 1959 as one of the three criteria used to diagnose ID. According to Heber in the AAIDD 1959 *Manual on Terminology and Classification*, "measured intelligence cannot be used as the sole criteria of mental retardation [the term in use then] since intelligence test performances do not always correspond to level of deficiency in total adaptation" (pp. 55–56). *Adaptive behavior* was defined by Heber (1959) as

> the effectiveness with which the individual copes with the nature and social demands of his environment. It has two major facets: the degree to which the individual is able to function and maintain himself independently, and the degree to which he meets satisfactorily the culturally-imposed demands of personal and social responsibility. (p. 61)

Grossman (1973, 1983) reaffirmed the importance of adaptive behavior in the diagnosis of ID. Grossman's (1983) definition of adaptive behavior was "the effectiveness or degree with which individuals meet the standards of personal independence and social responsibility expected for his age and cultural group" (p. 1). The importance of adaptive behavior in the diagnosis of ID has been reaffirmed in each of the successive AAIDD *Terminology and Classification Manuals* (Luckasson et al., 1992, 2002).

Both Heber and Grossman recognized the multidimensionality of adaptive behavior and the influence of culture on the assessment of the construct. Heber conceptualized adaptive behavior as consisting of three primary factors: maturation, learning, and social adjustment. These three domains continue to be part of the most current conceptualization of adaptive behavior but are reframed as practical, conceptual, and social skills.

The consensus, based on considerable published research on the factor structure of adaptive behavior (e.g., Harrison & Oakland, 2003; McGrew, Bruininks, & Johnson, 1996; Thompson, McGrew, & Bruininks, 1999), is that adaptive behavior is multidimensional and includes the following:

- *Conceptual skills*: language; reading and writing; and money, time, and number concepts
- *Social skills*: interpersonal skills, social responsibility, self-esteem, gullibility, naïveté (i.e., wariness), follows rules/obeys laws, avoids being victimized, and social problem solving
- *Practical skills*: activities of daily living (personal care), occupational skills, use of money, safety, health care, travel/transportation, schedules/routines, and use of the telephone

In this chapter we discuss the role that adaptive behavior and its assessment plays in the diagnosis of ID. The seven sections of the chapter are (a) key factors to keep in mind

when reading the chapter, (b) the assessment of adaptive behavior, (c) the use of standard error of measurement in score interpretation, (d) adaptive behavior versus problem behavior, (e) special considerations in the assessment of adaptive behavior, (f) guidelines for selecting an adaptive behavior instrument, and (g) future considerations. Throughout the chapter, adaptive behavior is defined as the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives. Material included in the chapter regarding assessment guidelines and the technical adequacy of adaptive behavior assessment instruments is based on the published work of Finlay and Lyons (2002), Greenspan (1999, 2006a), Harrison and Raineri (2008), and Reschly et al. (2002).

## KEY FACTORS TO KEEP IN MIND WHEN READING THIS CHAPTER

In this chapter we discuss in more detail the following 10 key factors about adaptive behavior and its assessment that are relevant to a diagnosis of ID:

1. There are three criteria for a diagnosis of ID: significant limitations in intellectual functioning, significant limitations in adaptive behavior, and age of onset before age 18. Adaptive behavior and intellectual functioning should be given equal consideration.
2. Adaptive behavior is a multidomain construct. The domains that have emerged from a long history of factor-analytic studies are consistent with a conceptual model of adaptive behavior that has three general areas of adaptive skills: conceptual, social, and practical.
3. Adaptive behavior as defined in this *Manual* is the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives.
4. The concept of adaptive skills implies an array of competencies and provides a foundation for three key points: (a) the assessment of adaptive behavior is based on the person's typical (not maximum) performance, (b) adaptive skill limitations often coexist with strengths, and (c) the person's strengths and limitations in adaptive skills should be documented within the context of community and cultural environments typical of the person's age peers and tied to the person's need for individualized supports.
5. Although no existing measure of adaptive behavior completely measures all adaptive behavior skills, most provide domain scores that represent the three domains used in this *Manual*: conceptual, social, and practical. A comprehensive assessment of adaptive behavior will likely include a systematic review of the individual's family history, medical history, school records, employment records (if an adult), other relevant records and information, as well as clinical interviews with a person or persons who know the individual well.

# Assessment of Adaptive Behavior

## Use Standardized Measures

Significant limitations in adaptive behavior are established through the use of standardized measures and, like intellectual functioning, significant *limitations in adaptive behavior* are operationally defined as performance that is approximately two standard deviations below the population average on one of the three adaptive skills domains of conceptual, social, or practical. In evaluating the role that an adaptive behavior score—as assessed on a standardized measure—plays in making a diagnosis of ID, clinicians should (a) determine the standard error of measurement (see following section) for the particular assessment instrument used, realizing that the standard error of measurement is test-specific and is used to establish a statistical confidence interval within which the person's true score falls and (b) assure that within reporting, standard error of measurement is properly addressed.

## Focus on Typical Performance

The assessment of adaptive behavior focuses on the individual's typical performance and not their best or assumed ability or maximum performance. Thus, what the person typically does, rather than what the individual can do or could do, is assessed when evaluating the individual's adaptive behavior. This is a critical distinction between the assessment of adaptive behavior and the assessment of intellectual functioning, where best or maximal performance is assessed. Individuals with an ID typically demonstrate both strengths and limitations in adaptive behavior. Thus, in the process of diagnosing ID, significant limitations in conceptual, social, or practical adaptive skills is not outweighed by the potential strengths in some adaptive skills.

## Use Knowledgeable Respondents

Using standardized adaptive behavior measures to determine significant limitations in adaptive behavior usually involves obtaining information regarding the individual's adaptive behavior from a person or persons who know the individual well. Generally, individuals who act as respondents should be very familiar with the person and have known him/her for some time and have had the opportunity to observe the person function across community settings and times. Very often, these respondents are parents, older siblings, other family members, teachers, employers, and friends. Parents are often the best respondents available because they have known the individual the longest and observed attainment of developmental milestones, maturation, and the achievement of adaptive behavior skills. Because adaptive behavior assessment relies on third party respondents, it is important for clinicians to assess the reliability of any respondent providing adaptive behavior information. Obtaining information from multiple respondents and other relevant sources (e.g., school records, employment history, previous evaluations) is essential to providing corroborating information that provides a comprehensive picture of the individual's functioning.

# CHAPTER 6

## ROLE OF ETIOLOGY IN THE DIAGNOSIS OF INTELLECTUAL DISABILITY

> Etiology represents a multifactorial construct composed of four categories of risk factors (biomedical, social, behavioral, and educational) that interact across time and affect the individual's overall functioning. Diagnostic assessment and classification of the etiology consists of a description of all of the risk factors that are present in a particular individual and that contribute to the individual's present functioning and potential diagnosis of intellectual disability. Genotype-phenotype correlations may be useful, but caution is needed when applying these data to individual circumstances.

## OVERVIEW

In this chapter we describe the multifactorial nature of the etiology of *intellectual disability* (ID) and how etiology is determined and classified based on biomedical, social, behavioral, and educational risk factors. The five sections of the chapter cover (a) the importance of etiology, (b) the multifactorial nature of etiology, (c) etiologic assessment, (d) etiologic diagnosis and classification, and (e) etiology and performance. These five sections incorporate genetic research advances and research about behaviors that are associated with specific etiologies. Additionally, the system for etiologic diagnosis and classification presented in the chapter is consistent with the multidimensional approach to ID presented in this *Manual* and facilitates the design and implementation of strategies for prevention and support (see chapter 10).

## IMPORTANCE OF ETIOLOGY

Consideration of the etiology of ID is important for several reasons. Chief among these are the following:

1. The etiology may be associated with other health-related problems that may influence physical and psychological functioning.

2. The etiology may be treatable, which could permit appropriate treatment to minimize or prevent ID.
3. Accurate information is needed for the design and evaluation of programs to prevent specific etiologies of ID.
4. Comparison of individuals for research, administrative, or clinical purposes may depend on formation of maximally homogeneous groups composed of individuals with the same or similar etiologies.
5. The etiology may be associated with a specific behavioral phenotype that allows anticipation of actual, potential, or future functional support needs.
6. Information about the etiology facilitates genetic counseling and promotes family choice and decision making, including preconception counseling.
7. Individuals and families can be referred to other persons and families with the same etiologic diagnosis for information and support.
8. Knowing the etiology facilitates self-knowledge and life planning for the individual.
9. Understanding the etiology may clarify clinical issues for service providers.
10. Clarification of biomedical, social, behavioral, and educational risk factors that contribute to the etiology offers opportunities for prevention of the disability.

Performing a diagnostic evaluation to determine the etiology may be questioned by some providers. They may argue that the cost of testing is excessive and that the results will not change the individual's treatment. If the parents do not plan to have any more children, they may argue that testing for an inherited disorder is pointless. When the individual with ID is an adult, the parents may no longer have any interest in finding the etiology. Adult service providers may feel that the etiology is irrelevant to the development of the individual's plan of supports and services. These objections can be answered by considering the reasons for establishing the etiology listed earlier, and the cost of diagnostic testing can often be justified in specific situations. For example, knowing that an adult with cognitive decline has Down syndrome should alert the provider to look for hypothyroidism or depression. Knowing that a child with cognitive decline has Angelman syndrome should alert the provider to look for subclinical seizures. Knowing that an individual with new neurological findings has tuberous sclerosis should alert the provider to look for the characteristic brain tumor associated with this diagnosis. Knowing that an adult man has fragile X syndrome should alert the provider to offer genetic testing to the man's sisters who may be carriers and could have affected sons. Knowing that a child has a particular condition allows the family to search the Internet and to contact other families affected by this diagnosis, thereby learning more about it than their health care provider may know. These examples illustrate why testing to establish the etiologic diagnosis may be important for many individuals with ID.

## MULTIFACTORIAL NATURE OF ETIOLOGY

In this chapter we build on the approach to etiology described in previous AAMR *Manuals* (Luckasson et al., 1992, 2002). Etiology is conceptualized as a multifactorial

construct composed of four categories of risk factors (biomedical, social, behavioral, and educational) that interact across time, including across the life of the individual and across generations from parent to child. This construct replaces prior approaches that divided the etiology of ID into two broad types: ID of biological origin and ID due to psychosocial disadvantage (Grossman, 1983). The two-group approach (biological and cultural-familial) was defended on the basis of developmental theory (Hodapp, Burack, & Zigler, 1990). Different developmental pathways were associated with ID due to identified biological disorders compared to ID for which no organic etiology is apparent (due to cultural-familial factors or psychosocial disadvantage). These researchers recommended a biological or genetic classification of etiology, in which there is either a demonstrated biological cause or there is not. This approach is consistent with the approach presented in this chapter. In fact, the risk factor approach can be seen as a fine-tuning of the developmental (two-group) approach. What was called "ID of biological origin" can be seen as involving individuals for whom biomedical risk factors predominate, while "ID of cultural-familial origin" can be seen as involving individuals for whom social, behavioral, or educational risk factors predominate.

The two-group distinction is often blurred in real life, however. The multiple risk factor approach correctly notes that biomedical risk factors may be present in persons with ID of cultural-familial origin, and social, behavioral, and educational risk factors may be present in persons with ID of biological origin. For example, individuals with the same biomedical genetic etiology often vary widely in functioning, presumably as the result of other modifying risk factors. The multiple risk factor approach to etiology thus is the logical extension of previous work in this area and provides a more comprehensive explanation of the many interacting causes of impaired functioning in persons with ID (Chapman, Scott, & Stanton-Chapman, 2008).

There has been an explosion of new genetic information in the past decade (cf. Butler & Meaney, 2005). This explosion has led some to consider the etiology of ID primarily in genetic terms. The recommendations of the American College of Human Genetics for the etiologic evaluation of ID (Curry, Stevenson, Aughton, & Byrne, 1997) emphasized genetic testing, as did the recommendations of the Committee on Genetics of the American Academy of Pediatrics (Moeschl & Shevell, 2006). The Child Neurology Society's practice parameter on the evaluation of children with global developmental delay (Shevell et al., 2003) also emphasized biomedical causes and included evidence-based recommendations for genetic testing. Although in a recent textbook on ID, Harris (2006) mentions AAIDD's multifactorial risk factor approach presented in the 2002 *Manual* (Luckasson et al.), the author discusses in depth primarily genetic and other biomedical causes.

Clearly, genetics cannot explain the cause of ID in every case. Individuals may be born with perfectly normal DNA and still develop ID due to a birth injury, malnutrition, child abuse, or extreme social deprivation. Understanding the cause of ID in these cases requires consideration of other biomedical, behavioral, and social risk factors. The guidelines reviewed above all note that even the most extensive and up-to-date genetic and biomedical testing will identify an etiology in less than half of all cases. Indeed, even if one could measure the entire genome in patients with ID (which should become

feasible within the next 10 years), the results would not explain the cause when ID is due primarily to social or behavioral risk factors. On the other hand, at least one or more of the risk factors shown in Table 6.1 will be found in every case of ID. Thus a multifactorial approach to etiology (which incorporates all of the above genetic and biomedical testing,

TABLE 6.1

**Risk Factors for Intellectual Disability**

| Timing | Biomedical | Social | Behavioral | Educational |
|---|---|---|---|---|
| Prenatal | 1. Chromosomal disorders<br>2. Single-gene disorders<br>3. Syndromes<br>4. Metabolic disorders<br>5. Cerebral dysgenesis<br>6. Maternal illnesses<br>7. Parental age | 1. Poverty<br>2. Maternal malnutrition<br>3. Domestic violence<br>4. Lack of access to prenatal care | 1. Parental drug use<br>2. Parental alcohol use<br>3. Parental smoking<br>4. Parental immaturity | 1. Parental cognitive disability without supports<br>2. Lack of preparation for parenthood |
| Perinatal | 1. Prematurity<br>2. Birth injury<br>3. Neonatal disorders | 1. Lack of access to prenatal care | 1. Parental rejection of caretaking<br>2. Parental abandonment of child | 1. Lack of medical referral for intervention services at discharge |
| Postnatal | 1. Traumatic brain injury<br>2. Malnutrition<br>3. Meningoencephalitis<br>4. Seizure disorders<br>5. Degenerative disorders | 1. Impaired child-caregiver interaction<br>2. Lack of adequate stimulation<br>3. Family poverty<br>4. Chronic illness in the family<br>5. Institutionalization | 1. Child abuse and neglect<br>2. Domestic violence<br>3. Inadequate safety measures<br>4. Social deprivation<br>5. Difficult child behaviors | 1. Impaired parenting<br>2. Delayed diagnosis<br>3. Inadequate early intervention services<br>4. Inadequate special education services<br>5. Inadequate family support |

as well as consideration of all of the other potential risk factors that might be operative) provides the most thorough way to evaluate the etiology of ID in a particular case.

The multifactorial approach to etiology presented in this chapter expands the list of causal factors in two directions: types of factors and timing of factors. The first direction expands the types or categories of factors into four groupings:

1. *Biomedical*: biologic processes, such as genetic disorders or nutrition
2. *Social*: social and family interaction, such as stimulation and adult responsiveness
3. *Behavioral*: potentially causal behaviors, such as dangerous (injurious) activities or maternal substance abuse
4. *Educational*: availability of educational supports that promote mental development and the development of adaptive skills

The second direction concerns the timing of the occurrence of causal factors according to whether these factors affect the parents of the person with ID, the person with ID, or both. This aspect of causation is termed *intergenerational* to describe the influence of factors present during one generation on the outcome in the next generation. The modern concept of intergenerational effects must be distinguished from the historical concept that ID was related to "weak genes" due to psychosocial, cultural, or familial factors (Scheerenberger, 1983). This modern concept recognizes that reversible environmental factors in the lives of some families may be related to the etiology of ID and stresses that the understanding of these factors should lead to enhanced individual and family supports. Because of the relationship to prevention and supports, these intergenerational effects are considered further in chapter 10 (see Table 10.1 in particular).

Table 6.1 lists risk factors for ID by category and by the time of occurrence of the risk factor in the life of the individual. Unlike classification systems based primarily on biomedical conditions (such as the *ICD-10* [World Health Organization, 1993]), the classification system outlined in Table 6.1 represents a multifactorial approach to the etiology of ID. It incorporates biomedical risk factors but places them in context by including other risk factors that may be of equal or greater importance in determining the individual's level of functioning. The list of risk factors in Table 6.1 is not exclusive and can be expanded as new risk factors are discovered. Research should result in continual revision and updating of these specific risk factors, but the basic structure of the table should be relevant for the foreseeable future.

Because ID is characterized by impaired functioning, its etiology is whatever caused this impairment in functioning. A biomedical risk factor may be present but by itself may not cause ID (as, for example, when a patient with a genetic disorder has average intelligence). Any risk factor causes ID only when it results in impaired functioning sufficient to meet the criteria for a diagnosis of ID as described in this *Manual*. Table 6.1 emphasizes that the impairment of functioning that is present when an individual meets the three criteria for a diagnosis of ID usually reflects the presence of several risk factors that interact over time. Thus, the search for the etiology of ID in a particular individual must consist of a search for all of the risk factors that might have resulted in impaired functioning for that person. This search involves obtaining as much historical medical

information as possible, performing psychological and physical examinations, and pursuing sufficient laboratory investigations to consider reasonable possibilities.

# Etiologic Assessment

## Medical History

Diagnostic assessment begins with a complete history and physical examination to uncover all of the potential risk factors that may be present in each of the four categories shown in Table 6.1. The medical history begins at conception and includes detailed information about the prenatal, perinatal, and postnatal periods. Information needed about the prenatal period includes maternal age; parity and health (including maternal infections such as hepatitis, HIV, rubella, cytomegalovirus, group B streptococcus, etc.); the adequacy of maternal nutrition; the amount and quality of prenatal care (including results of prenatal screening, ultrasound examinations, and amniocentesis if performed); maternal use of drugs, alcohol, and other substances; maternal exposure to potential toxins or teratogens (such as lead or radiation); and occurrence of any significant maternal injuries during the pregnancy. Information needed about the perinatal period includes growth status at birth (gestational age at birth, birthweight, length, and head circumference); labor and delivery experiences (including onset, duration, route of delivery, presence of fetal distress prior to delivery, Apgar scores after birth, need for resuscitation); and the occurrence of any neonatal disorders after birth (such as seizures, infections, respiratory distress, brain hemorrhage, and metabolic disorders). Information needed about the postnatal period includes the history of any significant head injuries, infections, seizures, toxic and metabolic disorders (such as lead poisoning), significant malnutrition or growth impairment, and any indication of loss of previously acquired developmental skills that could indicate the presence of a progressive or degenerative disorder or a disorder on the autism spectrum.

A detailed family history is necessary to identify potential genetic etiologies (Curry et al., 1997). A detailed three-generation pedigree is recommended that includes information about the health status, medical and psychological disorders, and level of functioning of all known relatives. In particular, relatives who were affected by conditions that may be associated with ID (such as autism) or who were diagnosed with ID should be noted. Additional records concerning these individuals may be requested to provide further details. The occurrence of ID in other family members does not necessarily imply a genetic mechanism however. Multiple individuals in a family may be affected by fetal alcohol syndrome, for example, or ID in a relative may be due to childhood infections or head trauma. Results of genetic testing performed previously on any relatives should be sought and examined for completeness because testing performed more than 5 to 10 years earlier may have missed conditions diagnosable with current methods.

USCA4 Appeal: 21-2     Doc: 5-35     Filed: 01/08/2021     Pg: 24 of 27

TABLE 6.2

**Hypotheses and Strategies for Assessing Etiologic Risk Factors**

| Onset | Hypothesis | Social |
|---|---|---|
| Prenatal | Chromosomal or single gene disorder | Extended physical examination<br>Referral to clinical geneticist<br>Chromosomal and DNA analyses |
| | Syndrome disorder | Extended family history and examination of relatives<br>Extended physical examination<br>Referral to clinical geneticist |
| | Inborn error of metabolism | Newborn screening using tandem mass spectrometry<br>Analysis of amino acids in blood, urine, and/or cerebrospinal fluid<br>Analysis of organic acids in urine<br>Blood levels of lactate, pyruvate, very long chain fatty acids, free and total carnitine, and acylcarnitines<br>Arterial ammonia and gases<br>Assays of specific enzymes in cultured skin fibroblasts<br>Biopsies of specific tissue for light and electron microscopy and biochemical analysis |
| | Cerebral dysgenesis | Neuroimaging (CT or MRI) |
| | Social, behavioral, and environmental risk factors | Intrauterine and postnatal growth<br>Placental pathology<br>Detailed social history of parents<br>Medical history and examination of mother<br>Toxicological screening of mother at prenatal visits and of child at birth<br>Referral to clinical geneticist |
| Perinatal | Intrapartum and neonatal disorders | Review of maternal records (prenatal care, labor, and delivery)<br>Review of birth and neonatal records |

USCA4 Appeal: 21-2　Doc: 5-35　Filed: 01/08/2021　Pg: 25 of 27

TABLE 6.2 (*continued*)

| Onset | Hypothesis | Social |
|-------|-----------|--------|
| Postnatal | Head injury | Detailed medical history<br>Brain X-rays and neuroimaging |
| | Brain infection | Detailed medical history<br>Cerebrospinal fluid analysis |
| | Demyelinating disorders | Neuroimaging<br>Cerebrospinal fluid analysis |
| | Degenerative disorders | Neuroimaging<br>Specific DNA studies for genetic disorders<br>Assays of specific enzymes in blood or cultured skin fibroblasts<br>Biopsies of specific tissue for light and electron microscopy and biochemical analysis<br>Referral to clinical geneticist or neurologist |
| | Seizure disorders | Electroencephalography<br>Referral to clinical neurologist |
| | Toxic-metabolic disorders | See "Inborn errors of metabolism" above<br>Toxicological studies<br>Lead and heavy metal assays |
| | Malnutrition | Body measurements<br>Detailed nutritional history<br>Family history of nutrition |
| | Environmental and social disadvantage | Detailed social history<br>History of abuse or neglect<br>Psychological evaluation<br>Observation in new environment |
| | Educational inadequacy | Early referral and intervention records<br>Review of educational records |

USCA4 Appeal: 21-2   Doc: 5-35   Filed: 01/08/2021   Pg: 26 of 27

TABLE 8.3

**Critical Thinking Skills Involved in the Synthesis of Information**

**Analysis**: Examine the case, its elements, and its component parts; reduce the complexity of the case into simpler or more basic components or elements. Important subskills include looking for contradictory explanations for findings and contradictory evidence, recognizing the limits of anecdotal evidence, and recognizing the bias in hindsight analysis (i.e., knowing the outcome of events biases our recall and interpretation of events).

**Evaluation**: Determine the precision, accuracy, and integrity of available information through careful appraisal and study. Important subskills include using evidence-based decision making; assessing the validity of premises, assumptions, and conclusions; seeking confirmation to reduce uncertainty; understanding the limitations of statistical analysis (e.g., correlation does not mean causation) and the fallibility of human memory; avoiding appeals to ignorance (i.e., lack of information on an issue cannot be used to support an argument); and judging the credibility of an information source.

**Interpretation**: Integrate the available information in light of the individual's beliefs, judgment, or circumstance. Important subskills include recognizing mental models and the way that definitions shape how we think about issues and constructs such as ID, appreciating the limits of extrapolation, understanding how contrast effects can influence judgments and decisions, and understanding the limits of correlational evidence (i.e., relationship vs. causal).

**Inference**: Form conclusion or recommendation by integrating all of the facts and tested hypotheses. Important subskills include avoiding reification (i.e., the tendency to treat hypothetical constructs as if they were concrete things); avoiding common fallacies, such as irrelevant reasons, circular reasoning, slippery slope reasoning, weak analysis, and false dichotomies; and discarding previously held theories and/or mental models.

## Synthesis Guidelines

The following 12 guidelines augment the critical thinking skills listed in Table 8.3.

1. Show clearly that the obtained data are aligned with the critical question(s) asked. Those questions will relate to diagnosis, classification, or systems of supports.
2. Integrate information from multiple sources. A valid diagnosis of ID is based on multiple sources of information that include a thorough history (social, medical, educational), standardized assessments of intellectual functioning and adaptive behavior, and possibly additional assessments or data relevant to the diagnosis. When considering the relative weight or degree of confidence given to any assessment instrument, the clinician needs to consider (a) the technical adequacy of the instrument, including content and construct validity, reliability, stability of the obtained measures; the generalization of scores; predictive validity; and appropriateness to the individual being assessed; (b) the purpose of the test(s); (c) the