# EXHIBIT 75(a)

# MENTAL RETARDATION

## Definition, Classification, and Systems of Supports

### 9th Edition

**American Association On Mental Retardation**

Published by
American Association on Mental Retardation
1719 Kalorama Road, NW
Washington, DC 20009-2683

Copyright © 1992 by the American Association on Mental Retardation,
formerly the American Association on Mental Deficiency. All rights reserved.

**Library of Congress Cataloging-in-Publication Data**
Mental retardation: definition, classification, and systems of supports.—9th edition.
    p.  cm.
  Rev. ed. of: Classification in mental retardation. c1983.
  Includes bibliographical references and index.
  ISBN 0-940898-30-6: $65.00
1. Mental retardation—Classification. I. American Association on Mental Retardation.
II. Classification in mental retardation.
  [DNLM: 1. Mental Retardation—classification. WM 15 M549]
RC570.C515    1992
616.85'88'0012—dc20
DNLM/DLC
for Library of Congress                                    92-35787
                                                           CIP


Printed in the United States of America

# TABLE OF CONTENTS

PREFACE ...................................................................................................................... ix

DEFINITION OF MENTAL RETARDATION ........................................................... 1

**PART I: THE DEFINITION OF MENTAL RETARDATION**

Chapter 1:      Mental Retardation Defined and Explained ......................... 5
Chapter 2:      Theoretical Basis of the Definition ..................................... 9

**PART II: DIAGNOSIS AND CLASSIFICATION DIMENSIONS**

Chapter 3:      Diagnosis and Systems of Supports ................................... 23
Chapter 4:      Dimension I: Intellectual Functioning and Adaptive Skills ............... 35
Chapter 5:      Dimension II: Psychological and Emotional Considerations ............. 51
Chapter 6:      Dimension III: Health and Physical Considerations ......................... 61
Chapter 7:      Dimension III: Etiology Considerations ..................................... 69
Chapter 8:      Dimension IV: Environmental Considerations ............................ 93
Chapter 9:      Appropriate Supports ................................................................ 101

**PART III: APPLICATIONS IN PRACTICE**

Chapter 10:     Educational Applications .............................................. 113
Chapter 11:     Adult Services Applications ......................................... 135
Chapter 12:     Social Policy and Legal Applications ........................... 147

REFERENCES ............................................................................................... 151

INDEX ........................................................................................................... 167

v

# TABLE OF CONTENTS

PREFACE ........................................................................................................................... ix

DEFINITION OF MENTAL RETARDATION ................................................................... 1

**PART I: THE DEFINITION OF MENTAL RETARDATION**

Chapter 1:        Mental Retardation Defined and Explained ......................................... 5
Chapter 2:        Theoretical Basis of the Definition ...................................................... 9

**PART II: DIAGNOSIS AND CLASSIFICATION DIMENSIONS**

Chapter 3:        Diagnosis and Systems of Supports ..................................................... 23
Chapter 4:        Dimension I: Intellectual Functioning and Adaptive Skills ................ 35
Chapter 5:        Dimension II: Psychological and Emotional Considerations .............. 51
Chapter 6:        Dimension III: Health and Physical Considerations ........................... 61
Chapter 7:        Dimension III: Etiology Considerations .............................................. 69
Chapter 8:        Dimension IV: Environmental Considerations .................................... 93
Chapter 9:        Appropriate Supports ........................................................................ 101

**PART III: APPLICATIONS IN PRACTICE**

Chapter 10:       Educational Applications ................................................................... 113
Chapter 11:       Adult Services Applications ............................................................... 135
Chapter 12:       Social Policy and Legal Applications ................................................. 147

REFERENCES ................................................................................................................. 151

INDEX ............................................................................................................................. 167

v

# ACKNOWLEDGEMENTS

Many individuals, through their support and assistance, contributed to the development of this definition and manual. The Association and the authors specifically thank Past Presidents Robert Griffith, James Ellis, Robert Bruininks, and Jack Stark and President Michael Dillon and the members of the Boards of Directors (1988-1992) for their unfailing commitment, support, encouragement, and direction during the process. We also acknowledge the ground-breaking efforts of previous AAMR Terminology and Classification Committees, whose work was an integral part of these continuing efforts.

We also thank the following individuals who made important contributions to the 9th edition: Elizabeth Boggs, David Braddock, M. Doreen Croser, Paula Hirt, Denis Keyes, Paula Lucero, Frank Menolascino, Viki Morrison, Dan Reschly, Peggy Seiter, and Mahalah Stromquist. For her gracious and generous contributions in editing and production, we thank Yvette Taylor. Colleagues at each of the authors' universities provided considerable support: the University of New Mexico Department of Special Education, Boston University Medical School, Lynchburg College Department of Education, University of Illinois at Chicago Developmental Disabilities Center, Hastings College Department of Psychology, University of Medicine and Dentistry of New Jersey Robert Wood Johnson Medical School University Affiliated Program, University of Virginia Special Education Department, and Creighton-Nebraska University Medical School Department of Psychiatry.

Thoughtful reactions were received from concerned individuals, AAMR divisions, and sister organizations at critical stages of the development of the definition and the manual. The following individuals provided written comments at various stages of the work. The work benefitted from their input, but we were unable to incorporate every contribution. Ultimate content and editorial decisions were made by the Committee, and listing of an individual indicates assistance, not necessarily agreement.

The Association and the authors express gratitude to all those, named and unnamed, who so generously contributed their time and expertise to this effort.

| | | |
|---|---|---|
| John W. Ashbaugh | Liz Curren | Tamar Heller |
| Donnell C. Ashford | Gloria Curry | Pierre S. Helmrath |
| James S. Baker | Curt Decker | Daniel Holdrinet |
| George S. Baroff | Michael R. Dillon | Ruth Humphry |
| Michael J. Begab | Sharon Borthwick Duffy | Cherie Hymes |
| Elizabeth Boggs | Barb Elliott | John W. Jacobson |
| George N. Bouthilet | James W. Ellis | Stephen E. Jones |
| David Braddock | Richard K. Eyman | Ruth Katz |
| Robert H. Bradley | Nirhan Findykian | Kim Keprios |
| Robert Bruininks | Donna Fletcher | Lars Kibbon |
| Richard Burr | Martha E. Ford | Charles Kimber |
| Mary C. Cerreto | Steven R. Forness | Marty Wyngaarden Krauss |
| Alan D. B. Clarke | William I. Gardner | Jay Kuder |
| Ann M. Clarke | Bill Gaventa | Charlie Lakin |
| Deborah E. Cohen | David A. Goode | Lyle L. Lloyd |
| Paul D. Cotten | Robert G. Griffith | Maria del Carmen Malbran |

vii

## ACKNOWLEDGEMENTS

Dianne Manfredini
Horace Mann
Paul Marchand
Edwin W. Martin
Johnny L. Matson
Gary Mattson
Paul R. Maurice
Sandra McClennen
Deborah L. McFadden
Ken McGill
Kathleen H. McGinley
Kevin McGrew
Chris Metzler

Diane Morin
Donald Morris
Hugo W. Moser
Michael Mulcahy
John Niederbuhl
Donald E. Noble
Trevor R. Parmenter
Roger K. Peters
Daniel J. Reschly
Marilyn Riddle
Robert Rueda
Martha C. Sabin
Donald F. Schneiderman

Marsha Mailick Seltzer
Wayne Silverman
Stu Smith
Judy Smith-Davis
Carrie Solmundson
Scott Spreat
Frederick A. Stiemke
Ludwik S. Szymanski
Lawrence T. Tafts
Marc Tasse
Sue Allen Warren
Richard Woodhouse
Ric Zaharia

ck Seltzer
man

avis
ndson

Stiemke
ymanski
Tafts

arren
odhouse

# PREFACE

Since its founding in 1876, the American Association on Mental Retardation (AAMR) has led the field of mental retardation in understanding, defining, and classifying the phenomenon of mental retardation. The Association has attempted to fulfill its responsibility by formulating and disseminating manuals and related information on terminology and classification through the years.

The AAMR's first edition of a manual on definition was published in 1921 in conjunction with the National Committee for Mental Hygiene. A second edition of that manual was published in 1933, and a third in 1941. The AAMR's (then the American Association on Mental Deficiency, AAMD) Committee on Nomenclature published the fourth edition in 1957, an etiological classification system.

The fifth edition, a comprehensive manual on terminology and classification, was published in 1959 (Heber, 1959) and reprinted with minor corrections in 1961 (Heber, 1961). Two dramatic changes in the 1959 manual included raising the IQ ceiling to one standard deviation below the mean (that is, an IQ of approximately 85 or below) and the formal introduction of an adaptive behavior criterion to the Association's definition of mental retardation.

The sixth edition (Grossman, 1973) lowered the IQ ceiling to two standard deviations below the mean (that is, an IQ of about 70 or below). Several other important changes introduced in the 1973 manual included inserting the word *significantly* before the term *subaverage general intellectual functioning*, raising the limit of the developmental period from age 16 to 18, and omitting the borderline level of retardation (that is, IQ about 70 to 85). The seventh edition (1977) included a series of relatively minor corrections and changes, and the eighth edition (Grossman, 1983) further clarified that the upper IQ range for the diagnosis was a guideline and with clinical judgment could extend to approximately 75.

This manual is the 9th edition of the regularly published definition and classification work of the Association. It is based on an evolving understanding of the concept of mental retardation and how it can be best defined and classified in our times. The present status of understanding mental retardation reflects years of work, research, contributions, and policy development by many persons in this field.

Although some aspects of the AAMR's 1983 definition and classification system remain the same (for example, the IQ guidelines of approximately 70 to 75 or below), this manual departs from previous editions in a number of ways. Four of the most important include:

1. It is an attempt to express the changing understanding of what mental retardation is;

2. It is a formulation of what ought to be classified as well as how to describe the systems of supports people with mental retardation require;

PREFACE

3. It represents a paradigm shift, from a view of mental retardation as an absolute trait expressed solely by an individual to an expression of the interaction between the person with limited intellectual functioning and the environment; and

4. It attempts to extend the concept of adaptive behavior another step, from a global description to specification of particular adaptive skill areas.

In 1988, AAMR President Robert Griffith appointed the present ad hoc Committee on Terminology and Classification. Thus began an open, dynamic, and, we believe, responsive process to express the contemporary understanding of mental retardation. At one level, the Committee reviewed the literature, research, and other writings on the meaning of mental retardation in the field of mental retardation and across disciplines. At another level, we surveyed current practice and understanding by direct workers in the field of mental retardation, families and friends of individuals, and individuals themselves who have the disability.

The process of attempting to form this information into a comprehensive definition and system of classification required many drafts. The input of a large number of people proved essential to the creative work: the general membership of the Association, members represented in leadership positions, members in divisions and special interest groups, individuals representing sister organizations and agencies, and other colleagues in the field. Activities included newsletter calls for comments, meetings at conventions, several Open Forums, targeted reviews, and the collection of targeted utilization data. In addition, an Advisory Group generously provided their input in the form of ideas, comments, and substantive help. The Association remains particularly suited to this work because of its interdisciplinary membership and its strong international ties.

After regular review by the Association's Board of Directors over the 4 years of development of the manual, The Board unanimously approved the definition at its 1992 Convention, "New Realities, New Challenges" in New Orleans.

We believe that you will find the changes in the manual helpful in understanding and working in the field of mental retardation. The changes reflect a changing paradigm, a more functional definition, and a focus on the interaction between the person, the environment, and the intensities and pattern of needed supports. The major changes are:

1. The global term *adaptive behavior* has been extended to 10 specific adaptive skill areas;

2. Four assumptions for the application of the definition are asserted at the same time as the definition; and

3. Rather than requiring subclassification into four levels of a person's mental retardation (mild, moderate, severe, and profound), the system subclassifies the intensities and pattern of supports systems into four levels (intermittent, limited, extensive, and pervasive).

x

ite trait
n the

global

tee
e.
tion.
on
sci-
:t

ition
people
l,
nterest
eagues
ntions,
data.
eas,
'

f
ts

ing

the

ive

me

s the
nited,

This manual also emphasizes the importance of clinical judgment in the diagnosis and classification of mental retardation. All individuals are rich in complexities and uniqueness. Each person with mental retardation is a complex human being whose intellectual and adaptive limitations, psychological and emotional strengths and weaknesses, physical and health status, etiology of the condition, and environmental demands are his or hers alone. State-of-the-art clinical expertise and judgment is required to diagnose and classify the person's disability and systems of needed supports.

The manual retains the term *mental retardation*. Many individuals with this disability urge elimination of the term because it is stigmatizing and is frequently mistakenly used as a global summary about complex human beings. After considerable deliberation, we concluded that we were unable at this time to eliminate the term, despite its acknowledged shortcomings. The purpose of this manual was to define and create a contemporary system of classification for the disability currently known as mental retardation and, in order to accomplish that, we had to use the commonly understood term for the disability.

The next few years will be the transition period into the new definition and classification system. This will be a dynamic process. Predictably, transition in adoption and implementation of a new definition requires time. The changes in this definition and classification system are similar to changes in other arenas important to the lives of individuals with mental retardation and their families, such as eligibility standards in public benefits. Some areas in which transition to the new system is already occurring include conducting and publishing research, determining eligibility for services, funding public services, funding research and training, stimulating instrument development, conducting court-related and forensic work, and training professionals in the new definition.

The tradition of the American Association on Mental Retardation has been to lead the profession and society in promoting increased understanding of mental retardation and to support people with this disability to attain their goals through services they may need, protection of their rights as citizens, and supports to establish personal life satisfaction. This tradition is represented in the 1992 AAMR Definition, Classification, and Systems of Supports. The Association is grateful to be able to build on its more than 100 years of collegial work in our attempts to understand and assist individuals with mental retardation.

## DEFINITION OF MENTAL RETARDATION

*Mental retardation* refers to substantial limitations in present functioning. It is characterized by significantly subaverage intellectual functioning, existing concurrently with related limitations in two or more of the following applicable adaptive skill areas: communication, self-care, home living, social skills, community use, self-direction, health and safety, functional academics, leisure, and work. Mental retardation manifests before age 18.

## APPLICATION OF THE DEFINITION

The following four assumptions are essential to the application of the definition:

1. Valid assessment considers cultural and linguistic diversity as well as differences in communication and behavioral factors;

2. The existence of limitations in adaptive skills occurs within the context of community environments typical of the individual's age peers and is indexed to the person's individualized needs for supports;

3. Specific adaptive limitations often coexist with strengths in other adaptive skills or other personal capabilities; and

4. With appropriate supports over a sustained period, the life functioning of the person with mental retardation will generally improve.

1

# PART I

## THE DEFINITION OF MENTAL RETARDATION

# CHAPTER 1

## MENTAL RETARDATION DEFINED AND EXPLAINED

### MENTAL RETARDATION DEFINED

*Mental retardation* refers to substantial limitations in present functioning. It is characterized by significantly subaverage intellectual functioning, existing concurrently with related limitations in two or more of the following applicable adaptive skill areas: communication, self-care, home living, social skills, community use, self-direction, health and safety, functional academics, leisure, and work. Mental retardation manifests before age 18.

The following four assumptions are essential to the application of the definition:

1.  Valid assessment considers cultural and linguistic diversity as well as differences in communication and behavioral factors;

2.  The existence of limitations in adaptive skills occurs within the context of community environments typical of the individual's age peers and is indexed to the person's individualized needs for supports;

3.  Specific adaptive limitations often coexist with strengths in other adaptive skills or other personal capabilities; and

4.  With appropriate supports over a sustained period, the life functioning of the person with mental retardation will generally improve.

### EXPLANATION OF THE DEFINITION

*Mental retardation refers to substantial limitations in present functioning* . . . Mental retardation is defined as a fundamental difficulty in learning and performing certain daily life skills. The personal capabilities in which there must be a substantial limitation are conceptual, practical, and social intelligence. These three areas are specifically affected in mental retardation whereas other personal capabilities (e.g., health and temperament) may not be.

*It is characterized by significantly subaverage intellectual functioning* . . . This is defined as an IQ standard score of approximately 70 to 75 or below, based on assessment that includes one or more individually administered general intelligence tests developed for the purpose of assessing intellectual functioning. These data should be reviewed by a multidisciplinary team and validated with additional test scores or evaluative information.

*Existing concurrently* . . . The intellectual limitations occur at the same time as the limitations in adaptive skills.

CHAPTER 1

*With related limitations* . . . The limitations in adaptive skills are more closely related to the intellectual limitation than to some other circumstances such as cultural or linguistic diversity or sensory limitation.

*In two or more of the following applicable adaptive skill areas* . . . Evidence of adaptive skill limitations is necessary because intellectual functioning alone is insufficient for a diagnosis of mental retardation. The impact on functioning of these limitations must be sufficiently comprehensive to encompass at least two adaptive skill areas. thus showing a generalized limitation and reducing the probability of measurement error.

*Communication. self-care, home living, social skills. community use, self-direction, health and safety, functional academics, leisure, and work* . . . These skill areas are central to successful life functioning and are frequently related to the need for supports for persons with mental retardation. Because the relevant skills within each adaptive skill area may vary with chronological age, assessment of functioning must be referenced to the person's chronological age.

*Mental retardation manifests before age 18* . . . The 18th birthday approximates the age when individuals in this society typically assume adult roles. In other societies, a different age criterion might be determined to be more appropriate.

*The following four assumptions are essential to the application of this definition* . . . These statements are essential to the meaning of the definition and cannot be conceptually separated from the definition. Applications of the definition should include these statements. Each statement has clear implications for subsequent assessment and intervention.

1. *Valid assessment considers cultural and linguistic diversity as well as differences in communication and behavioral factors* . . . Failure to consider factors such as the individual's culture, language, communication, and behaviors may cause an assessment to be invalid. Sound professional judgment and the use of a multidisciplinary team appropriate to the individual and his or her particular needs and circumstances should enhance the validity of assessments.

2. *The existence of limitations in adaptive skills occurs within the context of community environments typical of the individual's age peers and is indexed to the person's individualized needs for support* . . . Community environments typical of the individual's age peers refer to homes, neighborhoods, schools, businesses, and other environments in which persons of the individual's age ordinarily live, learn, work, and interact. The concept of age peers should also include consideration of individuals of the same cultural or linguistic background. The determination of the limitations in adaptive skills goes together with an analysis of supports that can include services that the individual needs and supports in the environments.

3. *Specific adaptive limitations often coexist with strengths in other adaptive skills or other personal capabilities* . . . Individuals frequently have strengths in personal capabilities independent of mental retardation. Examples include: (a) an individual may have strengths in physical or social capabilities that exist independently of the adaptive skill limitations related to mental retardation (e.g., good health);

6

sely related
al or

nce of
, insufficient
itations must
thus showing

-direction,
areas are
or supports
idaptive skill
erenced to

ximates the
ieties, a

inition . . .
conceptually
hese
2-4

differences
tors such
iy cause
of a
icular

it of
indexed
-onments
iools,
s age
ald also
ackground.
th an
and

aptive skills
is in personal
n individual
dently of
ealth);

(b) an individual may have a strength in a particular adaptive skill area (e.g., social skills) while having difficulty in another skill area (e.g., communication); and (c) an individual may possess certain strengths within a particular specific adaptive skill, while at the same time having limitations within the same area (e.g., functional math and functional reading, respectively). Some of a person's strengths may be relative rather than absolute; thus, the strengths may be best understood when compared to the limitations in other skill areas.

4. *With appropriate supports over a sustained period, the life functioning of the person with mental retardation will generally improve . . . Appropriate supports* refer to an array of services, individuals, and settings that match the person's needs. Although mental retardation may not be of lifelong duration, it is likely that supports will be needed over an extended period of time. Thus, for many individuals, the need for supports will be lifelong. For other individuals, however, the need for supports may be intermittent. Virtually all persons with mental retardation will improve in their functioning as a result of effective supports and services. This improvement will enable them to be more independent, productive, and integrated into their community. In addition, if individuals are not improving significantly, this relative lack of improvement should be the basis for determining whether the current supports are effective and whether changes are necessary. Finally, in rare circumstances, the major objective should be to maintain current level of functioning or to slow regression over time.

# CHAPTER 2

## THEORETICAL BASIS OF THE DEFINITION

Mental retardation is not something you have. like blue eyes or a bad heart. Nor is it something you are. like being short or thin. It is not a medical disorder, although it may be coded in a medical classification of diseases (e.g., ICD-9, World Health Organization, 1978). Nor is it a mental disorder, although it may be coded in a classification of psychiatric disorders (e.g., DSM-III-R, American Psychiatric Association, 1987). *Mental retardation* refers to a particular state of functioning that begins in childhood and in which limitations in intelligence coexist with related limitations in adaptive skills. In this sense, it is a more specific term than *developmental disability* because the level of functioning is necessarily related to an intellectual limitation. As a statement about functioning, it describes the "fit" between the capabilities of the individual and the structure and expectations of the individual's personal and social environment. The level of functioning in mental retardation may have a specific etiology, such as Down syndrome, but mental retardation is not synonymous with the etiology. Another way of saying this is that etiology is not destiny: an individual who has a condition commonly associated with mental retardation may not necessarily function in a way that meets the definition of mental retardation. The conceptual model for defining mental retardation is not a medical model (although a medical model may describe the etiology) nor is it a psychopathological model (although a psychopathological model may describe thinking or behavior that coexists in some individuals with mental retardation). With this revision of its manual, the American Association on Mental Retardation (AAMR) introduces a functional model as the conceptual basis for the current definition of mental retardation.

The 1959 AAMR definition of mental retardation formally included the importance of functioning (Heber, 1959). The requirement that "subaverage intellectual functioning must be reflected by impairment in one or more of the following aspects of adaptive behavior: maturation, learning and social adjustment" (p. 3) recognized that the existence of intellectual limitations alone was not sufficient for a diagnosis of mental retardation. These limitations must result in a functional impairment in adaptive behavior in order for mental retardation to exist. The current definition of mental retardation continues to recognize the congruence of intellectual and adaptive limitations and, thus, is consistent with previous definitions. Furthermore, the present emphasis on functioning represents the continued development and refinement of ideas that have been central to the AAMR definition since 1959. It differs from previous definitions by also recognizing the importance of the environment and its impact on functioning. Compared to the definitions in previous AAMR manuals, the present definition specifies adaptive skill areas (and delineates how these skills should be documented), emphasizes the relation among limitations in intellectual and adaptive skills, environmental influences on the impact of these limitations, and the intensities of supports needed to improve functioning in the community.

CHAPTER 2

The present definition states that mental retardation refers to substantial limitations in present functioning. This is an important shift in thinking. Mental retardation is not a *trait*, although it is influenced by certain characteristics or capabilities of the individual as described later. Rather, mental retardation is a *state* in which functioning is impaired in certain specific ways. This distinction between *trait* and *state* is central to understanding how the present definition broadens the concept of mental retardation and how it shifts the emphasis from measurement of traits to understanding the individual's actual functioning in daily living. Understanding this distinction between trait and state is facilitated by examining the structure of this concept of mental retardation.

## GENERAL STRUCTURE OF THE DEFINITION

Mental retardation refers to a particular state of impaired functioning within the community, first manifested in childhood, in which limitations in intelligence coexist with related limitations in adaptive skills. For any person with mental retardation, the description of this state of functioning requires knowledge of the individual's capabilities and an understanding of the structure and expectations of the individual's personal and social environment.

The key elements in the definition of mental retardation are *capabilities* (or competencies), *environments*, and *functioning*. This is shown diagrammatically in Figure 2.1.

FIGURE 2.1    General Structure of the Definition of Mental Retardation

10

mitations in
1 is not a
: individual
is impaired
) understand-
nd how it
ial's actual
.tate is

the
e coexist
ition, the
s capabilities
ersonal and

or compe-
Figure 2.1.



Figure 2.1 is structured with functioning as the base of the triangle to emphasize that this is primarily a functional model. Capabilities are shown on the left side of the triangle to indicate that functioning in mental retardation is specifically related to limitations in intelligence and in adaptive skills. This distinguishes the functional limitation in mental retardation from other states of limited functioning related to other causes, such as physical or emotional limitations. Placing these trait aspects on only one side of the triangle indicates that they are necessary but not sufficient for a full understanding of the concept of mental retardation. The right side of the triangle represents the environments in which individuals with mental retardation live, learn, play, work, socialize, and interact. The equilateral nature of the triangle indicates that a description of these environments is also necessary for a full understanding of the concept of mental retardation. By placing these components (capabilities and environments) on two sides of a single structure (the triangle), the model attempts to show that the interaction between them is central to the concept of mental retardation. The model also notes that the needs for support reflect how the individual functions and that the presence or absence of supports can reciprocally influence functioning. Supports are not included in the triangle, however, because they are not actually part of the concept of mental retardation but, rather, are responses to it.

Current thinking about the disabling process (Institute of Medicine, 1991) defines *functional limitation* as the effect of specific impairments on the performance or performance capability of the person. Thus, these limitations are described on the "capabilities" side of the triangle. *Disability* is the expression of such a limitation in a social context (Institute of Medicine, 1991). It reflects the interaction between limitations in intelligence and adaptive skills and the demands of the environment (home, work, school, and the community). Mental retardation is a disability *only* as a result of this interaction, according to this view of the disabling process. The model shown in Figure 2.1 depicts the disabling process for persons with mental retardation. It builds upon past theory and incorporates current thinking in a way that is intended to guide and shape future research and practice. Past and current thinking in each of these areas will be reviewed briefly to show how this model relates to current knowledge.

## CAPABILITIES

The capabilities of the individual are described in the theory of general competence, which refers to those attributes that enable an individual to function in society (Greenspan, 1979, 1981, 1990). Certain attributes relate primarily to the individual's inner capabilities, and other attributes relate to the individual's ability to function in a social context. All people differ in their competencies in each of these areas, and many have strengths or weaknesses in one or more of these factors. The inner capability that is most relevant to the definition of mental retardation is conceptual intelligence, which encompasses cognition and learning. Other inner capabilities such as energy, stability of state, mobility, strength, sensation, and communication may be affected in some individuals with mental retardation, but they are not always affected and are not essential to the definition of mental retardation.

CHAPTER 2

The aspects of social competence that are most relevant to the definition of mental retardation are the intellectual aspects, including both practical and social intelligence. Taken together, practical and social intelligence are the fundamental human capabilities that form the basis for adaptive skills. Other aspects of social competence such as personality, temperament, and character may be affected in some individuals with mental retardation, but they are not always affected and are not essential to the definition of mental retardation.

A similar model of personal competence has received some empirical support (McGrew and Bruininks, 1990). This model distinguishes five categories: physical competence, conceptual intelligence, practical intelligence, social competence, and emotional competence. The empirical studies supported the distinction of these categories as separate aspects of personal competence.

According to these concepts, mental retardation is a condition in which there are limitations in conceptual, practical, and social intelligence. This approach derives from Thorndike's (1920) original conceptualization of mental retardation as including limitations in abstract intelligence, mechanical (or practical) intelligence, and social intelligence. It also relates to Guilford's (1967) structure of intellect model, in which the content plane includes symbolic and semantic abilities (dimensions of abstract intelligence), figural abilities (a dimension of practical intelligence), and behavioral abilities (a dimension of social intelligence). Thus, the theoretical basis for the capability side of the current model of mental retardation (shown in Figure 2.1) is consistent with a long history of thinking and research. Furthermore, it emphasizes that mental retardation primarily refers to limitations in intelligence and reflects current thinking about different aspects or types of intelligence (see, for example, Gardner, 1983; Lohman, 1989).

For example, only certain types of intelligence are necessarily affected in mental retardation. Thus, individuals with mental retardation need not have limitations in other areas of personal competence and may indeed have strengths in some areas. Mental retardation refers to a specific pattern of intellectual limitation; it is not a state of global incompetence.

## ENVIRONMENTS

Baumeister (1987) emphasized the need for a model of mental retardation that more closely balances individual capabilities and the demands and constraints of specific environments. This balance is depicted in Figure 2.1, in which environments and capabilities constitute equivalent sides of the current model. The environment is conceptualized as the specific settings in which the person lives, learns, plays, works, socializes, and interacts. Positive environments foster the growth, development, and well-being of the individual (Edgerton, 1988; Garber, 1988; Landesman and Vietze, 1987) and enhance the individual's quality of life (Schalock, 1990). For individuals with mental retardation, these positive environments constitute settings that are typical of their age peers and that are appropriate for the individuals' sociocultural background. It is within such settings that the individual with mental retardation is most likely to achieve optimal interdependence and productivity and to enjoy maximal inclusion in the life of the community.

12

Desirable environments for persons with mental retardation have three major characteristics: They provide opportunities for fulfilling the person's needs; they foster the person's well-being in physical, social, material, and cognitive life areas; and they promote the person's sense of stability, predictability, and control (Schalock and Kiernan, 1990). Less desirable environments are lacking in one or more of these characteristics. All persons with mental retardation live in an environment that may be analyzed in these terms and that can be measured as being more or less desirable for that individual. In chapter 8 we discuss how the environment can be described. The model of mental retardation incorporated in this manual (depicted in Figure 2.1) emphasizes that functioning can be influenced as much by the nature of the person's environment as it is by the person's capabilities. Furthermore, the types, roles, and intensities of supports needed to improve functioning can reflect these characteristics of the environment as much as they reflect the capabilities of the individual.

## FUNCTIONING

Mental retardation is present when specific intellectual limitations affect the person's ability to cope with the ordinary challenges of everyday living in the community. If the intellectual limitations have no real effect on functioning, then the person does not have mental retardation. This implies a certain relativity of significance of the intellectual limitations, in which the significance of these limitations would be relative to the demands of the environment. Kanner (1949) pointed out that persons with intellectual limitations may be successful in less complex social situations that are less intellectually centered and may even be superior if they have other capabilities that are more prized or rewarded by the social context. He considered mental retardation as an ethnologically determined phenomenon relative to local standards and within those standards, to educational, vocational, and family expectancies.

The intellectual and adaptive skill limitations in mental retardation may affect functioning in a variety of ways. The relativity of significance means that there is no one way that defines "retarded" performance. Every person with mental retardation will differ in the nature, extent, and severity of their functional limitations, depending on the demands and constraints of their environment and the presence or absence of supports. The current definition reflects this fact by requiring the presence of limitations in two or more of a variety of adaptive skill areas but does not require any one single limitation or any specific combination of limitations.

A functional definition of developmental disabilities was incorporated in Public Law (PL) 95-682, the Developmental Disabilities Bill of Rights Act (1978). According to this definition, a *developmental disability* is attributable to a mental or physical impairment that begins before age 22 and is likely to continue indefinitely and that results in substantial functional limitation in *three* or more areas of major life activity. These areas are generally similar to the areas in which limitations in adaptive skills may occur according to the present definition of mental retardation. The requirement for substantial functional limitation in three or more major life areas was intended to assure provision of services to individuals with more severe impairments (Kiernan, Smith, and Ostrowsky, 1986). This requirement is most relevant to adolescents and adults because the life areas specified in the federal definition have little relevance for infants and limited relevance for

CHAPTER 2

young children. More recently, however, PL 99-457 (1989) specifically recognized the need for comprehensive early intervention services and enhanced educational services for infants and young children with disabilities, including those with mental retardation. In order to assure that infants, young children, and persons with less severe functional limitations receive all indicated services and supports, the present AAMR definition of mental retardation requires the existence of limitations in *two* or more adaptive skill areas. In this respect, the concept of functioning included in this definition of mental retardation is broader than that which is included in the current federal definition of developmental disabilities. On the other hand, the requirement for limitations in two or more adaptive skill areas reduces the possibility of over-inclusion, which might result if limitation in only one adaptive skill area were required because limitation related to possible errors in measurement of only one adaptive skill area will not suffice to determine the diagnosis of mental retardation. Furthermore, limitations in two or more adaptive skill areas will more likely reflect a general influence on life functioning.

## THE INTELLECTUAL LIMITATION

The intellectual limitation in mental retardation is unfortunately often thought of only as a low IQ score on a standard intelligence test. In fact, the limitations of intelligence tests are well known and are discussed in chapter 4. It is important here to note that IQ is a score on a test and not necessarily the same as the fundamental intellectual capabilities affected in mental retardation. These capabilities are commonly thought to be measured by the intelligence test, but we note that the IQ is merely a convenient measure of this construct. The validity of the intelligence test—the extent to which it measures the individual's true intellectual capabilities—must be reasonably certain in order for it to be used for diagnostic purposes. When clinicians are faced with situations in which the validity of the IQ may be uncertain, such as the assessment of individuals with markedly different cultural, social, linguistic, family, and educational backgrounds, other sources of information about intellectual capabilities should be identified. When the existence of intellectual limitations is uncertain or equivocal, the decision should be made that would result in services that would be most advantageous to the individual. In other words, these equivocal situations reflect the relative significance of the measured IQ score in relation to the need for services.

Mental retardation is characterized by significantly subaverage intellectual capabilities or "low intelligence." If the IQ score is valid, this will generally result in a score of approximately 70 to 75 or below. This upper boundary of IQs for use in classification of mental retardation is flexible to reflect the statistical variance inherent in all intelligence tests and the need for clinical judgment by a qualified psychological examiner. If a valid IQ score is not possible, significantly subaverage intellectual capabilities means a level of performance that is less than that observed in the vast majority (approximately 97 percent) of persons of comparable background. In order to be valid, the assessment of intellectual performance must be free from errors caused by motor, sensory, emotional, language, or cultural factors.

The existence of intellectual limitations of this magnitude is a necessary but not sufficient condition for the definition of mental retardation. As noted previously, the intellectual limitations must have an impact on coping or adaptive skills to meet the

14

definition. Practically speaking, one may argue that intellectual limitations of this magnitude will necessarily result in difficulties in adaptive skills, so that one need only document the intellectual limitations to establish the diagnosis of mental retardation. Such an argument does not deny the importance of adaptive limitations but argues that they are too difficult to measure to include as an essential component of the definition (Zigler and Hodapp, 1986). However, two predominant reasons can be cited for the importance of limitations in adaptive skills as an accompaniment to the cognitive limitations. First, consideration of adaptive skills provides confirmation of the existence of functional limitations when the validity of the IQ score is in question or when a borderline or equivocal condition prevails. Second, and more important, emphasizing the impact on adaptive skills reflects the linkage of these functional limitations to the need for services. By emphasizing the impact on functioning, the current definition intends to stimulate more research on valid measurement of adaptive skills, on the linkage of adaptive limitations with the need for services, and on the relation between services provided and benefits obtained.

## THE ADAPTIVE LIMITATION

The adaptive difficulties in mental retardation derive from limitations in practical and social intelligence. *Practical intelligence* refers to the ability to maintain and sustain oneself as an independent person in managing the ordinary activities of daily living. It includes the capacity to use one's physical abilities (whatever they may be) to achieve the greatest degree of personal independence possible. Practical intelligence is central to such adaptive abilities as sensorimotor skills, self-care (sleeping, bathing, toileting, eating, and drinking) and safety skills (avoiding danger and preventing injury). It is also important for other adaptive abilities such as functional academics, work, leisure, self-direction, and use of the community.

*Social intelligence* refers to the ability to understand social expectations and the behavior of other persons and to judge appropriately how to conduct oneself in social situations. The principal components of social intelligence are social awareness and social skill. More specifically, they include social comprehension, insight, judgment, and communication. Individuals with mental retardation may have significant limitations in the ability to comprehend social behavior, including difficulty inferring personal cues through role-taking and difficulty inferring situational cues in interpersonal transactions. They may have significant limitations in their ability to exhibit social insight into the motivation and personal characteristics of others. They may have significant limitations in the ability to show good ethical judgment in their interpersonal behaviors and in the ability to communicate their own thoughts and feelings in solving problems when conflicting needs exist in social situations (Greenspan, 1979, 1981). Social intelligence is central to such adaptive abilities as social skills, communication, work, leisure, home living, and use of the community.

Practical and social intelligence act in concert to sustain the development of adaptive skills. The components of practical and social intelligence are not isomorphic or synonymous with the specific adaptive skills listed in the definition, however. As noted previously, at least some adaptive skills reflect both practical and social intelligence, such as use of the community and home-living skills. The current definition emphasizes the degree of skill because this is most closely linked to the need for

15

CHAPTER 2

services. Furthermore, this emphasis reflects the idea that successful functioning depends more on what one actually does than on what one is capable of doing. The adaptive skills listed in the current definition are those that most often necessitate the provision of services in order to optimize the present functioning of the individual in the community. The current definition emphasizes that determination of limitations in adaptive skills must be documented relative to age-appropriate community environments. This reflects the relativity of significance of these limitations, as already noted. The emphasis on community environments also reinforces the concept that individuals function in a social context, and it is this aspect of mental retardation that is most closely linked to the need for services. The definition of *community environment* is found in chapter 8.

## AGE OF ONSET

The current definition continues the AAMR's emphasis on the developmental period as the time in which mental retardation is initially manifested. Thus, an individual with socially typical mental functioning who sustains a brain injury after the developmental period, and whose subsequent functioning is deficient in both intellectual and adaptive capabilities, is not considered to have mental retardation. On the other hand, an individual who develops typically and then sustains a significant developmental regression for any reason prior to age 18 years may considered to have mental retardation.[1]

The developmental period can be conceptualized as the period of the life cycle prior to adulthood. In Erikson's (1950) description of the life cycle, adulthood represents achievement of basic trust, autonomy, initiative, industry, identity, and intimacy. Individuals achieve these tasks at different ages, and indeed it is probably untrue to say that anyone "achieves" any one of them overnight. Rather, they are gradual, overlapping processes of psychosocial growth and development that proceed at varying rates. Mental retardation is manifested initially during the time in which these developmental processes are occurring, which is what distinguishes it from conditions arising after adulthood has been achieved. This concept derives from knowledge of brain development and cognitive development.

Many of the most critical aspects of brain development occur before birth, including the formation of neurons, selective cell death, and development of neurotransmitter systems. Glial cell development and myelin formation continue after birth as well. Much of the bulk growth of the brain is completed by approximately age 7, with further growth consisting primarily of elaboration of synapses and refining of functional connectivity. Adverse influences (such as malnutrition) occurring during this time of brain growth and development may alter the ultimate structure and function of the brain. As long as the potential for continued growth exists, however, compensatory processes may occur to counteract these adverse influences and improve ultimate structure and function. These compensatory processes likely include the effects of therapeutic interventions or services.

As brain development becomes better understood through continuing research, more prescriptive interventions will likely become available to direct these compensatory processes in a highly specific way. The net result of these genetic and developmental alterations and compensatory processes and interventions, once adulthood is achieved,

16

ning
ing.
·cessitate
individual
limitations
y environ-
dy noted.
individuals
· most
*nment*

il period
·idual with
lopmental
nd adaptive
l. an indi-
regression
ion.¹

cycle prior

ltrue to
ual, over-
varying
se develop-
ons arising
brain

. including
nsmitter
well.
', with
f functional
s time of
t of the
:nsatory
:imate
ects of

rch, more
:nsatory
opmental
s achieved,

is a brain that differs in structure and/or function from that of people without mental retardation. This is most clearly shown in "organic" conditions such as Down syndrome but may also exist in conditions where the etiology and pathophysiology are less well-understood (Coulter, 1987; Kavanagh, 1988; Pueschel and Mulick, 1990). By comparison, the brain of a person who grows to adulthood in a typical way reacts differently to injury once these neurodevelopmental processes are largely completed. Thus, the functional limitations observed in such individuals may "look like" mental retardation in a behavioral sense but likely differ in important aspects regarding their origin in injured brain structure and/or altered brain function. In a sense, it is comparable to the difference between a poorly built house and a well-built house that is damaged by fire. Both function poorly, but for very different reasons.

Mental retardation also reflects alterations in the process of cognitive growth and development. According to the similar structures, similar sequences hypothesis, persons with mental retardation (particular those with "nonorganic" causes) differ from other persons primarily in the rate of cognitive growth and in the level of cognitive functioning ultimately achieved (Zigler and Hodapp, 1986). Piaget's (1952) stage of abstract thinking or formal operations typically develops during adolescence, but persons with mental retardation usually do not attain this level of cognitive development (Grossman, 1983). Thus, the cognitive functioning of adults with mental retardation likely differs from that of adults with typical cognitive development. Cognitive limitations that appear after brain injury in adults with previously typical functioning may coexist with elements of their previous level of function, which would likely result in a different cognitive pattern than that of adults whose cognitive limitations began in childhood.

These considerations yield different and inexact "cutoff" points for the age at which the developmental period ends. The 1959 AAMR definition of mental retardation (Heber, 1959) noted that the upper age limit of the developmental period cannot be precisely specified. From the point of view of psychosocial development, adulthood may be achieved any time between approximately ages 15 to 25. From the point of view of brain development, most of the brain's growth and adult structure is completed by age 7. From the point of view of cognitive development, adult (abstract) thinking usually emerges during adolescence. In the current definition of mental retardation, the cutoff is set somewhat arbitrarily at age 18 because this generally corresponds to the end of high school education in the United States and is a time when many persons assume adult roles. One could argue that the cutoff age for the end of the developmental period and the beginning of adulthood may be relative to the social, cultural, and ethnic milieu and, thus, may differ in other societies. If one pursues this argument, the critical consideration would be whether the individual was functioning as an adult in that society prior to the onset of the observed cognitive and adaptive limitations. If so, then the diagnosis would be adult brain injury. If not, then the diagnosis of mental retardation would be possible.

The cutoff age of 18 years for a diagnosis of mental retardation need not cause confusion with the cutoff age of 22 years for eligibility for services under The Developmental Disabilities Act. Eligibility for services may reflect the existence of any of a variety of possible diagnoses. Mental retardation is only one diagnosis that may result in a developmental disability. Traumatic brain injury that occurs after age 18 but before age 22 may

be another (different) diagnosis that may also result in a developmental disability. It is not necessary to define traumatic brain injury at ages 18 to 22 as mental retardation in order to assure provision of services to these young adults. Furthermore, the arguments in this section support the nosologic distinction between mental retardation manifested before age 18 and traumatic brain injury that occurs after age 18 but before age 22.

# DURATION

Mental retardation begins prior to age 18 but may not be of lifelong duration. This is not a new concept. The decrease in prevalence of mental retardation after adolescence (e.g., Mercer, 1973) reflects the relativity of significance of the person's limitations to the social and cultural environment in adulthood. Intellectual functioning is fairly stable from childhood onward, and limitations in intellectual functioning (low IQ) in most cases are not likely to change much beyond that point. The *impact* of these limitations on functioning may change, however. If measurement of the person's level of function-ing on all of the adaptive skills indicates performance that is not significantly subaverage (see chapter 4), either as the result of personal growth or of change in the demands of the environment (for example, leaving school may decrease the demand for functional academic skills), then adaptive limitations may no longer exist. If adaptive limitations no longer exist, then mental retardation is no longer a correct diagnosis. *If the individual still requires the provision of any supports or services in order to maintain function-ing within the typical range, however, mental retardation should be considered to persist.* Needed supports or services may include programs available to people who do not have mental retardation (such as Social Security or accessible housing) as well as programs specifically intended for people with mental retardation. Thus, eligibility for continued services because of a diagnosis of mental retardation cannot be denied because receipt of such supports or services is assisting the individual to function well in the community. Mental retardation disappears only when the individual is able to function well in the community without any additional supports or services beyond those provided to all citizens of the community (such as police and fire protection).

This concept has interesting and important theoretical implications. If one changes the environment in such a way that the person with intellectual limitations can now function in a typical way, without the need for additional supports, might this not be a "cure" of mental retardation? Is a person with mental retardation cured by moving to such a social or cultural setting? Such an environment must be a true integrated community with a diversity of skill levels in persons of comparable age to the person with intellectual limitations. Thus, a segregated facility or setting composed only of persons with cognitive limitations, in which adaptive limitations are not manifested due to the provision of care-taking services, is not a curative environment. On the other hand, if a fully integrated society were to accept persons with intellectual limita-tions as equal members, and if social interdependence and productivity within this society were possible without the need for additional supports, might this not be a curative setting? Such an environment evokes Blatt's (1987) concept of the "conquest" of mental retardation through a change in social attitudes and behavior. The development of model societies of this type and sociological analysis of such communities will be a challenge.

18

This concept of cure also carries within it the possibility of relapse, should the capabilities of the individual or the demands of the environment change. As described earlier, mental retardation is a definition of present functioning rather than a permanent state of being, and functioning typically varies during the course of one's life. Depending on the person's adaptive skills and the occurrence of variable adjustment demands during the life cycle, a person with intellectual limitations may (in theory at least) move in and out of the constraints of the definition of mental retardation. For some individuals, mental retardation might possibly act like a remitting and relapsing condition, the existence of which would depend at any point in time on the occurrence of these demands and the person's response to them. One should keep in mind that most intellectual limitations may be lifelong, so the possibility of relapse is also lifelong. A person who was able to "walk away" from a diagnostic label of mental retardation because supports were not needed to function well in the community may need to return to the diagnosis later if continued good functioning requires the provision of supports. Anyone who has ever met the criteria for the definition of mental retardation is probably always at risk for significant functional limitations. This has important implications for legal entitlement and eligibility for services, which should logically also be lifelong.

## PERSPECTIVE

This chapter is intended to ground the meaning of the current definition of mental retardation in a theoretical framework. The AAMR introduces this approach in its manual in order to emphasize the importance of such theoretical considerations to understanding the meaning of the definition. This theoretical framework is not intended to be the "last word" on the subject. Rather, it should be considered a statement of current thinking at this point in time. As such, it is intended to guide the further development of concepts about mental retardation. Many of the ideas expressed in this chapter warrant further elaboration, model-building, and empirical validation. We anticipate that further research and thinking will result in necessary changes in the framework as presented here.

---

[1]To diagnose and classify individuals with developmental regression prior to age 18, the following codes should be used. According to the multidimensional classification system described in chapter 3, if individuals meet the requirements of this definition prior to age 18, then mental retardation should be diagnosed on Dimension I. If there has been a developmental regression (such as that caused by a degenerative brain disease), "dementia" should be indicated on Dimension III and the specific etiology should be indicated, if it is known. This approach conforms to that specified in DSM-III-R (1987, p. 105).

# PART II

## DIAGNOSIS AND CLASSIFICATION DIMENSIONS

# CHAPTER 3

## DIAGNOSIS AND SYSTEMS OF SUPPORTS

Any system by which a person is diagnosed as having mental retardation and classified according to some level consists of a series of formalized rules specifying the characteristics that a person needs to possess in order to be so diagnosed and classified. Over the years, these rules have changed in response to consumer, professional, and political/social forces. Major changes in recent years have included formally incorporating the concept of adaptive behavior as part of the definition, lowering the IQ cutoff to two standard deviations below the mean on a standardized test of general intelligence, extending the upper age limit (to 18) for initial diagnosis, and focusing on appropriate environments and needed supports of the person (Landesman and Ramey, 1989; Middleton, Keene, and Brown, 1990; Seltzer, 1983).

## THE MULTIDIMENSIONAL APPROACH

The 1992 definition of mental retardation is based on a multidimensional approach. This approach allows for an accurate description of change over time as well as evaluating individual responses to present growth, environmental changes, educational activities, and therapeutic interventions. The intent of the multidimensional approach is to:

- Broaden conceptualization of mental retardation
- Avoid reliance on IQ to assign a level of disability
- Relate the individual's needs to appropriate levels of supports

This intent is accomplished by focusing on the following four dimensions throughout the Definition, Classification, and Systems of Supports process:

| | |
|---|---|
| Dimension I: | Intellectual Functioning and Adaptive Skills |
| Dimension II: | Psychological/Emotional Considerations |
| Dimension III: | Physical/Health/Etiology Considerations |
| Dimension IV: | Environmental Considerations |

From the viewpoint of the individual, a multidimensional approach requires that a comprehensive description of a person with mental retardation include:

- The existence of mental retardation (as opposed to other disabling conditions)
- A consideration of the person's psychological, emotional, health, and physical strengths and weaknesses
- A consideration of the person's current living, school/work, and community environments that facilitate or restrict quality factors
- The optimal environment and systems of supports that facilitate the person's independence/interdependence, productivity, and community integration
- A profile of needed supports based on the above factors

CHAPTER 3

This chapter contains an outline for a 3-step procedure for diagnosing, classifying, and determining the needed supports of a person with mental retardation. The three steps are summarized in Figure 3.1.

FIGURE 3.1   The Three-Step Process: Diagnosis, Classification, and Systems of Supports

| | |
|---|---|
| Dimension I: Intellectual Functioning and Adaptive Skills | **STEP 1.  Diagnosis of Mental Retardation** *Determines Eligibility for Supports* Mental retardation is diagnosed if : 1. The individual's intellectual functioning is approximately 70 to 75 or below. 2. There are significant disabilities in two or more adaptive skill areas. 3. The age of onset is below 18. |
| Dimension II: Psychological/ Emotional Considerations Dimension III: Physical /Health/ Etiology Considerations Dimension IV: Environmental Considerations | **STEP 2.  Classification and Description** *Identifies Strengths & Weaknesses and the Need for Supports* 1. Describe the individual's strengths and weaknesses in reference to psychological/emotional considerations. 2. Describe the individual's overall physical health and indicate the condition's etiology. 3. Describe the individual's current environmental placement and the optimal environment that would facilitate his/her continued growth and development. |
| | **STEP 3.  Profile and Intensities of Needed Supports** *Identifies Needed Supports* Identify the kind and intensities of supports needed for each of the four dimensions. 1. Dimension I: Intellectual Functioning and Adaptive Skills 2. Dimension II: Psychological/Emotional Considerations 3. Dimension III: Physical Health/Etiology Considerations 4. Dimension IV: Environmental Considerations |

The 1992 AAMR Definition, Classification, and Systems of Supports represents a significant departure from the previous system in that: (a) a single diagnostic code of mental retardation is used if the person meets the three criteria of age of onset, significantly subaverage abilities in intellectual functioning, and limitations in two or more adaptive skill areas; (b) the person's strengths and weaknesses are described in

24

USCA4 Appeal: 21-2    Doc: 5-36    Filed: 01/08/2021    Pg: 30 of 54

fying.
: three

: Supports

pproxi-

nore

the.

aknesses in
siderations.

End

ntal place-
ould
velopment.

ports

ded for

laptive Skills
nsiderations
onsiderations
ions

ts a
ode
iset,
wo or
bed in

reference to psychological. physical. and environmental dimensions; and (c) a profile is developed of needed supports across the four dimensions of intellectual functioning and adaptive skills (Dimension I), psychological and emotional considerations (Dimension II), physical/health/etiology considerations (Dimension III), and environmental considerations (Dimension IV). *The intent of this three-step process is to broaden the conceptualization of mental retardation, to avoid reliance on IQ scores to assign a level of disability, and to relate the person's needs to the intensities of supports necessary to enhance the person's independence/interdependence. productivity, and community integration.*

## STEP 1: DIAGNOSIS OF MENTAL RETARDATION

A valid diagnosis of mental retardation is based on three criteria reflecting intellectual functioning level, adaptive skill level, and chronological age at onset.

1. *Intellectual functioning level.* This part of the classification system does not change significantly from the 1983 system (Grossman, 1983). For functioning, the principal measure is the intelligence quotient (IQ) as derived from a standardized intelligence test. If a standardized measure of intelligence is available that is appropriate for the individual's cultural, linguistic, and social background, this determination is made on the basis of an IQ of approximately 70 to 75 or below. If appropriate standardization measures are not available (as, for example, in some developing countries or when persons from other countries are observed in cultural settings different from their home countries), this determination should reflect a level of performance that is lower than that observed in approximately 97 percent of persons of comparable backgrounds.

As discussed more fully in chapter 4, the assessment of intellectual functioning must involve use of a reliable, valid, and standardized individual intelligence test and be conducted by a competent, well-trained person, under favorable circumstances, and on an individual basis. *Under no circumstances should a group test of intelligence be the sole determinant of IQ for a diagnosis of retardation.*

2. *Adaptive skill level.* The second criterion is that the subaverage intellectual functioning is accompanied by related limitations in adaptive behavior. Because the application of the definition stresses that specific adaptive limitations often coexist with strengths in other adaptive skill areas, the existence of limitations in adaptive skills must be documented within the context of community environments typical of the individual's age peers and indexed to the person's individualized needs for support. In addition, a valid determination of a person's adaptive skill level requires the user of an adaptive skill assessment to evaluate the person's adaptive skill profile on an appropriately normed and standardized instrument. Such a profile reflects the person's strengths and weaknesses across representative adaptive skill areas.

3. *Age of onset.* The third criterion requires the documentation that the condition of mental retardation manifests prior to age 18, which is defined operationally as the period of time between conception and the 18th birthday. The rationale for using age 18 was discussed more fully in chapter 2.

Figure 3.2 illustrates the format to be followed in completing Step 1.

CHAPTER 3

## STEP 2: CLASSIFICATION AND DESCRIPTION

Once the person has been diagnosed (Step 1), then it is necessary in Step 2 to describe the person's strengths and weaknesses across the four dimensions. A format that facilitates this process is presented in Figure 3.3.

## STEP 3: PROFILE AND INTENSITIES OF NEEDED SUPPORTS

As a general rule, the person's level of needed habilitation and supports parallels the individual's limitations. Thus, Step 3 requires the interdisciplinary team to determine the general intensities of needed supports across the four dimensions (intellectual functioning and adaptive skills, psychological/emotional considerations, physical/ health/etiology considerations, and environmental considerations). The four possible intensities of needed supports are defined in Table 3.1.

TABLE 3.1  Definition and Examples of Intensities of Supports

| |
|---|
| **Intermittent**<br>Supports on an "as needed basis." Characterized by episodic nature, person not always needing the support(s), or short-term supports needed during life-span transitions (e.g., job loss or an acute medical crisis). Intermittent supports may be high or low intensity when provided. |
| **Limited**<br>An intensity of supports characterized by consistency over time, time-limited but not of an intermittent nature, may require fewer staff members and less cost than more intense levels of support (e.g., time-limited employment training or transitional supports during the school to adult provided period). |
| **Extensive**<br>Supports characterized by regular involvement (e.g., daily) in at least some environments (such as work or home) and not time-limited (e.g., long-term support and long-term home living support). |
| **Pervasive**<br>Supports characterized by their constancy, high intensity; provided across environments; potential life-sustaining nature. Pervasive supports typically involve more staff members and intrusiveness than do extensive or time-limited supports. |

Identifying the profile and intensities of the person's needed supports requires an awareness of environmental demands and potential systems of supports (Baumeister, 1987). For example, many limitations can be overcome by using systems of supports that include people, prosthetics, and/or environmental accommodation (see chapter 9). In a similar manner, by relating a person's functional limitations to the intensities of needed supports, education and habilitation personnel can use behavioral descriptors associated with the respective skill areas as objectives in the development and implementation of the person's individual plan. A format for summarizing the needed supports and their intensities for each dimension is presented in Figure 3.4.

FIGURE 3.2  Step 1: Diagnosis of Mental Retardation

## AAMR Diagnosis, Classification, and Systems of Supports

# STEP 1. DIAGNOSIS OF MENTAL RETARDATION

Name_____ Date_____ DOB_____

Team Members _____    _____

_____    _____

1. IQ_____ Test Administered_____ Date_____

2. Related limitations in two or more adaptive skill areas
   ☐ Yes  ☐ No

Adaptive Evaluations_____Date_____; _____ Date_____

### SIGNIFICANT LIMITATION

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Communication | ☐ | ☐ | Self-direction | ☐ | ☐ |
| Self-care | ☐ | ☐ | Health & safety | ☐ | ☐ |
| Home living | ☐ | ☐ | Functional academics | ☐ | ☐ |
| Social skills | ☐ | ☐ | Leisure | ☐ | ☐ |
| Community use | ☐ | ☐ | Work | ☐ | ☐ |

3. Age of onset_____

4. Diagnosis_____

**Diagnosis of mental retardation if:**
- The person's intellectual functioning level is approximately 70 to 75 or below,
- There are related limitations in two or more applicable adaptive skill areas, and
- The age of onset is 18 or below.

**Guidelines Intellectual Assessment**
1. The determination of subaverage intellectual functioning requires the use of global measures that include different types of items and different factors of intelligence. The instruments more commonly used include The Stanford-Binet Intelligence Scale, one of the Wechsler scales (WISC-III, WAIS-R), or the Kaufman Assessment Battery for Children.
2. If a valid IQ is not possible, significantly subaverage intellectual capabilities means a level of performance that is less than that observed in the vast majority (approximately 97 percent) of persons of comparable background.
3. In order to be valid, the assessment of cognitive performance must be free from errors caused by motor, sensory, emotional, or cultural factors.

**Guidelines Adaptive Behavior**
1. Adaptive skill assessment instruments should be used that are normed within the community environments on individuals who are the same age grouping as the individual being evaluated.
2. Validity can be increased through techniques such as reviewing case histories, interviewing key people in the individual's life, observing the individual in his/her environment, interviewing the individual directly, or interacting with him/her in their daily routine.

CHAPTER 3

FIGURE 3.3   Step 2: Classification and Description

# STEP 2. CLASSIFICATION & DESCRIPTION

Name_____  Date_____

### Dimension I: Intellectual Functioning & Adaptive Skills

Describe the individual's strengths and weaknesses in intellectual functioning and adaptive behavior based on testing or observation. Indicate source.

- **Communication**

| Strengths |
|---|
| Source |

| Weaknesses |
|---|
| Source |

- **Self-Care**

| Strengths |
|---|
| Source |

| Weaknesses |
|---|
| Source |

- **Home Living**

| Strengths |
|---|
| Source |

| Weaknesses |
|---|
| Source |

28

FIGURE 3.3 (continued)



- **Social Skills**

  | Strengths | |
  |---|---|
  | | Source |

  | Weaknesses | |
  |---|---|
  | | Source |

- **Community Use**

  | Strengths | |
  |---|---|
  | | Source |

  | Weaknesses | |
  |---|---|
  | | Source |

- **Self-Direction**

  | Strengths | |
  |---|---|
  | | Source |

  | Weaknesses | |
  |---|---|
  | | Source |

- **Health & Safety**

  | Strengths | |
  |---|---|
  | | Source |

  | Weaknesses | |
  |---|---|
  | | Source |

- **Functional Academics**

  | Strengths | |
  |---|---|
  | | Source |

  | Weaknesses | |
  |---|---|
  | | Source |

CHAPTER 3

FIGURE 3.3 · (continued)

- **Leisure**

| Strengths | |
|---|---|
| | Source |
| Weaknesses | |
| | Source |

- **Work**

| Strengths | |
|---|---|
| | Source |
| Weaknesses | |
| | Source |

## Dimension II: Psychological/Emotional Considerations

Describe the individual's strengths and weaknesses using behavioral observations, clinical assessments, or formal diagnosis (e.g., DSM-III-R). Indicate source.

| Strengths | |
|---|---|
| | Source |
| Weaknesses | |
| | Source |

## Dimension III: Physical/Health/Etiology Considerations

List health related diagnosis, primary etiology, and contributing factors based on behavioral observation, clinical assessment, or formal diagnosis (e.g., ICD 9).

Health related diagnosis _____

_____

_____

Primary etiology _____

Contributing factors _____

_____

_____

30

FIGURE 3.4   Step 3: Profile and Intensities of Needed Supports

# STEP 3. PROFILE & INTENSITIES OF NEEDED SUPPORTS

Name_____ Date_____

List the support function. the specific activity. and the level of intensities needed in each of the areas and/or dimensions.

**Levels of intensity are: I - Intermittent; L- Limited; E- Extensive; P- Pervasive**

## Dimension I: Intellectual Functioning & Adaptive Skills

| Dimension/Area | Support Function | Activity | Level of Intensity<br>I L E P |
|---|---|---|---|
| Communication | | | |
| Self-Care | | | |
| Social Skills | | | |
| Home Living | | | |
| Community Use | | | |
| Self-Direction | | | |
| Health & Safety | | | |

31

CHAPTER 3

FIGURE 3.4  (continued)

## Dimension I: Intellectual Functioning & Adaptive Skills *(continued)*

| Dimension/Area | Support Function | Activity | Level<br>I L E P |
|---|---|---|---|
| Functional Academics | | | |
| Leisure | | | |
| Work | | | |

## Dimension II: Psychological/Emotional Considerations

| Dimension/Area | Support Function | Activity | Level<br>I L E P |
|---|---|---|---|
| | | | |

## Dimension III: Physical/Health Considerations

| Dimension/Area | Support Function | Activity | Level<br>I L E P |
|---|---|---|---|
| | | | |

## Dimension IV: Environmental Considerations

| Dimension/Area | Support Function | Activity | Level<br>I L E P |
|---|---|---|---|
| | | | |

FIGURE 3.4   (continued)

### Dimension IV: Environmental Considerations

Describe the extent to which the individual's living, work and educational environments facilitate or restrict opportunities for community integration, social supports (family and friends), and material well-being (income, housing, possessions).

- **Living Situations**

| Strengths |
|---|
| Source |
| Weaknesses |
| Source |

- **Work**

| Strengths |
|---|
| Source |
| Weaknesses |
| Source |

- **Educational**

| Strengths |
|---|
| Source |
| Weaknesses |
| Source |

### Optimal Environment

Describe the optimal environment that would facilitate the individual's independence/interdependence, productivity, and community integration.

## IMPLICATIONS OF THE CLASSIFICATION SYSTEM

The Definition, Classification, and Systems of Supports just described contains a number of concepts that, when implemented, will have significant implications for the current mental retardation service delivery system. The primary implication relates to the elements of mental retardation and the intensities of needed supports. First, the use of a single diagnostic code of mental retardation removes the previous, largely IQ-based labels of mild, moderate, severe, and profound. The person either is diagnosed as having or not having mental retardation based upon meeting the three criteria of age of onset and significantly subaverage abilities in intellectual functioning and two or more adaptive skill areas.

The concept of needed supports reflects the contemporary perspective regarding the expectation for growth and potential of people; focus on personal choice, opportunity, and autonomy; and the need for people to be both in and of the community. This step applies the zero reject model in which all persons are given the supports necessary to enhance their independence/interdependence, productivity, and community integration.

The system also reflects the reality that many persons with mental retardation do not have limitations in all adaptive skill areas and, therefore, do not need supports in those unaffected areas. This part of the system also changes the focus of service delivery from a maintenance orientation to one that stresses personal growth and development. In this regard, there are important similarities between the new classification system and the current definition of developmental disabilities found in the Developmental Disabilities Act Amendments of 1984. First is the emphasis in both systems on multiple areas of functional limitations and the need for an extended array of long-term services from a multiplicity of service providers, not on a specific category (such as mental retardation). Second, the determination of functional limitations for a particular person is a clinical determination and does not depend simply on the person's label. Third, both approaches attempt to link planning, service provision, and eligibility determination to the person's capability level, not to a categorical label.

A final implication of the new system relates to terminology. As discussed previously, terms such as *mildly, moderately, severely*, or *profoundly retarded* will no longer be used. Thus, a diagnosis might well be "a person with mental retardation who needs limited supports in communication and social skills." Another sample diagnosis might be "a person with mental retardation with extensive supports needed in the areas of social skills and self-direction." Such descriptions are more functional, relevant, and oriented to service delivery and outcomes than the labeling system currently in use.

In summary, the purpose of the three-step approach to Definition, Classification, and Systems of Supports described in this chapter is to provide a detailed description of the individual and his or her needed supports. This permits recognition of all separate areas of need that may require intervention while recognizing their interdependence. It also facilitates the design of treatment approaches or service delivery plans that take into account all aspects of the person's functioning. From the viewpoint of the individual, it permits a more accurate description of change over time, including individual responses to personal growth, environmental changes, educational activities, and therapeutic intervention. Finally, it focuses on the potential of one's environment to provide the services and supports that will enhance the person's opportunities for personal life satisfaction.

34



CHAPTER 3



# CHAPTER 4

## DIMENSION I: INTELLECTUAL FUNCTIONING AND ADAPTIVE SKILLS

Our purpose in this chapter is to describe assessment practices relevant to Dimension I of the Definition, Classification, and Systems of Supports for mental retardation. Assessment practices in this dimension focus on intellectual functioning and adaptive skills. Limitations in adaptive skills may often be associated with living environments or lack of social supports. The individual need not have difficulty in all of the listed areas, but at least two limitations in adaptive skills must exist. Indeed, some of these adaptive skills may constitute relative or absolute strengths for an individual identified as having mental retardation. Subsequent chapters address assessment issues within the dimensions of psychological/emotional considerations (Dimension II), physical/health/etiology considerations (Dimension III), and environmental considerations (Dimension IV).

The initial purpose of assessment is to ascertain a representative level of functioning relative to the general population on the dimensions of intellectual functioning and adaptive skills in order to determine initial or continuing eligibility for school or community services. When adaptive skills are more precisely assessed, these results also can contribute to the identification of programming goals and objectives and to specific program development. In the discussion that follows, primary attention is given to conceptualizations, measurement criteria, and available measures and assessment issues relevant to the measurement of intellectual functioning and adaptive skills.

## INTELLECTUAL FUNCTIONING

The first dimension within the concept of mental retardation requires the existence of significantly subaverage intellectual functioning. Assessment data should be reported by an examiner(s) experienced with people who have mental retardation and qualified in terms of professional and state regulations as well as publisher's guidelines to conduct a thorough, valid psychological examination of the individual's conceptual intelligence. In some instances, this may require an interdisciplinary evaluation. Assuming that appropriate standardized measures are available for the individual's social, linguistic, and cultural background, and that proper adaptations may be made for any motor or sensory limitation, the conceptual intelligence criterion of performance should be approximately two or more standard deviations below the mean. This criterion assumes a standard score of approximately 70 to 75 or below on scales with a mean of 100 and standard deviation of 15. Although reliance on an IQ standard score presents a series of concerns (discussed later), it is currently the only way to address the intellectual aspect of mental retardation in a normative way. If appropriate standardized measures of conceptual intelligence are not available (as, for example, in some developing countries, or when persons are observed in cultural settings different from their home countries), the general guideline for consideration of intellectual functioning performance as

CHAPTER 4

determined by clinical judgment is that it must be below the level attained by approximately 97 percent of persons of comparable age and cultural backgrounds. As further research in this area is reported, a greater degree of precision may be able to be applied to this area of concern.

This manual reaffirms the practice advocated in the 1983 AAMR manual of a ceiling of approximately 70 to 75. This range acknowledges the importance of potential measurement error in the assessment instrument being used. It further affirms the importance of professional judgment in individual cases. It also represents concurrence with the need to move away from the rigid use of standard deviations in determining a ceiling for mental retardation (Kidd, 1984; Polloway, 1985) because such standards imply a degree of precision in measurement and construct that is not warranted. Although an IQ range of approximately 70 to 75 or below remains somewhat arbitrary, it nevertheless has practical benefits, among which are its general familiarity and acceptance by professionals (Zigler, Balla, and Hodapp, 1984) and its consistency with laws and regulations both within and outside the United States (e.g., Frankenberger and Harper, 1988).

The determination that an individual's intellectual functioning is significantly below the mean fulfills the first requirement for being diagnosed as having mental retardation. This criterion, consistent with the most recent manual (Grossman, 1983), is retained within the current definition and classification procedure to reaffirm the importance of the intellectual component of mental retardation. Conceptual intelligence usually is measured with standardized, psychological tests administered by appropriately trained professionals. The American Psychological Association, American Educational Research Association, and other major societies have published standards that require test publishers to specify the qualifications a person must have in order to administer any given test of intelligence.

The results of intelligence tests provide only one part of an overall assessment of intelligence. Further evaluation and professional judgment are necessary to determine when an IQ standard score is, or is not, valid for a given individual. The individual's intellectual functioning in everyday settings and roles must be consistent with the performance on the standardized measures. Test scores without confirmation from an individual's functioning in the context of age, setting, and environment can generally not be accepted as sufficient for the diagnosis of significant subaverage intellectual functioning.

## THE NATURE OF IQ

Individual intelligence tests yield a standard score that can be used as a working measure suggesting a range of conceptual intelligence. As adapted from Grossman (1983, p. 31), salient aspects of an IQ (as derived from instruments with a standard deviation of 15) are summarized as follows:

1. An IQ of 100 is the mean, median, and mode of appropriately selected normative groups. Hence, a person receiving a standard score of 100 is considered to have an average level of cognitive functioning.

2. About one half of scores are between 90 and 110. This is often said to indicate the range of "average" intelligence.

36



3. About two thirds of the scores are between one standard deviation below the mean of 100 and one standard deviation above the mean. Hence, assuming the standard deviation of 15 points common to many instruments, two thirds of IQs would be expected to lie between 85 and 115, one sixth below 85, and one sixth above 115. These percentages illustrate the concept of the normal distribution of intelligence.

4. About 2.3 percent of IQs would be expected to lie below 70 and a like percent above 130. Thus, to delimit the diagnosis of mental retardation to people with IQs of approximately ⁻0 to ⁻5 or below is to suggest that hypothetically about 3 to 5 percent of the tested population may have significantly subaverage general intellectual functioning. However, as the definition clearly states, and as discussion later in this chapter explains, low IQ standard scores alone are not sufficient for diagnosis.

The determination of subaverage intellectual functioning requires the use of global measures that include different types of items and different factors of intelligence (Reschly, 1987). The instruments most commonly used for the assessment of intellectual functioning are the Stanford-Binet Intelligence Scale (Thorndike, Hagen, and Sattler, 1986), one of the Wechsler scales (e.g., the Wechsler Intelligence Scale for Children-III [Wechsler, 1991]; Wechsler Adult Intelligence Scale-Revised [Wechsler, 1981]; Wechsler Preschool and Primary Scale of Intelligence [Wechsler, 1967]), and the Kaufman Assessment Battery for Children (K-ABC, Kaufman and Kaufman, 1983).

## SPECIAL CONSIDERATIONS IN ASSESSMENT OF INTELLECTUAL FUNCTIONING

The assessment of intellectual functioning through the primary reliance on intelligence tests is fraught with the potential for misuse if consideration is not given to possible errors in measurement. An obtained IQ standard score must always be considered in terms of the accuracy of its measurement. Because all measurement, and particularly psychological measurement, has some potential for error, obtained scores may actually represent a range of several points. This variation around a hypothetical "true score" may be hypothesized to be due to relatively small variations in test performance, examiner's behavior, or other undetermined factors. Variance in scores may or may not represent changes in the individual's actual or true level of functioning. Errors of measurement as well as true changes in performance outcome must be considered in the interpretations of test results. This process is facilitated by considering the concept of standard error of measurement, which has been estimated to be three to five points for well-standardized measures of general intellectual functioning. This means that if an individual is retested with the same instrument, the second obtained score would be within one standard error of measurement (i.e., +3 to 5 IQ points) of the first estimates about two thirds of the time. Thus, an IQ standard score is best seen as bounded by a range that would approximate 3 to 5 points above and below the obtained score. This range can best be considered as a "zone of uncertainty" (Reschly, 1987). Therefore, an IQ of 70 is most accurately understood not as a precise score, but as a range of confidence with parameters of at least one standard error, that is, scores of about 66 to 74 (2/3 probability) or parameters of two standard errors, that is, scores of 62 to 78 (95/100 probability) (Grossman, 1983). This is a critical consideration that must be part of any decision concerning a diagnosis of mental retardation.

Another important source of possible variation lies in test content differences across different scales and between different age levels on the same scale. For example, scores determined on verbal tests, such as from the Wechsler Verbal scale, frequently differ from those obtained on nonverbal tests (e.g., the Wechsler Performance scale). Variations also may be attributed to differences in the standardization samples, to changes between different editions of the same scale, to shifts to an alternative scale as an individual's chronological age increases, and to variances in the person's abilities or performance. Finally, variances in scores between successive revisions of intelligence measures have also been noted (Evans, 1991).

Intertest differences tend to result in greater variance in measured intelligence than those attributed to measurement error associated with the use of a single scale. As with error of measurement, these variations must be carefully considered by individuals with appropriate training in order to avoid overreliance on any specific obtained score (Grossman, 1983).

## ADAPTIVE SKILLS

The second consideration within the definition of mental retardation is the existence of limitations in adaptive skills. Limitations must occur in two or more applicable adaptive skills areas: communication, self-care, home living, social skills, community use, self-direction, health and safety, functional academics, leisure, and work. The general dimensions of adaptive skills correspond reasonably well to the two basic concepts that have emerged from research on adaptive behavior: personal independence and social responsibility (Bruininks and McGrew, 1987; Bruininks, Thurlow, and Gilman, 1987; McGrew and Bruininks, 1989). The requirement of two or more adaptive skill limitations reflects the fact that impact on functioning must be sufficiently apparent to show a generalized disability. In addition, the inclusion of two areas reduces the probability of diagnostic error that could occur from the minimal requirement of only one disability, a finding that might be common to a large number of individuals.

The concept of adaptive skills is a continuation of the traditional historical attention given to social competence in the diagnosis of mental retardation, a precursor to the term *adaptive behavior*. Adaptive skills is an outgrowth of the concept of adaptive behavior, which was first formally included in the 1959 definition (Heber, 1959) and was defined in Grossman (1983) as follows:

> Adaptive behavior refers to the quality of everyday performance in coping with environmental demands. The quality of general adaptation is mediated by level of intelligence; thus, the two concepts overlap in meaning. It is evident, however, from consideration of the definition of adaptive behavior, with its stress on everyday coping, that adaptive behavior refers to what people do to take care of themselves and to relate to others in daily living rather than the abstract potential implied by intelligence. (p. 42)

The focus on the term *adaptive skills* is not intended as a refutation of the term *adaptive behavior*. Rather, it represents a change due in part to the concern surrounding the conceptual nature of adaptive behavior and the ensuing issues related to measurement. One can argue that adaptive behavior has become conceptually allied to the content of commercial adaptive behavior scales. Thus, for example, if a scale measures

38



only out-of-school domains, the concept of adaptive behavior becomes focused only on this environment to the exclusion of in-school factors, thus creating a noncomprehensive view of adaptive skills (Reschly, 1990).

The concept of adaptive skills implies an array of competencies and, thus, provides a firmer foundation in several of the definition's key statements; that is, adaptive skill limitations often coexist with strengths in other adaptive skills or other areas of personal competence, and the existence of these limitations and strengths in adaptive skills must be both documented within the context of community environments typical of the individual's age peers and tied to the person's individualized needs for support. It further emphasizes that if an individual does not have adaptive skill limitations, then the diagnosis of mental retardation is not applicable.

Finally, it is important to consider Evans' (1991) description of adaptive behavior as reflecting both the ability to fit into a given niche as well as "the ability to change one's behavior to suit the demands of a situation" (p. 34). Thus, adaptive skills in an institutional setting are not suited to a normalized community setting and vice versa. An implication of these views is that the conceptualization and measurement of "maladaptive" behavior skills as being synonymous with specific acts judged as being in excess and significantly undesirable or inappropriate should be questioned (Evans, 1991). Recent research on the function of behavior problems in persons with severe disabilities (Durand and Crimmins, 1988; Durand and Kishi, 1987) demonstrates that such behavior may be an adaptation judged by others to be undesirable but often representing a response to environmental conditions and, in some cases, a lack of alternative communication skills. For this reason, the concept of maladaptive behavior is not included in Dimension I of the classification scheme and, rather, is subsumed within Dimension II.

In spite of the fact that previous definitions have indicated that intelligence and adaptive behavior should have equal weight in diagnosis, in practice IQ has typically dominated and, thus, has been overemphasized both in terms of professional decision-making and classification (e.g., Furlong and LeDrew, 1985; Harrison, 1987; Reschly and Ward, 1991) and research (e.g., Hawkins and Cooper, 1990; J. Smith and Polloway, 1978). The increased attention to adaptive skills in the current scheme is an attempt to encourage a balanced consideration of IQ and adaptive skill measures. It should also stimulate the further development and refinement of measures that have programmatic value.

The specific adaptive skill areas identified in the definition provide further clarification for the concept of adaptive behavior as discussed in the 1983 manual, where adaptive behavior was placed in the context of the developmental periods of infancy and early childhood, childhood and early adolescence, late adolescence, and adulthood. A continuing theme is the importance of the developmental relevance of specific skills within these adaptive areas. Thus, attention to specific skill areas should be given only in instances where they are age-relevant because several of the areas (e.g., work) focus on adolescence and adulthood. Specific examples of the adaptive skill areas that follow are based in part on a descriptive system developed by Ford and colleagues (Ford et al., 1989). Their use in diagnosis is discussed later in this chapter.

CHAPTER 4

1. *Communication*: Skills include the ability to comprehend and express information through symbolic behaviors (e.g., spoken word, written word/orthography, graphic symbols, sign language, manually coded English) or nonsymbolic behaviors (e.g., facial expression, body movement, touch, gesture). Specific examples include the ability to comprehend and/or receive a request, an emotion, a greeting, a comment, a protest, or rejection. Higher level skills of communication (e.g., writing a letter) would also relate to functional academics.

2. *Self-Care*: skills involved in toileting, eating, dressing, hygiene, and grooming.

3. *Home-Living*: skills related to functioning within a home, which include clothing care, housekeeping, property maintenance, food preparation and cooking, planning and budgeting for shopping, home safety, and daily scheduling. Related skills include orientation and behavior in the home and nearby neighborhood, communication of choices and needs, social interaction, and application of functional academics in the home.

4. *Social*: skills related to social exchanges with other individuals, including initiating, interacting, and terminating interaction with others; receiving and responding to pertinent situational cues; recognizing feelings; providing positive and negative feedback; regulating one's own behavior; being aware of peers and peer acceptance; gauging the amount and type of interaction with others; assisting others; forming and fostering of friendships and love; coping with demands from others; making choices; sharing; understanding honesty and fairness; controlling impulses; conforming conduct to laws; violating rules and laws; and displaying appropriate socio-sexual behavior.

5. *Community Use*: skills related to the appropriate use of community resources, including traveling in the community; grocery and general shopping at stores and markets; purchasing or obtaining services from other community businesses (e.g., gas stations, repair shops, doctor and dentist's offices); attending church or synagogue; using public transportation and public facilities, such as schools, libraries, parks and recreational areas, and streets and sidewalks; attending theaters; and visiting other cultural places and events. Related skills include behavior in the community, communication of choices and needs, social interaction, and the application of functional academics.

6. *Self-Direction*: skills related to making choices; learning and following a schedule; initiating activities appropriate to the setting, conditions, schedule, and personal interests; completing necessary or required tasks; seeking assistance when needed; resolving problems confronted in familiar and novel situations; and demonstrating appropriate assertiveness and self-advocacy skills.

7. *Health and Safety*: skills related to maintenance of one's health in terms of eating; illness identification, treatment, and prevention; basic first aid; sexuality; physical fitness; basic safety considerations (e.g., following rules and laws, using seat belts, crossing streets, interacting with strangers, seeking assistance); regular physical and dental check-ups; and personal habits. Related skills include protecting oneself from criminal behavior, using appropriate behavior in the community, communicating choices and needs, participating in social interactions, and applying functional academics.

8. *Functional Academics*: cognitive abilities and skills related to learning at school that also have direct application in one's life (e.g., writing; reading; using basic practical math concepts, basic science as it relates to awareness of the physical environment and one's health and sexuality; geography; and social studies). It is important to note that the focus of this skill area is not on grade-level academic achievement but, rather, on the acquisition of academic skills that are functional in terms of independent living.

9. *Leisure*: the development of a variety of leisure and recreational interests (i.e., self-entertainment and interactional) that reflect personal preferences and choices and. if the activity will be conducted in public, age and cultural norms. Skills include choosing and self-initiating interests. using and enjoying home and community leisure and recreational activities alone and with others, playing socially with others, taking turns, terminating or refusing leisure or recreational activities, extending one's duration of participation, and expanding one's repertoire of interests, awareness, and skills. Related skills include behaving appropriately in the leisure and recreation setting, communicating choices and needs, participating in social interaction, applying functional academics, and exhibiting mobility skills.

10. *Work*: skills related to holding a part or full-time job or jobs in the community in terms of specific job skills, appropriate social behavior, and related work skills (e.g., completion of tasks; awareness of schedules; ability to seek assistance, take criticism, and improve skills; money management, financial resources allocation, and the application of other functional academic skills; and skills related to going to and from work, preparation for work, management of oneself while at work, and interaction with coworkers).

## ASSESSMENT MEASURES

A variety of adaptive behavior scales were developed in the wake of the formal inclusion of adaptive behavior in earlier AAMR definitions of mental retardation. As a consequence, there is relatively close correspondence between the structure of many of the scales and the implicit meanings within those definitions (Kamphaus, 1987). Further, the wide availability of formal measures is also a logical phenomenon paralleling the attention given in the early to mid-1970s to the overrepresentation of minorities in special education programs and subsequent litigation and to the popular use of the concept of the "six hour retarded child."

The available scales differ significantly in their quality, standardization sample, and intended usage. Although some were normed only on individuals who were identified as having severe disabilities, others focused on individuals identified as having mild mental retardation. Some scales purport to measure general adaptive behavior and, thus, function primarily as a contribution to the diagnosis of mental retardation, whereas other scales offer the means to assess in depth an individual's competencies in a specific domain; thus, classification versus programming purposes can be noted. In addition, specific adaptive skill concerns, for example, in the domains of communication and social skills, are more appropriately assessed with instruments designed for those respective, specific domains rather than through reliance on general adaptive behavior scales. Consequently, not only must professionals select instruments that are technically adequate, they must also be cautious to select ones designed for the particular

population, the functional purpose, and the specific adaptive skills intended (Reschly, 1990). The potential user is encouraged to employ adaptive skill assessment instruments that are normed within community environments on individuals who are of the same age grouping as the individual being evaluated. Scales normed primarily on persons experiencing segregated school, work, and living settings may have validity limited to those contexts. Finally, the user should be aware that older tests often have established credibility because any unusual results have been subject to scrutiny and correction.

For many years, the Vineland Social Maturity Scale (Doll, 1953) served as the standard measure of adaptive behavior. However, a variety of tools are now available and in common use. These instruments include the AAMD Adaptive Behavior Scales (ABS) (Nihira, Foster, Shellhaas, and Leland, 1974), the School Edition of the ABS (Lambert and Windmiller, 1981), the revised Vineland Adaptive Behavior Scales (Sparrow, Balla, and Cichetti, 1984), the Scales of Independent Behavior (Bruininks, Woodcock, Weatherman, and Hill, 1984), and the Comprehensive Test of Adaptive Behavior (Adams, 1984). For a critique of these and other instruments, readers may wish to review Reschly (1987, 1990).

## USE OF ADAPTIVE SKILLS ASSESSMENT DATA

*Reporting of scores*. Despite increased emphasis on adaptive skills in the definition, there has been virtually no support for the use of a single global score or age equivalent index to operationalize adaptive skill limitations. Since the 1983 manual, little has changed to promote such a trend. Frankenberger and Harper (1988), for example, noted that only six states even make reference to an adaptive behavior cutoff score in their guidelines for the identification of mental retardation. There are a number of reasons why a global score and precise cutoff point would not be productive.

First, because many facets of a person's behavior are sampled in adaptive skills assessment, the reliance on a single score would result in the omission of a description of these behaviors in a daily life context. Second, because there is often within-subject variation in adaptive behavior, it is critical to report component scores in order for the assessment process to have meaning. Third, a profile of scores and/or skill descriptions has significance to the client and those responsible for designing appropriate interventions, including placement into programs and planning for services. Because single items or groups of items represent specific areas of proficiency, adaptive behavior skill profiles can be used to set priorities for training. Some scales have been specifically developed to establish intervention targets and to measure treatment outcomes (Grossman, 1983).

*Assessment procedures*. Few of the current measures of adaptive behavior allow assessment of the entire breadth and range of adaptive skill development found in persons with mental retardation. As Sattler (1988) stated, "no one instrument can measure all of the relevant domains of adaptive behavior" (p. 376). The further development of measures to assess both the broad range and specific areas of adaptive skills is clearly a priority in order for the current definition to be fully and properly operationalized in a manner that will enable the identification of needed supports and, thus, be beneficial to persons having mental retardation.

Additional improvements in adaptive skills measures should be focused on addressing ways to enhance the indirect or interview mode of assessment as well as to complement it with other measurement strategies. Most current assessment scales rely primarily on the recording of information obtained from a third person who is familiar with the individual being assessed. Thus, assessment typically takes the form of an interview process, with the respondent being a parent, teacher, or direct-service provider rather than reflecting direct observation of a client's adaptive behavior or from a client's self-report (Voelker et al., 1990).

Because raters are the key to obtaining valid data, it is important that they be carefully selected. Key criteria include the depth of their knowledge about the person to be evaluated (i.e., have known him or her for at least 3 months and have observed and interacted with him or her) and their willingness to cooperate on the task (i.e., they are not resentful toward their job or poorly motivated) (Reiss, 1988). Because the evaluations may be subject to the biases of the respondents, their credibility should be considered (Sattler, 1988). The use of at least two raters to score an individual on the same scale and derivation of an average of the results will increase the validity of the results because they will reflect the opinions of two persons (Reiss, 1988) and provide a check on the accuracy of an informant's responses (Keyes, 1990). In addition, supplementing interviews of service providers with direct observation can also enable more accurate assessment of an individual's adaptive skills.

Another area that warrants further attention is the use of self-reports of adaptive skills. Voelker et al. (1990) reported findings that although staff reports of maladaptive behavior always indicated more behavior problems than did self-reports elicited from the clients, adaptive behavior reports from both sources showed no significant differences. Attention to the role of self-reports highlights several concerns: (a) whether staff members exaggerate behavior problems because such behavior may complicate their jobs and (b) whether clients' behavior problems may simply be a means for communication (in settings where outlets may be limited or when clients lack alternate means to express themselves). Self-ratings nevertheless have certain disadvantages. Reiss (in press) reviewed the literature on self versus informant measures and concluded that the former had lower internal reliability, may be unduly affected by defensiveness on the part of a respondent who has mental retardation, and may have more utility for the way an individual responds versus the actual content of the response. Finally, as noted previously, bias in informant responses can be controlled in part via the averaging of ratings to yield a consensus judgment. Therefore, the primary value of self-ratings may be in providing additional data to further enhance an assessment profile.

## CRITICAL ISSUES IN ASSESSMENT

General issues in the assessment of intellectual functioning and adaptive skills derive in large part from those issues that relate to measurement in any other dimension. Therefore, general concerns for validity, reliability, and, more specifically, for stability of measures, generalization, and prediction, as well as appropriateness of use, are critical in assessment of mental retardation. Although some intelligence tests currently available have been used for years, longevity alone does not validate a test's results for a specific individual. Further, many of the available adaptive behavior scales fall short of appropriate

CHAPTER 4

standards for norming (Kamphaus, 1987) and clarity of the construct of adaptive behavior (Evans, 1991). The continuing role of test scores derived from standardized assessment is at least a partial basis for classifying individuals as having mental retardation should underscore the importance of selecting measures that do not violate these basic technical standards.

The assessment of intellectual functioning and adaptive skills should be done only by individuals who are qualified according to professional standards. including those developed by the publishers. professional associations (e.g., the American Psychological Association), and state credentialing regulations (e.g., certification. licensure). In addition. given the justified concern expressed by both consumers and professionals that tests may be inappropriately employed in diagnosis, educational placement, and habilitation planning, certain safeguards concerning assessment in general have been enacted into state and federal law. Although the following protections relate most specifically to the educational services, they also are applicable to assessment considerations in general.

1. Assessments should be initiated only for sufficient cause. For example, referrals for assessment should be evaluated to ensure that there is adequate cause for initiating the formal assessment process.

2. The parent or guardian of a school child must give consent to an assessment and has the right to participate in and appeal any determinations made and any placement and program decisions that follow. Under some circumstances, they may also request an external assessment.

3. Assessments are to be undertaken only by fully qualified, certified, or licensed professionals under laws and regulations that govern their specialties.

4. Assessment procedures must be adjusted to account for specific deficits in hearing, vision, health, or movement and modified to accommodate those whose background, culture, or language differs from the general population upon which specific tests were standardized. Assessments should be sensitive to the environmental background of the individual.

5. Those individuals conducting assessments will refer to appropriately trained specialists any person suspected of having hearing, health, or other problems that warrant special consideration in assessment.

6. Conclusions and recommendations should be made on the basis of all information, including that derived from interviews with people acquainted with the person (including the family) and from observations of the person's behavior. Diagnosis must be multifactorial and thus not be based upon a single determinant, such as IQ.

7. Periodic reassessments must be made to confirm or correct previous judgments and to consider changes in developmental pace that may necessitate programming changes. The schedule for such assessments will typically be determined by the nature of the services being provided.

8. Individuals may exercise their right to refuse assessment procedures and thus effectively remove themselves from the diagnostic process and/or from eligibility for services.

44

The subsections that follow address the use of assessment data, cultural and linguistic diversity, sensory and motor impairments, and the selection of instruments.

## APPROPRIATE USE OF ASSESSMENT RESULTS

The majority of the criticisms that have been leveled at intelligence tests and, to a lesser extent, adaptive behavior scales, ultimately concern appropriate use rather than instrument construction per se. It is, therefore, critical to recognize that data obtained from instruments measuring intellectual functioning or adaptive skills are intended as only one part of the overall evaluation process. Other data (as discussed later) combined with professional judgment within the context of team decision-making are necessary to determine whether the results obtained from the administration of a given measure are valid or invalid for a specific individual. Although instruments may demonstrate acceptable validity for groups, there is a possibility of substantial error in the assessment of the individual.

In order to complement the data obtained from a given measure, and thus evaluate its validity, a professional should take a number of steps. These may include:

- Arranging for subsequent administration of an instrument (e.g., an adaptive behavior rating scale) by another rater so that results can be averaged (Consensus evaluations of two or more persons tend to be more reliable than evaluations derived from only one individual [Reiss, 1988].)
- Reviewing case histories of the individual
- Interviewing key persons in the individual's life
- Observing the individual in his or her natural environment
- Interviewing the individual directly or interacting with him or her in a play or other social setting

The addition of other sources of data provides a basis for more informed professional judgment by providing a context within which to evaluate the validity of the obtained measures. This emphasis underscores the importance of clinical judgment in this process. This approach is the preferred option to the sole reliance on a single measure or test of intellectual functioning or adaptive skills and to a single evaluator or rater. It emphasizes the importance of convergent validity, that is, the consistency of information obtained from different sources and settings. The importance of such a focus is emphasized, for example, by the fact that specific adaptive skills are not sufficiently addressed by current scales. To illustrate, Gresham and Elliott (1987) noted that comprehensive social skills assessment would also require direct observations of behavior, sociometric tools, and role-plays or interviews.

The advent of judgment-based assessment signals a direction that is worthy of further attention. According to Neisworth and Bagnato (1988), judgment-based assessment involves organized clinical judgment that "collects, structures, and usually quantifies the impressions of professionals . . . about child/environment characteristics" (p. 36). DeLaurin (1990) stressed that professionals should work to enhance clinical judgment by operationalizing aspects of the process in order to overcome reliance on impressions not solely based on objective data, random review of data sources, conflicts in goals, biases of team members, or difficulties in working relationships. Further consideration of judgment-based assessment procedures has the potential to enhance the team decision-making process.

CHAPTER 4

## CULTURAL AND LINGUISTIC DIVERSITY ISSUES

Concerns related to the importance of cultural and linguistic variance in accurate assessment have received ample attention. This problem sometimes has been exacerbated by primary reliance on intelligence tests in diagnostic decision-making (Reschly and Ward, 1991). Rather, sensitivity to cultural and linguistic diversity clearly requires reliance on multifactorial assessment. When an individual referred for evaluation does not significantly differ from the cultural norm, evaluation is relatively straightforward. However, when his or her background reflects cultural or linguistic variances, alternate approaches should be considered. Sociocultural background as well as the individual's primary language should be considered in the selection and administration of assessment instruments and the interpretation of the results obtained from those assessment activities (Reschly, 1987). The increased emphasis on the importance of adaptive skills measures, as discussed in this manual, represents one way to reinforce the necessary trend toward increased sensitivity to cultural differences.

One approach to assessment in response to the issue of diversity is the System of Multicultural Pluralistic Assessment (SOMPA, Mercer and Lewis, 1977), briefly reviewed here for illustrative purposes only. With SOMPA, a traditional IQ is still determined, but an appropriate sociocultural normative group is also established for the individual. Thus, pluralistic norms are specifically derived by the identification of background characteristics thought to be related to intellectual performance, the determination of the relative weight of each characteristic in the prediction of performance, and the determination of a predicted score for an individual from his or her cultural background (i.e., estimated learning potential). If both IQ and estimated learning potential are low, there is no need for adjustments. However, if IQ is low while estimated learning potential (ELP) is above the cutoff for mental retardation, the SOMPA-recommended decision on the intellectual functioning dimension would be against classification. The ELP measure is then complemented by data from the Adaptive Behavior Inventory for Children (ABIC).

Such an approach offers an alternative to assessment, one that Greenspan (1990) referred to as an "ingenious strategy for protecting disadvantaged children from being victimized by the use of an IQ-only strategy for special education placement" (p. 5). It certainly focuses attention on the importance of cultural and linguistic diversity issues in assessment (Zucker and Polloway, 1987). Nevertheless, this approach may create various other problems, including the declassification of many students with mental retardation who would otherwise have been deemed eligible for services (e.g., Reschly, 1981). In addition, ELP is a nonvalidated measure suggesting that points not attained by the individual should be added to scores (Reschly, 1991). Finally, SOMPA shifts concern for bias solely toward assessment and away from the more significant issue of quality of services.

Although SOMPA may not solve the problem of equitably considering diversity concerns in assessment, it does highlight the critical issue that a diagnosis of mental retardation must take into account the sociocultural context of the individual. The key challenges are to describe important sociocultural differences and, subsequently, "to evaluate the individual's status in light of expectations and opportunities for the development of various competencies" (Reschly, 1991, p. 53). Assessments, therefore, must consider relevant ethnic or cultural standards.

46

## SENSORY, MOTOR, AND COMMUNICATIVE DISABILITY ISSUES

Individuals who exhibit specific sensory, motor, or communicative limitations present special difficulties for accurate assessment. As a consequence, the evaluation of intellectual functioning as well as adaptive skills for an individual who may have vision, hearing, or motor impairments (e.g., related to cerebral palsy) frequently becomes a complex process (Meacham, Kline, Stovall, and Sands, 1987). For example, the assessment of individuals with hearing impairments generally requires a nonverbal instrument, whereas the assessment of persons with visual impairments requires measures that do not include object manipulation or cards or pictures (Reschly, 1987). An individual with severe motor limitations may have quite limited voluntary responses and, thus, may need to respond via an eye scan or blink. Performance measures of intelligence are particularly susceptible to misuse for individuals who have motor disabilities (e.g., cerebral palsy). Some students may exhibit multiple disabilities, thus compounding the task for the assessment specialist. In addition, as Browder and Snell (1988) noted, some individuals may simply lack "test behaviors." As a consequence, they may refuse to stay seated for the duration of an assessment session or may exhibit a high rate of stereotyped or self-stimulatory behavior. Individuals who rely on nonverbal communication may have difficulty making the requisite responses indicated for a given test. Additional problems may include fatigue, low levels of frustration, motivation, noncompliance, comprehension of instructions, drowsiness due to medication, and test anxiety (Evans, 1991; Pollingue, 1987). Finally, and significantly, a general principle is that the test results should not be unduly affected by limitations in receptive or expressive language capabilities. Such limitations may cause the test to be a measure of the problem rather than a valid assessment of intellectual functioning or adaptive skills.

The problem areas briefly noted in the preceding discussion can obviously make traditional testing procedures not feasible and could result in discriminatory assessment (Browder and Snell, 1988; Duncan, Sbardellati, Maheady, and Sainato, 1981). It is, therefore, paramount that persons charged with assessing both intellectual functioning and adaptive skills take special measures to ensure a fair and accurate evaluation. Evaluators must be able to distinguish limitations in intellectual or adaptive areas from problems associated with sensory or physical difficulties. Such persons must be prepared in the use of specialized instruments and/or modifications in existing measures. The results of intelligence testing in particular should be interpreted cautiously (Pollingue, 1987).

Many of the most commonly used instruments for the evaluation of intellectual functioning and adaptive skills have been modified for use with special populations. Meacham et al. (1987) and Pollingue (1987) discussed such modifications and suggested appropriate uses of specific adaptive behavior instruments. Due to the unique challenges in assessment that persons with multiple disabilities may present to the examiner, the specialized tests may have lower predictive validity than do, for example, the WISC-III (Wechsler, 1991) and the Stanford-Binet. As a consequence, the need should be apparent for administration and interpretation by clinicians with special expertise. In addition, assessments in such situations particularly emphasize the importance of clinical judgment in lieu of the primary reliance on obtained test scores. With further efforts to develop both appropriate instruments and assessment procedures, assessment will come to reflect actual ability and skills rather than simply the sensory disability or communicative difficulty (Meacham et al., 1987).

CHAPTER 4

## SELECTION OF INSTRUMENTS

The purpose of this manual is neither to identify nor endorse specific instruments that should be used for the assessment of intellectual functioning and adaptive skills. Rather, the information included herein is intended to provide some guidance for the development of procedures consistent with the Definition, Classification, and Systems of Supports for mental retardation. The section thus concludes with recommendations for potential users concerning the selection of instruments appropriate for specific assessment purposes. The following are suggestions that test users can comply with in order to become better informed about a given instrument.

1. Read the manual.

2. Determine, based on the publisher's specifications and state and professional regulations, who is properly trained to administer the instrument (e.g., instruments that require direct interaction with the client require greater expertise than rating scales completed by others, such as teachers or parents).

3. Determine that the manual is clearly written to avoid the introduction of error through confusion.

4. Ascertain that the test is accompanied by data on reliability and validity.

5. Consult with colleagues who may have familiarity with the instrument.

6. Attend seminars delivered by the author or publisher focused on training in the administration of a test or scale.

7. Ensure the accuracy of the results (e.g., determine whether scoring software has been "error-trapped" to prevent the entering of impossible answers or to control for circumstances, such as missing data, that may yield error).

8. Register with the test publisher in order to be advised of modifications or corrections.

9. Search the literature for research on its usage particularly as related to validation of its use for the particular setting, population, and purpose in question.

10. Analyze reviews in manuals such as the Mental Measurements Yearbook (Conoley & Kramer, 1989) or Tests in Print (1989).

11. Try out the test before commitment to purchase and/or widespread usage.

12. Review all components of the instrument.

13. Ensure applicability of the instrument to the population with whom you intend to use it.

New instruments that can assist with the assessment of intellectual functioning and adaptive skills are frequently developed and published. Professionals are advised to remain current with the literature in the field in order to be aware of the availability of such new instruments. At the same time, there is benefit in exercising a healthy caution toward new tools that may lack documentation of their appropriateness for use with clients. They may use current trends and popular buzz words without demonstrating that they relate to these concepts. The key point is that new instruments

48

do not offer the advantage that established tools can; that is, exposure to careful professional scrutiny and the availability of a literature base on their validity. It is often through such scrutiny and related longevity that the credibility of a test (i.e., legal, educational, psychological) is developed.

## DIAGNOSIS: USE OF DIMENSION I ASSESSMENT DATA

A diagnosis of mental retardation requires that two assessment criteria (in addition to age of onset) be met. The first is significantly subaverage intellectual functioning. This criterion serves only to assist in the determination of whether an individual is to be classified as having mental retardation but by itself is insufficient for such a diagnosis.

The second criterion for diagnosing a person as having mental retardation is that the individual have limitations in two or more adaptive skills. This part of the diagnosis is more substantive and subjective and requires clinical judgment that takes into account environmental demands and potential support systems. For example, identified limitations in many educational, vocational, and community living skills may be irrelevant if appropriate supports or prosthetics are made available or if appropriate environmental accommodations are made.

The person's adaptive skill profile must be considered in making a diagnosis of mental retardation. The general rule is that if two or more adaptive skill limitations fall substantially below the average level of functioning (as determined either by formal comparison to a normative sample or through professional judgment), then the individual would meet this second criterion for a diagnosis of mental retardation. Specifically, adaptive skills assessment can confirm a judgment of mental retardation by justifying eligibility for an individual with an IQ of approximately 70 to 75 or below who exhibits substantial limitations that interfere with independent functioning. Adaptive skills assessment should also serve to question a diagnosis of mental retardation for an individual with an IQ approximately 70 to 75 or below who has demonstrated an adequate level of adaptive functioning. Measures of adaptive skills have been seen potentially as "check[s] against excessive reliance upon measures of intelligence" (Sargent, 1981, p. 3). With the current definition, the role of adaptive skills measures needs to make an even more significant contribution. In addition, these measures constitute the basis for decision-making with regard to area and level of adaptive skills and the needs for supports and programming. By shifting to greater reliance on adaptive skills in the diagnosis of mental retardation, embedded within an orientation toward observation and clinical judgment, all persons who have significant limitations associated with the defined concept of mental retardation could be assured of eligibility for services. As Greenspan (1990) concluded:

> The challenge . . . is to become more flexible and free in assigning the label to persons who have a true disability . . . while being careful not to discriminate against persons (whether disadvantaged or not) who do not have a true disability. The answer is to avoid becoming wedded to scores in single domains (such as IQ). (pp. 31-32)

49