# EXHIBIT 76

USCA4 Appeal: 21-2    Doc: 5-37    Filed: 01/08/2021    Pg: 2 of 13

# USER'S GUIDE

# INTELLECTUAL DISABILITY

Definition, Classification, and Systems of Supports

## 11TH EDITION



# User's Guide

## To Accompany the 11th Edition of Intellectual Disability: Definition, Classification, and Systems of Supports

Applications for Clinicians, Educators, Organizations
Providing Supports, Policymakers, Family Members
and Advocates, and Health Care Professionals

*Developed by the AAIDD User's Guide Work Group*

Robert L. Schalock, Ruth Luckasson, Val Bradley, Wil Buntinx, Yves Lachapelle,
Karrie A. Shogren, Martha E. Snell, James R. Thompson, Marc Tassé,
Miguel A. Verdugo-Alonso, and Michael L. Wehmeyer



**aaidd**
American Association
on Intellectual and
Developmental Disabilities

USCA4 Appeal: 21-2    Doc: 5-37    Filed: 01/08/2021    Pg: 4 of 13

© 2012 by American Association on Intellectual and Developmental Disabilities

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

# CONTENTS

Overview and Purpose of the User's Guide . . . . . . . . . . . . . . . vii

List of Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . viii

List of Figures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

Chapter 1    Overview of the 2010 AAIDD Definition,
Classification, and Systems of Supports . . . . . . . . . . . . . . . . . . 1

Chapter 2    Relevance of the 2010 AAIDD System to
Professionalism and Professional Responsibilities . . . . . . . . . . . 7

Chapter 3    Applications for Clinicians in the Diagnosis of
Intellectual Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Chapter 4    Applications for Educators . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Chapter 5    Applications for Organizations Providing Supports . . . . . . . . . 41

Chapter 6    Applications for Policymakers . . . . . . . . . . . . . . . . . . . . . . . . . 49

Chapter 7    Applications for Family Members and Advocates . . . . . . . . . . 59

Chapter 8    Applications for Health Care Professionals . . . . . . . . . . . . . . 63

Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

Subject Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

# OVERVIEW

## PURPOSE OF THE USER'S GUIDE

Professionals in the field of intellectual disability (ID) are responsible for making decisions and recommendations regarding the diagnosis, classification, and planning of individualized supports for persons with ID. These decisions need to be based on best practices in ID, professional standards, professional ethics, and clinical judgment. These four professional responsibility requirements are used to try to make excellent decisions or recommendations, and ultimately to help improve the welfare and personal well-being of people with ID. Essential to those efforts is a clear understanding of ID and best practices regarding the diagnosis, classification, and planning of individualized supports for persons with ID. The primary purpose of this *User's Guide* is to provide that clear understanding of ID and summarize best practices in the field. Its authors are a subgroup of the AAIDD 2010 Terminology and Classification Committee.

The American Association on Intellectual and Developmental Disabilities (AAIDD) has updated the definition of ID (formerly mental retardation) 11 times since 1908. Each update has reflected the then-current understanding of the phenomenon and practices related to its definition and diagnosis. In the past three decades, there have been significant changes in our understanding of ID and best practices regarding its diagnosis, classification, and amelioration through systems of supports. In that regard, the 1992 manual (Luckasson et al.) went from simply defining and classifying individuals to: moving the diagnostic process away from deficits identified solely on the basis of an intelligence test score, contextualizing diagnosis and classification within systems of individualized supports, and shifting from an emphasis on providing programs to people with ID to an emphasis on designing and delivering individualized supports. The 2002 manual (Luckasson et al.) extended the 1992 system by providing more explicit criteria for diagnosis and classification, and expanded on the use of clinical judgment in those processes. At the same time, the 2002 system retained an emphasis on assessment for multiple purposes, a functional orientation, and the supports paradigm.

The 2010 manual (Schalock et al.) continues to describe best practices related to a systematic approach to the diagnosis, classification, and provision of individualized supports to persons with ID. The approach is based on current knowledge regarding the etiology of ID and an ecological model of disability, recent developments in the assessment of intellectual functioning and adaptive behavior, and a multidimensional framework that is used to both explain the phenomenon of ID and as a basis for assessment, classification, and developing individualized systems of supports.

This edition of the *User's Guide* accompanies the 11th edition of the *AAIDD Manual: Intellectual Disability: Definition, Classification, and Systems of Supports*. The guide builds on the previous *User's Guide* that was used widely as a practical resource to accompany the 10th edition of the AAIDD manual. Through the guide's chapters, the reader will find:

- An overview of the 2010 AAIDD System as described more fully in the manual
- A discussion of the relevance of the 2010 AAIDD System to professionalism and professional responsibilities

© American Association on Intellectual and Developmental Disabilities          vii

- Best-practice procedures and guidelines regarding the diagnosis of ID
- Applications for clinicians, educators, organizations providing supports, policy-makers, family members and advocates, and health care professionals

In addition, at the end of each chapter readers will find Application Key Points that provide a quick overview and summary of the main ideas discussed in the respective chapter. A glossary is also provided at the end of the guide that defines important terms and concepts.

This edition of the *User's Guide* has been developed to assist professionals in the field of ID to understand and apply the 2010 AAIDD System. The intent is not to repeat the considerable conceptual and scientific details found in the 2010 manual. Rather, our primary purposes are to provide an overview of the key features of the 2010 system, tie the system to public policies and best practices affecting service delivery trends in the field, and show how one's use of the various components of the 2010 system can help one understand the dynamic nature of ID and thereby enhance the effectiveness and quality of policies, practices, and valued personal outcomes.

CHAPTER 3

## TABLE 3.1

### Characteristics of Persons with ID with Higher IQ Scores

- High rates of classroom segregation and slightly lower rates of leaving school compared to students without ID

- Lower socioeconomic status

- Low rate of employment and low career success

- Poorer nutrition and access to health care

- Most continue to live with parents or others

- Impaired social judgment that involves inadequate response systems, lessened interpersonal competence and decision making skills, difficulties in social problem solving and flexible thinking, and increased vulnerability and victimization

- Inadequate social responding and judgment as reflected in a tendency to deny or minimize their intellectual disability, a desire to please authority figures, gullibility when others mislead or harm them, and/or naiveté or suggestibility

- Difficulty in thinking and learning as reflected in difficulties in making sense of the world through consistent, reliable, socially mature levels of planning, problem solving, thinking abstractly, comprehending complex ideas, learning quickly, and learning from experience

## TABLE 3.2

### Significant Limitations in Adaptive Behavior: A Summary of the Research

| Adaptive Behavior Domain | Likely Significant Limitations |
| --- | --- |
| Conceptual Skills | Impaired, inconsistent, or immature quality of independent planning, problem solving, or thinking abstractly |
| | Limited ability to generate possible solutions and/or choose a good solution when confronted with a complex problem or situation |
| | Difficulty comprehending or using effectively complex ideas or symbols such as time and mathematical functions |
| | Difficulty effectively communicating complex thoughts or ideas |

14

TABLE 3.2 (*continued*)

| Adaptive Behavior Domain | Likely Significant Limitations |
|---|---|
| Conceptual Skills (*continued*) | Difficulty in self-direction as reflected in limited ability to independently arrange or plan future life activities such as advanced job training |
| | Difficulty anticipating cause and effect, understanding and planning for consequences, and using logic to understand the world |
| Social Skills | Impaired social judgment and learning from experiences, especially concerning interactions with other people |
| | Impaired ability to understand and follow rules and laws in complex situations |
| | Difficulties in working effectively with others toward group problem solving and decision making |
| | Inflexible and concrete thinking and acting during complex social problems |
| | Increased vulnerability and victimization, especially concerning who can be trusted, whom to follow, and what circumstances are safe |
| | Inadequate social responding, social judgment, and self-direction |
| | Tendency to deny or minimize the disability to their detriment |
| | Inappropriate desire to please authority figures based on limited understanding of situation |
| | Gullibility, naïveté, and suggestibility in interactions with others |

| Adaptive Behavior Domain | Likely Significant Limitations |
|---|---|
| Practical Skills | Limitations in activities of daily living such as arranging steady groceries and proper sleeping arrangements, meal planning, keeping appointments, and maintaining one's medication regime |
| | Limitations in occupational skills such as obtaining a steady job that covers expenses, meeting work competencies, getting along with coworkers and managers, handling job conflict appropriately, maintaining high quality work under pressure |

measures to assess intelligence, there are clearly some circumstances in which neither will be appropriate. This may be because the individual being assessed has cognitive deficits that fall below the floor of the test, has sensory or motor limitations that preclude certain forms of test presentation/response, or is influenced by a variety of cultural-, social-, ethnicity-, and language-based factors. When this is the case, it may be necessary to select among alternative instruments rather than rely on the more traditional intelligence tests.

*Broad-based assessment of adaptive behavior.* There are times when information obtained from a standardized adaptive behavior assessment instrument does not validly answer the diagnostic question because of lack of opportunity, lack of appropriate norms, significant limitations of the person, contradictory information, and/or cultural and linguistic factors. *In these situations, the clinician should interview multiple individuals using the following standard: the persons interviewed should know the individual well and have had the opportunity to directly observe the individual engaging in his or her typical behaviors across community contexts (e.g., home, community, school, and work).* The use of multiple respondents, consistent with this standard, will ensure greater reliability of the information obtained, and provide a broader coverage of adaptive behavior across settings.

As a broad-based assessment strategy, interviews based on the above standard should focus heavily on what the person actually does and how he or she interacts with the environment, with an emphasis on the individual's typical performance and not his or her best or assumed ability or maximum performance. As an assessment strategy, the following guidelines for adaptive behavior interviews should be used:

- Inquire about *what the person typically does*, rather than what the individual can do or could do.
- Use *multiple informants* who know the person well and have had the opportunity to directly observe the person engaging in his or her typical behaviors across contexts (e.g., home, community, school, and work).
- *Base observations on multiple occurrences* of the behavior and not a single event or experience.
- Weigh observations across multiple observers to reconcile different observations.
- Recognize that limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture.
- Distinguish between adaptive behavior and problem behavior(s). They are independent constructs and not opposite poles of a continuum. Information regarding problem behavior does not inform the clinician regarding the person's adaptive behavior.

## Strategy Four: Synthesize the Obtained Information

The synthesis of information requires critical thinking skills related to analysis, evaluation, interpretation, and inference—skills that are increasingly being recognized as the cognitive engine driving the processes of knowledge development and clinical judgment in a wide variety of professional fields. Synthesizing the obtained information as a prelude to making a diagnosis and formulating one or more recommendations is facilitated by using the 12 synthesis guidelines presented in Table 3.3.

## TABLE 3.3

### Guidelines for Synthesizing Obtained Information

1. Show clearly that the obtained information is aligned to the critical diagnostic question: "Does the person meet the three criteria necessary for a diagnosis of intellectual disability?"

2. Integrate information from multiple data sources (i.e. broad-based assessments and a thorough history). A valid diagnosis of ID is based on multiple data points that not only include giving equal weight to significant limitations in adaptive behavior and intellectual functioning, but also requires evaluating the pattern of test scores and factors that affect the standard error of measurement of the standardized assessment instruments used.

3. Be aware that some factors might artificially inflate test scores, thus inaccurately suggesting higher scores than the individual's true score. These misleading factors include anomalies in the structural features of the norming sample, gaps in the development of spacing of item difficulties or sub-tests of a comprehensive adaptive behavior measure, and pure error variance (Jacobson & Mulick, 2006).

4. Be aware of the potential 'false positive' (where the person is diagnosed as an individual with ID but in actuality is not) and 'false negative' (where the person's true ID is not diagnosed as such) (Greenspan, 2006). To overcome a potentially incorrect diagnosis, clinicians need to: (a) equally consider (that is, equate the relative importance of) adaptive behavior and intellectual functioning in making a diagnosis of ID; (b) factor in the standard error of measurement of the assessment instrument as well as other technical properties of the instrument used; and (c) incorporate information from multiple sources, including a thorough history.

5. When a series of scores differ while purporting to measure the same construct, thoroughly explore and analyze the possible reasons for differences in data. Possible reasons include poorly trained examiner(s), improper generalizations of test scores administered for other purposes, improper selection of tests, making mistakes in scoring, administration of the same test too close in time, using different editions of the same test and not using the most recent version, examiner bias, and so forth. For example, there is evidence that IQ score estimates obtained from the WAIS may not be precisely equivalent to those obtained from the Stanford Binet (Lukens & Hurrell, 1996; Nelson & Dacey, 1999, Silverman et al., (2010).

6. Consider possible effects of personal characteristics and environmental factors that can affect test results.

7. In the synthesis of school related factors, determine whether the assessment(s) included classroom functioning and academic performance.

8. In the synthesis of information related to the evaluation of social competence, the focus should be whether the person: (a) interprets accurately others' emotions and intentions

TABLE 3.3  (*continued*)

| |
|---|
| based on available cues; (b) generates appropriate social strategies in response to social problems, and (c) demonstrates knowledge and use of social skills such as anticipating the consequences of one's behavior or resolving particular social problems in a given social situation. |
| 9.  Recognize the impact of practice effects, which refer to gains in IQ scores that result from a person being retested on the same test. Practice effect gains occur even when the examinee has not been given any feedback on his performance regarding test items. In addition, practice effects do not reflect growth or other improvement on the skills being assessed (Kaufman, 1994). |
| 10.  Recognize that self-ratings have a high risk of error, since people with ID are more likely to attempt to look more competent and 'normal' than they actually are, as well as frequently exhibit an acquiescence bias. In addition, having ID is often a stigmatizing status that is tied closely to how a person is perceived by peers, family members, and others in the community; therefore, many people with ID and their families attempt to avoid the diagnosis and thus the stigma. |
| 11.  Do not use past criminal behavior or verbal behavior to infer level of adaptive behavior. The diagnosis of intellectual disability is based on meeting three criteria: significant limitations in intellectual functioning; significant limitations in adaptive behavior as expressed in conceptual, social, and practical adaptive skills; and age of onset prior to age 18. The diagnosis of ID is not based on the person's 'street smarts', behavior in jail or prison, or 'criminal adaptive functioning.' |
| 12.  Recognize that a number of reasons might explain the lack of an earlier, official diagnosis of ID including: (a) the individual was excluded from a full school experience; (b) the person's age precluded their access to specialized services such as special education programs; (c) the person was given no diagnosis or a different diagnosis for 'political purposes' such as protection from stigma or teasing, avoidance of assertions of discrimination, or because of the potential impact on benefits of a particular diagnosis; (d) the school's concern about over-representation for data reporting purposes of specific diagnostic groups within their student population; (e) parental concerns to avoid a label; (f) school-based political issues such as availability or non-availability of services and potential funding streams at that time; and (g) the lack of entry referral into the diagnostic-referral process due to cultural and linguistic differences or for other reasons. |

## RETROSPECTIVE DIAGNOSIS GUIDELINES

*The careful synthesis of information is required when a retrospective diagnosis is made.* Such a diagnosis should be based on multiple data points that not only give equal consideration to adaptive behavior and intelligence scores, but also reflect an evaluation of the pattern

tistical confidence (around the obtained score) in which the person's true score will fall 95% of the time. Thus, an obtained score on an adaptive behavior scale should be considered as an approximation that has either a 66% or 95% likelihood of accuracy, depending on the confidence interval used. There is no evidence suggesting that the population mean on standardized tests of adaptive behavior is increasing at a rate comparable to that observed on standardized tests of intelligence (i.e., Flynn effect). Because of the differences in test construction and administration between intellectual functioning and adaptive behavior, practice effect is not an issue with standardized adaptive behavior scales. One source of measurement error may be specific to measures of adaptive behavior and that is the concern that individuals may exaggerate their adaptive skills when asked to self-report their adaptive behavior. For this reason, numerous sources (e.g. Edgerton, 1967; Finlay & Lyons, 2002; Greenspan & Switzky, 2006; Schalock et al., 2010) have recommended against relying on self-reported measures of adaptive behavior when ruling-in or -out a diagnosis of ID.

*Cutoff score.*    A cutoff score is the score(s) that determines the boundaries of the "significant limitations in intellectual functioning and adaptive criteria" for a diagnosis of ID.

- For both criteria, the cutoff score is approximately 2 standard deviations (SD) below the mean of the respective instrument, considering the SEM (see *Confidence interval*) for the specific instrument used, and the strengths and limitations of the instrument.
- A fixed point cutoff for ID is not psychometrically justifiable. The diagnosis of ID is intended to reflect a clinical judgment rather than an actuarial determination.

*Flynn Effect.*    The *Flynn Effect* refers to the increase in IQ scores over time (i.e., about 0.30 points per year). The Flynn Effect effects any interpretation of IQ scores based on outdated norms. Both the 11th edition of the manual and this *User's Guide* recommend that in cases in which a test with aging norms is used as part of a diagnosis of ID, a corrected Full Scale IQ upward of 3 points per decade for age of the norms is warranted (Fletcher et al., 2010; Gresham & Reschly, 2011; Kaufman, 2010; Reynolds et al., 2010; Schalock et al., 2010). For example, if the Wechsler Adult Intelligence Scale (WAIS-III; 1997) was used to assess an individual's IQ in July, 2005, the population mean on the WAIS-III was set at 100 when it was originally normed in 1995 (published in 1997). However, on the basis of Flynn's data (2006), the population mean on the WAIS-III Full-Scale IQ corrected for the Flynn Effect would be 103 in 2005 (9 years $\times$ 0.30 = 2.7). Hence, using the significant limitations of approximately 2 SDs below the mean, the Full-Scale IQ cutoff would be approximately 73 and not approximately 70 (plus or minus the SEM).

*Practice effect.*    The practice effect refers to gains in IQ scores on tests of intelligence that result from a person being tested on the same instrument. The established clinical best practice is to avoid administering the same intelligence test within a year to the same individual because it will often lead to an overestimation of the examinee's true intelligence.

© American Association on Intellectual and Developmental Disabilities