# EXHIBIT 76(a)

USER'S GUIDE

# Mental Retardation

DEFINITION, CLASSIFICATION AND SYSTEMS OF SUPPORTS—10th Edition



aaidd

American Association
on Intellectual and
Developmental Disabilities

USCA4 Appeal: 21-2    Doc: 5-38    Filed: 01/08/2021    Pg: 3 of 70

# USER'S GUIDE:
# Mental Retardation

DEFINITION, CLASSIFICATION AND SYSTEMS OF SUPPORTS—10th Edition

Applications for Clinicians, Educators,
Disability Program Managers, and Policy Makers

Developed by the
AAIDD 2002 System Implementation Committee,
User's Guide Work Group

Robert L. Schalock, Wil Buntinx, Sharon Borthwick-Duffy,
Ruth Luckasson, Marti Snell, Marc J. Tassé, and Michael Wehmeyer



**aaidd**

American Association
on Intellectual and
Developmental Disabilities

Copyright © 2007 by the American Association on Intellectual and
Developmental Disabilities

Published by
American Association on Intellectual and Developmental Disabilities
444 North Capitol Street, NW
Suite 846
Washington, DC 20001-1512

Printed in the United States of America


**Library of Congress Cataloging-in-Publication Data**

User's guide : mental retardation : definition, classification, and systems
of supports, 10th edition : applications for clinicians, educators, disability
program managers, and policy makers / developed by the AAMR 2002 System
Implementation Committee, User's Guide Work Group.—1st ed.
       p. ; cm.
   Includes bibliographical references and index.
   ISBN 0-940898-95-0 (alk. paper)
       1. Mental retardation—Classification.  I. AAMR 2002 System
   Implementation Committee. User's Guide Work Group. II. American Association
   on Intellectual and Developmental Disabilities. III. Mental retardation.
   [DNLM: 1. Mental Retardation—classification.  WM 15 U84 2007]

 RC570.U84 2007
 616.85'880012--dc22

                                              2006102872


*Effective January 1, 2007, the American Association on Mental Retardation will be
called the American Association on Intellectual and Developmental Disabilities.*

# TABLE OF CONTENTS

Overview: Purpose of User's Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Chapter 1. An Overview of the 2002 AAMR Definition, Classification, and Systems of Supports.** . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Definition of Mental Retardation and Operational Assumptions . . . . . . 3

    Conceptual Basis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    The Multidimensionality of MR/ID:
       The 2002 System's Theoretical Model . . . . . . . . . . . . . . . . . . . . 4

    Multifactorial Approach to Etiology. . . . . . . . . . . . . . . . . . . . . . . . . 6

    A Framework for Assessment and Planning Supports. . . . . . . . . . . . . 6

    Importance of Clinical Judgment. . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    Relation to Other Diagnostic and Classification Systems . . . . . . . . . . . 9

**Chapter 2. Applications for Clinicians.** . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Diagnostic Criteria and Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Challenging Diagnostic Conditions and Situations . . . . . . . . . . . . . . 14

    Situations in Which Formal Assessment Is Less Than Optimal . . . . . . 22

    The Use of Clinical Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    Approaches to Classification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

    Planning Individualized Supports. . . . . . . . . . . . . . . . . . . . . . . . . . 25

**Chapter 3. Applications for Educators.** . . . . . . . . . . . . . . . . . . . . . . . . . 29

    Special Education and the 2002 System. . . . . . . . . . . . . . . . . . . . . . 29

    Supports and the Educational Context. . . . . . . . . . . . . . . . . . . . . . 32

    Adopting the 2002 System in Schools . . . . . . . . . . . . . . . . . . . . . . 33

**Chapter 4. Applications for Disability Program Managers** . . . . . . . . . . . 41

    Ecological Framework . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

    Supports Strategic Management. . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

    Facilitating Individualized Supports . . . . . . . . . . . . . . . . . . . . . . . . 43

    Continuous Program Improvement . . . . . . . . . . . . . . . . . . . . . . . . 49

**Chapter 5. Applications to Policy Makers** . . . . . . . . . . . . . . . . . . . . . . . 53

    Core Disability Concepts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

    Implications of the 2002 System for Public Policy . . . . . . . . . . . . . . . 55

    Systemic Changes Necessary to Move to a
      Supports-Based Approach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

**References** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

OVERVIEW

# Purpose of User's Guide

Best practices in mental retardation are based on professional ethics, professional standards, research-based knowledge, and clinical judgment. These four criteria are used by clinicians, educators, disability program managers, and policy makers in their efforts to improve the welfare and personal well-being of people with mental retardation or intellectual disabilities (MR/ID). Essential to those efforts is a clear understanding of the condition of mental retardation and best practices regarding the diagnosis, classification, and planning supports for people with MR/ID. The primary purpose of this User's Guide is to provide that clear understanding. Its authors are a subgroup of the AAMR 2002 Implementation Committee.

The American Association on Mental Retardation (AAMR) has updated the definition of mental retardation 10 times since 1908. Each update has reflected the then-current understanding of the condition currently referred to as mental retardation (MR) or intellectual disabilities (ID). In the past two decades, there have been significant changes in our understanding of the MR/ID condition and best practices. In that regard, the 1992 Mental Retardation: Definition, Classification, and Systems of Supports manual (Luckasson et al.) went beyond simply defining and classifying individuals to: (a) moving the diagnostic process away from deficits identified solely on the basis of an intelligence test score, (b) contextualizing diagnosis and classification within systems of individualized supports, and (c) shifting from an emphasis on providing programs to people with MR/ID to an emphasis on designing and delivering individualized support. These three significant changes, which are key to understanding and applying the 2002 System, create the need for current users to think through the implications and impacts of the 2002 System (Luckasson et al.)[1] on diagnosis, classification, and planning individualized supports for people with MR/ID, hence, the major purpose of A User's Guide.

AAMR published its latest Mental Retardation: Definition, Classification, and Systems of Supports manual in 2002 (Luckasson et al.). The 2002 System, which was developed by an international committee of scholars, educators, psychologists, lawyers, physicians, researchers, and service providers (with considerable input from self-advocates) was designed to extend the 1992 System

---

[1] Throughout this Guide, 2002 System and 2002 Manual refer to Luckasson et al. (2002).

1

by providing more explicit criteria for diagnosis, classification, and clinical judgment while still retaining an emphasis on assessment, a functional orientation, and the supports paradigm.

The 2002 System has come into widespread use since its publication. For example, the 2002 System has been: (a) suggested as the basis for state guidelines regarding the Atkins v. Virginia case (2002; Ellis, 2002), (b) adopted in various state and federal regulations, (c) translated into six languages (Chinese, French, Hebrew, Italian, Japanese, and Spanish), and (d) reviewed positively in the international disability literature (Schalock & Luckasson, 2005a). This acceptance and use underlie important aspects of the 2002 System including:

- The employment of a multidimensional approach to the diagnosis, classification, and development of personalized supports for individuals with MR/ID.

- A better understanding of the dynamic interplay among the person, his/her environment, and the profile and intensity of needed supports.

- A more definitive alignment of the core functions of assessment (diagnosis, classification, and planning supports) linked to clear purposes, measures and tools, and assessment factors, such as appropriateness of instruments, examiner qualifications, and relevant contexts.

- The broader integration of the assessment, implementation, and evaluation of the pattern and intensity of needed supports into education and habilitation practices.

- A framework for best practices in the field and thus a useful guide for clinicians, educators, disability program managers, and policy makers.

This User's Guide has been developed to assist these four groups in understanding the 2002 System fully and applying best practices based on that understanding. The intent is not to repeat the considerable conceptual and scientific details found in the 2002 Manual and its accompanying Workbook. Rather, our primary purposes are to: (a) provide an overview of the key features of the 2002 System, (b) tie the System to public policies and best practices affecting service delivery trends in the field, and (c) show how one's use of the various components of the 2002 System can help one understand the dynamic nature of MR/ID and thereby enhance the effectiveness and quality of policies, practices, and valued personal outcomes. Throughout the User's Guide, both mental retardation (MR) and intellectual disabilities (ID) will be used to reflect the national and international use of these terms.

## CHAPTER 1

# An Overview of the 2002 AAMR Definition, Classification, and Systems of Supports

## Definition of Mental Retardation and Operational Assumptions

### DEFINITION

In the 2002 System, mental retardation is defined as

*a disability characterized by significant limitations in both intellectual functioning and in adaptive behavior as expressed in conceptual, social, and practical adaptive skills. This disability originates before age 18. (p. 1)*

### OPERATIONAL ASSUMPTIONS

Five important operational assumptions regarding best practices are basic to this definition. These are

1. Limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture.

2. Valid assessment considers cultural and linguistic diversity as well as differences in communication, sensory, motor, and behavioral factors.

3. Within an individual, limitations often coexist with strengths.

4. An important purpose of describing limitations is to develop a profile of needed supports.

5. With appropriate supports over a sustained period, the life functioning of the person with MR/ID generally will improve. (p. 1)

The American Association on Mental Retardation (AAMR) has updated the definition of mental retardation 10 times since 1908. Each update or revision of the definition has been based on four phenomena whose relative importance and influence has varied during the late 20th and early 21st centuries.

3

USCA4 Appeal: 21-2     Doc: 5-38         Filed: 01/08/2021     Pg: 10 of 70

These four are (a) increased understanding of the cause of the condition, (b) improved professional practices toward individuals with the condition, (c) changing societal attitudes about disablement, and (d) more recently more assertive consumer and reform movements that emphasize equality, inclusion, empowerment, and subjective well-being. The 2002 System, including the definition and operational assumptions, captures the current status of each of these phenomena.

## Conceptual Basis

The 2002 System creates a contemporary system or framework for the diagnosis, classification, and systems of supports for individuals with MR/ID. The 2002 System was developed based on the following seven premises that reflect an emerging consensus in the field (Luckasson et al., 2002; Schalock, Baker, & Croser, 2002). First, MR/ID is an intellectual disability characterized by significant limitations in everyday functioning that are first present during the developmental period. Second, a disability is conceptualized as a significant problem in functioning and is characterized by marked and severe problems in the capacity or ability to perform or the opportunity to function. Third, the assessment of adaptive behavior should relate to an individual's typical performance during daily routines and changing circumstances, not to maximum performance. Fourth, intellectual functioning is still best represented by IQ scores when obtained from appropriate assessment instruments. Fifth, classification systems may be used for a variety of purposes to better meet the varied needs of individuals and their families, researchers, clinicians, and practitioners. Sixth, the reasons for applying a definition of MR/ID to a person are multiple and may include diagnosis, classification, and planning supports. Finally, clinical judgment may play an important role in diagnosis, classification, and planning supports.

## The Multidimensionality of MR/ID: The 2002 System's Theoretical Model

The 2002 System's theoretical model (see Figure 1.1) presents an ecological focus similar to that found in the *International Classification of Functioning, Disability, and Health (ICF)* Model (World Health Organization [WHO], 2001). The model clarifies the key elements in understanding the individual's functioning: the person, the environment, and supports. The left column (Figure 1.1)

USCA4 Appeal: 21-2    Doc: 5-38        Filed: 01/08/2021    Pg: 11 of 70



*Figure 1.1. Theoretical model.*

lists the five factors (i.e., dimensions) that influence human functioning: intellectual abilities; adaptive behavior; participation, interaction, and social roles; health; and context:

- *Intelligence* is a general mental ability that includes reasoning, planning, solving problems, thinking abstractly, comprehending complex ideas, learning quickly, and learning from experience.

- *Adaptive behavior* is the collection of conceptual, social, and practical skills that have been learned by people in order to function in their daily lives.

- *Participation and interaction* are best determined by directly observing one's engagement in everyday activities and asking a simple question, "Is the individual actively engaged with (attending to, interacting with, participating in) his or her environment?" Social roles refer to a set of valued activities normal for a specific age group.

- *Health* is a state of complete physical, mental, and social well-being. This definition is consistent with that used by the WHO (1993, 2001).

- *Context* describes the interrelated conditions within which people live their everyday lives and consists of the immediate social setting including the person, family, and/or advocates; the broader environment of the neighborhood, community, or organization providing education or habilitation services or supports; and the overarching environment with its contextual patterns of culture, society, larger populations, country, or sociopolitical influences (Bronfenbrenner, 1979). These various

5

environments are important to people with MR/ID because they frequently determine what individuals are doing, where and when they are doing it, and with whom. Thus these three environments can provide opportunities, foster well-being, and mediate systems of support.

## Multifactorial Approach to Etiology

The 2002 System presents a multifactorial approach to etiology that: (a) reflects our current understanding of the condition, (b) recognizes that approximately 40% to 50% of the causes of MR/ID currently have no identifiable etiology (Luckasson et al., 2002; Van Karnebeek et al., 2005), and (c) incorporates best practices. The approach organizes the causal factors related to MR/ID into types of risk factors and timing of factors. These two dimensions (types of risk factors and timing of those factors) allow one to use a multifactorial approach to etiology that results in a description of all of the risk factors that contribute to the individual's present functioning and thereby identify strategies for supporting the individual and family to ameliorate these risk factors.

### TYPE OF RISK FACTORS

These include: (a) biomedical factors that relate to biologic processes such as genetic disorders or nutrition, (b) social factors that relate to social and family interactions such as stimulation and adult responsiveness, (c) behavioral factors that relate to potentially causal behaviors such as dangerous (injurious) activities or maternal substance abuse, and (d) educational factors that relate to the availability of educational supports that promote mental development and the development of adaptive skills.

### TIMING OF FACTORS

Risk can be prenatal, perinatal, or postnatal. The occurrence of causal factors can also be considered according to whether these factors affect the parents of the person with MR/ID, the person with the condition, or both.

## A Framework for Assessment and Planning Supports

The 2002 System presents a systematic framework for assessment and the use of supports to enhance personal outcomes. In that sense, it links assessment to intervention.

## FRAMEWORK FOR ASSESSMENT

The framework for assessment involves three functions: diagnosis, classification, and planning supports. Each function has corresponding purposes and measures that will be described and discussed more fully in chapter 2.

- For diagnosis, the primary purpose is to establish eligibility for services, benefits, or legal protections. The three required measures and tools are IQ tests, adaptive behavior scales, and documentation of age of onset.

- For classification, the purpose may be to group individuals for service reimbursement or funding, research, services, or communicating about selected characteristics. Such grouping can be based on factors such as supports intensity levels, IQ ranges or levels, special education categories, etiological risk factors, or levels of adaptive behavior. Assessment/classification tools should be aligned with the purposes of the classification.

- For planning of supports, the primary purpose is to enhance personal outcomes related to independence, relationships, contributions, personal well-being, and school and community participation. Appropriate measures include self-appraisals, support intensity scales, and elements from an individual education, habilitation, or behavior support plan.

The framework for assessment also includes important best practice considerations. Chief among these are a match between measures and purpose; the psychometric characteristics of measures selected; the qualifications of the examiner; sensitivity of the selection of informants; relevant context and environments for assessment; the individual's clinical and social history; team input; the individual's behavior in the assessment situation; and the individual's personal goals. These considerations will be discussed in more detail in chapter 2 under the heading "Challenging Diagnostic Conditions and Situations."

## FRAMEWORK FOR SUPPORTS

The center and right side of Figure 1.1 depict the essential mediational role that supports play between the multidimensional aspects of MR/ID and individual functioning. Throughout the 2002 System, supports are defined as

> *resources and strategies that aim to promote the development, education, interests, and personal well-being of a person and that enhance individual functioning. (p. 15)*

7

Four aspects of supports are integrated into the 2002 System: (a) individual functioning results from the interaction of supports with aspects of disability to maximize independence and well-being; (b) the primary purpose for providing supports to people with MR/ID is to enhance personal outcomes related to independence, relationships, contributions, school and community participation, and personal well-being; (c) the assessment of support needs is based on life activity areas and exceptional medical and behavioral support needs and can have different relevance, depending on whether the assessment is done for purposes of classification or planning of supports; and (d) services are one type of support provided by professionals and agencies. A more detailed discussion of supports is found in chapters 2–5.

## Importance of Clinical Judgment

Best practices in the field of MR/ID are embedded in research-based knowledge combined with professional ethics, professional standards, and clinical judgment. Clinical judgment is required in a number of situations such as: (a) when formal assessment is less than optimal and cannot be improved, (b) when complex medical or behavioral conditions require multiple analyses, (c) when legal restrictions significantly impact opportunities to assess the person consistent with the definition's five operational assumptions, and (d) when cultural or linguistic diversity impacts or effects the information needed for decisions.

The 2002 System embraces the importance of clinical judgment and expands our understanding of its use as a critical part of best practices. As discussed more fully in chapter 2, clinical judgment is considered to be a special type of judgment rooted in a high level of clinical expertise and experiences that emerge directly from extensive data. It is based on the clinician's explicit training, direct experience with the person with whom the clinician is working, and familiarity with the person and the person's environment. Clinical judgment is characterized by its being systematic (i.e., organized, sequential, and logical), formal (i.e., explicit and reasoned), and transparent (i.e., apparent and communicated clearly). More specifically, clinical judgment involves the following six strategies (Schalock & Luckasson, 2005b): (a) conducting a thorough social history; (b) aligning data and data collection to the critical questions asked; (c) applying broad-based assessment strategies; (d) implementing best intervention strategies; (e) planning, implementing, and evaluating individualized supports; and (f) reflecting cultural competence and linguistic diversity.

## Relation to Other Diagnostic and Classification Systems

The 2002 System is compatible with other diagnostic and classification systems (see Luckasson et al., 2002, pp. 99–121). For example, both the WHO (2001) in its ICF and the 2002 AAMR System have adopted a dual approach to answering the question, "What is a disability?" Both systems (a) are functional and ecological in their conceptual models, (b) recognize the bio-medical aspects of disablement, and (c) stress the multidimensionality of disablement. In addition, there is congruence between the adaptive skill areas found in the 2002 AAMR System and the activity and participation domains found in the ICF. The two systems differ in two important respects. The ICF is a general model of disability, whereas the AAMR System is specific to MR/ID. Second, the ICF reflects an epidemiological view of functioning and disability, whereas the AAMR 2002 System includes subjective aspects of functioning (e.g., personal appraisal, subjective well-being), and a strong orientation toward individualized supports. The 2002 System does not provide specific codes such as those found in the International Statistical Classification of Diseases and Related Health Problems (ICD-10; WHO, 1993) or Diagnostic and Statistical Manual of Mental Disorders (DSM-IV-TR; American Psychiatric Association, 2000).

In summary, the 2002 System provides a framework for the systematic diagnosis, classification, and planning of supports for people with MR/ID. It reflects current thinking about the multidimensionality of the condition and best practices regarding its assessment and amelioration through the use of individualized supports. The 2002 System and its use have significant implications for a number of critical groups that encounter people with the disability and that can make a significant difference in their lives. Chapter 2 addresses the group of clinicians.

# CHAPTER 2

# Applications for Clinicians

Members of a variety of professions, such as psychologists, physicians, diagnosticians, expert educators, special education teachers, social workers, and support coordinators, can be categorized as clinicians in mental retardation/ intellectual disabilities (MR/ID) if they: (a) have relevant training, (b) engage in clinical activities with individuals with MR/ID, and (c) use appropriately the 2002 System for actions related to diagnosis, classification, and/or planning individualized supports.

Four key issues are faced by clinicians in MR/ID: (a) assessing intelligence and adaptive behavior for diagnosis, (b) establishing the age of onset, (c) assessing the profile and intensity of needed supports and using this information for planning individualized supports, and (d) using clinical judgment. On the latter issue, clinicians report that clinical judgment becomes necessary when they are confronted by limitations of standardized testing such as incomplete information that cannot be completed, complex medical or behavioral conditions that require multiple analyses, legal restrictions that limit access to the person and his/her natural environment, and/or cultural or linguistic diversity that impacts or affects the information needed for the clinician's decisions or recommendation(s). To address such problems, clinicians need to have a clear understanding of the five topics covered in this chapter: (a) diagnostic criteria and guidelines, (b) challenging diagnostic conditions and situations, (c) the use of clinical judgment, (d) approaches to classification, and (e) planning individualized supports.

## Diagnostic Criteria and Guidelines

### RELATED TO INTELLIGENCE

In the 2002 System, intelligence is defined as "a general mental ability that includes reasoning, planning, solving problems, thinking abstractly, comprehending complex ideas, learning quickly, and learning from experience" (p. 51). The intellectual functioning criterion for diagnosing mental retardation is

> *approximately two standard deviations below the mean, considering the standard error of measurement (SEM) for the*

11

> *specific assessment instruments used and the instruments'*
> *strengths and limitations. (p. 58)*

Valid assessment and application of this criterion depend on using a number of guidelines. These guidelines stem from our current understanding of the construct of intelligence and the best approach to its measurement. Chief among these guidelines are the following: (a) intellectual functioning is best understood as being composed of a general factor ("g"), (b) appropriate standardized measures should reflect the individual's social, linguistic, and cultural background and that proper adaptations must be made for any motor or sensory limitations, (c) psychometric instruments that assess intelligence perform best when used with people who score within two to three standard deviations of the mean and that extreme scores are more subject to measurement error, and (d) the assessment of intellectual functioning through the reliance on intelligence tests is fraught with the potential for misuse if consideration is not given to possible errors in measurement.

In reference to the latter two points, an IQ of 70 is most accurately understood not as a precise score, but as a range of confidence with parameters of at least 1 standard error of measurement (i.e., scores of about 66–74; 66% probability) or parameters of two standard errors of the mean (i.e., scores of 62–78; 95% probability). It is also critical to understand that the standard error of measurement varies by test, subtest, and age group. This is a critical consideration underlying the appropriate use of intelligence tests and best practices and that must be a part of any decision concerning the diagnosis of mental retardation. The standard errors of measurement for the most commonly used intelligence scales can be found in Luckasson et al. (2002, pp. 67–71).

## RELATED TO ADAPTIVE BEHAVIOR

In the 2002 System adaptive behavior is defined as "the collection of conceptual, social, and practical skills that have been learned by people in order to function in their everyday lives" (p. 73). The inclusion of these three skill areas reflects the recent significant factor analytical work on adaptive behavior (e.g., Thompson, McGrew, & Bruininks, 1999; Widaman & McGrew, 1996). This work indicates strongly that adaptive behavior reflects conceptual (e.g., language, reading and writing, money concepts, and self-determination), social (e.g., interpersonal, responsibility, self-esteem, follows rules and avoids victimization), and practical (e.g., activities of daily living and instrumental activities of daily living) skills.

12

The 2002 definition of adaptive behavior also emphasizes the use or performance of relevant skills, rather than the acquisition of skills. Thus it is expected that reasons for limitations in adaptive behavior may include not knowing how to perform the skills (acquisition deficit), not knowing when to use learned skills (performance deficit), or other motivational factors that affect the expression of skills (performance deficit). When an individual has limited intellectual capacity, both acquisition and performance deficits may be attributed to the disability.

For the diagnosis of mental retardation, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior are operationally defined as

> *performance that is at least two standard deviations below the mean of either (a) one of the following three types of adaptive skills: conceptual, social, or practical, or (b) an overall score on a standardized measure of conceptual, social, and practical skills. (p. 76)*

As with intelligence and its measurement, a number of guidelines are given in the 2002 Manual related to the conceptualization and measurement of adaptive behavior. Seven of the most important are as follows: (a) limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture, (b) no existing measure of adaptive behavior completely measures all aspects of adaptive behavior (e.g., gullibility, naiveté), (c) because subscale scores on adaptive behavior measures are moderately correlated, a generalized deficit is assumed even if the score on only one dimension meets the operational criterion of being two or more standard deviations below the mean, (d) assessment depends upon understanding an individual's typical behavior that goes beyond what can be observed in a formal testing situation, (e) an adaptive behavior score should not be considered as a precise score, since as with an IQ score, 67% to 95% confidence intervals for the "true" score also apply, (f) problem behavior that is "maladaptive" is not a characteristic or a dimension of adaptive behavior, even though it often influences the acquisition and performance of adaptive behavior and thus may be important in the interpretation of adaptive behavior scores, and (g) adaptive behavior must be interpreted in the context of developmental life-span periods and within the context of the individual's own

13

culture. Both contexts may influence opportunities, motivation, and performance of skills.

### RELATED TO AGE OF ONSET

The 2002 definition continues AAMR's specification of the developmental period as the time in which MR/ID is initially manifested. The developmental period is conceptualized as the period of the life cycle prior to adulthood. It is characterized by rapid changes and development in cognitive, social, and practical skills. The cutoff is set at 18 years, because this age generally corresponds to the end of high school in the United States and the time when many people assume adult roles. Eighteen years should not be viewed as the end of one's development, because brain plasticity is clearly demonstrated both in typical individuals and in individuals with MR/ID learning new conceptual, social, and practical skills. Furthermore, the cutoff age of 18 for the diagnosis of MR/ID need not cause confusion with the cutoff age of 21 years for eligibility for services under the Developmental Disabilities Act. MR/ID is only one of several diagnoses that may result in a developmental disability.

## Challenging Diagnostic Conditions and Situations

Although all diagnoses are potentially challenging, our experience and the experiences of others as they appear in the literature suggest that four diagnostic conditions and situations are especially problematic for clinicians. These four are (a) dual diagnosis (of MR/ID and mental illness [MI]), (b) individuals with mental retardation with a higher IQ (this group is commonly referred to as individuals with mild mental retardation; MacMillan & Siperstein, 2002; or those with borderline intellectual functioning and adaptation; Ninivaggi, 2005), (c) retrospective diagnosis, and (d) situations in which formal assessment is less than optimal (e.g., complex medical or behavior conditions, legal restraints, linguistic factors, or the legal proscription of intelligence tests). These four necessitate considering assessment purposes and specific guidelines to enhance the precision, accuracy, and integrity of the clinician's diagnosis.

Assessment is done for three purposes: diagnosis, classification, and planning of supports. As discussed more fully in the 2002 Manual (Luckasson et al., 2002, pp. 10–15), the major purpose of diagnosis is to establish eligibility for services, benefits, or legal protections; for classification the major purpose is to group for service or reimbursement funding, services, research, and/or communication about selected characteristics; for planning individualized supports the major purpose is to enhance personal outcomes related to independ-

14

ence, relationships, contributions, school and community participation, and personal well-being.

Because diagnosis impacts classification and planning of supports, there are at least four important guidelines that clinicians need to follow as they become involved in the diagnosis of people who present challenging diagnostic conditions and situations.

1. Is there a match between the measures used and the purpose of the diagnosis? A diagnosis of MR/ID requires adaptive behavior scales, IQ scores, and documented age of onset. Mental health measures are required for a diagnosis of mental illness. Across both potential diagnoses, environmental assessments, behavioral observations, and etiology (if known) are required.

2. Are the measures appropriate for the person? Specifically, do the measures reflect the person's age and cultural group, receptive or expressive language level, means of communication, and/or sensory-motor limitations?

3. Is the person assessed within the context of community environments, and is the role of the person's immediate environment integrated into the assessment? Specifically, are knowledgeable people used; does the evaluation include an assessment of community life conditions; is the person's behavior in the assessment situation compared with his/her behavior in his/her community environments; and are opportunities and experiences factored into the evaluation?

4. Does the evaluation or diagnosis acknowledge the limitations of assessment tools such as the standard error of measurement, instruments normed on different populations, and/or language-laden instruments?

These four guidelines are essential components of an accurate diagnosis. However, they may well be insufficient as clinicians face the challenges posed by individuals with potential dual diagnosis (MR/MI), those who function at the upper limits of the intellectual psychometric criterion for MR/ID, and those for whom the clinician is required to make a retrospective diagnosis. Nor are they necessarily sufficient in those situations in which formal assessment is less than optimal. Additional guidelines for each of these four circumstances are discussed next.

## DUAL DIAGNOSIS

**Considerations.** In general, mental health disorders are more prevalent among individuals with MR/ID than the general population. Accurate diagnosis is

USER'S GUIDE: MENTAL RETARDATION

often complicated due to two factors: diagnostic overshadowing and challenging behaviors. Diagnostic overshadowing refers to: (a) instances in which the presence of MR/ID decrease the diagnosis of an accompanying mental health disorder; or (b) instances in which there is an under-recognition of intellectual impairments among individuals with depression, psychosis, or anxiety disorders (Szymanski, 1988; Reiss, Levitan, & Szysko, 1982; Luckasson et al., 2002). An accurate MR/MI diagnosis can also be affected by challenges such as irritability, limited communication interaction, lack of skills, and interfering behaviors exhibited by the person during the interview/evaluation session.

**Guidelines.** Specific guidelines regarding the challenges to a valid MR/MI diagnosis include:

1. A comprehensive diagnostic process that includes: (a) person-referenced data sources such as personal interview, interviews with significant others, a thorough social history, behavioral observation in everyday environments, a developmental history, formal psychometric evaluation that includes intelligence and adaptive behavior measures, and medical and biological evaluations (including potential etiology); and (b) community-referenced data sources such as environmental assessments that include aversive situations, environmental stimulation opportunities, and the person's perception of change.

2. Identify potential causes (person-referenced or environmental-referenced) of the behavior rather than reducing the cause to a presumed mental illness.

## INDIVIDUALS WITH MENTAL RETARDATION WITH A HIGHER IQ

**Considerations.** These individuals, while meeting the three criteria of MR/ID and thus fitting the definition of a person with MR/ID, manifest subtle limitations that are frequently difficult to detect, especially in academic skills, planning, problem solving and decision making, and social understanding and judgment. These limitations are frequently overlooked or not identified due to the ceiling effect of current adaptive behavior scales and the lack of relevance of many of the items and domains assessed in current adaptive behavior scales to the difficulties in daily functioning experienced by individuals who fall into this group (MacMillan & Siperstein, 2002).

In thinking about this group, it is important to consider the similarities between individuals with MR/ID with a higher IQ and individuals who are diagnosed as having a learning disability (LD). Both this group and those diagnosed as LD exhibit major problems in adaptation related to academic per-

16

formance and social competence. They differ, however, in that LD is defined on the basis of discrepancy between aptitude (as measured by a normal IQ) and academic achievement or by the assessment model of Response to Intervention (Individuals With Disabilities Education Act [IDEA], 2004); whereas those with MR/ID with a higher IQ are defined in terms of relative consistency between their subaverage IQ and achievement, as indicated by low performance on average across academic areas (MacMillan & Siperstein, 2002).

**Guidelines.** These similarities and differences provide the basis for the following guidelines:

1. In the evaluation of school-related adaptive behavior or in the interpretation of adaptive behavior/direct observation, the assessment should focus heavily on functional systems of assessment with an emphasis on adaptive behavior. This is because (a) adaptive behavior examines aspects of intelligence and functioning that cannot be ascertained in/on the basis of an IQ test, and (b) adaptive behavior gets at the core of what MR/ID is as a construct of disability.

2. In the evaluation of academic competence, the focus should be on knowledge acquisition and performance.

3. In the evaluation of social competence, the focus should be on (National Research Council, 2002): (a) social perception (e.g., does the person accurately interpret others' emotions and intentions on the basis of available cues?); (b) the generation of appropriate social strategies in response to social problems (e.g., does the person modify his/her strategy from one situation to another based on the type of social problem, the other person's intentions, and related situations); and (c) the individual's knowledge of social scripts and schemes (e.g., can the person anticipate the consequences of carrying out different strategies for resolving particular social problems in a given social context?).

## RETROSPECTIVE DIAGNOSIS

**Considerations.** A retrospective diagnosis may be required when the individual with mental retardation did not receive an official diagnosis of mental retardation during the developmental period. For example, a retrospective diagnosis may be required when clinicians are involved in determining eligibility for adult rehabilitation services, evaluating individuals for Social Security disability, or evaluating individuals involved in legal processes such as guardianship petitions, competence determinations, or sentencing eligibility questions such as those related to the recent Atkins (2002) case. As with all assessments for

17

diagnosis, such situations require clinicians to act consistent with best practices—that is, to act consistent with professional ethics, professional standards, research-based knowledge, and clinical judgment (Schalock & Luckasson, 2005b).

A number of reasons might explain the lack of an earlier, official diagnosis of mental retardation, including: (a) the individual was excluded from a full school experience; (b) the person's age precluded his/her involvement in specialized services such as special education programs; (c) the person was given no diagnosis or a different diagnosis for "political purposes" such as protection from stigma or teasing, avoidance of assertions of discrimination, or related to conclusions about the potential benefits or dangers of a particular diagnosis; (d) the school's concern about over-representation for data reporting purposes of specific diagnostic groups within their student population; (e) parental concerns about labels; (f) contextual school-based issues such as availability or nonavailability of services and potential funding streams at that time; and (g) the lack of entry referral into the diagnostic-referral process due to cultural and linguistic differences or for other reasons. In addition to these potential reasons, in reference to people in the criminal justice system, some criminal defendants fall at the upper end of the MR/ID severity continuum (i.e., people with mental retardation who have a higher IQ) and frequently present a mixed competence profile. They typically have a history of academic failure and marginal social and vocational skills (Lewis & Balla, 1976; Greenspan & Switzky, in press). Their previous and current situations frequently allowed formal assessment to be avoided or led to assessment that was less than optimal.

**Guidelines.** The following guidelines for clinicians are important in retrospective diagnoses and complement those guidelines presented in the next section regarding situations in which formal assessment is less than optimal:

1. Conduct a thorough social history that includes (Schalock & Luckasson, 2005b): (a) the investigation and organization of all relevant information about the person's life including status, trajectory, development, functioning, relationships, and family; and (b) the exploration of possible reasons for absence of data or differences in data including poorly trained examiners, selection of inappropriate assessment instruments, improper interpretation of test scores, or lack of sensitivity or awareness of the impact of changing norms and practice effects (see Guidelines 4 & 5, below).

2. Conduct a thorough review of school records. Ideally, school records are available across the elementary-, middle-, and high-school years. Locate all those that are available and arrange them chronologically, number-

ing the pages. One also needs to make a summary table that lists placement on a year-by-year basis including any changes in the school or school system as well as special education or alternative placements. Citing page numbers from the school records is one way to provide documentation for each piece of relevant information identified. The thorough review should include:

(a) mapping out the grades earned across the school years, looking for consistency of low grades in the core academic areas such as reading, math, English, and science (only in the upper grades)

(b) indicating any grade levels failed or repeated

(c) summarizing teacher, social and behavior ratings

(d) identifying relevant teacher comments to student or parents and requests for, as well as actual, parent-teacher conferences

(e) identifying when periodic achievement assessment happened (instruments and results) and, if necessary, learn more about the psychometrics of the instruments used and how to interpret the scores

(f) identifying results of hearing and vision and any other school-wide screening

(g) searching for failure or performance patterns that normally would trigger parent-teacher conferences, prereferral meetings, or referrals for special education consideration

(h) identifying the outcome of any eligibility assessment(s) and whether an individualized education plan was developed; if special education was provided, note the diagnosis (typically a developmental disability label is used until age 8), the years given, the type of placement (resource room, self-contained, separate school), and other supports

(i) noting any services that might be viewed as substitutes to special education, which could indicate difficulties in cognitive adaptive behavior (e.g., remedial reading, Chapter I services)

(j) looking for other evidence of difficulties in cognitive adaptive skills besides grades and test performance (e.g., student often late to class or confused about schedule, difficulty following classroom directions, poor record of handling homework, failing driver's education, etc.)

    (k) looking for difficulties in practical adaptive skills (e.g., poor grooming, unable to use money correctly, getting lost in school or on school grounds, unable to tell time, etc.)

    (l) looking for evidence of difficulties in social adaptive skills (e.g., follows others, lack of self-direction, few friends, gullible, does not understand social humor, etc.).

In addition to the above, having contact with the teacher is also valuable, if possible, as a means of clarifying questions in the records and getting specific comments on the student or explanations about gaps in the records. Getting peer comments from the school years is another valuable source of anecdotal information.

3. In reference to the assessment of adaptive behavior: (a) use multiple informants and multiple contexts; (b) recognize that limitations in present functioning must be considered within the context of community environments typical of the individual's peers and culture; (c) be aware that many important social behavioral skills, such as gullibility and naiveté, are not measured on current adaptive behavior scales; (d) use an adaptive behavior scale that assesses behaviors that are currently viewed as developmentally and socially relevant; (e) understand that adaptive behavior and problem behavior are independent constructs and not opposite poles of a continuum; and (f) realize that adaptive behavior refers to typical and actual functioning and not to capacity or maximum functioning.

4. Recognize the "Flynn Effect." In his study of IQ tests across populations, Flynn (1984, 1987, 1999) discovered that IQ scores have been increasing from one generation to the next in all 14 nations for which IQ data existed. This increase in IQ scores over time has been dubbed the Flynn Effect. Flynn reported a greater increase in the Wechsler Performance IQ, which is more heavily loaded on fluid abilities than on the Wechsler Verbal IQs. On average, the Full-Scale IQ increases by approximately 0.33 points for every year elapsed since the test was normed (Flynn, 1999). The main recommendation resulting from this work is that all intellectual assessments must use a reliable and appropriate individually administered intelligence test. In cases of tests with multiple versions, the most recent version with the most current norms should be used at all times. In cases where a test with aging norms is used, a correction for the age of the norms is warranted. For example,

if the Wechsler Adult Intelligence Scale (WAIS–III; 1997) was used to assess an individual's IQ in July 2005, the population mean on the WAIS–III was set at 100 when it was originally normed in 1995 (published in 1997). However, based on Flynn's data, the population mean on the Full-Scale IQ raises roughly 0.33 points per year; thus the population mean on the WAIS–III Full-Scale IQ corrected for the Flynn Effect would be 103 in 2005 (9 years × 0.33 = 2.9). Hence, using the AAMR 2002 System, significant deficits in intellectual functioning of "at least two standard deviations below the mean" (Luckasson et al., 2002), the approximate Full-Scale IQ cutoff would be approximately 73 (plus or minus the standard error of measurement). Thus the clinician needs to use the most current version of an individually administered test of intelligence and take into consideration the Flynn Effect as well as the standard error of measurement when estimating an individual's true IQ score.

5. Recognize the impact of practice effect. Practice effect refers to gains in IQ scores on tests of intelligence that result from a person being retested on the same test. Practice effect gains occur even when the examinee has not been given any feedback on his performance regarding test items; nor do they reflect growth or other improvement on the skills being assessed (Kaufman, 1994). For example, the WAIS–III manual (1997) presents data illustrating the potential artificial increase in IQ scores when the same instrument is readministered within short time intervals. The WAIS–III manual reports an average increase of 5 points on the Full-Scale IQ between administrations with intervals of 2 to 12 weeks (Wechsler, 1997, p. 56). Thus clinicians need to be sensitive to these practice effects and best practices in intellectual assessment recommendations against administering the same intelligence test to someone within the same year. Practice effects can apply as well to normal achievement tests and state tests to measure school and district performance.

6. Recognize that self-ratings have a high risk of error in determining "significant limitations in adaptive behavior." However, consistent with the need for multiple informants or respondents, self-ratings can be used under the following cautions: (a) people with MR/ID are more likely to attempt to look more competent and "normal" than they actually are (Edgerton, 1993)—which is sometimes incorrectly interpreted as "faking"; (b) people with MR/ID typically have a strong acquiescence bias

21

or inclination to say yes or agree with the authority figures (Finlay & Lyons, 2002); and (c) MR/ID is a social status that is closely tied to how a person is perceived by peers, family members, and others in the community.

7. Conduct a longitudinal evaluation of adaptive behavior that involves multiple raters, very specific observations across community environments (especially in regard to social competence), school records, and ratings by peers during the developmental process. This longitudinal evaluation needs to be sensitive to the subtle issue of "the stigma of the label" and the concern that families and schools have about the label of "mental retardation" and over-representation of specific racial or ethnic groups within particular communities and/or schools.

8. Do not use past criminal behavior or verbal behavior to infer level of adaptive behavior or about having MR/ID. Greenspan and Switzky (in press) discuss two reasons for this guideline. First, there is not enough available information; second, there is a lack of normative information.

## Situations in Which Formal Assessment Is Less Than Optimal

**Considerations.** People with a potential diagnosis of MR/ID are not homogeneous. Nor are they necessarily easy to assess due to personal or environmental factors. Specifically, there are a number of situations that preclude formal assessment or impair its validity, reliability, or utility. Chief among these situations are (a) complex medical or behavioral conditions that preclude standardized assessment, (b) legal restrictions that significantly impact opportunities to assess the person, and/or (c) cultural diversity and/or linguistic factors that impact or affect the information needed for decisions.

**Guidelines.** Specific guidelines that facilitate overcoming these challenges include (Schalock & Luckasson, 2005a):

1. Use research-based knowledge to incorporate currently available measures and strategies or use professional standards to develop needed data-collection techniques.

2. Use multiple data sources (e.g., personal appraisal or functional assessment) to obtain the necessary data.

3. Show clearly that the obtained data is aligned with the critical question(s) asked.

4. Use assessment instruments that are sensitive to diversity, have norms that are based on diverse groups, and have acceptable psychometric properties.

5. Investigate and understand the culture, the degree of acculturation, and the language of the individual.

6. Do not allow cultural or linguistic diversity to overshadow or minimize actual disability.

## The Use of Clinical Judgment

In addition to the important considerations for assessment and the specific guidelines just presented regarding challenging diagnostic conditions and situations, clinical judgment is frequently required to ensure best practices in the MR/ID field. Its proper use in a particular case enhances the precision, accuracy, and integrity of the clinician's decisions and recommendations. Its definition, strategies and actions, and importance are described next.

### CLINICAL JUDGMENT DEFINED

Clinical judgment is a special type of judgment that emerges directly from extensive data and is rooted in a high level of clinical expertise and experience (Schalock & Luckasson, 2005b). Its three characteristics are that it is (a) systematic (i.e., organized, sequential, logical), (b) formal (i.e., explicit and reasoned), and (c) transparent (i.e., apparent and communicated clearly). The result of competent clinical judgment is that its use enhances the precision, accuracy, and integrity of the clinician's decisions and recommendations. It is important to point out that clinical judgment is not (a) a justification for abbreviated evaluations, (b) a vehicle for stereotypes or prejudices, (c) a substitute for insufficiently explained questions, (d) an excuse for incomplete or missing data, (e) or a way to solve political problems.

### CLINICAL JUDGMENT STRATEGIES AND ACTIONS

Six clinical judgment strategies discussed by Schalock and Luckasson (2005b) are critical for clinicians in their diagnostic work. The six are summarized here in terms of four key guidelines. First, it is crucial that clinicians conduct a thorough social history and align data and data collection to the critical question(s) at hand. Second, clinicians must apply broad-based assessment strategies while also implementing intervention best practices. Third, the clinician

23

USER'S GUIDE: MENTAL RETARDATION

works with a team to analyze the assessment findings and identify needed supports that reflect the individual's culture and language. Finally, clinicians working with a team will embed these needed supports in a plan and evaluate the outcomes. In addition to these strategies, clinicians need to be guided by the following clinical judgment actions: Clarify and state precisely the question(s) set before you; use a relevant framework for the statement of the question(s) asked; conduct needed activities; analyze data; develop a decision or recommendation; and communicate the decision or recommendation.

## IMPORTANCE OF CLINICAL JUDGMENT

Recently the importance of clinical judgment has been emphasized in the Supreme Court case regarding mental retardation and the death penalty (Atkins v. Virginia, 2002). In reading that decision, there is no question but that the quality of clinical evaluation of a defendant's eligibility for a diagnosis of mental retardation will be crucial to the successful implementation of the constitutional principles of the Atkins case (Ellis, 2002). Specifically, in the context of criminal justice litigation, the need for professional clinical assistance to defense counsel is very clear: The court will need experienced trained clinicians whose expertise is in the field of mental retardation. The evaluators must be skilled not only in the administration and interpretation of psychometric tests, but also must be cognizant of how impairments in intellectual functioning and adaptive behavior impact an individual's life. As discussed by Ellis (2002), competent professional assessments will involve more than simply ascertaining an IQ score. They also require the exercise of experienced clinical judgment in the field of mental retardation. In that regard, it is important to reiterate the "clinical components" of mental retardation (Ellis, p. 6).

- Limited intellectual functioning is the pivotal component of any individual's diagnosis. The definition requires that an individual have an impairment in general intellectual functioning that places him/her in the lowest scoring category of the general population (see earlier section in this chapter, "Diagnostic Criteria and Guidelines"). However, as discussed previously in this chapter, IQ scores alone cannot precisely identify an individual's functioning in the upper boundary of mental retardation, and thus an upper range of 70 to 75 is typically suggested (American Psychiatric Association, 1992; Grossman, 1983; Jacobson & Mulick, 1996; Luckasson et al., 2002; National Research Council, 2002).

- To meet the requirements for significant limitations in adaptive behavior, a person's intellectual impairment must have produced real-world dis-

24

abling effects in his/her life. The purpose of this component is to ensure that the individual is not merely a poor test-taker, but rather is a truly disabled individual in everyday life functioning. Because both the definition of adaptive behavior and the diagnostic criteria found in the 2002 System require that the individual manifest a disability characterized by significant limitations in adaptive behavior as expressed in conceptual, social, and practical adaptive skills, these diagnostic requirements are well suited for forensic evaluation in death penalty cases (Ellis, 2002, p. 8).

- The purpose of the age of onset criterion is to distinguish mental retardation from other forms of disability that may occur later in life. As discussed by Ellis (2002),

> although the age of onset criterion serves no independent purpose regarding a defendant's culpability, it serves to ensure that defendants may not feign mental retardation once charged with a capital offense. . . . [and further] that the issue of malingering, which has received considerable attention in the clinical literature regarding mental illness, has not proven to be a practical problem in the assessment of individuals who may have mental retardation. (p. 9)

## Approaches to Classification

The fundamental purpose of all classification systems is to group members of a population. Individuals with MR/ID may be grouped for such purposes as reimbursement or funding, research, services, and/or communication about selected characteristics of the condition being classified. The 2002 System proposes that after diagnosis has been established: (a) multiple classification systems may be used so that the multiple needs of clinicians, researchers, and practitioners can be met; (b) classification systems can be based on a number of assessed factors such as the intensity of needed support, etiology, levels of measured intelligence, or levels of assessed adaptive behavior. The 2002 System does not provide specific codes such as those found in ICD-10 (World Health Organization, 1993) or DSM-IV-TR (American Psychiatric Association, 2000).

## Planning Individualized Supports

The assessment, provision, and evaluation of supports are integral to implementing the 2002 System. Since the mid-1980s, the supports paradigm has

25

impacted education and rehabilitation programs in two ways. First, the focus on individualized supports has brought together the related practices of person-centered planning, personal growth and development opportunities, community inclusion, and self-determination. Second, the level and intensity of a person's needed supports is being used as the basis for agency and systemic planning and reimbursement patterns. In the 2002 Manual (Luckasson et al.) supports are defined as

> *resources and strategies that aim to promote the development, education, interests, and personal well-being of a person and that enhance individual functioning. Services are one type of support provided by professionals. (p. 145)*

## THE ASSESSMENT OF SUPPORTS

The first step in assessing the profile and intensity of needed supports is to realize that adaptive behavior scales are not the same as support intensity scales. These two scales are different in the following important ways (Thompson et al., 2004):

- Support intensity scales assess the extraordinary support that a person needs in order to participate in the activities of daily life. The focus of this assessment is on the pattern and intensity of supports that enable participation in home and community life. Support scales help determine a person's support needs in different areas of life relative to other people with MR/ID, and contribute to the development of individualized support plans.

- Adaptive behavior scales assess the adaptive skills that a person has learned—that is, a measure of the individual's performance compared to age peers in typical community environments. The focus of this assessment is on the pattern of adaptive behaviors/skills displayed by the person. Their use is primarily to diagnose MR/ID but also help identify potential educational and training goals.

For the majority of school-aged individuals, the assessment of supports is done through a functional behavior assessment and individualized planning process reflected in a behavioral support plan, individual education plan, individual support plan, or individual family supports plan. For adults, the supports assessment and individual planning process is reflected in an individual program plan, individual habilitation plan, individual supports plan, or individual work rehabilitation plan. The Supports Intensity Scale has been developed

by AAMR to assess the profile and intensity of [adult] support needs. As presented in the Supports Intensity Scale: Users Manual (Thompson et al., 2004) a comprehensive assessment of the pattern and intensity of support involves assessing the pattern of needed supports across six life activity areas (home living, community living, lifelong learning, employment, health and safety, and social), the area of protection and advocacy, and 15 exceptional medical and 13 exceptional behavioral support need conditions and behaviors. The evaluation is done on the basis of the frequency, daily support time, and type of support needed in reference to each of the activities/conditions/behaviors.

## THE PROVISION OF SUPPORTS

Sources of support include oneself, other people, technology, and services. The 2002 System suggests that the sources of support are either natural (including oneself or other people) or service based (i.e., currently available education and rehabilitation services that are used to augment natural supports). Major support functions include teaching, befriending, financial planning, employee assistance, behavioral support, in-home living assistance, community access and use, and health assistance.

An individual's support plan is built in part on the results of adaptive behavior and support intensity scale assessment and relies on a person-centered planning orientation. The pattern and intensity of needed supports an individual demonstrates are then aligned with specific support functions such as those just listed. When a team works to develop a support plan for a person it will (Thompson et al., 2004): (a) identify desired life experiences and goals; (b) integrate these experiences and goals with the person's pattern and intensity of support needs, (c) develop the individual's support plan, and (d) monitor the individual's progress as the plan is implemented.

## THE EVALUATION OF SUPPORTS

Outcomes from the use of supports are evaluated against quality indicators and measured based on individual values. Typical personal outcomes evaluated include independence, relationships, contributions, school and community participation, and personal well-being. More will be said in chapter 4 about using the evaluation of supports as a basic component of continuous program improvement.

In summary, clinicians are frequently among the first professionals to interact with people with MR/ID. They are the ones who will contribute to an initial diagnosis and potentially classify the person on the basis of their significant

27

limitations or support needs. As such, clinicians are in a powerful position and thus need to use currently accepted practices related to diagnosis, classification, and planning supports. Increasingly, however, clinicians are being asked to make decisions and/or recommendations that involve complex issues regarding the individual's self-determination, choices, competency, and social inclusion. Thus they need to be more explicit about using good clinical judgment and to ensure that the answers to such complex issues do follow directly from assessment and are based on the use of those clinical judgment strategies and actions discussed above.

The purpose of this chapter has been to summarize for clinicians the best practices regarding diagnosis, classification, and planning individualized supports. Educators, who are the focus group in the next chapter, face similar challenges, but more typically challenges related to the provision of school-based individualized supports needed to access the curriculum. It's to that group and those challenges that we now turn.

CHAPTER 3

# Application for Educators

For teachers and those involved in teacher preparation, the 2002 System will challenge their thinking it two ways. First, it links the diagnosis of MR/ID to a system of supports and thereby moves the diagnostic process away from its historical reliance on a deficit model. Second, it mirrors the field's shift from an emphasis on providing programs to people with MR/ID to an emphasis on designing and delivering individualized supports. In that regard, the 2002 System allows the field to move away from an emphasis on labels and typological thinking and toward an emphasis on supports. The 2002 System is consistent with viewing special education as a support system rather than a place for providing supports, while support plans can provide the means for accessing the general curriculum (Wehmeyer, 2003).

In this chapter we emphasize and link supports to the Individuals With Disabilities Education Act (IDEA; 2004). A basic principle of IDEA is that children with disabilities be educated in the least restrictive setting and that supplementary aides and services be used to support their learning in the general education classroom. Special education supports have been expanded to include classroom and instructional modifications, the use of educational and assistive technology, and the provision of behavioral supports.

## Special Education and the 2002 System

The 2002 System proposes that MR/ID refers to a state of functioning that describes the fit between a person's capabilities (i.e., current ability) and the environment or context within which that person must "function." This emphasis on the relationship between the person and his/her context fundamentally shifts the focus of intervention and treatment from fixing or curing the person, as was the case with previous conceptual models of MR/ID, to efforts to create a better "fit" between the person's capacity and the context in which he/she lives, learns, works, or plays. While instructional efforts to enhance the knowledge, skills, and personal capacity of students with MR/ID remain an important component of the educational process, the 2002 System's functional emphasis also demands that more attention be focused on modifications to the contextual and environmental factors that enable all students to learn. Such contextual factors in education include the curriculum materials themselves,

29

USER'S GUIDE: MENTAL RETARDATION

the classroom and school environment, and instructional and assessment tasks. In addition, modifications to these contextual factors will enhance student capacities and also address the "fit" between the student and his/her learning context and, ultimately, improve educational outcomes.

How does the 2002 System's functional orientation and supports paradigm fit with special education practices? Let's consider two issues: how special education is defined by IDEA (2004) and the requirements to ensure that all students with disabilities have access to the general curriculum.

### IDEA DEFINITION OF SPECIAL EDUCATION

IDEA (2004) defines special education as "specially designed instruction that is necessary to ensure that a student with a disability receives a free, appropriate public education and can progress in the general curriculum." The definition indicates clearly that special education is not a place where students with disabilities receive their education, but rather is the provision of services and supports that can be provided in regular educational settings (Snell & Brown, 2006; Turnbull et al., in press). In addition to the provision of special education services (e.g., specially designed instruction), the IDEA requires that schools provide supplementary aids and services needed by students with disabilities to be educated with their nondisabled peers and to progress in the general curriculum.

IDEA (2004) defines supplementary aids and services as "aids, services, and other supports that are provided in general education classes or other educational related settings to enable children with disabilities to be educated with non-disabled children to the maximum extent appropriate." Note that IDEA views these supplementary aids and services as "supports" that can be provided through (Turnbull, Turnbull, & Wehmeyer, in press): curriculum modifications (e.g., digital talking-book formats, video or audio input/output); modifications to ensure physical and cognitive access to the environment (e.g., curb cuts, wide doors, clear isles, nonprint signage); classroom ecological variables (e.g., seating arrangements or classroom acoustics); educational or assistive technology (e.g., calculator, augmentative communication device, computer); assessment or task modifications (e.g., extended time, scribe, note taker, oral presentation); and supports from other individuals (e.g., peer buddy, para-educator, teacher).

### ACCESS TO THE GENERAL CURRICULUM

The 2002 System provides a powerful framework within which special education can meet the IDEA (2004) requirements of providing specially designed

instruction and supplementary aids and services that enable students with MR/ID to be educated with nondisabled peers and to progress in general education. Unlike traditional understandings of special education, which resulted in educational programs based on disability category and understood as a place where students with disabilities went to receive their education, the 2002 System defines mental retardation in such a way as to emphasize the role of "supports" in special education. The 2002 System lays the groundwork for understanding MR/ID as a state of functioning and leads intuitively to the notion of designing instruction (special education) to enhance the capacity of the student while simultaneously identifying and implementing supplementary aids and services that impact the context in which students with MR/ID learn. The result is a focus on the fit between the student's capacities and the educational context.

We have mentioned that the 2002 System also sets the groundwork for efforts pertaining to recent initiatives to promote access to the general curriculum for students with MR/ID. The IDEA requires that the individualized education programs (IEPs) of all students with disabilities include a statement of the program modifications or supports for school personnel that will be provided for the child to advance appropriately toward attaining the annual goals (in the IEP); to be involved and progress in the general curriculum; and to be educated and participate with disabled and nondisabled children.

The general curriculum is defined in the IDEA (2004) regulations as referring to "the same curriculum as for non-disabled children" (Federal Register, 1999, p. 12,592). Such access to the general curriculum is to be provided "to the maximum extent appropriate" while still ensuring that IDEA's requirement of an individualized, appropriate education program is met.

The intent of these so-called "access to the general curriculum" mandates is that all students, including students with MR/ID, have access to a challenging curriculum and are held to high expectations, and that special education practice is aligned with accountability mechanisms emerging through school reform efforts, particularly those driven by the federal No Child Left Behind Act.

How does adopting the 2002 AAMR definitional framework promote greater access? Quite simply, all of the existing models to promote greater access to and progress in the general curriculum for students with MR/ID emphasize the important of providing supports such as those identified in IDEA (2004) as supplementary aids and services. Before turning to a description of these specific actions, however, it is worth addressing the role of "supports" in an educational context.

## Supports and the Educational Context

The 2002 System leads to a focus on supports. What are supports and how do they pertain to education? First, there are several key aspects of supports inherent in the 2002 System: (a) They pertain to resources and strategies; (b) they enable individuals to access other resources, information, and relationships within integrated environments; (c) they are only used when needed and are designed to be nonstigmatizing (i.e., "only as special as necessary" [Janney & Snell, 2004, p. 42]); and (d) their use results in valued, personal outcomes related to independence, relationships, contributions, school and community participation, and personal well-being. Supports have the unambiguous intent to enhance community integration and inclusion by enabling people to access a wide array of resources, information, and relationships.

Second, supports are individually designed and determined with the active involvement of key stakeholders—and particularly the student—in the process. This approach contrasts with traditional educational service delivery models that are designed in a top-down process and delivered in the form of "programs." Such programs are often driven as much by the need of the educational system as by the student's pattern and intensity of needed supports.

Third, supports added to a student's school day can take many forms but must be designed to alter the elements of the curriculum, a classroom, a lesson, or an activity only if necessary to enable students to be educated with nondisabled peers and progress in the general curriculum. The principle that supports are "only as special as necessary" means creating them so they differ as little as possible from the ordinary but still promote participation. Many supports will be faded once the student participates in an activity with success and masters new competencies; however, if supports are more intrusive than needed, they will be more difficult to eliminate or reduce. When supports call unnecessary attention to the student, participation is accompanied by stigma. Sometimes the involvement of peers can help professionals design less intrusive classroom adaptations and accommodations (Janney & Snell, 2004).

Fourth, a supports model requires an active and ongoing evaluation of the ecological aspects of disability, since the disability can be defined only within the context of the functional limitations and the social context. Thus efforts to design supports focus heavily on changing aspects of the environment or social context and providing individuals with additional skills or strategies to overcome barriers in those environments. In education's case, this contextual focus involves modifications to the classroom and the curriculum.

Thus the 2002 System is quite consistent with the intended processes and outcomes from the IDEA (2004) access mandates. The following section dis-

cusses a number of specific suggestions on how the 2002 System can be incorporated into teacher education programs and implemented within the school environment.

## Adopting the 2002 System in Schools

The adoption of the 2002 System has a number of implications for the delivery of educational services and supports for people with MR/ID that are consistent with and bolster current best practices in the field. This section addresses some of those areas of practice that are best considered within the understanding of MR/ID forwarded by the 2002 System.

### UNIVERSAL DESIGN FOR LEARNING

One of the primary strategies to ensure that students with cognitive impairments have access to the general curriculum involves the implementation of principles of Universal Design for Learning (UDL) in the design of instructional materials delivering content information to students. Most content information, particularly in core academic areas, is presented through print-based formats (textbook, worksheets) and lectures. Students who cannot read well or who have difficulty with memory or attention do not have access to the content presented exclusively through these mediums and thus will not have the opportunity to learn the content. Applying principles of UDL to curriculum development can address this barrier by proving multiple means for presenting information and for students to respond to that information.

The principles of UDL emerged initially from architecture. As applied to the built-environment, the principle of universal design suggests that all buildings and environments should be accessible to all people (Moon, Hart, Komissar, & Friedlander, 1995). This principle was subsequently applied to the design and development of consumer products and assistive devices with the same intent—that such products and services should be accessible to all people. UDL similarly suggests that all "learning" should be accessible to all students. Orkwis and McLane (1998) defined UDL as

> *The design of instructional materials and activities that allows learning goals to be achievable by individuals with wide differences in their abilities to see, hear, speak, read, write, understand English, attend, organize, engage, and remember. (p. 9)*

UDL contributed to progress in the general curriculum by ensuring that all students can access academic content information and can provide evidence

33

USER'S GUIDE: MENTAL RETARDATION

of their learning through more than one means. UDL promotes flexibility in representing content (how instructional material presents the content), in presenting content (how educators and materials deliver content), and in demonstrating content mastery (how students provide evidence of their learning).

Flexibility in the presentation and representation of content information can be achieved through both technology-mediated and pedagogically driven means. Presenting content information in a variety of formats, including text, graphics, or pictures, digital and other media formats (audio or video, movies), or performance formats (plays, skits) provides multiple means for students to access that content information. The development of curricular materials in digital (electronic text) formats allows one to use computers to provide multiple output formats. For example, using specially designed media players, electronic text can be converted to multiple output formats including electronic Braille, digital talking-book format, and sign-language avatars, as well as allowing for output in multiple languages and allowing the user to modify features of the presentation, including font size and color and background color. Similarly, there are multiple ways students can provide evidence of their learning, including written reports, exams, portfolios, drawings, performances, oral reports, videotaped reports, and other alternative means.

There are, as well, pedagogical or instructional modifications that can provide greater access to content information. For example, the use of graphic or advance organizers has been shown to improve the comprehension of students with disabilities. Both graphic and advance organizers are, in essence, flexible ways of presenting content information to students.

The use of UDL to drive curriculum design is a perfect example of the impact of the 2002 System. These modifications alter the context, in this case the actual curricular materials, to enable learners with a wide array of abilities and experiences to have access to content information, and thus it improves the "fit" between the student with MR/ID and the curriculum though which content information is presented.

## EDUCATION AND ASSISTIVE TECHNOLOGY

The focus of providing supports to promote a better fit between a student's current abilities and the educational context also places greater emphasis on the use of educational and assistive technologies. Currently IDEA (2004) requires that the IEP teams of all students receiving special education services consider whether the student needs assistive technology to ensure progress in the general curriculum. Again, however, the role of technology in special education has been rather narrowly prescribed as a benefit only to students with

34

more severe disabilities who need some "assistive technology device" to accommodate for the student's deficits. This was consistent with an understanding of MR/ID that focused on fixing the person. Within the 2002 System, however, the role of technology, including information, electronic, and assistive technologies, becomes critical to addressing not only the student's capacities, but the educational context as well.

We have already discussed the role of technology in ensuring, through UDL, that content information is available to students. In addition, consistent with the notion of supports being "only as special as necessary," there are a number of existing educational technologies that can benefit all students, including those with MR/ID. Computer-assisted instruction, for example, involves the use of computer-based technologies to perform a variety of instructional roles, from initial delivery of content information to drill and practice activities. Research supports the efficacy of computer-assisted instruction with students with and without disabilities (Wehmeyer, Smith, Palmer, Davies, & Stock, 2004).

Finally, technology can play a meaningful role in promoting the inclusion of students with MR/ID in general education classrooms in several ways. Assistive technologies, such as augmentative or alternative communication devices, provide alternative means for students with MR/ID to interact with peers without disabilities, as well as to participate in classroom learning activities. Many devices can promote peer interactions by providing a topic of conversation between the student with MR/ID and a peer. Technology devices like palmtop PCs are socially desirable and can facilitate social interactions.

## A MODEL FOR MODIFYING SCHOOLWORK

Students with disabilities sometimes need adaptations made in their schoolwork in order to learn successfully alongside their peers in general education classrooms. The success of adaptations is greatly increased when general and special education teachers work together to design adaptations. One model of planning and implementing adaptations (Janney & Snell, 2004) involves an assessment phase followed by planning, implementing, and evaluating the adaptations. Before assessment begins, the teachers must determine how they will work together, when and how often they will meet, their ground rules for working together, and their roles for planning and making adaptations and for teaching the students with IEPs who are included in the general education. Sometimes related service professionals and paraprofessionals join this planning team. To the extent that these teams of educators are experienced in collaboration strategies (problem solving, conflict resolution, reaching consensus)

and have the active support of the building administrator, they will be more successful.

Assessment first involves gathering and sharing information about the student. To assess the classroom, the special educator often simply asks questions about the teacher's classroom activities or observes, and both then determine whether or not adaptations might be needed for a particular student. When students have high support needs, observations of the classroom with the focus student present are more informative during the assessment phase.

Following the assessment the teachers (and other relevant team members) meet to discuss activities that seem to need adapting. Three types of adaptations are considered (Janney & Snell, 2004, p. 43):

- Curricular: Alter the content of what is taught (supplementary, simplified, alternative).

- Instructional: Alter how content is taught and how learning is demonstrated.

- Alternative: Alter the instructional goal, the instruction, and the activity.

For many students with MR/ID, the curricular content is simplified by modifying its level of difficulty or reducing the amount of material or the number of goals. Sometimes, particularly for students with high support needs, alternative curricular content is selected such as expanding the scope of instruction beyond what classmates are learning to include functional academic skills (e.g., using money, telling time); daily life skills; and communication, social, and motor skills.

Teachers will also consider how instruction might be adapted to increase the probability of success. Frequently teachers will modify their teaching methods to improve learning conditions such as by adding more feedback or demonstrations, using study guides for textbook material, or using more hands-on activities. Instruction may also be modified by adapting the student's response or output (e.g., tape a journal entry rather than write it; use a specialized mouse to operate a computer; and listen to books on tape rather than read them). Modifying the student's response is more intrusive than modifying the teacher's methods of instruction.

Finally, teachers consider whether alternative adaptations are needed—those which are uniquely designed for a student. Such adaptations include instruction on activities in the classroom that are parallel to but not the same as what classmates are working on. These may be highly functional variations of what others are learning (e.g., counting money, alphabetizing the classroom

36

library books) or may involve remedial instruction in basic skills. These options are the most intrusive and thus are used with care.

Teachers work together to create adaptations in two stages: (a) general adaptations that address daily or regular routines (arrival, lunch, journal, handwriting activities) and are designed and implemented first; and (b) specific adaptations that are time limited and planned for a particular lesson, activity, or classroom unit, matching class content (science unit, the week's spelling words). General adaptations are usually planned before school or during school or during the first week, put into place right away, and are changed only when they need improvement. Specific adaptations are created along the way as needed and require regular planning between the general and special educator and are implemented when a lesson or teaching unit changes. Because adaptations are not easy to plan and use and because they can be inhibiting to students, teams should follow several practices, chiefly:

- The general principle of "only as special as necessary" needs to be followed as teachers work to design adaptations for schoolwork.

- When schools follow current federal laws and are made accessible, some adaptations will be unnecessary.

- Some adaptations become unnecessary when schools cultivate an accommodating culture that is welcoming to, rather than simply tolerant of, all students regardless of their differences in ability, culture, or ethnicity.

## POSITIVE BEHAVIOR SUPPORTS

Yet another example of the focus on context involves the implementation of school-wide positive behavior supports. An ongoing concern for many teachers working with students with MR/ID is how to manage their classroom to ensure a nondisruptive learning environment and how to deal with challenging behavior problems exhibited by a few students. The field of positive behavior supports reflects another area of intervention and treatment that has moved from emphasizing the person with a disability as the problem to be fixed to recognizing that intervention must focus on the social and environmental context and the interaction between that context and the individual's limitations. Positive behavior interventions and supports focus on changing the environment to make the exhibition of problem behaviors irrelevant or counterproductive for the person. Positive behavior supports focus on two primary models of intervention: (a) altering the environment before a problem behavior

occurs, and (b) teaching appropriate behaviors as a strategy for eliminating the need for problem behaviors to be exhibited (Carr et al., 2000).

Significantly for educators, positive behavior supports have focused attention on addressing problem behaviors in school settings and addressing school violence (Horner, Albin, Newton, Sprague, & Todd, 2006; Turnbull, Turnbull, Erwin, & Soodak, 2006) by providing interventions at an individual, classroom, or whole-school level. Positive behavior support has been demonstrated to reduce office referrals in schools, create classroom environments more conducive to learning, and assist students with chronic behavior problems to improve their behavior. Positive behavior supports involve the application of behaviorally based approaches to enhance the capacity of schools, families, and communities to design effective environments that improve the fit or link between the students and the environments in which teaching and learning occurs. Attention is focused on creating and sustaining school environments that improve lifestyle results (personal, health, social, family, work, recreation, etc.) for all children and youth by making problem behavior less effective, efficient, and relevant and desired behavior more functional and rewarding.

Turnbull et al. (2006) discuss the impact of positive behavior interventions and supports at several levels of activity. First, the approach recognizes that "a student's behavior is affected by the philosophies, policies, procedures, practices, personnel, organization, and funding of education agencies and other human services agencies involved in the student's education" (p. 185). As such, the first level of intervention will necessarily focus on systems change that includes service integration efforts that bring together a wide array of supports in a unified and easily accessible manner.

Second, positive behavior supports emphasize altering the environment. Such alterations include: (a) making different life arrangements by building on student strengths and preferences, building social and friendship networks, and promoting health and wellness; (b) improving the quality of the student's physical environment including increasing the predictability and stability of events in school buildings; (c) making personal accommodations for students; and (d) making instructional accommodations (Turnbull et al., 2006, p. 185).

A third level of action for positive behavior supports is to focus on skill instruction to enhance the possibility that students will act appropriately. Such activities can extend from teaching specific behavioral patterns or routines (how to behave in school hallways between classes) to instruction to promote general problem solving and self-management skills.

Once again, the focus on positive behavior supports attempts to modify the context in which students learn, in this case school and classroom settings,

to ensure a better fit for the student. There are both capacity building and context modification activities involved.

In summary, historically the definition and classification process regarding mental retardation has had only limited impact on educational practices. The 2002 System, however, provides a definitional framework that aligns with best and innovative practices in the field of special education. Among these are team decision making, the elimination of segregated placements, the encouragement of personal empowerment for transitions, and the assumption of continually improving functioning.

Special education's emphasis on modifications to the context in which students learn, through practices such as universal design, positive behavior supports, or instructional modifications, is consistent with the functional orientation and support paradigm introduced by the 2002 System. By defining MR/ID as a function of the reciprocal interaction between the context and the student's personal capacities, the focal point of the "problem" educators must solve (e.g., ensuring that students are better able to succeed in life) shifts from being an effort to address deficits within the student to being an effort to explore the relationship between the student's functioning and the environment, and, subsequently, to the identification and design of supports to address that student's functioning within that context, with a primary focus on adaptations, accommodations, and modifications to the educational context. Similar challenges are faced by disability program managers. It is to that group that we now turn.

# CHAPTER 4

# Applications for
# Disability Program Managers

The 2002 AAMR System is very relevant to disability program managers and directors who are facing a number of challenges related to the provision of services and supports to people with MR/ID. Chief among these challenges are those associated with: (a) understanding the dynamic nature of the condition and how significant limitations in intelligence and adaptive behavior can be lessened through environmental factors and opportunities; (b) incorporating the supports paradigm into the service's strategic management; (c) implementing the shift from facility-centered services to person-centered supports; and (d) using the supports paradigm as a basis for continuous program improvement. In the discussion that follows, the first challenge is referred to as the ecological framework, the second as strategic management, the third as facilitating individualized supports, and the fourth as continuous program improvement (CPI). The material presented in this chapter augments that presented in chapters 2, 3, and 5.

## Ecological Framework

The 2002 System stresses that context, which describes the interrelated conditions within which people live their everyday lives, is one of the five dimensions influencing individual functioning (see Figure 1.1). Program managers are in an excellent position to maximize a positive context by facilitating the provision of education, living, work, and recreation-leisure opportunities and supports in integrated settings. These settings create situations that allow a person to grow and develop and thus lessen functional limitations. Specifically, these contextual opportunities involve (O'Brien, 1987):

- Community presence and the sharing of the ordinary places that define community life

- Choices that foster autonomy, decision making, and control

- Competence based on the opportunity to learn and perform functional and meaningful activities

- Respect based on having a valued place in one's community

41

- Community participation or experiencing being part of a growing network of family and friends

Service providers who provide generic and specialized services are only one aspect—albeit a critical one—of the ecological framework. Indeed, people live in and are affected by three systems (Bronfenbrenner, 1979): (a) the immediate social setting that includes the person and family; (b) the neighborhood, community, or organization providing education or rehabilitation services and supports; and (c) the larger society and sociopolitical environment. Program managers need to be sensitive to these three systems because they determine what an individual is doing, where and when the person's activity takes place, and with whom. They also need to realize that an ecological framework shifts the focus away from the person's disability to maximizing opportunities and supports for growth and development. As described next, strategic management is basic to this shift.

## Supports Strategic Management

The consequences of the ecological framework for the organization of supports are fundamental. Traditional services are rather closed systems that provide specialized functions within the boundaries of their systems. Even when physically situated in the community, they rarely make use of the resources from the client's natural environment. Support services are open systems that facilitate their clients' participation in society and use generic services as much as possible. Support services are oriented toward:

- Enhancing the competencies of the person to participate in social settings by offering teaching, training, and learning opportunities.

- Maintaining the relation between the person and his social network of family, friends, and informal relations.

- Facilitating the person's use of mainstream home living, school, work, and leisure settings.

- Making optimal use of generic services in the areas of health care, education, housing, community living, and employment.

- Advocating for accessing resources and enabling support services to serve the best interest of people with MR/ID with all stakeholders at the local, county, state, and federal levels.

It is essential to understand that the management of support services is not restricted to the inner processes of the agency or program but also to its environment. Therefore critical success factors in the planning and provision of supports should be integrated in the directional strategy or strategic plan of the agency or program at three levels: mission, vision, and values. These three must guide the making of key decisions in the organization (Ginter, Swayne, & Duncan, 2002; Swayne, Duncan, & Ginter, 2006).

- The mission of the support service is a statement of purpose that distinguishes a support organization from other service organizations and identifies the scope of its operations not only in terms of services delivered ("product"), target group ("market"), and geographical area, but also in regard to the philosophy and desired public image. Support organizations stress their value as partners of the client and his/her social network to enhance one's quality of life.

- The vision of the support service expresses the "hope for the future" describing what the organization will be like while accomplishing its mission. Visions should be inspiring, clear, and stable; they should make sense in the community and empower employees, clients, and other stakeholders. Support organizations should include the ideas of an "open organization," sustainable partners for the client and his/her social network, responsive, competent, committed, and creative.

- Values reflect fundamental service or supports principles that include: social equality and respect for the individual, empowerment of clients and employees, teamwork, valued personal outcomes, evidence-based professional practices, innovation of services, integrity, making positive contributions to society, and continuous quality improvement.

## Facilitating Individualized Supports

The concept of supports is integral to best practices and understanding and implementing the 2002 System. As defined previously, supports are resources and strategies that aim to promote the development, education, interests, and personal well-being of a person and that enhance individual functioning. From a managerial perspective, there are four key aspects to the provision of individualized supports:

- Supports pertain to resources and strategies.

USER'S GUIDE: MENTAL RETARDATION

- Supports enable people to access resources, information, and relationships with integrated environments.

- Supports result in increased integration and enhanced personal growth and development.

- Supports can be evaluated in reference to personal outcomes and thus provide critical data for continuous program improvement.

Managers' understanding of—and commitment to—the supports paradigm is essential for the success of person-centered planning and supports provision. To facilitate that process, managers need to incorporate into their programs the following aspects of supports and their use: (a) the assessment of support needs, (b) the provision of supports, (c) the standards that guide the use of supports, and (d) the evaluation of supports.

## THE ASSESSMENT OF SUPPORTS

One of the strong advantages of the supports paradigm to managers and their organizations is that it allows one to align or link assessed support needs to the actual provision of supports. In thinking about the assessment of supports, managers need to understand clearly the key difference discussed in chapter 2 between the assessment of adaptive behavior and the assessment of the profile and intensity of needed supports: an adaptive behavior instrument assesses the adaptive skills that a person has learned (and in that sense is a measure of the individual's performance compared to age peers in typical community environments), whereas a supports need scale assesses the extraordinary support that a person needs in order to participate in life activities. Thus, because the areas assessed on a supports need scale will determine program practices, staff utilization patterns, and resource allocation, managers should be aware of best practices in regard to supports assessment. As one example of an instrument based on best practices the AAMR Supports Intensity Scale (Thompson et al., 2004) evaluates the pattern and profile of needed supports in the following areas:

- Life activity areas: home living, community living, life-long learning, employment, health and safety, and social

- Protection and advocacy activities related to promoting one's rights and choices, managing money and personal finances, protecting oneself from exploitation, exercising legal responsibilities, belonging to and participating in self-advocacy or support organizations, obtaining legal services, making choices and decisions, and advocating for others

44

USCA4 Appeal: 21-2    Doc: 5-38        Filed: 01/08/2021      Pg: 49 of 70

- Exceptional medical supports needs related to physical care (e.g., respiratory care, feeding assistance, and skin care) and other conditions such as seizure management, dialysis, lifting and/or transferring, and therapy services

- Exceptional behavioral support needs related to externally directed destructiveness, self-directed destructiveness, inappropriate sexual behavior, and other conditions such as emotional outbursts, wandering, and substance abuse

## THE PROVISION OF SUPPORTS

The organization and provision of supports facilitates and enables the person with MR/ID to use the same societal functions (e.g., home living, work, health services, education, and leisure activities) as any other citizen by offering training or assistance within normal community environments and generic services. Although separate specialized services might be functional under certain circumstances (e.g., for temporary medical or therapeutic intervention), they are not considered the rule. Thus managers need to think about the functions or activities that organization personnel provide to enhance their clients' growth and development as members of the community. To facilitate this process, the 2002 System (Luckasson et al., pp. 153–154) identifies eight core functions along with representative activities. Program managers work with each client and their team to match identified needs to the related support function. Functions and exemplary activities are as follows:

- Teaching: instructing, supervising, giving feedback, organizing the learning environment, evaluating

- Befriending: advocating, supervising, communicating, instructing, giving feedback, reciprocating, socializing

- Financial planning: advocating for benefits, working with SSI-Medicaid, assisting with money management, budgeting

- Employee assistance: counseling, procuring/using assistive technology devices, supervisory training, job performance enhancement, crisis intervention/assistance, job/task accommodation, and redesigning job/work duties

- Behavioral support: teaching adaptive behavior, implementing positive behavior support programs, building environments with effective consequences

45

- In-home living assistance: personal care/maintenance, transfer and mobility, dressing and clothing care, architectural modifications, communication devices, eating and food management, behavioral support, housekeeping, respite care, attendant care, home-health aides, homemaker services

- Community access and use: carpooling/rides, transportation training, personal protection skills, recreation/leisure involvement, community awareness opportunities, vehicle modification, community use opportunities, and interacting with generic agencies

- Health assistance: medical appointments, medical interventions, Med Alert devices, emergency procedures, mobility (assistive devices), hazard awareness, safety training, therapy services

These support functions are typically integrated into the individual's person-centered supports plan. The extensiveness and appropriateness of the supports paradigm is reflected in the fact that the provision of supports cuts across individual and age groups as reflected in individualized plans related to families, children, and adults. By following several guidelines, program managers and teams can be sensitive to an individual's personal and cultural characteristics (Luckasson et al., 2002, p. 163): (a) tailor supports to an individual's needs and preferences; (b) keep supports flexible; (c) prioritize supports by their importance to the individual; (d) supports needs assessment should guide the development and revision of an individual support plan (ISP); (e) select supports that respect an individual's cultural, ethnic, linguistic, and economic characteristics; (f) consider a person's physical, psychological, and functional status when selecting supports; and (g) the ISP is the central instrument for formulating and coordinating individualized support processes in the service organization.

## SUPPORT STANDARDS

In addition to these guidelines regarding the provision of supports, best practices suggest seven standards that should guide managers in their organization's provision of individualized supports. These are as follows: (a) Supports occur in regular, integrated environments; (b) support activities are performed primarily by regular people working, living, educating, or recreating within integrated environments; (c) support activities are person referenced; (d) supports are organized through someone such as a supports coordinator; (e) outcomes from the use of supports are evaluated against quality indicators and measured

46

on the basis of individual values; (f) the use of supports can fluctuate during different stages of one's life; and (g) supports should be ongoing and should not be withdrawn without monitoring.

## THE SUPPORT TEAM

Because of the interactive nature of supports, the structure and the culture of the primary support team is essential. One cannot provide a traditional care-oriented organization with a modern tool like an ISP and expect supports to work. Support processes require a different model of team structure such as the concept of "microsystems" proposed by Nelson et al. (2002, 2003), Batalden and Splaine (2002), and Weinstein, Brown, Hanscom, Walsh, & Nelson (2000). Microsystems refer to small functional front-line support teams that actually provide direct services to a well-defined group of clients. The basic idea is that the support product of the organization can be no better than the quality of service generated by the front-line team. Thus microsystems include clients, direct-service or support staff, professionals, and other significant stakeholders. The whole team shares the same coordinating process (the ISP), information system, and orientation toward valued personal outcomes. Because they operate at the client-service interface of the organization, they should also access and maintain relations with relevant settings of their clientele. The primary orientation of a supports team is not "to deliver support products" but to build and maintain productive client relationships that enhance personal growth and development, and valued outcomes. Microsystems can also be seen as building blocks of a larger support organization.

The supports organization requires a structure that is clearly articulated and follows a market-orientation wherein consumers and their quality of life are the primary focus with front-line staff, middle management, and upper management. In that regard, microsystems can provide a model for structuring the front-line direct-service staff along the lines of an interdisciplinary team that: (a) combines the expertise of professionals and front-line staff; (b) meets on a regular basis to discuss and evaluate client needs, support strategies, and outcomes; (c) shares the same information about the client's assessed needs and available resources; and (d) self-manages and monitors their efforts and results regarding continuous program improvement.

## EVALUATION OF SUPPORTS

Supports can be evaluated in different ways. First, one can evaluate whether or not the supports were directed at delivering services that were merely defined

USCA4 Appeal: 21-2      Doc: 5-38       Filed: 01/08/2021      Pg: 52 of 70

by professionals as opposed to actually facilitating the person's personal growth and development, and valued personal outcomes. Process evaluation should thus focus on the presence, the use, and the quality of individualized supports and ISPs. Second, one can evaluate personal outcomes from the use of individualized supports. In that regard, the following five personal outcome categories and exemplary indicators are proposed (Luckasson et al., 2002, p. 167):

- Independence: autonomy, choices, decisions, personal control, self-direction, personal goals

- Relationships: intimacy, affection, family, interactions, friendships, mentors

- Contributions: employment status, vocational activities, volunteerism, ownership, possessions, hobbies

- School and community participation: school presence, community presence, school activities, community activities, school involvement, community involvement, acceptance, role status

- Personal well-being: emotional well-being, interpersonal relations, material well-being, personal development, physical well-being, self-determination, social inclusion, rights

In summary, most managers have experienced a number of "paradigm shifts" during their tenure. The ecological framework and supports paradigm just discussed are but two. Others have included the significant shifts from programming to opportunity development, passive to active consumer roles, process to outcome, categorical to noncategorical, a deficiency model of disability to a growth model, dependency to interdependency, and normalization to personal well-being.

The shift to the supports paradigm has had a significant impact on managers and their organizations. Managers will find that the use of the supports paradigm will have a number of direct benefits to them including: (a) linking the pattern and profile of needed supports to support provision both within the organization and more broadly among the various service delivery components; (b) coordinating needed services with staff competencies and staff utilization patterns; (c) facilitating consistency between policy, organization process, and professionalism; (d) responding to the diversity of services in response to the diversity of support needs; (e) providing a common language that helps bridge the cultures of the professional system, self and consumer advocates, and organizational practices; and (f) developing service delivery models that provide general personal assistance within specialized contexts.

At the same time, as these changes and benefits have occurred, management strategies have also changed. Currently we see efforts to integrate into human service management key concepts from the literature of business engineering, total quality management, and the learning organization. The primary focus and intent of these new approaches to management is to increase the program's effectiveness, efficiency, and accountability. The term we will use to describe the process is continuous program improvement (CPI). Throughout our following discussion, we propose that the supports paradigm is an integral part of CPI.

## Continuous Program Improvement

This section discusses quality management and the key role that information (i.e., data) plays in best practices, data-based decision making, human resource development, and continuous program improvement. Quality management in human services and market-oriented organizations not only focuses on organizational performance but also on valued personal outcomes related to independence, relationships, contributions, school and community participation, and personal well-being (Slyter, 2000). Quality management focuses on providing supports as a dynamic process that is constantly evolving as a result of outcomes and changing circumstances of person-environment interactions. Therefore program improvement depends on understanding and revising the supports based on an evaluation of their effectiveness. As Berwick (1989) states,

> When one is clear and constant in one's purpose, when fear does not control the atmosphere (and thus the data), when learning is guided by accurate information and sound rules of inference, when suppliers of service remain in dialog with those who depend on them, and when the hearts and talents of all workers are enlisted in the pursuit of better ways, the potential for improvement in quality is nearly boundless. (p. 53)

It should be obvious that this orientation toward CPI is not restricted to the management and direct client service "departments" of the organization, but should be a daily concern of everyone in the organization. Moreover, CPI is not an activity in itself; nor is it only an instrument of accountability. Additionally, CPI should also represent the quality management orientation of the supports organization.

A number of key concepts from the management literature underlie the use of the supports paradigm to facilitate CPI. Chief among these are the following

USCA4 Appeal: 21-2    Doc: 5-38    Filed: 01/08/2021    Pg: 54 of 70

five: First, a learning organization is characterized by its being open to change; by understanding that organizations learn through their individual members; and that the parameters of human resource/staff development are established through an empirically established link between program process (i.e., the support functions and activities described earlier) and desired personal outcomes. Second, total quality management involves teamwork, consumer orientation, and data-based decision making. Third, CPI necessitates "right-to-left thinking," wherein an organization starts with identifying desired personal outcomes and asks: What needs to be in place for these outcomes to occur? Fourth, organizations need to be aligned both vertically and horizontally so there is a clear relationship between an organization's mission and staffing patterns (vertical alignment) and among client needs, program practices/support provision, and anticipated outcomes (horizontal alignment). Fifth, as described earlier, state-of-the-art organizational design includes two important concepts: micro-unit, and self-managing groups.

How can managers use the supports paradigm and these five key concepts to embark on CPI and thereby enhance their organization's processes and outcomes? We offer the following suggestions:

1. Commit the organization to a systematic assessment of the pattern and intensity of the support needs of their clientele.

2. Use individual and aggregated data based on this assessment to determine needed staff competencies and resource allocation such as staff utilization patterns.

3. Use the individual's profile of needed supports as the basis for the team-developed ISP that incorporates the individual's support needs within the context of his/her interests and preferences.

4. Monitor the ISP to ensure that supports are delivered within the guidelines and standards described earlier.

5. Evaluate the personal outcomes from two perspectives: (a) Did the outcomes occur, and if so to what degree? and (b) What were the significant predictors of those outcomes?

6. Use the evaluation data from Suggestion 5 to provide important information about the organization's effectiveness and what further changes (i.e., "improvements") and human resource/staff development activities need to take place for additional enhanced outcomes to occur.

7. Use the information from Suggestion 5 to communicate with key stakeholder groups and interface with the larger service-delivery system.

8. Celebrate success and use the concept of CPI and the results that occur from its use as a motivational tool to demonstrate that organizations can change and that an effective change strategy is beginning with the end (i.e., desired personal outcomes) in mind, and then working backward to the supports that need to be in place for those outcomes to occur.

9. Use desired outcomes of the supports organization to guide organizational change.

10. Assure consistency among the organization's mission, vision, values, team goals, processes, and quality system.

In summary, managers need to understand both the parameters to the supports paradigm and the advantages that accrue from its use. But all managers know that there are significant external factors that impact their organization. One of these significant factors is the larger society and the sociopolitical involvement of the policy maker. It is to that group we turn to next. How might policy makers use the 2002 System?

# CHAPTER 5

# Applications for Policy Makers

Policy makers throughout the world are discussing issues related to the best way to conceptualize disabling conditions such as MR/ID, the most effective and efficient mechanisms and service-delivery systems, the impact of the consumer and reform movements, the effects of terminology on people's lives, and the impact of an increased understanding of the biomedical, genetic, and behavioral aspects of MR/ID. An important advantage of the 2002 System is that it incorporates the emerging consensus regarding most of these issues. Primary components of this consensus are as follows: (a) Mental retardation is an intellectual disability mirrored by significant limitations in everyday functioning that are present early in one's life and before age 18; (b) a disability is conceptualized as a significant problem in functioning; (c) adaptive behavior encompasses the application of conceptual, social, and practical skills to daily life, and its assessment should relate to the individual's typical performance during daily routines and changing circumstance; (d) intellectual functioning is best represented by IQ scores that are obtained and interpreted on the basis of appropriate assessment instruments; (e) classification systems can be used for a variety of purposes and based on a number of different factors to meet the varied needs of individuals and their families, researchers, clinicians, educators, managers, and policy makers; and (f) the reasons for applying a definition of MR/ID to a person are multiple and typically include diagnosis, classification, and planning supports.

The goals and purposes of public policy and public service systems for people with MR/ID have changed over time. Historically, public systems for this population have been state-operated facility-based services that emphasized custodial training and treatment. As community-based services have become the predominant mode of service delivery, public services and the policies that direct them have struggled with becoming more person, rather than program, centered. Over the past few decades, public policy and services have changed increasingly to the supports-based approach as advocated in the 2002 System. The purposes of this chapter are to address key policy issues that policy makers need to be sensitive to as they continue to align core disability policies with the purposes and desired outcomes from public systems. The chapter concludes with a discussion of suggested systematic policy changes that need to be made to move fully to a supports-based approach to service delivery.

53

## Core Disability Concepts

The 2002 Diagnosis, Classification, and Systems of Supports System relates directly to a number of core concepts underlying disability policy in the United States (and elsewhere). As discussed by Turnbull, Wilcox, Stowe, & Umbarger (2001), the following core concepts are most closely associated with the conceptual framework presented in the 2002 System:

1. Classification includes the processes and standards by which a person with a disability or the person's family qualifies and thus becomes eligible for benefits from certain laws.

2. Services require evaluating the unique strengths and needs of a person with a disability or the person's family.

3. Empowerment and participatory decision making involves a person or family in securing what they want from a service provider system.

4. Service coordination and collaboration assist individuals with disabilities or their families to access and benefit from services from more than one provider system (interagency) or within a single provider system (intra-agency).

5. Individualized and appropriate services meet the needs and choices of people with disabilities and their families.

6. Integration precludes segregating the person with a disability solely on the basis of the disability from people who do not have the disability and rules out the limitation to programs that serve only people with disabilities.

7. Productivity and contribution involve an engagement in income-producing work or in unpaid work that contributes to a household or community.

8. Family integrity and unity presumes in favor of preserving and strengthening the family as the core unit of society. A closely related concept is family centeredness and services to the whole family.

9. Accountability in achieving the specified outcomes is required and includes procedural safeguards, direct or proxy representation, fiscal incentives and disincentives built into services, independent peer or other professional evaluations, legislative and budgetary oversight, and capacity-building and program-improvement activities.

10. Prevention and amelioration focus on primary, secondary, and tertiary prevention activities.

These 10 concepts are grounded in constitutional principles, federal statutes, federal case law, and/or other relevant case law (see Turnbull et al., 2001, for a complete listing). They also provide the impetus for the changes we are seeing in the public service-delivery system toward a supports-based approach. Key concepts of these policy changes include: community membership (including living in community settings and receiving community support options), self-determination and consumer choice, family support and an emphasis on natural environments in early intervention services, and community-based employment options.

Despite these positive policy changes and trends, we have not yet fully implemented an individualized supports-based approach due in part to the confusion about—and lack of consistency in—a public policy framework built on the three functions described in the 2002 System: diagnosis, classification, and planning supports. The implications for such a framework on public policy are discussed next.

## Implications of the 2002 System for Public Policy

### DIAGNOSIS

There are two primary purposes for making a diagnosis of MR/ID. One purpose is to establish eligibility for services, benefits, or legal protections. The second is the need to align the diagnosis with appropriate treatment or intervention. In reference to the first purpose, state service systems do not typically have the responsibility for establishing the diagnosis of MR/ID for an individual. Rather, public systems use the decision made by clinicians in their determination of eligibility for services and benefits. The process of diagnosis typically precedes the determination(s) of eligibility for services and supports (Luckasson et al., 2002, p. 189).

In instances where there is no clarity about the diagnosis or insufficient documentation, public systems may seek additional evaluations and information to assist them in making a decision about eligibility. This is frequently the case in those challenging diagnostic conditions and situations discussed in chapter 2. It is noteworthy, however, that sometimes a system will classify only a subset of people with a particular diagnosis as eligible.

USER'S GUIDE: MENTAL RETARDATION

## CLASSIFICATION

Throughout the 2002 Manual, it is stressed that the primary purpose of classification is to group individuals for service reimbursement or funding, research, services, or communication about selected characteristics. Two essential points regarding classification systems need to be kept in mind. First, multiple classification systems are appropriate depending on the needs of the clinician, teacher, manager, or researcher, but the needs of the service recipient should not be overlooked in the classification system. Second, a classification system should be based primarily on the pattern or intensity of the individual's needed supports.

The policy implications of this second point are clear (Luckasson et al., 2002, pp. 189–190). Large public systems that have made placement or financial allocation decisions based on functional level, as measured by adaptive behavior instruments, or levels of intellectual deficit, based on IQ test scores, will need to find other strategies (e.g., support intensity scales) for generating appropriate groupings and data on the individuals they serve. Previously classification by level of disability or impairment provided a shorthand way for systems to make a decision on placement or grouping. Functional levels created frameworks for the location and quantity of how much service might be received. Institutional care might have been advanced as appropriate for individuals at particular levels, and frequently people with so-called milder impairments may have received fewer services. Perpetuating this approach was the underlying misassumption that the measurement of functional level was meaningful for these purposes.

In distinction, classifying individuals and groups on the basis of support needs provides the opportunity, as well as the challenge, for public service systems to implement systems planning and structure reimbursement patterns that are based on individual needs. The full embrace of a supports-based approach will require an intentional commitment to planning and funding these planning modalities.

## PLANNING SUPPORTS

Specific details regarding how the supports paradigm can be used by clinicians, educators, and managers were presented in the previous three chapters. However, policy makers need to be aware of the risks that accrue to the premature removal of supports. In that regard, inappropriate practices would include (Luckasson et al., 2002, p. 191):

- Mistakenly removing as "no longer needed" the very systems of support that are allowing improved performance;

56

- Requiring individuals with MR/ID to repeatedly "re-prove" the disability, thereby discouraging applicants and cutting back on the number of service recipients;

- Inaccurately interpreting as improvement or enhanced functioning behavioral changes that occur in an undemanding or tolerant environment but do not generalize to more demanding environments.

As implied in the support standards discussed in the previous chapter, pressures upon public service systems to either decrease caseloads or serve more individuals with existing or limited financial resources can create pressure to remove supports from individuals who are "doing well." Similarly, reliance upon capitation approaches and rationing of resources may seek to arbitrarily limit supports. Responsible implementation of a supports-based approach requires the exercise of continuous vigilance in maintaining a focus on the individual and his/her well-being.

## Systemic Changes Necessary to Move to a Supports-Based Approach

The previous chapter discussed ways in which managers can use the supports paradigm and an organization-level supports-based approach for continuous program improvement. Such an approach will require changes at the systems level as well. Major suggested changes are listed below.

1. The role of traditional case management will shift to coordinating supports and services. The functional title may become a supports broker or a supports coordinator.

2. Person-centered planning formats and processes will result in individualized support plans in contrast to system-centered individual habilitation plans. Basic to this plan will be processes related to empowering individuals rather than "remediating" them, facilitating person-centered and individualized supports, and viewing the person and family as directors of their own supports including individually or family controlled budgets.

3. Where supports are provided will change. In contrast to a "facility-based approach to intervention," the supports-based approach allows for considering numerous places for the delivery of supports as well as the nature and content of those supports and who will deliver them.

4. New types of support and service providers will be needed when public service systems adopt the supports-based approach. Providers will need to vend specific supports desired by people with MR/ID.

5. Public systems will need to set different expectations as expressed in their contracting procedures. It will be important for systems to explore establishing funding patterns based on intensity of support needs rather than type of setting or severity of categorical disability. It will also be necessary to develop rate structures based on intensity of support needs and the mix of supports through which individual needs are addressed.

6. Human resource development efforts will focus on direct-support professionals, the support providers, and community connectors who are essential to implementing a supports-based approach.

In summary, public systems face a number of challenges as they continue to move their service-delivery systems to a supports-based approach. First, public systems will need to be more flexible in providing supports to groups and in the process will probably shift to a noncategorical basis for funding. Second, most public systems are plagued by the inequitable distribution of service resources. An individualized supports-based approach, in creating flexibility and reconfiguring how supports and services are provided, may make it possible to extend service resources to address the needs of a broader group of individuals. Third, considerable education and training is needed to enable large public systems to move to a supports-based approach. Workforce issues include the training of direct-support staff and the challenges involved in their maintenance and tenure. Individuals with MR/ID and their families will also need education and training to familiarize them with the supports-based approach and assist them in becoming effective participants in planning and directing their own supports. And finally, monitoring and creating a climate for quality improvement will be a critical task for systems moving toward a supports-based approach. Just as with those managers and organizations discussed in the previous chapter, systems can also use the supports-based approach for continuous systems improvement.

# REFERENCES

American Psychiatric Association. (2000). *Diagnostic and statistical manual of mental disorders* (4th ed., text rev.). Washington, DC: Author.

Atkins v. Virginia, 536 U.S. 304. 122 S. Ct. 2242, 153 L.Ed. 2nd 335 (June 20, 2002).

Batalden, P. B., & Splaine, M. (2002). What will it take to lead the continual improvement and innovation of health care in the 21st century? *Quality Management in Healthcare, 11*(1), 45–54.

Beail, N., & Edwards, W. J. (2004). Rigidity and flexibility in diagnosing mental retardation in capital cases. *Mental Retardation, 42*(6), 480–483.

Berwick, D. M. (1989). Continuous improvement as an ideal in health care. *New England Journal of Medicine, 320*(1), 53–56.

Bronfenbrenner, U. (1979). *The ecology of human development.* Cambridge, MA: Harvard University Press.

Carr, E. G., Horner, R. H., Turnbull, A. P., Marquis, J. G., McLaughlin, D. M., McAtee, M. L., Smith, C. E., Ryan, K. A., Ruef, M. B., & Doolabh, A. (2000). *Positive behavior support for people with developmental disabilities: A research synthesis.* Washington, DC: American Association on Mental Retardation.

Edgerton, R. B. (1993). *The cloak of competence.* Berkeley: University of California Press.

Ellis, J. W. (2002). *Mental retardation and the death penalty: A guide to state legislative issues.* Available on-line at aamr.org; or from the National Center for State Courts, 300 Newport Ave., Williamsburg, VA 23185 (Publication No. KF 9227, C2, E 44, 2002).

Federal Register. (1999, March 12). Washington, DC: U.S. Government Printing Office.

Finlay, W. M. L., & Lyons, E. (2002). Acquiescence in interviews with people who have mental retardation. *Mental Retardation, 40*(1), 14–29.

Flynn, J. R. (1984). The mean IQ of Americans: Massive gains 1932 to 1978. *Psychological Bulletin, 95*, 29–51.

USCA4 Appeal: 21-2     Doc: 5-38     Filed: 01/08/2021     Pg: 63 of 70

Flynn, J. R. (1987). Massive IQ gains in 14 nations: What IQ tests really measure. *Psychological Bulletin, 101*, 171–191.

Flynn, J. R. (1999). Searching for justice: The discovery of IQ gains over time. *American Psychologist, 54*, 5–20.

Ginter, P. M., Swayne, L. E., & Duncan, W. J. (2002). *Strategic management of health care organizations.* Oxford: Blackwell.

Greenspan, S., & Switzky, H. (in press). Lessons from the Atkins decision for the next AAMR manual. In H. Switzky & S. Greenspan (Eds.), *What is mental retardation? Ideas for an evolving disability category.* Washington, DC: American Association on Mental Retardation.

Grossman, H. J. (Ed.). (1983). *Classification in mental retardation* (rev. ed.). Washington, DC: American Association on Mental Deficiency.

Horner, R. H., Albin, R. W., Newton, J., Sprague, J. R., & Todd, A. W. (2006). Positive behavior support for individuals with severe disabilities. In M. E. Snell & F. Brown (Eds.), *Instruction of students with severe disabilities* (6th ed.). Columbus, OH: Merrill/Prentice Hall.

Individuals With Disabilities Education Act (IDEA), 20 U.S.C. § 1400 et seq. (2004).

Jacobson, J. W., & Mulick, J. A. (1996). *Manual of diagnosis and professional practice in mental retardation.* Washington, DC: American Psychological Association.

Janney, R., & Snell, M. (2004). *Teacher's guide to inclusive practices: Modifying schoolwork* (2nd ed.). Baltimore: Paul H. Brookes.

Kanaya, T., Scullin, M. H., & Ceci, S. J. (2003). The Flynn effect and U.S. policies: The impact of rising IQ scores on American society via mental retardation diagnosis. *American Psychologist, 58*(10), 1–13.

Kaufman, A. S. (1994). Practice effects. In R. J. Sternberg (Ed.), *Encyclopedia of human intelligence* (Vol. 2, pp. 828–833). New York: MacMillan.

Lewis, D. O., & Balla, D. A. (1976). *Delinquency and pathology.* Philadelphia: W. B. Sanders.

Luckasson, R., Coulter, D. L., Polloway, E. A., Reiss, S., Schalock, R. L., Snell, M. E. et al. (1992). *Mental retardation: Definition, classification, and systems of supports* (9th ed.). Washington, DC: American Association on Mental Retardation.

Luckasson, R., Borthwick-Duffy, S., Buntinx, W. H. E., Coulter, D. L., Craig, E. M., Reeve, A. et al. (2002). *Mental retardation: Definition, classification, and systems of support* (10th ed.). Washington, DC: American Association on Mental Retardation.

MacMillan, D. L., & Siperstein, G. N. (2002). Children with mild mental retardation: A challenge for classification practices. In H. Switzsky & G. Greenspan (Eds.), *What is mental retardation?* (pp. 242–261). Washington, DC: American Association on Mental Retardation.

Moon, M. S., Hart, D., Komissar, C., & Friedlander, R. (1995). Making sports and recreation activities accessible: Assistive technology and other accommodation strategies. In K. F. Flippo, K. J. Inge, & M. Barcus (Eds.), *Assistive technology: A resource for school, work, and community* (pp. 223–244). Baltimore: Paul H. Brookes.

National Research Council, Committee on Disability Determination for Mental Retardation. (2002). *Mental retardation: Determining eligibility for Social Security benefits.* Edited by D. J. Reschly, T. G. Meyers, & C. R. Hartel. Washington, DC: National Academy Press.

Nelson, E. C., Batalden, P. B., Huber, T. P., Mohr J. J., Godfrey, M. M., Headrick, L. A., & Watson, J. H. (2002). Microsystems in health care: Part 1. Learning from high-performing front-line clinical units. *Journal on Quality Improvement, 28*(9), 472–493.

Nelson, E. C., Batalden, P. B., Homa, K., Godfrey, M. M., Campbell, C., Headrick, L. A., Huber, T. P., Mohr, J. J., & Wasson, J. H. (2003). Microsystems in health care: Part 2. Creating a rich information environment. *Joint Commission Journal on Quality and Safety, 29*(1), 5–15.

Ninivaggi, F. J. (2005). Borderline intellectual functioning and academic problems. In B. J. Sadock & V. A. Sadock (Eds.), *Kaplan and Sadock's comprehensive textbook of psychiatry* (8th ed.), pp. 2272–2276). Baltimore: Lippincott Williams & Wilkins.

O'Brien, J. (1987). A guide to personal futures planning. In G. T. Bellamy & B. Wilcox (Eds.), *A comprehensive guide to the activities catalog: An alternative curriculum for youth and adults with severe disabilities* (pp. 123–145). Baltimore: Paul H. Brookes.

Orkwis, R., & McLane, K. (1998). *A curriculum every student can use: Design principles for student access.* ERIC/OSEP Topical Brief, Fall 1998. Reston, VA: Council for Exceptional Children.

Reiss, S., Levitan, G. W., & Szysko, P. (1982). Emotional disturbances and mental retardation: Diagnostic overshadowing. *American Journal of Mental Deficiency, 86,* 567–574.

Schalock, R. L., Baker, P., & Croser, D. (2002). *Embarking on a new century: Mental retardation at the end of the 20th century.* Washington, DC: American Association on Mental Retardation.

Schalock, R. L., & Luckasson, R. (2005a). AAMR's diagnostic, classification, and systems of supports and its relation to international trends and issues in the field of intellectual disabilities. *Journal of Policy and Practice in Intellectual Disability, 1*(3), 136–146.

Schalock, R. L., & Luckasson, R. (2005b). *Clinical judgment.* Washington, DC: American Association on Mental Retardation.

Sluyter, G. V. (Ed.). (2000). *Total quality management in mental health and mental retardation.* Washington, DC: American Association on Mental Retardation.

Snell, M., & Brown, F. (2006). *Instruction for students with severe disabilities* (6th ed.). Columbus, OH: Merrill/Prentice Hall.

Swayne, L. E., Duncan, W. J., & Ginter, P. M. (2006). *Strategic management of health care organizations* (5th ed.). Oxford: Blackwell.

Szymanski, L. (1988). Integrative approaches to diagnosis of mental retardation in retarded persons. In J. A. Stark, F. J. Menolascino, M. H. Albarelli, & V. C. Gray (Eds.), *Mental retardation and mental health: Classification, diagnosis, treatment, services* (pp. 403–416). New York: Springer Verlag.

Thompson, J. R., Bryant, B., Campbell, E., Craig, E. P., Hughes, C., Rothelz, D. et al. (2004). Supports Intensity Scale: Users manual. Washington, DC: American Association on Mental Retardation.

Thompson, J. R., McGrew, K. S., & Bruininks, R. H. (1999). Adaptive and maladaptive behavior: Functional and structural characteristics. In R. L. Schalock (Ed.), Adaptive behavior and its measurement: Implications for the field of mental retardation (pp. 15–42). Washington, DC: American Association on Mental Retardation.

Turnbull, A. P., Turnbull, H. R., Erwin, E. J., & Soodak, L. C. (2006). Extending a school-wide approach of positive behavior interventions and supports to families and the community. Families, professionals, and ex-

ceptionality: Positive outcomes through partnerships and trust (5th ed.). Columbus, OH: Merrill/Prentice Hall.

Turnbull, H. R., Turnbull, A. P., & Wehmeyer, M. L. (in press). Exceptional lives: Special education in today's schools (5th ed.). Columbus, OH: Merrill/Prentice Hall.

Turnbull, H. R. III, Wilcox, B. L., Stowe, M. J., & Umbarger, G. T. III (2001). Matrix of federal statutes and federal and state court decisions reflecting the core concepts of disability policy. *Journal of Disability Policy Studies, 12*(3), 144–176.

Van Karnebeek, C. D. M., Scheper, F. Y., Abeling, N. G., Alders, M., Barth, P. G., Hoovers, J. M. N. et al. (2005). Etiology of mental retardation in children referred to a tertiary care center: A prospective study. *American Journal on Mental Retardation, 110*(4), 253–267.

Wechsler, D. (1997). Wechsler Adult Intelligence Scale (3rd ed.): Administration and scoring manual. San Antonio, TX: Psychological Corporation.

Wehmeyer, M. L. (2003). Defining mental retardation and ensuring access to the general curriculum. Education and Training in Developmental Disabilities, 38(3), 271–282.

Wehmeyer, M. L., Smith, S. J., Palmer, S. B., Davies, D. K., & Stock, S. (2004). Technology use and people with mental retardation. In L. M. Glidden (Ed.), International review of research in mental retardation (Vol. 29, pp. 293–337). San Diego, CA: Academic Press.

Weinstein, J. N., Brown, P. W., Hanscom, B., Walsh, T., & Nelson, E. C. (2000). Designing an ambulatory clinical practice for outcomes improvement from vision to reality: The Spine Center at Dartmouth-Hitchcock, year 1. Quality Management in Health Care, 8(2), 1–20.

Widaman, K. F., & McGrew, K. S. (1996). The structure of adaptive behavior. In J. W. Jacobson & J. A. Mulick (Eds.), Manual of diagnosis and professional practice in mental retardation (pp. 97–110). Washington, DC: American Psychological Association.

World Health Organization (WHO). (1993). International statistical classification of diseases and related health problems (10th ed.; ICD-10). Geneva: Author.

World Health Organization (WHO). (2001). International classification of functioning, disability, and health (ICF). Geneva: Author.

# SUBJECT INDEX

**Adaptive Behavior**
Assessment of, 12
Definition, 12
Guidelines, 13

**Age of onset,** 14

**American Association on
Mental Retardation**
1992 System, 1
See also: 2002 AAMR System

**Assessment**
Framework for, 7

**Best practices,** 1

**Challenging diagnostic
conditions and situations,** 14
Dual diagnosis, 15
Individuals with a higher IQ,
16
Retrospective diagnosis, 17
Situations in which
formal assessment is less
than optimal, 22

**Classification**
Approaches to, 25
Policy implications of, 53
Systems of, 25

**Clinical judgment**
Characteristics, 23
Definition, 23
Importance of, 8, 23
Strategies and actions, 23
Use of, 22

**Clinicians**
Issues faced by, 11
See also: Challenging diagnostic
conditions and situations,
Clinical judgment, Diagnostic
criteria and guidelines,
Classification, Supports

**Context,** 5

**Continuous program
improvement,** 49

**Core disability concepts,** 54

**Criminal justice (Atkins),** 24

**Diagnostic criteria and guidelines**
Adaptive behavior, 12
Intelligence, 11
Age of onset, 14

**Disability program managers**
See: Continuous program
improvement, Ecological
framework, Supports, Supports
strategic management

**Ecological framework,** 41

**Educators**
Adopting the 2002 System in
schools, 33
Education implications, 29
Special Education and the
2002 System, 29
Supports and the educational
context, 32
See also: IDEA

**Education implications**
Adopting the 2002 System
in schools, 33
Assistive technology, 34
Model for modifying school
work, 35
Positive behavior supports, 37
Universal design for learning, 33

**Etiology**
Mulitfactorial approach, 6
Risk factors, 6
Time of risk factors, 6

**Health,** 4

**IDEA**
Definition of disability, 30
Definition of supplementary aid
and services, 30

**Intellectual disabilities,** 3

**Intelligence**
Assessment of, 11
Definition, 11

**Managers**
See: Disability program
managers

**Mental retardation**
Definition, 3
Multi-dimensionality of, 4
Operational assumptions, 3

**Policy makers**
See: Core disability concepts,
Public policy, Supports

**Public policy**
Implications of the
2002 System, 55

Systematic changes to move to
supports-based approach, 57

**Special education
and the 2002 System**
Access to the general
curriculum, 30
See also: Education implication,
Educators, IDEA

**Standard error of measurement**
Adaptive behavior, 13
Intelligence, 11

**Supports**
Assessment of, 26, 44
Definition, 26
Educational context, 32
Evaluation of, 27, 47
Facilitating individualized, 43
Individualized, 25, 46
Planning of, 56
Positive behavioral, 37
Provision of, 27, 45
Standards, 46
Supports team, 47

**Supports strategic
management,** 42

**2002 AAMR System**
Application for clinicians:
See Diagnostic criteria and
guidelines, Planning supports,
Challenging diagnostic
conditions and situations,
Clinical judgment
Application for educators:
See Educational implications,
Educators, Supports in the
education context

USCA4 Appeal: 21-2     Doc: 5-38       Filed: 01/08/2021     Pg: 69 of 70

Application for disability program managers: See Ecological framework, Facilitating individualized supports, Supports strategic management, Continuous program improvement, Support team

Application for policy makers: See Core disability concepts, Policy makers, Public policy

Conceptual basis, 4

Definition of mental retardation and operational assumptions, 3

Framework for assessment and planning supports, 6

Framework for best practices, 2

Multidimensionality of, 4

Multi-factorial approach to etiology, 6

Relation to other diagnostic and classification systems, 9

Theoretical model, 5

See also: Clinicians, Educators, Disability program managers, Policy makers

This practical new Guide on the 2002 AAIDD (formerly AAMR) Definition Manual tells clinicians, educators, policy makers, and program managers how to implement the various components of the AAIDD definition system in their specific job settings. The authors discuss the contemporary relevance of the supports-based AAIDD Definition in the context of issues ranging from special education practices and IDEA mandates, to diagnosing individuals with a higher IQ and conducting retroactive diagnoses such as in the *Atkins v. Virginia* case. Policy makers and program managers will benefit from discussions on how the supports paradigm can improve quality outcomes of programs, and how the 2002 system incorporates the emerging consensus in the field to move towards a supports-based approach.

ISBN 0-940898-95-0

9 780940 898950