FILED:  January 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

     Movant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals

appendix volume number V to the Motion for authorization to file successive

application for post-conviction relief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk