IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | ) | |
| In re: COREY JOHNSON | ) | |
| | ) | No. 21-2 |
| Movant | ) | |
| | ) | |

**United States' Unopposed Motion for Leave to File
Response Over Word Limit**

Defendant Corey Johnson has filed an application for leave to file a successive motion under 28 U.S.C. § 2255, a proposed § 2255 motion, and a motion to stay his execution on January 14, 2021. Collectively, these three pleadings well exceed 5,200 words, the length for a single motion or response under Fed. R. App. P. 27(d)(2). The defendant also attached over 1,700 pages of exhibits to his various filings. The United States' response to Johnson's stay of execution addresses arguments raised across Johnson's three pleadings, and therefore, the United States respectfully requests that the word limit for its response be increased to 5,576 words.

Counsel for defendant do not oppose the government's motion.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:    _____/s/_____
Richard D. Cooke
Joseph Attias
Assistant United States Attorney

1

U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5400

### Certificate of Service and Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.  I also certify that on January 10, 2021, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

/s/

Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov

2