FILED:  January 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

      Movant

_____

O R D E R
_____

Upon consideration of the government's unopposed motion for leave to file a response over the word limit, the court grants leave to file a response not in excess of 5,576 words.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk