**EXECUTION SCHEDULED FOR JANUARY 14, 2021**
No. 21-2
**CAPITAL CASE**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**IN RE COREY JOHNSON,
Movant.**

_____

**Movant's Unopposed Motion for Leave to File Response Over Word
Limit**

Movant Corey Johnson, through counsel, respectfully moves this Court for leave to file a reply to the United States' Response in Opposition to Defendant's Motion to Stay Execution (Dkt. 12) that exceeds the length limitation in Federal Rules of Appellate Procedure 27(d).  On January 10, 2021, the government filed an opposition that contained 5,576 words.  Mr. Johnson's counsel have diligently attempted to present Mr. Johnson's reply is as short and concise manner as possible while still providing the Court a thorough understanding of the issues.  Presenting Mr. Johnson's case in a shorter manner would sacrifice substantive information regarding his intellectual disability and his claim for relief.  Corey Johnson respectfully requests that the word limit for its reply be increased to 3506 words.

The government does not object to this request.

2

Dated: January 11, 2021

Respectfully submitted,

/s/ Donald P. Salzman
Donald P. Salzman
Jonathan Marcus
David E. Carney
Skadden, Arps, Slate, Meagher & Flom
LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email:
donald.salzman@skadden.com

*Counsel for Corey Johnson*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.   I also hereby certify that on the 11th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ Donald P. Salzman
Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: david.carney@skadden.com