FILED:  January 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2
(3:92-cr-00068-DJN-2)
_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

Movant

_____

O R D E R
_____

Upon consideration of movant's unopposed motion for leave to file a reply over the word limit, the court grants leave to file a reply not in excess of 3,506 words.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk